B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Eastern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Deluxe Ice Cream Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**82-0524684** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**720 West Idaho St.**<br>**Suite 40**<br>**Boise, ID**                    ZIP Code **83720** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Ada** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

Tax-Exempt Entity
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

Nature of Debts
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ■ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**2010-39670**
**FILED**
**July 26, 2010**
**3:54 PM**
**RELIEF ORDERED**
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002804628

**B1 (Official Form 1)(4/10)**                                                                                                                 **Page 2**

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Deluxe Ice Cream Company** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____ <br> Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                      Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| **Deluxe Ice Cream Company** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
   Telephone Number (If not represented by attorney)

_____
   Date

### Signature of Attorney*

X **/s/ Ron Bender**
   Signature of Attorney for Debtor(s)

   **Ron Bender 143364**
   Printed Name of Attorney for Debtor(s)

   **Levene, Neale, Bender, Yoo & Brill LLP**
   Firm Name

   **10250 Constellation Blvd.**
   **Suite 1700**
   **Los Angeles, CA 90067**

   Address

_____
   Telephone Number

   **July 26, 2010**
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Nathan W. Bell**
   Signature of Authorized Individual

   **Nathan W. Bell**
   Printed Name of Authorized Individual

   **Chief Executive Officer**
   Title of Authorized Individual

   **July 26, 2010**
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
   Printed Name of Foreign Representative

_____
   Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
   Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
   Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

   Address

X _____

_____
   Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **Deluxe Ice Cream Company**                                    ,        Case No. _____

                                                                    Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Matterhorn Group, Inc.**<br>**Eastern District of California (Sacramento)** | **Filed Concurrently**<br>**Affiliate/Parent Company** | |
| **Vitafreze Frozen Confections, Inc.**<br>**Eastern District of California (Sacramento)** | **Filed Concurrently**<br>**Affiliate/Subsidiary** | |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of California

In re   **Deluxe Ice Cream Company**              Case No. _____

                         Debtor(s)       Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **QCS Purchasing LLC**<br>**2570 Solutions Center**<br>**Chicago, IL 60677-2005** | **QCS Purchasing LLC**<br>**2570 Solutions Center**<br>**Chicago, IL 60677-2005**<br>**(800) 222-6455** | | | **480,777.66** |
| **Garrett & Associates**<br>**PO Box 980362**<br>**Park City, UT 84098-0362** | **Garrett & Associates**<br>**PO Box 980362**<br>**Park City, UT 84098-0362**<br>**(800) 773-6989** | | | **218,665.60** |
| **Berry Plastics Corporation**<br>**Fifth Third Bank**<br>**PO BOX 633485**<br>**Cincinnati, OH 45263-3485** | **Berry Plastics Corporation**<br>**Fifth Third Bank**<br>**PO BOX 633485**<br>**Cincinnati, OH 45263-3485**<br>**(812) 424-2904** | | | **111,012.67** |
| **Americold Logistics LLC**<br>**Unit 94**<br>**PO Box 4500**<br>**Portland, OR 97208-4500** | **Americold Logistics LLC**<br>**Unit 94**<br>**PO Box 4500**<br>**Portland, OR 97208-4500**<br>**(503) 363-1645** | | | **94,973.90** |
| **Permacold Engineering, Inc.**<br>**3005 NE Argyle Street**<br>**Portland, OR 97211** | **Permacold Engineering, Inc.**<br>**3005 NE Argyle Street**<br>**Portland, OR 97211**<br>**(503) 249-8190** | | | **67,244.81** |
| **Denali Ingredients, LLC**<br>**Dept. 4004**<br>**PO BOX 30516**<br>**Lansing, MI 48909-8016** | **Denali Ingredients, LLC**<br>**Dept. 4004**<br>**PO BOX 30516**<br>**Lansing, MI 48909-8016**<br>**(616) 877-4625** | | | **60,879.60** |
| **Global Sticks, Inc.**<br>**13555-23A Avenue**<br>**Surrey, BC V4A 9V1** | **Reggie**<br>**Global Sticks, Inc.**<br>**13555-23A Avenue**<br>**Surrey, BC V4A 9V1**<br>**(866) 433-5770** | | | **51,044.48** |
| **Transilwrap Company, Inc.**<br>**2434 Momentum Place**<br>**Chicago, IL 60689-5324** | **Pat Brown**<br>**Transilwrap Company, Inc.**<br>**2434 Momentum Place**<br>**Chicago, IL 60689-5324**<br>**(562) 945-1942** | | | **48,929.73** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Deluxe Ice Cream Company**                                    Case No. _____
                            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Portland General Electric<br>PO Box 4438<br>Portland, OR 97208-4438 | Portland General Electric<br>PO Box 4438<br>Portland, OR 97208-4438<br>(503) 228-6322 | | | 47,181.77 |
| Boise Cascade Corporation<br>Corrugated Container Division<br>File # 1245<br>San Francisco, CA 94160 | Boise Cascade Corporation<br>Corrugated Container Division<br>File # 1245<br>San Francisco, CA 94160<br>(503) 364-2216 | | | 44,097.48 |
| Excelsior Packaging West<br>Accounts Receivables dept<br>159 Alexander Street<br>Yonkers, NY 10701 | Excelsior Packaging West<br>Accounts Receivables dept<br>159 Alexander Street<br>Yonkers, NY 10701<br>(360) 992-7905 | | | 40,076.88 |
| Mohawk Plastics<br>DBA AMPac<br>PO BOX 692240<br>Cincinnati, OH 45269 | Mohawk Plastics<br>DBA AMPac<br>PO BOX 692240<br>Cincinnati, OH 45269<br>(253) 939-8206 | | | 39,342.16 |
| BoDeans Wafer Company<br>1790 21st ST SW<br>Le Mars, IA 51031 | BoDeans Wafer Company<br>1790 21st ST SW<br>Le Mars, IA 51031<br>(712) 548-4422 | | | 31,342.00 |
| Tate & Lyle Custom Ingredients<br>1891 Paysphere Circle<br>Chicago, IL 60674 | TATE & LYLE CUSTOM INGREDIENTS<br>1891 Paysphere Circle<br>Chicago, IL 60674<br>(800) 323-9489 | | | 22,440.00 |
| DeJarnett Sales Inc.<br>45 82nd Drive Suite 49<br>Gladstone, OR 97027 | DeJarnett Sales Inc.<br>45 82nd Drive Suite 49<br>Gladstone, OR 97027<br>(503) 786-5966 | | | 21,263.80 |
| Graphic Packaging<br>PO BOX 404170<br>Atlanta, GA 30384-4170 | GRAPHIC PACKAGING<br>PO BOX 404170<br>Atlanta, GA 30384-4170<br>(318) 362-2000 | | | 19,166.23 |
| Contract Servicing<br>PO Box 34623<br>Seattle, WA 98124-1623 | Contract Servicing<br>PO Box 34623<br>Seattle, WA 98124-1623<br>(503) 585-2799 | | | 17,459.00 |
| Pecan Deluxe Candy Co.<br>PO Box 671729<br>Dallas, TX 75267-1729 | Pecan Deluxe Candy Co.<br>PO Box 671729<br>Dallas, TX 75267-1729<br>(214) 631.3669 | | | 16,656.08 |
| Univar USA Inc<br>File 56019<br>Los Angeles, CA 90074-6019 | Univar USA Inc<br>File 56019<br>Los Angeles, CA 90074-6019<br>(503) 222-1721 | | | 16,647.23 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Deluxe Ice Cream Company**                                    Case No. _____

                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Burd & Fletcher<br>PO Box 87-9485<br>Kansas City, MO 64187-9485** | **Burd & Fletcher<br>PO Box 87-9485<br>Kansas City, MO 64187-9485<br>(800) 821-2776** | | | **15,819.66** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 26, 2010**                    Signature    **/s/ Nathan W. Bell**

                                                          **Nathan W. Bell**<br>                                                          **Chief Executive Officer**

      *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                  18 U.S.C. §§ 152 and 3571.

## UNANIMOUS BOARD RESOLUTION AUTHORIZING CHAPTER 11 BANKRUPTCY FILINGS AND RETENTION OF NATHAN WYNN BELL AS PRESIDENT AND CHIEF EXECUTIVE OFFICER

The following resolutions were duly enacted by a unanimous vote of the Board of Directors (the "Board") of Matterhorn Group Inc. and two wholly-owned subsidiaries, Vitafreze Frozen Confections, Inc. and Deluxe Ice Cream Company (collectively, the "Companies"), at a meeting of the Board held at 3:00 p.m., PST, on July 20, 2010, and the same shall remain in full force and effect, without modification, unless and until the Board adopts a further resolution to the contrary:

> RESOLVED, that effective immediately, Nathan Wynn Bell is hereby appointed as President and Chief Executive Officer of the Companies;

> FURTHER RESOLVED, that Nathan Wynn Bell or any other officer of the Companies as directed by Nathan Wynn Bell (the "Designated Officer") is hereby authorized on behalf of and in the name of the Companies to execute Chapter 11 bankruptcy petitions and all related documents and papers on behalf of the Companies in order to enable the Companies to commence Chapter 11 bankruptcy cases if the Designated Officer deems it to be in the best interests of the Companies to do so;

> FURTHER RESOLVED, that the Designated Officer has the authority to cause the Companies to employ the law firm of Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB") for purposes of filing the Chapter 11 bankruptcy cases for the Companies and representing the Companies in their Chapter 11 bankruptcy cases as bankruptcy counsel, and the Designated Officer has the authority to execute applications for the Companies to employ LNBYB as bankruptcy counsel to the Companies in connection with the Companies' Chapter 11 bankruptcy cases;

FURTHER RESOLVED, that the Designated Officer also has the authority to cause the Companies to employ any other professionals to represent or assist the Companies in connection with the Companies' Chapter 11 bankruptcy cases that the Designated Officer deems to be in the best interests of the Companies;

FURTHER RESOLVED, that in the event of Chapter 11 bankruptcy filings by the Companies, the Designated Officer is hereby authorized on behalf of and in the name of the Companies to execute and file and to cause counsel to the Companies to prepare with the assistance of the Companies as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Companies' bankruptcy cases, and other than as specifically set forth below to take any and all action which the Designated Officer deems necessary and proper in connection with the Companies' bankruptcy cases without the need for any further approval of the Board.  Such actions which the Designated Officer has the authority to cause the Companies to take without any further approval of the Board shall include, but not be limited to, the following: employing and compensating counsel and other professionals (both prior to and after the Companies' bankruptcy filings); seeking Bankruptcy Court approval for the Companies to use cash collateral and/or post-bankruptcy financing and executing any agreements related to any of the foregoing; compensating employees; hiring and terminating employees; purchasing product or materials; selling product; entering into or continuing with agreements; collecting accounts receivable; negotiating with creditors, lenders, vendors, suppliers and landlords; assuming, assigning, or rejecting executory contracts and unexpired leases; renegotiating the terms of executory contracts and unexpired leases; signing new or amended contracts and leases; commencing and defending litigation involving the Companies;

FURTHER RESOLVED, that in the event of Chapter 11 bankruptcy filings by the Companies, the

Designated Officer shall not cause the Companies to sell all or substantially all of the Companies' assets or cause the Companies to file and seek to confirm a plan of reorganization without obtaining the prior approval of the Board.

Dated: July 20, 2010

Nathan Wynn Bell, Board Chairman

3