FILED
July 26, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002805174

RON BENDER (SBN 143364)
TODD M. ARNOLD (SBN 221868)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbyb.com; tma@lnbyb.com

Proposed Attorneys for Chapter 11 Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**(SACRAMENTO DIVISION)**

In re:

MATTERHORN GROUP, INC.,

    Debtor.

_____

VITAFREZE FROZEN CONFECTIONS, INC.,

    Debtor.

_____

DELUXE ICE CREAM COMPANY,

    Debtor.

_____

☒ Affects ALL DEBTORS
☐ Affects only MATTERHORN GROUP, INC.
☐ Affects only VITAFREZE FROZEN
    CONFECTIONS, INC.
☐ Affects only DELUXE ICE CREAM COMPANY

[Proposed] Lead Case No. 10-39672 (MSM)
[Proposed] Jointly Administered with Case Nos. 10-39664 (MSM), and 10-39670 (MSM).[1]

DC No. LNB-1

Chapter 11 Cases

**EXHIBITS RE: DEBTORS' EMERGENCY MOTION FOR AN ORDER (1) AUTHORIZING THE DEBTORS' USE OF CASH COLLATERAL ON AN INTERIM BASIS PENDING A FINAL HEARING, (2) SCHEDULING A FINAL HEARING, (3) AUTHORIZING THE DEBTORS' CONTINUED USE OF CERTAIN PORTIONS OF THE DEBTORS' CASH MANAGEMENT SYSTEM, AND (4) AUTHORIZING THE MAINTENANCE OF THE DEBTORS' EXISTING BANK ACCOUNTS FOR AN INTERIM PERIOD**

Hearing:
Date: TBD
Time: TBD
Place: Department A
    Judge Michael S. McManus
    Courtroom No. 28, Floor No. 7
    Robert T. Matsui Courthouse
    501 I Street
    Sacramento, CA 95814

---

[1] Motion for Joint Administration pending.

**274**

## INDEX OF EXHIBITS

| EXHIBIT | DOCUMENT | PAGES |
|---------|----------|-------|
| 1. | BUDGET | 000003-000004 |
| 2. | PROPOSED INTERIM ORDER ON DEBTORS' EMERGENCY MOTION FOR AN ORDER (1) AUTHORIZING THE DEBTORS' USE OF CASH COLLATERAL ON AN INTERIM BASIS PENDING A FINAL HEARING, AND (2) SCHEDULING A FINAL HEARING | 000005-000007a |
| 3. | UCC REPORTS RE: ALLEGED LIENS ON THE DEBTORS' ASSETS | 000008-000273 |
| 4. | DEBTORS' CONSOLIDATED BALANCE SHEET | 000274 |

EXHIBITS ON
CASH COLLATERAL MOTION

| Line Item | Note | 1 — 7/26/10 | 2 — 7/27/10 | 3 — 7/28/10 | 4 — 7/29/10 | 5 — 7/30/10 | 6 — 7/31/10 | 7 — 8/1/10 | 8 — 8/2/10 | 9 — 8/3/10 | 10 — 8/4/10 | 11 — 8/5/10 | 12 — 8/6/10 | 13 — 8/7/10 | 14 — 8/8/10 | 15 — 8/9/10 | 16 — 8/10/10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash | 1 | 929,336 | 1,070,539 | 766,889 | 607,857 | 636,031 | 600,642 | 600,642 | 600,642 | 1,067,581 | 988,850 | 694,520 | 634,543 | 574,525 | 574,525 | 574,525 | 1,276,941 |
| Plus: Receipts | | 359,295 | 136,352 | 283,914 | 204,719 | 206,967 | - | - | 601,185 | 244,216 | 147,995 | 306,673 | 109,430 | - | - | 838,892 | 202,946 |
| **Less Disbursements:** | | | | | | | | | | | | | | | | | |
| Raw Materials/Fund Purchases | | (173,143) | (213,830) | (213,830) | (145,974) | (78,117) | - | - | (78,117) | (213,830) | (213,830) | (145,974) | (78,117) | - | - | (78,117) | (213,830) |
| Transportation | | (11,323) | (11,323) | (17,092) | (11,323) | (11,323) | - | - | (36,726) | (12,702) | (18,471) | (12,702) | (12,702) | - | - | (38,105) | (12,702) |
| Employee Payroll, Expense Reimbursement & Taxes | | - | - | (149,138) | - | (50,087) | - | - | - | (77,415) | (147,138) | (188,974) | - | - | - | - | - |
| Rents | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Pension | | - | (262) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Equipment Leases | | - | - | - | - | - | - | - | (403) | - | - | - | (12,697) | - | - | - | - |
| Supplies Repairs and Maintenance | | - | - | (14,434) | - | (3,487) | - | - | - | - | (14,434) | - | (410) | - | - | - | - |
| Cold Storage | | - | (115,545) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| QA Supplies | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance: Health | | (5,699) | (34,166) | (14,885) | - | (35,289) | - | - | - | - | (14,885) | - | - | - | - | - | - |
| Insurance: General Liability, Worker's Comp., Life | | (6,810) | - | (4,442) | - | - | - | - | - | - | (4,442) | - | (1,345) | - | - | - | - |
| Selling and Brokerage Expense | | - | - | (1,270) | - | - | - | - | - | - | (1,270) | - | (29,283) | - | - | - | - |
| Consulting Fees | | - | (411) | - | - | (8,462) | - | - | - | - | - | - | (8,462) | - | - | (254) | - |
| Postage and Shipping | | - | (244) | (3,390) | - | - | - | - | - | - | (3,390) | - | - | - | - | - | - |
| Uniforms | | - | - | (5,465) | - | - | - | - | - | - | (5,465) | - | - | - | - | - | - |
| Trash | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (1,000) | - |
| Chairman and Directors' Fees | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Warehouse Lease Cure | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Utilities | | - | (45,222) | - | - | (31,153) | - | - | - | - | - | - | (4,932) | - | - | - | - |
| Capital Expenditure / Equip. Repairs / Slotting Fees | | - | - | - | (249) | - | - | - | - | - | - | - | - | - | - | - | - |
| Contingency | | (15,000) | (15,000) | (15,000) | (15,000) | (15,000) | - | - | (15,000) | (15,000) | (15,000) | (15,000) | (15,000) | - | - | (15,000) | (15,000) |
| Utility Deposit | | (4,000) | (4,000) | (4,000) | (4,000) | (4,000) | - | - | (4,000) | (4,000) | (4,000) | (4,000) | (4,000) | - | - | (4,000) | (4,000) |
| Taxes | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| US Bankruptcy Trustee Monthly Payment | | (3,117) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| US Bankruptcy Chapter 11 Filing Fee | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Debtor's Legal Counsel and Financial Advisors | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Key Bank Legal and Financial Advisory Fees | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Unsecured Creditor Legal and Fin. Advisory Fees | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bankruptcy Costs: Postage, Shipping, Mailing, etc. | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Adequate Protection Payments (Key Bank) | | - | - | - | - | (2,500) | - | - | - | - | - | - | (2,500) | - | - | - | - |
| **Total Disbursements** | | (218,092) | (440,002) | (442,946) | (176,545) | (242,356) | - | - | (134,246) | (322,946) | (442,325) | (366,649) | (169,448) | - | - | (136,477) | (245,531) |
| **Equals: Net Change in Cash** | | 141,203 | (303,650) | (159,032) | 28,174 | (35,389) | - | - | 466,939 | (78,731) | (294,330) | (59,977) | (60,018) | - | - | 702,415 | (42,585) |
| **Equals: Ending Cash** | | 1,070,539 | 766,889 | 607,857 | 636,031 | 600,642 | 600,642 | 600,642 | 1,067,581 | 988,850 | 694,520 | 634,543 | 574,525 | 574,525 | 574,525 | 1,276,941 | 1,234,355 |
| **Collateral Base (End of Day)** | | | | | | | | | | | | | | | | | |
| Cash | | 1,070,539 | | | | | | | 1,067,581 | | | | | | | 1,276,941 | |
| Accounts Receivable | | 5,061,602 | | | | | | | 5,042,541 | | | | | | | 4,928,305 | |
| Inventory | | 8,114,144 | | | | | | | 8,114,144 | | | | | | | 8,114,144 | |
| FF&E | | 2,271,435 | | | | | | | 2,271,435 | | | | | | | 2,271,435 | |
| Intellectual Property | | TBD | | | | | | | TBD | | | | | | | TBD | |
| Total Collateral Base | | 16,967,770 | | | | | | | 16,945,700 | | | | | | | 17,040,834 | |
| Key Bank LOC Balance | 1 | 9,314,953 | | | | | | | 9,314,953 | | | | | | | 9,314,953 | |
| Key Bank Term Loan Balance | | 1,249,983 | | | | | | | 1,249,983 | | | | | | | 1,249,983 | |
| Total | | 10,564,936 | | | | | | | 10,564,936 | | | | | | | 10,564,936 | |
| Amount Over (Under) Collateralized | | 6,402,784 | | | | | | | 6,380,764 | | | | | | | 6,475,888 | |
| % Over (Under) Collateralized | | 61% | | | | | | | 60% | | | | | | | 61% | |

**Notes**

1  Opening balance on 7/26/10 estimated by company prior to day's activity.

EXHIBIT "1"

## Matterhorn Group, Inc.
### 30-Day Cash Collateral Budget

| | 17 8/11/10 | 18 8/12/10 | 19 8/13/10 | 20 8/14/10 | 21 8/15/10 | 22 8/16/10 | 23 8/17/10 | 24 8/18/10 | 25 8/19/10 | 26 8/20/10 | 27 8/21/10 | 28 8/22/10 | 29 8/23/10 | 30 8/24/10 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash | $1,234,355 | $1,086,976 | $1,190,800 | $985,107 | $985,107 | $985,107 | $1,440,445 | $1,187,857 | $854,170 | $607,461 | $1,001,076 | $1,001,076 | $1,001,076 | $968,479 | $829,336 |
| Plus: Receipts | 297,399 | 399,071 | 293,486 | - | - | 590,561 | 71,173 | 108,944 | 121,557 | 569,242 | - | - | 181,325 | 46,092 | 6,321,435 |
| **Less Disbursements:** | | | | | | | | | | | | | | | |
| Raw Materials/Fund Purchases | (213,830) | (145,974) | (78,117) | | | (78,117) | (213,830) | (213,830) | (145,974) | (78,117) | | | (78,117) | (213,830) | (3,306,445) |
| Transportation | (18,471) | (12,702) | (12,702) | | | (38,105) | (12,702) | (18,471) | (12,702) | (12,702) | | | (38,105) | (12,702) | (395,854) |
| Employee Payroll, Expense Reimbursement & Taxes | (149,138) | | | | | | (77,415) | (147,138) | (188,974) | | | | | | (1,723,330) |
| Rents | | | | | | | | | | | | | | | (50,087) |
| Pension | (14,434) | | | | | | | (14,434) | | | | | | | (107,358) |
| Equipment Leases | | (2,103) | | | | | | | | | | | | | (6,762) |
| Supplies Repairs and Maintenance | (14,885) | | | | | | | (14,885) | | | | | | | (59,540) |
| Cold Storage | (4,442) | (63,229) | | | | | | (4,442) | | | | | | | (197,887) |
| QA Supplies | (1,270) | (45,298) | | | | | | (1,270) | | | | | | | (5,080) |
| Insurance - Health | | (385) | | | | | | | | | | | | | (81,238) |
| Insurance - General Liability, Worker's Comp., Life | | | (62,577) | | | | | | | | | | (305) | | (51,108) |
| Selling and Brokerage Expense | | | (8,462) | | | | | | | (38,324) | | | | | (138,184) |
| Consulting Fees | | (165) | | | | | | | | (8,462) | | | | | (33,848) |
| Postage and Shipping | (3,390) | | | | | | (815) | (3,390) | | | | | | | (14,391) |
| Uniforms | (5,465) | (6,376) | | | | | | (5,465) | | | | | | | (27,038) |
| Trash | | | | | | | | | | | | | | | (6,315) |
| Chairman and Directors' Fees | (454) | (15) | (7,909) | | | | | (306) | (1,617) | (13,425) | | | (24,394) | (1,000) | (7,000) |
| Warehouse Lease Cure | | | (100,000) | | | | | | | | | | | | (100,000) |
| Utilities | (15,000) | (15,000) | (15,000) | | | (15,000) | (15,000) | (15,000) | (15,000) | (15,000) | | | (15,000) | (15,000) | (123,558) |
| Capital Expenditures/ Equip. Repairs / Slotting Fees | (4,000) | (4,000) | (4,000) | | | (4,000) | (4,000) | (4,000) | (4,000) | (4,000) | | | (4,000) | (4,000) | (330,000) |
| Contingency | | | | | | | | | | | | | | | (88,000) |
| Utility Deposit | | | (195,912) | | | | | | | | | | | | (195,912) |
| Taxes | | | (12,000) | | | | | | | | | | | | (12,000) |
| US Bankruptcy Trustee Monthly Payment | | | | | | | | | | | | | | | (3,117) |
| US Bankruptcy Chapter 11 Filing Fee | | | | | | | | | | | | | | | |
| Debtor's Legal Counsel and Financial Advisors | | | | | | | | | | | | | | (25,000) | (25,000) |
| Key Bank Legal and Financial Advisory Fees | | | | | | | | | | | | | | | |
| Unsecured Creditor Legal and Fin. Advisory Fees | | | | | | | | | | | | | | | |
| Bankruptcy Costs: Postage, Shipping, Mailing, etc. | | (2,500) | (2,500) | | | | | | | (2,500) | | | | | (10,000) |
| Adequate Protection Payments (Key Bank) | | | | | | | | | | | | | (54,000) | | (54,000) |
| Total Disbursements | (444,779) | (295,246) | (499,179) | - | - | (135,223) | (323,761) | (442,631) | (368,266) | (175,627) | - | - | (213,921) | (313,853) | (6,550,052) |
| Equals: Net Change in Cash | (147,380) | 103,824 | (205,693) | - | - | 455,338 | (252,588) | (333,687) | (246,709) | 393,615 | - | - | (32,597) | (267,761) | (228,618) |
| Equals: Ending Cash | 1,086,976 | 1,190,800 | 985,107 | 985,107 | 985,107 | 1,440,445 | 1,187,857 | 854,170 | 607,461 | 1,001,076 | 1,001,076 | 1,001,076 | 968,479 | 700,719 | 700,719 |

**Collateral Base (End of Day)**

| | 8/15/10 | 8/23/10 |
|---|---|---|
| Cash | 1,440,445 | 968,479 |
| Accounts Receivable | 4,677,811 | 5,158,539 |
| Inventory | 8,114,144 | 8,114,144 |
| FF&E | 2,271,435 | 2,271,435 |
| Intellectual Property | TBD | TBD |
| Total Collateral Base | 16,953,835 | 16,952,597 |
| Key Bank LOC Balance | 9,314,953 | 9,314,953 |
| Key Bank Term Loan Balance | 1,249,983 | 1,249,983 |
| Total | 10,564,936 | 10,564,996 |
| Amount Over (Under) Collateralized | 6,388,899 | 6,397,661 |
| % Over (Under) Collateralized | 60% | 61% |

# EXHIBIT "1"

2 of 2

**4**

RON BENDER (SBN 143364)
TODD M. ARNOLD (SBN 221868)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbyb.com; tma@lnbyb.com

Proposed Attorneys for Chapter 11 Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**(SACRAMENTO DIVISION)**

| | |
|---|---|
| In re:<br><br>MATTERHORN GROUP, INC.,<br><br>    Debtor.<br>――――――――――――――――――<br>VITAFREZE FROZEN CONFECTIONS, INC.,<br><br>    Debtor.<br>――――――――――――――――――<br>DELUXE ICE CREAM COMPANY,<br><br>    Debtor.<br>――――――――――――――――――<br>☒ Affects ALL DEBTORS<br>☐ Affects only MATTERHORN GROUP, INC.<br>☐ Affects only VITAFREZE FROZEN<br>       CONFECTIONS, INC.<br>☐ Affects only DELUXE ICE CREAM COMPANY | [Proposed] Lead Case No. 10-39672 (MSM)<br>[Proposed] Jointly Administered with Case Nos. 10-39664 (MSM), and 10-39670 (MSM).[1]<br><br>DC No. LNB-1<br><br>Chapter 11 Cases<br><br>**ORDER (1) AUTHORIZING THE DEBTORS' USE OF CASH COLLATERAL ON AN INTERIM BASIS PENDING A FINAL HEARING, (2) SCHEDULING A FINAL HEARING, (3) AUTHORIZING THE DEBTORS' CONTINUED USE OF CERTAIN PORTIONS OF THE DEBTORS' CASH MANAGEMENT SYSTEM, AND (4) AUTHORIZING THE MAINTENANCE OF THE DEBTORS' EXISTING BANK ACCOUNTS FOR AN INTERIM PERIOD**<br><br>Hearing:<br>Date:      TBD<br>Time:      TBD<br>Place:     Department A<br>             Judge Michael S. McManus<br>             Courtroom No. 28<br>             Floor No. 7<br>             Robert T. Matsui Courthouse<br>             501 I Street<br>             Sacramento, CA 95814 |

――――――――――――――――――

[1] Motion for Joint Administration pending.

**4**

At the above-referenced date, time, and location, the Court held a hearing to consider the motion (the "Motion")[2] of Matterhorn Group, Inc., Vitafreze Frozen Confections, Inc., and Deluxe Ice Cream Company, the debtors and debtors in possession in the above-captioned (proposed) jointly administered Chapter 11 bankruptcy cases (collectively, the "Debtors"), for an order (1) authorizing the Debtors' use of cash collateral on an interim basis pending a final hearing, (2) scheduling a final hearing, (3) authorizing the continued use of certain portions of the Debtors' cash management system, and (4) authorizing the maintenance of the Debtors' existing bank accounts for an interim period. Appearances were made as set forth on the record of the Court.

Upon consideration of the Motion, notice of the Motion, any opposition to the Motion, and any replies thereto, together with all memoranda of points and authorities, declarations and exhibits filed in support of the foregoing, and the arguments of counsel at the hearing on the Motion, and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1.    notice of the Motion was appropriate under the circumstances and complied with all applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules;

2.    the Motion is hereby granted on an interim basis pending a final hearing insofar as it relates to Cash Collateral;

3.    the Debtors are authorized to use Cash Collateral to pay all of the expenses set forth in the Budget on an interim basis pending a final hearing;

4.    in addition to those expenses set forth in the Budget, the Debtors are authorized to use Cash collateral to pay for the following: (a) all quarterly fees owing to the Office of the United States Trustee and all expenses owing to the Clerk of the Bankruptcy Court; and (b) all actual third-party, outside expenses incurred by the Debtors (or their counsel) directly related to the administration of the Debtors' bankruptcy estates (for items such as photocopying, postage,

---

[2] All capitalized terms herein shall have the same meanings as in the Motion and the papers filed in support thereof.

**4**

searches, etc.), not to exceed the total sum of $10,000 per month;

5.     the Debtors are authorized to deviate from the line items contained in the Budget by not more than 15% on a line item basis and not more than 10% on an aggregate basis, unless a greater variance is approved by the Bank or the Court;

6.     to the extent the Debtors' actual order volume exceeds the projected order volume, the Debtors are authorized to increase the amount of their related variable cost operating expenses on a proportional basis;

7.     the Debtors are authorized to provide the Bank with payments as set forth in the Budget as a form of adequate protection;

8.     the Debtors are authorized to provide, and the Bank and the Other Secured Creditors shall have, replacement liens on the Debtors' post-petition collateral, with such replacement liens to have the same extent, validity, and priority as the pre-petition liens held by such creditors as a form of adequate protection;

9.     a final hearing on the Motion shall be held at the above-referenced location at ___:___ on _____;

10.     the Motion is hereby granted on a final basis insofar as it relates to maintenance of the Debtors' Accounts and the pre-petition cash management system;

11.     the Debtors are authorized to maintain the Accounts and the pre-petition cash management system as set forth in the Motion;

12.     the Bank shall release all holds or freezes on the Accounts to the extent that holds or freezes were placed on any of the Accounts by the Bank pre-petition or post-petition.;

13.     the Bank shall promptly turnover to the Debtors all of the Debtors' funds which were in the Bank's possession or control at the time of the filing of the Debtors' bankruptcy cases and all funds which come into the Bank's possession or control after the time of the filing of the Debtors' bankruptcy cases for deposit by the Debtors into the Debtors' debtor-in-possession bank account; and

14.     absent the prior approval of the Court and other than with regard to the Bank's

**4**

1   receipt of any adequate protection payments from the Debtors which have been authorized by

2   order of the Court, the Bank is not authorized to apply any of the Debtors' funds which were in

3   the Bank's possession or control at the time of the filing of the Debtors' bankruptcy cases or any

4   funds which come into the Bank's possession or control after the time of the filing of the Debtors'

5   bankruptcy cases against the Bank's debt.

6   **IT IS SO ORDERED.**

ASK US ABOUT UCC eZFILE®
800.952.5696



# CLAS INFORMATION SERVICES

2020 Hurley Way, Suite 350, Sacramento, CA 95825
Local: 916/564-7800 Fax: 916/564-7900 Toll Free: 800/952-5696

## UCC Search Report

| | |
|---|---|
| **Type of Search :** | UCCs, Federal Tax Liens, and State Tax Liens |
| **Jurisdiction/Filing Office :** | State of Idaho, Secretary of State Uniform Commercial Code Division |
| **Effective Index Date :** | Jun. 21, 2010 |
| **Subject Search Name :** | MATTERHORN GROUP INC. |
| **Search Key Entered :** | MATTERHORNGROUPINC |

## Results

Based on a search of the indices of the Uniform Commercial Code Division of the Secretary of State of Idaho, there are no active liens of record other than those set out below. Liens reflected in this report were based on the searcher's individual search parameters, the search key entered, as well as the searcher's choice of the liens ultimately included or excluded herein.
**Certification can only be obtained through the office of the Idaho Secretary of State.**

### 1. Basic (UCC)

| | |
|---|---|
| **Document No. :** | B200509800702    **LAPSED: 2/11/2010** |
| **Filed :** | 2/11/2005 |
| **Debtor :** | MATTERHORN GROUP, INC.<br>5991 W. STATE ST<br>BOISE  ID  83703 |
| **Secured Party :** | PACIFIC MEZZANINE FUND, L.P.<br>2200 POWELL STREET, SUITE 1250<br>EMERYVILLE  CA  94608 |
| **Amendment Type :** | RELEASE |
| **File No. :** | 6492694 |
| **Filed :** | 8/30/2007 |
| **Amendment Type :** | LIEN TERMINATION |
| **File No. :** | 6531812 |
| **Filed :** | 5/22/2009 3:54:53 PM |

### 2. Basic (UCC)

| | |
|---|---|
| **Document No. :** | B200509813281    **LAPSED: 3/9/2010** |
| **Filed :** | 3/9/2005 |
| **Debtor :** | MATTERHORN GROUP, INC.<br>101 SOUTH CAPITOL BLVD.<br>BOISE  ID  83702 |
| **Secured Party :** | KEY EQUIPMENT FINANCE, A DIVISION OF KEY CORPORATE CAPITAL INC.<br>66 S. PEARL STREET<br>ALBANY  NY  12207 |
| **Secured Party :** | KEYBANK NATIONAL ASSOCIATION<br>601 108TH AVE. NE, 3RD FLOOR MS WA-31-18-0311<br>BELLEVUE  WA  98009-9027 |
| **Amendment Type :** | RELEASE |
| **File No. :** | 6492696 |
| **Filed :** | 8/30/2007 |
| **Amendment Type :** | SEC PARTY NAME CHANGE |

EXHIBIT "3"

000008

**File No. :** 6532371
**Filed :** 6/4/2009
**Amendment Type :** SECURED PARTY ADDRESS CHG
**File No. :** 6532371
**Filed :** 6/4/2009

## 3. Basic (UCC)

**Document No. :** B200509813325        **LAPSED: 3/9/2010**

**Filed :** 3/9/2005

**Debtor :** MATTERHORN GROUP, INC.
101 SOUTH CAPITOL BLVD.
BOISE  ID  83702
**Secured Party:** KEY EQUIPMENT FINANCE, A DIVISION OF KEY CORPORATE CAPITAL INC.
66 S. PEARL STREET
ALBANY  NY  12207
**Secured Party:** KEYBANK NATIONAL ASSOCIATION
601 108TH AVE. NE, 3RD FLOOR MS WA-31-18-0311
BELLEVUE  WA  98009-9027
**Amendment Type :** RELEASE
**File No. :** 6492697
**Filed :** 8/30/2007
**Amendment Type :** SEC PARTY NAME CHANGE
**File No. :** 6532372
**Filed :** 6/4/2009
**Amendment Type :** SECURED PARTY ADDRESS CHG
**File No. :** 6532372
**Filed :** 6/4/2009

## 4. Basic (UCC)

**Document No. :** B200910639360        **Lapses:** 5/6/2014

**Filed :** 5/6/2009

**Debtor :** MATTERHORN GROUP, INC.
5991 W. STATE STREET
BOISE  ID  83703
**Secured Party:** CC&B HOLDINGS, INC.
550 HOWE AVENUE SUITE 110
SACRAMENTO  CA  95825
**Amendment Type :** LIEN TERMINATION
**File No. :** 6531815
**Filed :** 5/22/2009 3:59:44 PM

We assume no liability with respect to the identity of any party named or referred to in this report, nor with respect to the validity, legal effect or priority of any matter shown herein; nor, due to our inability to independently verify the accuracy of this data as provided by government and other sources, do we make any guaranty or representation as to its accuracy.

## ---------- END OF REPORT ----------

EXHIBIT "3"                                                    000009

IDAHO SECRETARY OF STATE
02/11/2005 03:44
CK: 93145 CT: 1177 BH: 792774
1 @ 12.00 = 12.00 UCC1 FILE # 5
Filing Number:
B 2005-0980070-2

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Stephen C. Hardesty    (208) 344-6000

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Hawley Troxell Ennis & Hawley

P.O. Box 1617

Boise, Idaho 83701

SEE ATT

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1 DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Matterhorn Group, Inc. | | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 5991 W. State St | Boise | ID | 83703 | USA |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | Corporation | Idaho | C156700   ☐ NONE |

**2 ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3 SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Pacific Mezzanine Fund, L.P. | | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2200 Powell Street, Suite 1250 | Emeryville | CA | 94608 | USA |

**4 This FINANCING STATEMENT covers the following collateral:**

The Collateral described in the attached Exhibit A to Financing Statement, pursuant to that certain Loan Agreement dated February 10, 2005, between the Debtor and Secured Party

| 5. ALTERNATIVE DESIGNATION (if applicable): | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | All Debtors | Debtor 1 | Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | | |

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)     IDAHO FILLABLE FORM REV. 07/2001

EXHIBIT "3"

000010

**EXHIBIT A**

**TO**

**FINANCING STATEMENT**

DEBTOR:     Matterhorn Group, Inc.
5991 W. State St.
Boise, Idaho 83703

SECURED PARTY:     Pacific Mezzanine Fund, L.P.
Attn: Nathan Bell
2200 Powell Street, Suite 1250
Emeryville, CA 94608

DESCRIPTION OF THE COLLATERAL

This Financing Statement covers, without limitation, all right, title, claim, estate and interest of the Debtor in and to all property, wherever located, and interests of the Debtor, tangible or intangible, whether now owned and existing or hereafter acquired or arising (such property and interests in property being collectively referred to herein as the "Collateral"), including without limitation the following:

(a)     Any and all rights to payment for goods sold or leased or for services rendered, including any such rights evidenced by Chattel Paper (as that term is defined below), whether due or to become due and whether or not earned by performance (excluding any such rights evidenced by Notes Receivable (as that term is defined below)) (the "Accounts");

(b)     Any and all negotiable instruments, promissory notes, acceptances, drafts, checks, letters of credit (whether or not the letter of credit is evidence by a writing), certificates of deposit and other writings that evidence a right to the payment of money by any other Person (the "Notes Receivable"); "Person" means an individual, a corporation, a partnership, a trust, an unincorporated organization or any other entity or organization, including a government or any agency or political subdivision thereof;

(c)     Any and all chattel paper (whether tangible or electronic), including writings that evidence both a monetary obligation and a security interest in or lease of specific goods (the "Chattel Paper");

(d)     Any and all rights to payment of money not listed above and any and all rights, titles, interests, securities, Liens and guaranties evidencing, securing, guaranteeing payment of or in any way relating to any Receivables (other than those liens permitted by the Loan Agreement in connection with the Senior Indebtedness); "Lien" means any lien, mortgage, pledge, security interest, charge, or encumbrance of any kind (including any conditional sale or other title retention agreement or any lease in the nature thereof); "Receivables" means Accounts, Notes Receivable, Chattel Paper and other rights to the payment of money;

1

EXHIBIT "3"                    000011

(e)     Any and all goods that may at any time be held for sale or lease or furnished under any contract of service, or are sold, leased or furnished under any contract of service, or constitute raw materials, work-in-process, parts, supplies or materials that are or might be used or consumed in a business or in connection with the manufacture, selling or leasing of such goods ("Inventory");

(f)     Any and all equipment and other goods (excluding Inventory), including the following personal property: machinery, machine tools, office machinery (including computers, typewriters and duplicating machines), motor vehicles, trailers, rolling stock, motors, pumps, controls, tools, parts, works of art, furniture, furnishings and trade fixtures, all athletic equipment and supplies and all molds, dies, drawings, blueprints, reports, catalogs and computer programs related to any of the above (together with all related property described in Section (l) below, the "Equipment");

(g)     Any and all fixtures, including machinery, equipment or appliances for generating, storing or distributing air, water, heat, electricity, light, fuel or refrigeration, for ventilating or sanitary purposes, elevators, safes, laundry, kitchen and athletic equipment, trade fixtures, and telephone, television and other communications equipment (the "Fixtures");

(h)     Any and all documents, whether or not negotiable, including bills of lading, warehouse receipts, trust receipts and the like (the "Documents");

(i)     Any and all stocks, bonds, general and limited partnership interests, limited liability company interests, joint venture interests and other securities, subscription rights, options, warrants, puts, calls and other rights with respect thereto, and investment and brokerage accounts (the "Securities");

(j)     Any and all general intangibles (including payment intangibles), contract rights and other property described below (together with any property listed under Section (d) above, the "General Intangibles"), including the following:

(i)     deposit and other accounts, including demand, time savings, passbook and like accounts maintained with any bank, savings and loan association, credit union, brokerage or other institution, health-care-insurance receivables, and any and all money, instruments and other property from time to time deposited therein or credited thereto, or received, receivable or otherwise distributed therefrom, in respect thereof or in exchange therefor, including all interest accruing thereon;

(ii)     insurance policies and all rights and claims therein or thereunder (including prepaid and unearned premiums), including insurance against casualty (including by fire, flood or earthquake) or liability (including against environmental cleanup costs), title insurance, business interruption insurance and builders risk insurance, whether covering personal or real property;

(iii)     any rights, claims, judgments, awards, orders or decrees arising out of or in connection with any judicial action, litigation, arbitration, mediation or other proceedings;

2

40428 0006 791416 4

(iv)    any and all leases of real or personal property, licensing agreements, and other contracts, and all guarantees, warranties, royalties, license fees and rights under such contracts;

(v)    any and all Governmental Approvals, including permits, licenses, certificates of use and occupancy (or their equivalents) and zoning and other approvals, and tax and other refunds, compensation, awards, payments and relief given or made by any Governmental Authority (including condemnation awards) (the "Approvals"); "Governmental Approval" means an authorization, consent, approval, permit, license, registration or filing with, any Governmental Authority; "Governmental Authority" means any nation, any state or other political subdivision thereof, and any entity exercising executive, legislative, judicial, regulatory or administrative functions of or pertaining to government, including any government authority, agency, department, board, commission or instrumentality of the United States, any State of the United States or any political subdivision thereof, and any tribunal or arbitrator(s) of competent jurisdiction;

(vi)    deposits, surety and other bonds, and choses and things in action;

(vii)    computer programs, computer software (including all source and object codes, all media of any type or nature on which such source or object codes are reproduced, copied, stored or maintained), technology processes other documentation, proprietary information, patents, patent applications, copyrights, copyright applications, trademarks, trademark applications, service marks, trade and other names, trade secrets, customer lists, the entire goodwill of or associated with the business now or hereafter conducted by the Debtor, and other proprietary rights (which means and includes any and all patents, trademarks, service marks, trade names, copyrights, trade secrets, proprietary information, source codes and other proprietary rights and processes);

(k)    Any and all books and records (including ledgers, correspondence, credit files, computer software, computer storage media and electronically recorded data) pertaining to the Debtor or any of the foregoing and all equipment receptacles, containers and cabinets therefor;

(l)    Any and all accessions, appurtenances, components, repairs, repair parts, spare parts, renewals, improvements, replacements, substitutions and additions to, of or with respect to any of the foregoing;

(m)    Any and all rights, remedies, powers and privileges of the Debtor with respect to any of the foregoing; and

(n)    Any and all proceeds and products of any of the foregoing, whether now held and existing or hereafter acquired or arising (collectively, the "Proceeds") "Proceeds" shall include (i) whatever is now or hereafter received by the Debtor upon the sale, lease, license, exchange, collection, other disposition or operation of any item of Collateral, whether such proceeds constitute accounts, general intangibles, instruments, securities, documents, letters of credit, chattel paper, deposit accounts, money, goods or other personal property, (ii) any items that are now or hereafter acquired by the Debtor with any Proceeds of Collateral, (iii) any amounts now

3

or hereafter payable under any insurance policy by reason of any loss of or damage to any Collateral or the business of the Debtor, (iv) all rights to payment for the sale of services or products in connection with the business of the Debtor, (v) all royalties, rights to payment, accounts receivable and proceeds of infringement suits in connection with the Intellectual Property Collateral, and (vi) the right to further transfer, including by pledge, mortgage, license, assignment or sale, any of the foregoing.

4

40428 0006 791416 4

000014

IDAHO SECRETARY OF STATE
08/30/2007 03:22
CK: 303731 CT: 7012 BH: 1073423
1 @ 12.00 = 12.00 UCC3 BASIC # 3
Filing Number:
B 6492694

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGEMENT TO: (Name and Address)**

SEE ATT

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1a. INITIAL FINANCING STATEMENT FILE #**
B 2005-0980070-2, filed 02/11/2005

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or record) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT:** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in item 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

**6a. ORGANIZATION'S NAME**

| OR | **6b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX |
|----|----|----|----|----|
| | | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

**7a. ORGANIZATION'S NAME**

| OR | **7b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX |
|----|----|----|----|----|
| | | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|----|----|----|----|----|
| | | | | |

| DD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|----|----|----|----|
| | | | ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☒ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

Secured party hereby releases the equipment described on attached Exhibit A from the lien of this financing statement.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a ☐ and enter name of DEBTOR authorizing this Amendment.

**9a. ORGANIZATION'S NAME**
Pacific Mezzanine Fund, L.P.

M-Dir.

| OR | **9b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX |
|----|----|----|----|----|
| | BELL | NATHAN | W. | |

**10. OPTIONAL FILER REFERENCE DATA**
File with Idaho Secretary of State; 62216/6

**404 FILING OFFICE COPY – NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 8/02)**

EXHIBIT "3"                                000015

Exhibit A to UCC-3 Financing Statement Partial Release Amendment

**Debtor:**           Matterhorn Group, Inc.,

**Secured Party:**      Keybank National Association

*SEE ATT*

The following collateral is released from the lien of this financing statement:

96 2- Specially Manufactured 6-Head Ice Cream Sandwich Filling Machines (2001 & 2002); Portable, (6) Filling Heads, 110 Fills/Minute, 33"W x 70"L Table Size, (1) Filling Manifold For Both Tables; Each with PLC Controls

95 1- Videojet Model 37 Plus Ink Jet Marking Machines, SN E4980760003WD

(1) Tetra Pak Hoyer Model Custom Built Ice Cream Wire Cut Machine, S/N J349.5076, (2000); Portable, 3 Oz. to 6 Oz. Minimum/Maximum Cutting Size, 300 Cuts/Minute

111 1-Crepaco Stainless Steel Fruit Feeder, S/N A-7891-FF (Estimated 1970s); 85 Lbs./Hour Capacity

102 1- Safeline Model (PPH 14" x 12") Stainless Steel Metal Detector, S/N 55370, (2002); Portable, with 14"W x 6"L Plastic Belt Conveyor

166 1-Tetra Pak Hoyer Model KF2000XC 600-Gallon/Hour Continuous Ice Cream Freezer, S/N Z115.7429, (2003) with Process Piping

157 1-8"W x 14'L Plastic Interlocking Belt Conveyor; Portable; with Drive, with Yaskawa Frequency Drive



EXHIBIT "3"          000016

81 1- Lot Tanks and Mixing Equipment, To include:

(1) 6000-Gallon Steel Storage
Tank; Vertical, Painted Exterior
Epoxy Lined; (Sugar Storage;
installed in enclosed room)

(1) Viking Model HL124A Sugar
Pump, 5 hp; w/ Misc Process Piping

(1) Cherry-Burrell Model CV 4,500-Gallon Stainless
Steel Tank, S/N 4500-89-933, (1969); with Misc
Process Piping (Corn Syrup Storage;
installed in Enclosed Room)


SEE ATT

(1) 15 hp Centrifugal Inlet Pump;
S/S Pump / Painted Motor; with
CIP Centrifugal Discharge
Pump, Stainless Steel
Pump/ Painted Motor; and Misc
Process Piping

(1) St. Regis Model SC 1,000-Gallon Jacketed
Stainless Steel Tank, S/N 49707; (Estimated
1980s); Horizontal, Ammonia/Jacketed; with
1/2 hp Mixing Agitator; 3 hp Centrifugal pump
Stainless Steel Pump/ Painted Motor; and Misc
Process Piping

(1) St. Regis Model SC 1,000-Gallon Jacketed
Stainless Steel Tank, S/N 49711; (Estimated
1980s); Horizontal, Freon/Jacketed; with Dual
Supply 5 hp CIP Centrifugal Pump, Stainless Steel
Pump/Motor; Variable Speed w/ Frequency Drive
1/4 hp mixing Agitator; and Misc Process Piping
(Tank Installed Through Wall)

(1) CE Howard Model 12676-A 15,000-Gallon
Stainless Steel Silo, S/N 9967-2, (1969)
(Waste Storage); Painted Exterior / Stainless Steel
Interior; with PVC Process Piping

82 1-Cherry-Burrell Model SS2100VBR 930 -Gallons/Hour
Homogenizer, S/N 731624, (1986); 30-hp; Variable Speed
1 1/4", 3,000 psi, 3-Piston; with Yaskawa Model F7
Frequency Drive

84 1-Breddo Model LDT 100-Gallon Liquifier, S/N D-20190-
596360, (1986), 15 hp; with 15 hp Pancake Drive; 3 hp
Centrifugal Pump, Stainless Steel Pump/Painted Motor;
and Misc Process Piping

94 3- Cherry-Burrell Model GHW 1,000-Gallon Jacketed Stainless
Steel Tanks, S/N 10-73-2738; S/N 10-73-2739;
and S/N 10-73-2737, (1973); Horizontal, Water/Jacketed;
Each with Top Mounted Mixing Agitator; 1 1/2 hp Transfer Pump;
Stainless Steel Pump/Painted Motor 3 hp CIP Centrifugal
Return Pump; Stainless Steel Pump/Painted Motor; 2 hp Centrifugal
Pump, Stainless Steel Pump/Painted Motor; and Misc Process Piping

96 1- Doboy Model Mustang IV Single-Lane Wrapper, S/N 96-18541,
(1996); Portable; with 1"W x 10'L Single Stainless
Steel Chain Feed Conveyor

97 1- -150-Degree Operating Temperature Nitrogen Tunnel;
(Estimated 1980s); 14"W x 12'L Conveyor; with (3) 3/4 hp

EXHIBIT "3"

000017

Fans; and Nitrogen Spray System

(1) Adco Model 15D105-SS Semi-Automatic
Cartoner, S/N 4301HG, (2001); 100
Boxes/Minute, 1" to 9 1/2" Length Opening x 3/4"
to 4" Width Opening x 4" to 12" Carton Depth;
with Single-Lane Box Infeed Station; Box
Assembly Station; 8"W x 18'L Chain Section
Conveyor; Glue and Sealing Station, with
Nordson Model 3100V-1EAV2F Hot Glue
Machine, S/N AN99M31589; and Control

99 1-Specially Manufactured Sandwich Conveyor, (1994);
Portable, 6-Lane, Each Lane 4"W x 8'L, with (6) Sandwich Tampers

100 1- Ice Cream Bar Line; 120 PPM Maximum, To Include:

(1) Interlocking Plastic Belt Conveyor, (2004); 10"W x 40'L with Drive

(1) Praxair Model U4 1840 DDBCBP (Nitroshield) -150 Degree
Fahrenheit Operating Temperature Nitrogen Tunnel, S/N 90013,
(2003); 42"W x 24'L Stainless Steel Conveyor with Variable Speed
Drive; (4) 3/4 hp Fans; and Controls Misc Process Piping and
Nitrogen Storage Tank (Tank Vendor owned)

(1) Gering and Sons Model (Custom Built) Specially Manufactured
Chocolate Dip Enrober, (2001), 1 hp; Cascade Type, Portable,
180 Bars/Minute; with (2) 8"W x 18'L Stainless Steel Conveyors;
Dipping Station; 50-Gallon Capacity Stainless Steel Hot Water
Jacketed Chocolate Tank; and 1-1/2" Diaphragm Pump

(1) Doboy Model Mustang IV Single Lane Wrapper,
S/N 94-16670, (1994); Portable; with 1-1/2"W x
10'L Stainless Steel Infeed Conveyor; Sealing
Station; and Outfeed Conveyor

(1) Interlocking Plastic Belt Conveyor; 6"W x 4'L; with Drive

104 1--20 Degree Fahrenheit Storage Freezer, (1970); 50'W x - 100'L;
with (2) 5-Ton Krack Evaporators; and 20-Ton Krack Evaporator; (Real Estate)

105 1- Custom Built 10"W x 48'L Horseshoe Shaped Interlocking Plastic Belt
Conveyor, Estimated 10"W x 40'L, with Estimated 3/4 hp Drive, with
Yaskawa Frequency Controller

106 1 Lot of Laboratory Equipment to Include

(1) Garver Model 212 Centrifuge S/N 16067

107 1- Frigidaire Model T30LGP-2 (R404A) (Kelvinator) Freezer,
S/N 71813363, with Glass Front Door

108 1- Platform Scale; 14" x 12", with IQ Plus 350 Digital Readout

109 1-Specially Manufactured Model (Custom Built) Sanitary Wash Down
Wash System; with PVC Piping, and Hoses

110 4-Lafferty Equipment Model 976675 Timed Entry Dual Foam Sanitizers
Each with piping

113 1-150 Degree Operating Temperature Nitrogen Tunnel; (Estimated 1980's);
38"W x 34'L; with (4) 1hp Fans; Belt Conveyor with Drive and Controls

114 1-St. Regis Model RFB 1,000-Gallon Jacketed Stainless Steel Tank
S/N 49087; Horizontal, Ammonia/Jacketed; Painted Exterior; with Top Mounted
Mixing Agitator; 3 hp Centrifugal Pump; and Misc Process Piping

117 3-Copeland Model CSAH0300-CAB-001N Freon Compressors, 3 hp;
(Estimated 1980s); each with Associated Piping (Roof Mounted)

SEE ATT

EXHIBIT "3"                                                     000018

120 1-Vilter Ammonia Compressor, S/N 601A484RC, 40 hp; (Estimated 1960s); 4-Cylinder; with Receiving Tank; and Associated Piping

121 1-Mycom Model 5A Ammonia Compressor, S/N 5A1497, 40 hp; (Estimated 1960s); 6-Cylinder; with Receiving Tank, and Associated Piping

122 1-Vilter Ammonia Compressor, 80 hp; (Estimated 1960s); 4-Cylinder with Receiving Tank and Associated Piping

123 1-Mycom Model 42A Ammonia Compressor, S/N 42A1529, 30-hp; (Estimated 1960s); 6-Cylinder with Receiving Tank; and Associated Piping

124 1-Fuller Model A-70 Ammonia Compressor, S/N 870, 40 hp; (Estimated 1960s); with Receiving Tank ; and Associated Piping

125 1-750-Gallon Stainless Steel Tank; (Estimated 1970s); (Waste Tank), Open Top; Leg Mounted Horizontal; with 3 hp Top Mounted Mixing Agitator; and Associated Pumps

126 1-Shell and Tube Heat Exchanger; (Estimated 1970s); with Stainless Steel Pipe; with 12"D x 15'L Heat Exchanger; 10"D x 10'L Heat Exchanger; Glycol Tank; and 15 hp Centrifugal Pump
Pumps

127 1-Sellers Model 77 Commodore 4, 185,000-Btu/Hour Natural Gas-Fired Boiler, S/N 99066, (1977), 125 hp; with Deareator, and Water Softening Sys.

128 1-Gardner-Denver Model Electra-Saver II ECH0JE Rotary Screw Air Compressor, S/N M21049, 50 hp; (Estimated 1960s); 41,730 Hours Indicated; with Associated Piping

129 1-Sullivan Palatek Model PDD-165 165-scfm Air Dryer, S/N 3334-2-0208-16BD, (2002)

130 1-Quincy Model C-30-D Rotary Screw Air Compressor, S/N 880453, (1988), 30 hp; 8,402 Hours Indicated, Horizontal Tank Mounted, with Associated Piping

131 1-Baltimore Aircoil Model VXMC340 Cooling Tower, S/N 830602, (1983) with Circulation Tank, and Associated Pumps and Piping

132 1-Recold Model BMSIFS335A Cooling Tower, S/N D7172

133 2-5,000-Gallon Storage Carbon Steel Silos;(Estimated 1970's); (Chocolate Storage), Vertical, Estimated 8'6"D x 14'H Water/Jacketed Bottom; 6"H Each with (1) Mixing Agitator; and (1) 3" Diaphragm Pump
Each Value: $9,000

134 1-Imperial Walk-In Incubator, (1980), 1 hp; 150°F Maximum Temperature, 8'W x 10'L

135 1-Walk-In Freezer; (Estimated 1980), 10'W x 32'L, 20°F Operating Temperature; with (2) Bohn 4-Fan Evaporators; and Copeland Air Compressor

139 1-Centrifugal Pump, 5 hp Stainless Steel Pump/Painted Motor

140 1-Centrifugal Pump, 5 hp Painted Pump/Painted Motor

141 1-Lot Maintenance Shop Equipment to Include

(1) Lincoln Model Invertec V200-Pro 200-Amp Welder, S/N AC-803279, (1991); with Lincoln Model LN-7 Wire Feed, with Portable Cart

(1) Blackhawk Model 67605 12-Ton H-Fram Press; 18" Between Posts

(1) Pro-Tech Model PT-1413 Floor-Type Drill Press, SN 82649, 3/4 hp; 6" throat

(1) Jet Model HVBS-463 Horizontal Band Saw, S/N 111004, 1/2 hp; 10"W x 7"H

EXHIBIT "3"

000019

142 1-Dairy King 1,200-Gallon Jacketed Stainless Steel Tank, S/N 1200F2 607 (Estimated 1960's); Horizontal, Freon/Jacketed, Open Top; with Lid; and Mixing Agitator

143 1- Mueller 1,000-Gallon Jacketed Stainless Steel Tank; (Estimated 1960s); Horizontal, Freon/Jacketed with Mixing Agitator

144 1-Dairy King 1,500-Gallon Jacketed Stainless Steel Tank, S/N1500S4 O85, (1964); (Estimated 1960s); Horizontal, Freon/Jacketed; with (2) Mixing Agitators

145 1- Cherry-Burrell Model VS200 (200BS) 200-Gallon/Hour Continuous Ice Cream Freezer; S/N 4060; (Estimated 1960s);

146 1- Specially Manufactured 12-Head Chocolate Enrober, (2000); Portable with Viking Pump, 2 hp, with Gear Reducer; 36"W x 10'L Stainless Steel Mesh Chain Conveyor, with Teco Frequency Drive; Cascade Type Chocolate Dispense Station; and Control

147 1- 9"W x 10'L Belt Conveyor; Portable; with Marsh Model Partion Plus HR/Series Ink Jet Printer, 2-Head

148 1-Storage Trailer; 28'L Single Axle; with Heater ; and Roll-Up Door;

149 1-Gering and Sons Model "Mini Ed" Portable Ice Cream Sandwich Filling Machine; 8-Position In-Line Filler, 30"W x 8'L with PLC Control

150 3-Copeland Model CSAH0300-CAB-001N Freon Compressors, 3 hp (Estimated 1980s)

152 1-Lot of Equpment Stored In Trailer To Include:

(1) Specially Manufactured 4-Head Ice Cream Cone Filling System, (2002); Portable; with Chocolate Spray System, with 10-Gallon Hot Water Jacketed Stainless Steel Chocolate Tank; 18"W x 12'L Plastic Belt Conveyor; with Teco-Westinghouse Frequency Drive

(1) Gering and Son 6-Head Rollo Ice Cream Cone Filling Machine; Portable, with Plastic Interlocking Belt Conveyor; with Drive; Filling Station, with Air Cylinder and PLC Control

154 2-Pumps, 1 hp; Portable; Each with Teco-Westinghouse Frequency Drive; 15"D Infeed Hopper; 1-1/2" Diaphragm Pump

159 1-2001 KIT Manufacturing Model Cypress 70'8" x 26'8" Prefabricated Modular Yard Office, VIN KM1Y0178C235033A/B; with Vinyl Siding; Shingle Roof; Interior Drywall; Kitchen; (2) Bathrooms; (4) Offices; and Climate Control

160 1-Lot of Factory and Support, To Include: Desks; Chairs; Miscellaneous Pumps; Miscellaneous Tanks; Conveyors; Chairs; Laboratory Furnace; Scales; etc.

162 1-Allis-Chalmers Model ACE30A 2,500-Lb. Electric Lift Truck, S/N DAE105462, (1978); 106" Lift Height, 2-Stage Mast, Solid Tire

163 1-Toyota Model 2FBCA15 3,000-Lb. Electric Lift Truck, S/N 2FBCA15-10298, (1978); 185" Lift Height, 3-Stage Mast,Solid Tire, 7,868 Hours Indicated

167 1-10'W x 40'L Interlocking Plastic Belt Conveyor, (2004) with Drive;

185 1- Feldmeier 10,000-Gallon Jacketed Stainless Steel Silo, S/N N-527-O2 (2002); Painted Exterior; Vertical, Ammonia/Jacketed; with Side Mounted Agitator, with Variable Speed Drive; Level Monitoring System, Anderson Model AJ-300 Chart Recorder, and Misc Process Piping

EXHIBIT "3"

000020

# UCC FINANCING STATEMENT AMENDMENT

ELECTRONIC FILING*

| A. NAME, PHONE, EMAIL, FAX OF CONTACT AT FILER: | |
|---|---|
| THERESA HOWE  \|  ----  \|  thowe@hawleytroxell.com  \| ---- | |

IDAHO SECRETARY OF STATE
05/22/2009 15:53
$3.00
Filing Number:
B 6531812

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

HAWLEY TROXELL ENNIS & HAWLEY LLP

877 W MAIN, SUITE 1000

BOISE, ID  83702

**1a. INITIAL FINANCING STATEMENT FILE #**
B 200509800702

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS.

**2.** [ X ] TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement

**3.** [ ] CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** [ ] ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9

**5.** AMENDMENT (PARTY INFORMATION): This Amendment affects [ ] Debtor or [ ] Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7

[ ] CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c    [ ] DELETE name: Give record name to be deleted in item 6a or 6b    [ ] ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d - 7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| | 6a. ORGANIZATION'S NAME: | | | | |
|---|---|---|---|---|---|
| OR | 6b. LAST NAME: | FIRST NAME: | | MIDDLE NAME: | SUFFIX: |

**6. AMENDMENT (COLLATERAL CHANGE): check only one box.**
Describe collateral [ ] deleted or [ ] added, or give entire [ ] restated collateral description, or describe collateral [ ] assigned.

**9.** NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor check here [ ] and enter name of DEBTOR authorizing this Amendment

| | 9a. ORGANIZATION'S NAME: | | | | |
|---|---|---|---|---|---|
| OR | PACIFIC MEZZANINE FUND, L.P | | | | |
| | 9b. LAST NAME: | FIRST NAME: | | MIDDLE NAME: | SUFFIX: |

**10. OPTIONAL FILER REFERENCE DATA:**

**13. Use this space for additional information.**
LIEN TERMINATION

*Electronically generated from original XML Document

███████
███████
███████

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

IDAHO SECRETARY OF STATE
03/09/2005 05:00
CK: 5634568  CT: 1577  BH: 797453
1 @ 12.00 =  12.00  UCC1 FILE # 2
Filing Number:
B 2005-0981328-1

A. NAME & PHONE OF CONTACT AT FILER [optional]
Phone:(800) 331-3282  Fax: (818) 662-4141

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)          511630 IKEYEQUIP

UCC Direct Services               6572116
P.O. Box 29071
Glendale, CA 91209-9071        IDID      SEE ATTACHED FOR DETAILS

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Matterhorn Group, Inc. | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 101 South Capitol Blvd. | Boise | ID | 83702 | |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | Corporation | ID | C156700 □ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | □ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Key Equipment Finance, a division of Key Corporate Capital Inc. | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 66 S. Pearl Street | Albany | NY | 12207 | |

4. This FINANCING STATEMENT covers the following collateral:

This financing statement covers all of Debtor's right, title and interest, now owned or hereafter acquired, in and to the following described collateral, together with any and all (1) substitutions, replacements or exchanges therefore, (2) replacement parts, additions, attachments and accessories incorporated therein or affixed thereto, or used in connection therewith, and (3)cash and non cash proceeds including, without limitation, claims of the Debtor against third parties for loss or damage to, or destruction of, such collateral: SEE ATTACHED EXHIBIT A. (1) accounts receivable, accounts, chattel paper, documents, contract rights, instruments, general intangibles, and all right, title and interest in sold, leased, or furnished goods giving rise thereto (including, without limitation, all rights (i) of stoppage in transit, (ii) of reclamation, and (iii) in returned or repossessed goods); (2) inventory (including, without limitation, all goods that are (i) raw materials, (ii) work in process, (iii) materials used or consumed in the ordinary course of Debtor's business or held for sale or lease or furnished or to be furnished under contracts of service); (3) equipment, including, without limitation, (i) all machinery, office furniture and furnishing, tools, dies, jigs, and molds, (ii) all goods used or bought for use primarily in Debtor's business, (iii) all goods that are not consumer goods or farm products and all accessions thereto and gods with which the goods are commingled.

| 5. ALTERNATIVE DESIGNATION [if applicable] | X LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum [if applicable]     7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]   ☐ All Debtors  ☐ Debtor 1  ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA
6572116                                                    L#8800503352

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

EXHIBIT "3"                                                        000022

# Appraisal

**Deluxe Ice Cream Company**
**1860 State Street**
**Salem, Oregon**

## Machinery & Equipment

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------|

### Production

| 1 | 1- | Tanks and Mixing Equipment, To Include: | $ 133,500 |
|---|----|-----------------------------------------|-----------|

 (1) Mueller 10,000-Gallon Jacketed Stainless Steel Tank, S/N 266500, (1999); Vertical, Double Wall, Pasteurize Mix, Ammonia/Jacket; with Associated Pumps and Piping

 (1) Mueller 8,000-Gallon Sugar Storage Silo, S/N 310263, (2004); Stainless Steel, Vertical, Single Wall; with Associated Pumps and Piping

 (1) Chester-Jensen Model AHM 6,000-Gallon Jacketed Stainless Steel Tank, S/N 440; (Estimated 1960s); Horizontal, Carbon Steel Skin, Ammonia/Jacket; with Associated Pumps and Piping; (Mounted Through Wall)

 (1) Mueller 6,000-Gallon Jacketed Stainless Steel Tank, S/N 22-07, (2003); Vertical, Double Wall, Ammonia/Jacket; with Associated Pumps and Piping; (Mounted Through Wall)

 (1) Mueller Model PCP 1,000-Gallon Jacketed Stainless Steel Tank, S/N 140130, (1994); Pasteurization, Vertical, Water/Jacketed; with Associated Pumps and Piping

 (1) Mueller 600-Gallon Jacketed Stainless Steel Tank, (1988); Vertical, Water/Jacketed; with Mixing Agitator; and Associated Pumps and Piping

 (2) 650-Gallon Jacketed Stainless Steel Tanks; (Estimated 1960s); Vertical, Carbon Steel Skin, Ammonia/Jacketed; Each with (1) 5 hp Pump; and Associated Piping

# Appraisal - Deluxe Ice Cream Company
## Salem, Oregon

| Item # | Qty. | Effective Date: November 5, 2004  SEE ATTACHED FOR DETAILS | Market Value In Place |
|--------|------|------------|------------|
| | | (2) 1,000-Gallon Jacketed Stainless Steel Tanks; (Estimated 1960s); Vertical, Carbon Steel Skin, Ammonia/Jacketed; Each with (1) 3 hp Pump; and Associated Piping | |
| | | (1) 2,000-Gallon Stainless Steel Tank; (Estimated 1960s); Horizontal, Carbon Steel Skin, Insulated Ammonia/Jacket; (Mounted Through Wall) | |
| 2 | 1- | APV Model G24-2.5P 1,000-Gallon/Hour Stainless Steel Homogenizer, S/N 19982410164, (1998), 30 hp; 2,500 psi, 2-Stage; with Piping | 30,000 |
| 3 | 1- | Specially Manufactured Model T 28CH 1,200-Gallon/Hour HTST Pasteurizer, S/N 2032, (2002); 42"L x 45"H x 20"W; with (3) Baldor 5 hp Pumps; 50-Gallon Stainless Steel Tank; Piping; and FES Model 4WP-A1-1 Heat Exchanger, S/N 44400-1, (1999), Minimum 4-0" to Maximum 4-1/6" Capacity | 78,000 |
| 4 | 1- | Breddo Model LOR 30-Gallon Stainless Steel Blender Injector, S/N 184TC3450, (1987), 30 hp; 30 Gallon/Minute, 5 psig; with Associated Pumps and Piping | 11,000 |
| 5 | 1- | Berry Plastics Model CP5000 5-Quart Stainless Steel Filler, S/N CP5003; Portable; *(Vendor Owned)* | --- |
| 6 | 1- | Cherry-Burrell Model ST 1,350-Gallon 3-Compartment Stainless Steel Tank, S/N 315-66-380; (Estimated 1970s); with (3) Reliance Electric 1/3 hp Agitators; and Associated Pumps and Piping | 9,500 |
| 7 | 1- | 150-Gallon Stainless Steel Liquifier; (Estimated 1970s); with Associated Pump and Piping | 6,000 |
| 8 | 1- | Cherry-Burrell Model HCIF Fruit Feeder, S/N 93262ZA | 8,500 |
| 9 | 2- | Tetra Pak Hoyer Model KF1200EX 800-GPH Continuous Ice Cream Freezers, S/N Z118.1005+5145; and S/N Z1181006+5146, (2002) Each Value: $75,000 | 150,000 |

EXHIBIT "3"

000024

**Appraisal - Deluxe Ice Cream Company**
**Salem, Oregon**

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| 10 | 1- | Tetra Pak Hoyer Model KF1200XC 600-GPH Continuous Ice Cream Freezer, S/N Z115.4105+5198, (2002) | 65,000 |
| 11 | 1- | 1/2-Gallon Ice Cream Packaging Line, To Include: | 110,000 |

   (1) Lot of Flavor Pumping Equipment, To Include: (1) 55-Gallon Flavor Drum Pump; (2) 3 hp Pumps; (1) St. Regis Model VF-1930 Vibratory Feeder; and (2) E-Trac AC Inverters

   (1) Anderson (WCB) Model 588 1/2-Gallon Ice Cream Carton Filler, S/N 588-5036; 64 Oz., 60 Cartons/Minute; with Package Infeed; Ice Cream Filling Station; Sealing Station, with Nordson Hot Glue Machine; Microset Multiscan Ink Jet System; and Electro Model Plus 6000 Series Controls; (Filler Rebuild (2004) By Manufacturer)

   (7) Stainless Steel Interlocking Plastic Belt Conveyors; 6"W x 16'L; with Specially Manufactured Hydraulic Directional Ram Arms

   (1) Electro Scale Model 475 50-Lb. Digital Scale

   (1) Imaje Model Jaime 100 S4 Marking Machine, S/N 0440507A, (2000)

   (1) APV Amerio Model AM 35 80-Ton Stainless Steel Contact Plate Freezer, S/N C-289 (AM35); (Estimated 1970s); 80 Tons/Hour, 16 Tray Stations/20 Rows Per Tray Capacity, Estimated 12'W x 14'L Freezer Dimensions; with Guardstar M Series Safety Light Curtain

   (1) Douglas Machine Model 462 Shrink Wrap Packaging Machine, S/N M2506, (1993); 30"W; with Shrink Wrap Tunnel, 30"W x 10'L x 20"H, 415°F Operating Temperature

   (1) Lot of Associated Piping; Electrical; and Controls

| 12 | 1- | Lock Model MET30 CXE1HDS1148.6 KH2 Stainless Steel Metal Detector, S/N 23414/3, (1999); 22"W x 13"H | 10,000 |
| 13 | 1- | Crepaco Model KM 340 1,200-Gallon/Hour 3-Barrel Continuous Ice Cream Freezer, S/N A-1393, (1974); Stainless Steel; with (2) Reliance Electric Model SP500 Easyclean Plus Cleaning Systems; Siemens Micromaster Control; and (3) Associated Pumps | 12,500 |

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------|

14    1-    Vit-A-Line #1; 20 Drops/Minute, To Include:      150,000

(1) FMC Model Viking 1 6-Wide Stainless Steel Vit-A-Line, (1957); (294) Molds on Conveyor + (2) Mold Sets 3 Oz./4 Oz., Pneumatic, 40-Ton Refrigeration Capacity; with Estimated 20"W x 100'L Conveyor; 6-Wide Filler Unit; 6-Wide Evacuation Unit; 6-Wide Filler Unit; 6-Wide Stormax Stick Inserter, (1978), with Allen-Bradley Model PanelView 550 Controls, (2003); Alliance 6-Wide Demolding and Picking Station; Specially Manufactured Heat Exchanger; Ammonia Tank; and Salt Water Tank

(1) Cherry-Burrell Model WPT 300-Gallon Stainless Steel Tank, S/N 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; (Estimated 1970s); with Mixing Agitator; and Associated Pump

(1) 1,350-Gallon 3-Compartment Stainless Steel Tank; (Estimated 1970s); 4'W x 10'L; with (3) Mixing Agitators; and Associated Pumps

(1) Sidam Ice Cream Machinery Model Polopack 8 150-Wraps/Minute Single-Lane Popsicle Wrapping Machine, (1985); 8"W x 10'L Conveyor; with Reliance Electric Model SP500 Easyclean Cleaning System

(2) Interlocking Plastic Belt Conveyors; 6"W x 8'L

(1) Specially Manufactured Stainless Steel Accumulation Table

(1) Hoyer Model Flopac 50 Popsicle Cartoner Packaging Machine, S/N Z431.1100, (2002); IM.50, 6-Pack/12-Pack Packaging Capabilities; with Stainless Steel Infeed Conveyor; Articulating Arms; Nordson Model 3400 Hot Glue System; and Woods Ultracon II SCR Controls

(1) Stainless Steel Interlocking Plastic Belt Conveyor; S-Shape

(1) Anderson Brothers Model 466 Packaging Machine, S/N 33225; 30"W x 20"H x 6'L Capacity; with Specially Manufactured Shrink Wrap Tunnel; and Specially Manufactured Conveyor

(1) Stainless Steel Belt Conveyor; 15"W x 75' Estimated Length, Ceiling Mounted

(1) Lot of Associated Piping; Electrical; and Controls

EXHIBIT "3"

000026

# Appraisal - Deluxe Ice Cream Company
## Salem, Oregon

*SEE ATTACHED FOR DETAILS*

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------|
| 15 | 1- | Bunting Magnetics Model MN2.2C 600-500 Stainless Steel Metal Detector, S/N 971236-C, (2004); 23"W x 20"H; with Mesutronic Metal Detector Controls | 15,000 |
| 16 | 1- | Fleet-Line Model FL-6000 Case Sealer; with Diagraph Model IV-700 Ink Jet Marking Machine | 3,750 |
| 17 | 1- | NDS 2-Wide Stainless Steel Ice Cream Cone Filler; with Cone Insertion Station; and Cone Fill Stations; *(Vendor Owned)* | --- |
| 18 | 1- | Ice Cream Cup Line, To Include: | 85,000 |
| | | (1) Osgood Model 2901-6 180-Cup/Minute Multi-Lane Index Filling Machine, S/N 2901-6, (1994); 2 Oz./4 Oz. Ice Cream Cup, 2-Wide; with Plastic Cup Infeed; Ice Cream Dispenser; Capping Station; Rubber Belt Conveyor System; Specially Manufactured Packaging Table; and PanelMate Controls | |
| | | (1) Doboy Model B-450 Bag Sealer, S/N 98-20236, (1998); with 6"W x 8'L Roll Conveyor | |
| | | (1) Fleet-Line Model FL-6000 Case Sealer, S/N 6177; with Diagraph Model 575000 Ink Jet Marking Machine, S/N NE10003834; and (2) Stainless Steel Tables | |
| | | (1) Lot of Associated Piping, Electrical, and Controls | |
| 19 | 1- | 5-Quart Circular Box Maker; *(Vendor Owned)* | --- |
| 20 | 1- | Power Belt Conveyor; 24"W x 15'L | 1,250 |
| 21 | 1- | -15 Degree Fahrenheit Storage Freezer; Estimated 40'W x 90'L; with (2) Evaporators; (Rebuilt 1988; *Real Estate*) | --- |
| 22 | 1- | Imperial Mfg. Co. -15 Degree Fahrenheit Storage Freezer; (Estimated 1970s); Estimated 40'L x 30'W; with (2) Evaporators; *(Real Estate)* | --- |

EXHIBIT "3"

**Appraisal - Deluxe Ice Cream Company**
**Salem, Oregon**

*SEE ATTACHED FOR DETAILS*

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|------------------------|
| 23 | 1- | Vit-A-Line #2; 20 Drops/Minute, To Include: | 140,000 |
| | | (1) 300-Gallon Stainless Steel Tank; 4'W x 6'L; with Mixing Agitators; and Associated Pumps | |
| | | (1) 1,800-Gallon 3-Compartment Stainless Steel Tank; 4'W x 12'L; with (3) Mixing Agitators; and Associated Pumps | |
| | | (1) Dairy Craft 1,125-Gallon 3-Compartment Stainless Steel Tank, S/N 1655; with (3) Mixing Agitators; and Associated Pumps | |
| | | (1) FMC Model Viking 1 6-Wide Stainless Steel Vit-A-Line; (Estimated 1970s); (294) Molds on Conveyor + (1) Mold Set 4 Oz., Pneumatic, 40-Ton Refrigeration Capacity; with Estimated 20"W x 30'L Conveyor; 6-Wide Filling Unit; 6-Wide Stormax Stick Inserter, (1989), with Hoyer Controls; Alliance 6-Wide Demolding and Picking Station, (1989); Specially Manufactured Heat Exchanger; Ammonia tank; and Salt Water Tank; (Rebuilt 1989) | |
| | | (1) Sidam Ice Cream Machinery Model Polopack 8 150-Wrap/Minute Single-Lane Popsicle Wrapping Machine, (1989); with 8"W x 10'L Stainless Steel Infeed Conveyor; Pneumatic Transfer Station; 3-Position Plastic Dispense Unwind Stand; Product Outfeed Conveyor Table; and Siemens Controls | |
| | | (1) Lot of Associated Piping; Electrical; and Controls | |
| 24 | 1- | Crepaco Model KM 340 1,200-Gallon/Hour 3-Barrel Continuous Ice Cream Freezer, S/N KM340-3446, (1972); with (3) Reliance Electric Model SP500 Easy Clean Cleaning Systems | 12,500 |
| 25 | 1- | Vit-A-Line #3; 20 Drops/Minute, To Include: | 200,000 |
| | | (1) 1350-Gallon 3-Compartment Stainless Steel Tank; with (3) Mixing Agitators; and Associated Pumps | |

*SEE ATTACHED FOR DETAILS*

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|------------------------|
| | (1) | FMC Model M Series 8-Wide Stainless Steel Vit-A-Line, S/N 30-M-148, (1975); (294) Molds on Conveyor + (1) Mold Set Twinpop Pneumatic, 40-Ton Refrigeration Capacity; with Estimated 28"W x 30'L Conveyor; 8-Wide Filler Unit; 8-Wide Evacuation Unit; 8-Wide Filler Unit; 8-Wide Stormax Stick Inserter; 8-Wide Alliance Demolding and Picking Station; Specially Manufactured Heat Exchanger; Ammonia Tank; and Salt Water Tank; (Rebuilt 1993) | |
| | (1) | Anderson Model 591 8-Lane Bar Stacker Packaging System | |
| | (1) | Doboy Model B-500 Bag Sealer, S/N 01-23104, (2001); with 24"W x 15'L Belt Outfeed Conveyor | |
| | (2) | Fleet-Line Model FL-6000 Case Sealers; Portable; Each with Diagraph Model 5750400 Ink Jet Marking Machine | |
| | (2) | Power Belt Conveyors; 24"W x 15'L | |
| | (1) | Lot of Associated Piping, Electrical, and Controls | |
| 26 | 1- | Doboy Model B-500 Bag Sealer, S/N 99-21165, (1999); with Direct 1000 Controls | 5,000 |
| 27 | 1- | St. Regis Model FF-1994 Stainless Steel Fruit Feeder, S/N FS 1994, (1983), 3 hp; (Crepaco) | 6,000 |
| 28 | 1- | Anderson Brothers Pint Filler, S/N 19978; (Estimated 1960s) | 1,500 |
| 29 | 1- | Garver Electrifuge Model 212 Centrifuge, S/N 8629; 18"D Capacity | 350 |
| 30 | 1- | Ohaus Model MB35 Moisture Analyzer | 1,300 |
| 31 | 1- | -20 Degrees Fahrenheit Storage Freezer, (1984); 50'W x 90'L; with (3) Krack Evaporators; *(Real Estate)* | --- |
| 32 | 1- | 2,500-Gallon Brine Stainless Steel Tank; (Estimated 1970s); 4'W x 12'L x 8'H | 6,000 |

*SEE ATTACHED FOR DETAILS*

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| 33 | 1- | Norse Dairy Systems Stainless Steel Ice Cream Sandwich Machine; with (2) Wafer Infeed Conveyors; Sandwich Assembly Area; and Outfeed Conveyor; *(Vendor Owned)* | --- |
| | | Total Production: | $ 1,251,650 |

### Plant Utilities

| Item # | Qty. | | Market Value In Place |
|---|---|---|---|
| 34 | 1- | FES Model 19ME Ammonia Compressor, S/N 19M75, (1996), 200 hp; with FES Micro IIE Controls; (1) 48"D x 14'L Ammonia Shell and Tube; Associated Piping; and Evapco Model LSCA-155 Cooling Tower, S/N 95-8025 W, (1995), 200 hp, 2,504,000.00 MBH | $ 82,500 |
| 35 | 1- | FES-Fuller Model A120S Ammonia Compressor, S/N 72-21131-103, (1972), 75 hp; with 36"D x 12'L Ammonia Steel Tank; and Associated Piping | 10,000 |
| 36 | 1- | Worthington Model 8X8 VR-8F Ammonia Compressor, S/N L90713, 100 hp; (Estimated 1960s); with Associated Piping | 7,000 |
| 37 | 1- | Quincy Model QNW360-C1 Rotary Screw Air Compressor, S/N 900580, (1990), 75 hp; 21,546 Hours Indicated; with Associated Piping | 12,000 |
| 38 | 1- | Arrow Pneumatics Model 3515-4 Air Dryer, S/N RD460, 3 hp | 2,500 |
| 39 | 1- | Quincy Model QNWC-30-C Rotary Screw Air Compressor, S/N 820347, (1982), 30 hp; with 36"D x 6'H Storage Tank; and Associated Piping | 1,500 |
| 40 | 1- | CIP System; with Ecolab Model Saber Quantum Cleaning System; and Ecolab Model AC-1351 Liquid Alkaline Detergent Polypropylene Tank; (Not in Service; Ecolab Is Vendor Owned; Tanks And Valves Owned By Company, (2002)) | 7,500 |

EXHIBIT "3"

**Appraisal - Deluxe Ice Cream Company**
**Salem, Oregon**

SEE ATTACHED FOR DETAILS

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| 41 | 1- | Vilter Model 448 Ammonia Compressor, S/N 7873AHRCDH0265531, 100 hp; with Associated Piping | 14,000 |
| 42 | 1- | FES-Fuller Model A135S Ammonia Compressor, (1989), 75 hp; with Associated Piping | 9,000 |
| 43 | 1- | Sullair Model 820-LB-717-400-3.0 Screw-Type Ammonia Compressor, S/N 056-01190, (1989), 60 hp; 121°F Operating Temperature; with Associated Piping | 5,500 |
| 44 | 1- | Mycom Model N6B Ammonia Compressor, S/N 10536, 100 hp; (Estimated 1970s); with Associated Piping | 9,000 |
| 45 | 1- | FES-Fuller Ammonia Compressor, 40 hp; (Estimated 1970s); with Associated Piping | 3,000 |
| 46 | 1- | Mycom Model N4B Ammonia Compressor, 75 hp; (Estimated 1970s); with Associated Piping | 9,000 |
| 47 | 1- | Cleaver Brooks Model CBH-200-70 150-psi Gas-Fired Boiler, S/N L-62406, (1977), 2 hp; 2,929,000 Btus/Hour; (Retubed 1992) | 7,000 |
| 48 | 1- | GEA Refrigeration Division Model 400GL Ammonia Compressor, S/N 3A082011, (2003), 350 hp; with GEA Model Micro III Controls; Associated Piping; and Evapco Model ATC 325 B Cooling Tower, S/N W037205, (2003), 350 hp | 135,000 |
| 49 | 1- | BAC Model VXCN205 Cooling Tower, S/N 83-7120M, (1983); 1,985,000.00 MBH | 4,500 |
| 50 | 1- | Evapaco Model LSCA-480 Cooling Tower, S/N 91-5668, (1991) | 11,500 |
| | | Total Plant Utilities: | $    330,500 |

**Appraisal - Deluxe Ice Cream Company**
**Salem, Oregon**

*SEE ATTACHED FOR DETAILS*

| Item # | Qty. | Effective Date: November 5, 2004 | | Market Value In Place |
|--------|------|----------------------------------|---|------------------------|

---

### Maintenance

| 51 | 1- | Maintenance Equipment, To Include: | $ | 3,250 |

    (1) Delta Model 31-120 12" Disc Sander; with Portable Cart

    (1) Ridgid Model 200 Pipe Threader, S/N 201537

    (1) Jet Model Jet-1240PY 12" x 40" Bed Size Engine Lathe, S/N M84-02-016, (1984); 1-1/2" Hole Through Spindle; with 3-Jaw Chuck; End Stock; and Tool Holder

    (1) Jepson Model 9115 14" Chop Saw

    (1) Systematics Model MP175 175-Amp Welder, S/N 175P-2052

    (1) Miller Model Econo Twin HF 150-Amp Welder, S/N JE-11, (1984)

    (1) Union Tool Co. Model MADP036AMA 7" Throat Bench-Type Drill Press, S/N 58957

    (1) H-Frame Press; 24"W Capacity

Total Maintenance:     $    3,250

### Throughout Plant

| 52 | 1- | Stretch Wrap Machine; 48" x 48" Platform | $ | 2,750 |
| 53 | 1- | Lantech Model E-Series Stretch Wrap Machine, S/N W-0091; 48"D x 6'H Platform | | 3,750 |
| 54 | 1- | Marathon Model V-6030HD Vertical Baler, S/N 38377W; 60"W x 30"D | | 3,000 |
| 55 | 1- | Lot of Factory and Support Equipment, To Include: Pallet Jacks; Stainless Steel Tables; Stainless Steel Sinks; Cabinets; Metal Lockers; Small Storage Tanks; Conveyor; Microwave; Break Room Equipment; Desks; Chairs; Miscellaneous Pumps; etc. | | 15,000 |

EXHIBIT "3"

**Appraisal - Deluxe Ice Cream Company**
**Salem, Oregon**

*SEE ATTACHED FOR DETAILS*

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|-----------------------------------|-----------------------|
| 56 | 1- | Lot of Office Furniture and Business Machines, To Include: Desks; Chairs; Cubicles; Cabinets; Telephone System; Facsimile Machines; Photocopiers; Executive Office Tables; Conference Tables; Executive Chairs; Security System; Televisions; Printers; etc. | 30,000 |
| | | Total Throughout Plant: | $  54,500 |

**Rolling Stock**

| Item # | Qty. | Description | Market Value In Place |
|--------|------|-------------|-----------------------|
| 57 | 1- | Clark Model TM15S 3,000-Lb. Electric Lift Truck, S/N TM247-0607-9055FB, (1993); 188" Lift Height, 3-Stage Mast, Solid Tire; with Battery Charger | $  3,500 |
| 58 | 1- | Yale Model MPB040ACN2402748 4,000-Lb. Walk-Behind Low-Lift Walkie | 600 |
| 59 | 1- | 1998 International Model 9400 Conventional Tractor, VIN 2HSFHAMR2WC035472; 574,331 Miles Indicated | 30,000 |
| 60 | 1- | Clark Model TM15S 3,000-Lb. Electric Lift Truck, S/N TM247-0296-9058FB, (1994); 188" Lift Height, 3-Stage Mast, Solid Tire | 3,500 |
| 61 | 1- | Clark Model TMG15S 3,000-Lb. Electric Lift Truck, S/N TMG248-0226-7482FB, (1998); 188" Lift Height, 3-Stage Mast, Solid Tire | 6,500 |
| 62 | 1- | Skyjack Model SJM3219 19'H Scissor Lift, S/N 22951 | 8,000 |
| 63 | 1- | Clark Model TMG15S 3,000-Lb. Electric Lift Truck, S/N TMG248-0261-7498FB, (2000); 188" Lift Height, 3-Stage Mast, Solid Tire | 7,500 |
| 64 | 1- | Clark Model TMG15S 3,000-Lb. Electric Lift Truck, S/N Unknown; 188" Lift Height, 3-Stage Mast, Solid Tire | 6,000 |
| 65 | 1- | Clark Model TMG15S 3,000-Lb. Electric Lift Truck, S/N Unknown; 188" Lift Height, 3-Stage Mast, Solid Tire; (Not Inspected; Located Off Site) | 6,000 |

**Appraisal - Deluxe Ice Cream Company**
**Salem, Oregon**

SEE ATTACHED FOR DETAILS

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------|
| 66 | 1- | Linde Model EGU20 4,000-Lb. Low-Lift Walkie; with Battery Charger | 1,600 |
| 67 | 1- | 1992 Dodge Model B350 Van, VIN 2B7KB31Z6NK113894; 5.9 L V8 Engine, 91,824 Miles Reported; (Not Inspected) | 2,500 |
| 68 | 1- | 1995 International Model 4900 Conventional Tractor, VIN 1HTSDAAN5SH691787; License #YAP1499, 351,444 Miles Reported; with Murphy Refrigerated Body, 8' x 18'; (Not Inspected) | 22,000 |
| 69 | 1- | 1996 International Model 4900 Conventional Tractor, VIN 1HTSDAAN2TH346993; License #YCPX805, 207,967 Miles Reported; with Murphy Refrigerated Body, 8' x 18'; (Not Inspected) | 25,000 |
| 70 | 1- | 1980 International Model Ryder Conventional Tractor, VIN AA185KHA23230; License #T506622, 215,376 Miles Reported; with Van Body; (Not Inspected) | 4,000 |
| 71 | 1- | 1988 International Model 9670 Conventional Tractor, VIN 1HSRDGVR6JH552981; License #YABP742, 905,129 Hours Reported; (Not Inspected) | 12,000 |
| 72 | 1- | 1998 International Model 9300 Conventional Tractor, VIN 2HSFBASR9WC044772; License #YAD714, 420,508 Miles Reported; (Not Inspected) | 35,000 |
| 73 | 1- | 1986 Utility Refrigerated Trailer, VIN 1UYV52457GC604804; License #HP22477, Insulated, 38,147 Hours Reported; with Thermal King Model SBII Refrigeration Unit, S/N 0566868084; (Not Inspected) | 5,500 |
| 74 | 1- | 1993 Utility Refrigerated Trailer, VIN 1UYV5248XRU132301; License #HP73460, Insulated, 21,426 Hours Reported; with Thermal King Model SBII Refrigeration Unit, S/N 0936117800 | 11,500 |

EXHIBIT "3"

**Appraisal -Deluxe Ice Cream Company**
Salem, Oregon

*SEE ATTACHED FOR DETAILS*

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|-----------------------|
| 75 | 1- | 1994 Wabash Refrigerated Trailer, VIN 1JJE482S8RL240424; License #HP95222, Insulated, 11,042 Hours Reported; with Carrier Model NDA94ANO-AM-0 Refrigeration Unit, S/N DAL90238166 | 13,000 |

Total Rolling Stock:     $    203,700

**Total Appraised Market Value In Place -**     **$  1,843,600**
**Deluxe Ice Cream Company**
**1860 State Street**
**Salem, Oregon**



SEE ATTACHED FOR DETAILS

**Matterhorn Ice Cream Company**
**115 East Plymouth Street**
**Caldwell, Idaho**

EXHIBIT "3"


*SEE ATTACHED FOR DETAILS*

# Appraisal

**Matterhorn Ice Cream Company**
**115 East Plymouth Street**
**Caldwell, Idaho**

## Machinery & Equipment

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|------------------------|
|        |      | | |

### Production

| 76 | 1- | Tanks and Mixing Equipment, To Include: | $ | 95,000 |
|----|----|----|----|----|

(1) Cherry-Burrell Model CV 6,000-Gallon Stainless Steel Tank, S/N 4500-69-933, (1969); with Mixing Agitator; (Installed In Enclosed Room)

(1) Feldmeier 10,000-Gallon Jacketed Stainless Steel Tank, (2002); Vertical, Ammonia/Jacketed; *(Leased)*

(1) Dairy King 1,200-Gallon Jacketed Stainless Steel Tank, S/N 1200F2607; (Estimated 1960s); Horizontal, Freon/Jacketed, Open Top; with Lid; and Mixing Agitator

(1) Mueller 1,000-Gallon Jacketed Stainless Steel Tank; (Estimated 1960s); Horizontal, Freon/Jacketed; with Mixing Agitator

(1) Dairy King 1,500-Gallon Jacketed Stainless Steel Tank, S/N 1500S4085, (1964); (Estimated 1960s); Horizontal, Freon/Jacketed; with (2) Mixing Agitators

(1) St. Regis Model SC 1,000-Gallon Jacketed Stainless Steel Tank, S/N 49707; (Estimated 1960s); Horizontal, Ammonia/Jacketed; with Mixing Agitator

(1) St. Regis Model SC 1,000-Gallon Jacketed Stainless Steel Tank, S/N 49711; (Estimated 1980s); Horizontal, Freon/Jacketed; with Mixing Agitator; (Installed Through Wall)

(1) CE Howard Model 12678-A 15,000-Gallon Stainless Steel Tank, S/N 9967-2, (1969)

**Appraisal - Matterhorn Ice Cream Company**
**Caldwell, Idaho**

SEE ATTACHED FOR DETAILS

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| 77 | 1- | 3M Model 39600 Case Sealer, S/N 4058, (1997) | 2,250 |
| 78 | 1- | Process Automation Engineering CIP System, (1995); with 300-Gallon Stainless Steel Tank; 200-Gallon Stainless Steel Tank; and Process Automation Engineering Control System, with Anderson Chart Graph, (2) Honeywell Digital Displays, and Allen-Bradley Model Micrologix 1500 PLC Controls | 30,000 |
| 79 | 1- | APV Model M/C 6742-9539 (HX) 800-Gallon/Hour Pasteurizer, (1987); with Diversion Valves; 50-Gallon Stainless Steel Surge Tank; 5 hp Pump; and HTST Controls, with Taylor Chart Graph | 25,000 |
| 80 | 1- | Specially Manufactured Stainless Steel Interlocking Plastic Belt Conveyor; 4"W x 6'L; with Teco Model FM50 Controls | 500 |
| 81 | 1- | Stainless Steel Interlocking Plastic Belt Conveyor; Portable, 8"W x 15'L; with Teco Model FM50 Controls | 1,000 |
| 82 | 1- | STA Pack Model STA-52 Case Sealer, S/N AS020258, (2001); 20"W Capacity | 1,750 |
| 83 | 1- | Safeline Model SL2000 (PPH 18" x 9") Stainless Steel Metal Detector, S/N 55403 (18539-01), (2002); Portable, 18"W x 9"H; with 16"W x 4'L Plastic Belt Conveyor | 10,500 |
| 84 | 1- | Power Belt Conveyor; Portable, 8"W x 12'L | 500 |
| 85 | 1- | Stainless Steel Power Belt Conveyor; Portable, 8"W x 25'L | 1,000 |
| 86 | 3- | Cherry-Burrell Model GHW 1,000-Gallon Jacketed Stainless Steel Tanks, S/N 10-73-2738; S/N 10-73-2739; and S/N 10-73-2737, (1973); Horizontal, Water/Jacketed; Each with Mixing Agitator; and Associated Pumps Each Value: $8,000 | 24,000 |

*SEE ATTACHED FOR DETAILS*

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------|
| 87 | 3- | Videojet Model 37 Plus Ink Jet Marking Machines, S/N E4980760003WD; S/N E4980770001WD; and S/N 021260023WD<br>Each Value: $4,000 | 12,000 |
| 88 | 1- | Doboy Model Mustang IV Single-Lane Wrapper, S/N 96-18541, (1996); Portable; with 1"W x 10'L Single Stainless Steel Chain Feed Conveyor | 13,500 |
| 89 | 1- | -150-Degree Operating Temperature Nitrogen Tunnel; (Estimated 1960s); 14"W x 12'L Conveyor; with (3) 3/4 hp Fans; and Nitrogen Spray System | 22,500 |
| 90 | 1- | Specially Manufactured Ice Cream Sandwich Machine, (2001); Portable, (6) Filling Heads, 110 Fills/Minute, 33"W x 70"L Table Size | 7,500 |
| 91 | 1- | Cherry-Burrell Model (200BS) 200-Gallon/Hour Continuous Ice Cream Freezer; (Estimated 1960s) | 12,500 |
| 92 | 1- | Specially Manufactured 4-Head Ice Cream Cone Filling System, (2002); Portable; with Chocolate Spray System, with 10-Gallon Hot Water Jacketed Stainless Steel Chocolate Tank; 18"W x 12'L Plastic Belt Conveyor; and Teco-Westinghouse Controls | 5,000 |
| 93 | 1- | Specially Manufactured 6-Head Ice Cream Sandwich Filling System, (2002); Portable, 100 Fills/Minute; with PLC Controls; and Transfer Conveyor, 24" x 12'L | 5,000 |
| 94 | 1- | Ice Cream Bar Line; 120 PPM Maximum, To Include:<br>(1) Interlocking Plastic Belt Conveyor, (2004); 10"W x 40'L<br>(1) Crepaco Stainless Steel Fruit Feeder, S/N A-7891-FF; (Estimated 1970s); 65 Lbs./Hour Capacity<br>(1) Tetra Pak Hoyer Model Custom Built Ice Cream Wire Cut Machine, S/N J349.5078, (2000); Portable, 3 Oz. to 6 Oz. Minimum/Maximum Cutting Size, 300 Cuts/Minute | 200,000 |

**Appraisal -Matterhorn Ice Cream Company**
**Caldwell, Idaho**

SEE ATTACHED FOR DETAILS

Market Value
In Place

Item #          Qty.          Effective Date: November 5, 2004

| | | | |
|---|---|---|---|
| | (1) | Hoyer Model KF/1200 600-Gallon/Hour Continuous Ice Cream Freezer, S/N 115/45O6, (1986) | |
| | (1) | -150 Degree Operating Temperature Nitrogen Tunnel; (Estimated 1960s); 38"W x 34'L; with (4) 1 hp Fans | |
| | (1) | St. Regis Model RFB 1,000-Gallon Jacketed Stainless Steel Tank, S/N 49087; Horizontal, Ammonia/Jacketed; with Mixing Agitator; and Associated Pumps | |
| | (1) | Dover Model RA-40 50-Gallon Stainless Steel Mixing Kettle, S/N 100631, (1980); Portable; with 1/2 hp Mixing Agitator; and Depa-Pumpen 1-1/2" Diaphragm Pump | |
| | (1) | Specially Manufactured Chocolate Dip Enrober, (2001), 1 hp; Portable, 160 Bars/Minute; with (2) 6"W x 16'L Stainless Steel Conveyors; Dipping Station; 50-Gallon Capacity Stainless Steel Hot Water Jacketed Chocolate Tank; and 1-1/2" Diaphragm Pump | |
| | (1) | Doboy Model Mustang IV Single Lane Wrapper, S/N 94-16670, (1994); Portable; with 1-1/2"W x 10'L Stainless Steel Infeed Conveyor; Sealing Station; and Outfeed Conveyor | |
| | (1) | Interlocking Plastic Belt Conveyor; 8"W x 10'L; with Teco Model FM50 Controls | |
| | (1) | Adco Model 15D105-SS Semi-Automatic Cartoner, S/N 4301HG, (2001); 100 Boxes/Minute, 1" to 9 1/2" Length Opening x 3/4" to 4" Width Opening x 4" to 12" Carton Depth; with Single-Lane Box Infeed Station; Box Assembly Station; 8"W x 18'L Chain Section Conveyor; Glue and Sealing Station, with Nordson Model 3100V-1EAV2F Hot Glue Machine, S/N AN99M31589 | |
| | (1) | Lot of Associated Piping, Electrical, and Controls | |
| 95 | 1- | 3M Model T8000 Case Sealer, S/N 2520; Portable; with (2) Marsh Model Unicorn Ink Jet Printers | 1,500 |

**Appraisal - Matterhorn Ice Cream Company**
**Caldwell, Idaho**

SEE ATTACHED FOR DETAILS

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------|
| 96 | 1- | Safeline Model (PPH 6" x 4") Stainless Steel Metal Detector, S/N 37493 (14490-01), (1999); 6"W x 4"H; with 2W" x 4'L Plastic Belt Conveyor | 7,000 |
| 97 | 1- | 6,000-Gallon Carbon Steel Tank; (Estimated 1970s); with Top Mounted UV Lights; (Installed In Enclosed Room) | 2,500 |
| 98 | 1- | -20 Degree Fahrenheit Storage Freezer, (1970); 50'W x 100'L; with (2) 5-Ton Krack Evaporators; and 20-Ton Krack Evaporator; *(Real Estate)* | --- |
| | | Total Production: | $  480,500 |

**Plant Utilities**

| Item # | Qty. | Description | Market Value In Place |
|--------|------|-------------|----------------------|
| 99 | 6- | Copeland Model CSAH0300-CAB-001N Freon Compressors, 1 hp; (Estimated 1980s); with Associated Piping<br>Each Value: $1,500 | $  9,000 |
| 100 | 1- | Frick Model RDBF222B Ammonia Compressor, S/N S0022EFEFLHCA3, 150 hp; (Estimated 1986); 27,239 Hours Indicated; with Associated Piping | 9,000 |
| 101 | 1- | Vilter Model C92214 Ammonia Compressor, S/N 15174ASR, 150 hp; (Estimated 1960s); with Associated Piping | 8,000 |
| 102 | 1- | Vilter Ammonia Compressor, S/N 601A484RC, 40 hp; (Estimated 1960s); with Associated Piping | 3,000 |
| 103 | 1- | Mycom Model 5A Ammonia Compressor, S/N 5A1497, 40 hp; (Estimated 1960s); with Associated Piping | 3,000 |
| 104 | 1- | Vilter Ammonia Compressor, 60 hp; (Estimated 1960s); with Associated Piping | 3,000 |
| 105 | 1- | Mycom Model 42A Ammonia Compressor, S/N 42A1529, 30 hp; (Estimated 1960s); with Associated Piping | 3,000 |

EXHIBIT "3"

000041

**Appraisal -Matterhorn Ice Cream Company**
**Caldwell, Idaho**

*SEE ATTACHED FOR DETAILS*

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------:|
| 106 | 1- | Fuller Model A-70 Ammonia Compressor, S/N 870, 40 hp; (Estimated 1960s); with Associated Piping | 3,000 |
| 107 | 1- | 800-Gallon Stainless Steel Tank; (Estimated 1970s); Waste Tank; with Mixing Agitator; and Associated Pumps | 4,000 |
| 108 | 1- | Shell and Tube Heat Exchanger; (Estimated 1970s); with 12"D x 15'L Heat Exchanger; 10"D x 10'L Heat Exchanger; 300-Gallon Stainless Steel Tank; and 5 hp Associated Pumps | 1,000 |
| 109 | 1- | Sellers Model Commodore Gas-Fired Boiler, S/N 99066, (1977), 125 hp; 4,185,000 Btus/Hour | 7,500 |
| 110 | 1- | Gardner-Denver Model Electra-Saver II ECH0JE Rotary Screw Air Compressor, S/N M21049, 50 hp; (Estimated 1980s); 31,388 Hours Indicated; with Associated Piping | 8,000 |
| 111 | 1- | Sullivan Palatek Model PDD-165 165-scfm Air Dryer, S/N 3334-2-0208-16BD, (2002) | 4,250 |
| 112 | 1- | Quincy Model C-30-D Rotary Screw Air Compressor, S/N 880453, (1988), 30 hp; Horizontal Tank Mounted, 6,758 Hours Indicated; with Associated Piping | 6,500 |
| 113 | 1- | Baltimore Aircoil Model VXMC340 Cooling Tower, S/N 830602, (1983) | 5,500 |
| 114 | 1- | Recold Model BMSIFS335A Cooling Tower, S/N D7172 | 1,500 |
| | | Total Plant Utilities: | $  79,250 |

### Dry Goods Storage

| Item # | Qty. | | Market Value In Place |
|--------|------|---|----------------------:|
| 115 | 2- | 5,000-Gallon Jacketed Storage Stainless Steel Tanks; (Estimated 1970s); Chocolate, Vertical, Water/Jacketed; Each with (1) Mixing Agitator; and (1) 3" Diaphragm Pump Each Value: $9,000 | $  18,000 |
| 116 | 1- | Imperial Walk-In Incubator, (1980), 1 hp; 150°F Maximum Temperature, 6'W x 10'L | 1,500 |

**Appraisal - Matterhorn Ice Cream Company**
**Caldwell, Idaho**

*SEE ATTACHED FOR DETAILS*

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------|
| 117 | 1- | Walk-In Freezer; (Estimated 1980), 10'W x 32'L, 20°F Operating Temperature; with (2) Bohn 4-Fan Evaporators; and Copeland Air Compressor | 4,000 |
| 118 | 1- | Belt Conveyor; Portable, 9"W x 10'L; with Marsh Model Patrion Plus HR/Series Ink Jet Printer, 2-Head | 3,000 |
| 119 | 1- | Cherry-Burrell Model SS2100VBR 2,000-Gallon Homogenizer, S/N 731624, (1986) | 8,000 |
| 120 | 1- | Specially Manufactured Sandwich Conveyor, (1994); Portable, 6-Lane, Each Lane 4"W x 8'L, with (6) Sandwich Tampers | 6,500 |
| 121 | 1- | AVP Model SR310 2,000/1,000 Gallon/Hour Stainless Steel Pasteurizer, S/N 20375; 140-Plate; with Holding Tube; 50-Gallon Capacity Stainless Steel Balance Tank; Associated Pumps (5hp/2hp); Valves; Anderson Controls; and Alfa Laval Model CB76-20-T09 Plate Press, 120-Plate; (Not In Service) | 30,000 |

Total Dry Goods Storage:  $ 71,000

**Maintenance**

| 122 | 1- | Maintenance Shop Equipment, To Include: | $ 3,200 |
|-----|----|-----------------------------------------|---------|

    (1)   Lincoln Model Invertec V200-Pro 200-Amp Welder, S/N AC-803279, (1991); with Lincoln Model LN-7 Wire Feeder, with Portable Cart

    (1)   Makita Model 2414 14" Chop Saw, S/N 357714E

    (1)   Blackhawk Model 67605 12-Ton H-Frame Press; 18" Between Posts

    (1)   Pro-Tech Model PT-1413 Floor-Type Drill Press, S/N 82694, 3/4 hp; 6" Throat

    (1)   Thermal Dynamics Model Dynapak 4XI 40-Amp Plasma Cutter

    (1)   Jet Model HVBS-463 Horizontal Band Saw, S/N 111004, 1/2 hp; 10"W x 7"H

Total Maintenance:  $ 3,200

**Appraisal - Matterhorn Ice Cream Company**
**Caldwell, Idaho**

*SEE ATTACHED FOR DETAILS*

| Item # | Qty. | Effective Date: November 5, 2004 | | Market Value In Place |
|--------|------|----------------------------------|---|---------------------|

### Outside Storage

| | | | | |
|--------|------|----------------------------------|---|---------------------|
| 123 | 1- | CE Howard Model 3711-A 1,250-Gallon Stainless Steel Tank, S/N 6819, (1956); (Not In Service) | $ | 1,500 |
| 124 | 1- | Girton Model SV-500 500-Gallon Stainless Steel Tank, S/N 6410070, (1964); (Not In Service) | | 750 |
| 125 | 1- | Dairy King 1,200-Gallon Stainless Steel Tank, S/N 404; (Not In Service) | | 1,500 |
| 126 | 1- | 1,000-Gallon Stainless Steel Tank; (Not In Service) | | 2,500 |
| 127 | 1- | Breddo Model LDT 100-Gallon Liquifier, S/N D-20190-596360, (1986), 15 hp; (Not In Service) | | 6,500 |
| 128 | 1- | Lot of Equipment Located In Trailer; (Not In Service); To Include:<br>(1) Doboy Single Lane Wrapper Model Supermustang IV, (1986)<br>(1) Stickin Model O276 Popsicle Stick Machine, S/N 0028<br>(1) Great Lakes Shrink Tunnel; Estimated Capacity 32"W x 20"H | | 15,500 |

Total Outside Storage:      $    28,250

### Throughout Plant

| | | | | |
|--------|------|----------------------------------|---|---------------------|
| 129 | 1- | Maren Model 2036 36"W x 24"D Vertical Baler, S/N 984313, 5 hp | $ | 1,750 |
| 130 | 2- | Pumps, 1 hp; Portable; Each with 1-1/2" Diaphragm Pump; 15"D Infeed Hopper; and Teco-Westinghouse Controls<br>Each Value: $375 | | 750 |
| 131 | 1- | Wulftec Model WLP-200 Stretch Wrap Machine, S/N 0697-2271; 48"D Rotary Platform x 7'H | | 5,750 |

EXHIBIT "3"

000044

**Appraisal - Matterhorn Ice Cream Company**
**Caldwell, Idaho**

SEE ATTACHED FOR DETAILS

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------:|
| 132 | 1- | Cherry Burrell Model SS2100VBR Homogenizer, S/N 731624; (Not Inspected; Not Yet Delivered) | 5,000 |
| 133 | 2- | Crepaco Model B 1000-Gallon Mixing Tanks, S/N 7226; and S/N 7227; (Not Inspected; Not Yet Delivered) Each Value: $5,000 | 10,000 |
| 134 | 5- | Carton Flow Racks; 9'W x 10'L, 6-Tier Each Value: $300 | 1,500 |
| 135 | 1- | 2001 KIT Manufacturing Model Cypress 70'8" x 26'8" Prefabricated Modular Yard Office, VIN KM1Y0178C235033A/B; with Vinyl Siding; Shingle Roof; Interior Drywall; Kitchen; (2) Bathrooms; (4) Offices; and Climate Control | 35,000 |
| 136 | 1- | Lot of Factory and Support, To Include: Desks; Chairs; Miscellaneous Pumps; Miscellaneous Tanks; Conveyors; Chairs; Laboratory Furnace; Scales; etc. | 12,000 |
| 137 | 1- | Lot of Office Furniture and Business Machines, To Include: Desks; Tables; Chairs; Kitchen Equipment; Telephone System; Computers; Printers; Photocopiers; Facsimile; etc. | 25,000 |
| | | Total Throughout Plant: | $   96,750 |

**Rolling Stock**

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------:|
| 138 | 1- | Allis-Chalmers Model ACE30A 2,500-Lb. Electric Lift Truck, S/N DAE105482, (1978); 106" Lift Height, 2-Stage Mast, Solid Tire | $    1,500 |
| 139 | 1- | Toyota Model 2FBCA15 3,000-Lb. Electric Lift Truck, S/N 2FBCA15-10296, (1978); 185" Lift Height, 3-Stage Mast, Solid Tire, 7,245 Hours Indicated | 2,000 |
| 140 | 1- | Hyster Model H30XL 3,000-Lb. LP Gas Lift Truck, S/N C001B05738E, (1984); 174" Lift Height, 3-Stage Mast, Pneumatic Tire | 2,500 |

**Appraisal - Matterhorn Ice Cream Company**
**Caldwell, Idaho**

*SEE ATTACHED FOR DETAILS*

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------|
| | | Total Rolling Stock: | $    6,000 |

**Leased Assets**

| Item # | Qty. | | Market Value In Place |
|--------|------|---|----------------------|
| 141 | 1- | Tetra Pak Hoyer Model KF2000XC 600-Gallon/Hour Continuous Ice Cream Freezer, S/N Z115.7429, (2003) | $   70,000 |
| 142 | 1- | Praxair Model U4 1840 DDBCBP (Nitroshield) -150-Degree Fahrenheit Operating Temperature Nitrogen Tunnel, S/N 90013, (2003); 42"W x 24'L Stainless Steel Conveyor; with (4) 3/4 hp Fans; and Controls | 100,000 |
| 143 | 1- | Safeline Model (PPH 14" x 12") Stainless Steel Metal Detector, S/N 55370, (2002); Portable, 14"W x 12"H; with 14"W x 6'L Plastic Belt Conveyor | 9,000 |
| 144 | 1- | Specially Manufactured 16-Head Chocolate Enrober, (2000); Portable; with 36"W x 8'L Stainless Steel Chain Conveyor; (16) Chocolate Spray Heads (8-Top/8-Bottom); and Stainless Steel Hood | 8,000 |
| 145 | 1- | Feldmeier 10,000-Gallon Jacketed Stainless Steel Tank, (2002); Vertical, Ammonia/Jacketed; *(MVIP $30,000; Valued In Tanks and Mixing Equipment)* | --- |
| 146 | 1- | Interlocking Plastic Belt Conveyor, (2004); 10"W x 40'L; *(MVIP $5,500; Valued with Ice Cream Bar Line)* | --- |
| | | Total Leased Assets: | $   187,000 |

**Total Appraised Market Value In Place -**
**Matterhorn Ice Cream Company**        **$   951,950**
**115 East Plymouth Street**
**Caldwell, Idaho**

SEE ATTACHED FOR DETAILS

**Vitafreze Frozen Confections, Inc.**
**1221 66th Street**
**Sacramento, California**


SEE ATTACHED FOR DETAILS

## Appraisal

**Vitafreze Frozen Confections, Inc.**
**1221 66th Street**
**Sacramento, California**

## Machinery & Equipment

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|-----------------------|

### Production

| Item # | Qty. | Description | Market Value In Place |
|--------|------|-------------|-----------------------|
| 147 | 1- | Lot of Tanks, To Include:<br>(3) Cherry-Burrell 3,000-Gallon Jacketed Stainless Steel Tanks, S/N E-345-92, Asset #6; S/N E-344-92, Asset #Tank 5; and S/N E-346-92, Asset #Tank 4, (1992); Vertical, Ammonia/Jacketed; Each with Associated Pumps<br>(1) Feldmeier 1,500-Gallon Jacketed Stainless Steel Tank, S/N E-1014-00, Asset #3, (2000); Vertical, Ammonia/Jacketed; with Associated Pumps<br>(2) CE Howard 1,500-Gallon Jacketed Stainless Steel Tanks, S/N 7856-2, Asset #2; and S/N 7856-1, Asset #1, (1956); Vertical, Ammonia/Jacketed; Each with Associated Pumps<br>(1) 4,000-Gallon Stainless Steel Tank; Vertical; with Associated Pumps<br>(1) CE Howard 300-Gallon Jacketed Stainless Steel Tank, S/N 6211, (1955); Vertical, Water/Jacketed; with Associated Pumps | $ 80,000 |
| 148 | 1- | Poly Cal Plastics 4,000-Gallon Polypropylene Tank; Vertical, Calcium Chloride Filled; with Associated Pumps | 1,000 |
| 149 | 1- | 700-Gallon Polypropylene Tank; with Associated Pumps | 500 |

000048

**Appraisal - Vitafreze Frozen Confections, Inc.**
**Sacramento, California**

*SEE ATTACHED FOR DETAILS*

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------|
| 150 | 1- | pH Wastewater Treatment System, (1999); Lot of Tanks, To Include:<br>(1) 1,500-Gallon Spill Grease Interceptor Casted Concrete In-Ground Tank<br>(1) 5,000-Gallon Casted Concrete In-Ground Settling Tank<br>(1) 800-Gallon Caustic Polypropylene Tank | 50,000 |
| 151 | 1- | Vit-A-Line #1; 20 Dips/Minute Maximum Capacity, To Include:<br>(1) FMC 8-Wide Stainless Steel Vit-A-Line, (1970); 383 Molds, 22 Drops/Minute, Pneumatic, 40-Tons of Refrigeration, 11' Extra Cooling Capacity; with Estimated 28"W x 35'L Conveyor; 8-Wide Filling Unit; 8-Wide Evacuation Unit; Stormax International Model 0251 Stick Inserter, S/N 0025; Viking Demolding and Picking Station, 28"W x 8'L; Specially Manufactured Heat Exchanger; Ammonia Tank; and Salt Water Tank<br>(1) Fuji Formost Model FW370A Single-Lane Stainless Steel Wrapper, S/N H3508, (1979); 200 Wraps/Minute; with 8"W x 10'L Stainless Steel Section Conveyor; 2"W x 8'L Single Infeed Conveyor; and 20"W x 10'L Stainless Steel Plastic Belt Conveyor<br>(1) Cintec Stainless Steel Metal Detector; 4"W x 4"H<br>(1) Stainless Steel Power Belt Conveyor; 3"W x 6'L<br>(1) Stainless Steel Power Belt Conveyor; 4"W x 6'L; with Stainless Steel Accumulation Table<br>(1) Hayes Model 515B-30 30 Box/Minute Automatic Carton Packaging Machine, S/N 8305, (1970); 6-Bar To 12-Bar Packaging Capacity; with Stainless Steel Infeed Packaging Conveyor; Box Assembly Station; Box Closing and Gluing Station, with Nordson Glue Machine; and 24"W x 20'L Belt Outfeed Conveyor<br>(1) Lot of Associated Piping, Electrical, and Controls | 125,000 |

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| 152 | 1- | Vit-A-Line #2; 20 Dips/Minute Maximum Capacity, To Include: | 125,000 |
| | | (1) FMC 8-Wide Stainless Steel Vit-A-Line, (1970); 372 Molds, 22 Drops/Minute, Pneumatic, 40-Tons of Refrigeration, 8' Extra Cooling Capacity; with Estimated 28"W x 35'L Conveyor; 8-Wide Filling Unit; 8-Wide Evacuation Unit; 8-Wide Filling Unit; Stormax International Model 0260 Stick Inserter, S/N 0026; Alliance Demolding and Picking Station, 28"W x 8'L; Specially Manufactured Heat Exchanger; Ammonia Tank; and Salt Water Tank | |
| | | (1) Fuji Formost Model FW370A Single-Lane Stainless Steel Wrapper, S/N H011505; 200 Wraps/Minute; with 8"W x 10'L Stainless Steel Section Conveyor; 2"W x 8'L Single Infeed Conveyor; and 20"W x 10'L Stainless Steel Plastic Belt Conveyor | |
| | | (1) Cintec Stainless Steel Metal Detector, S/N Unknown; 4"W x 4"H | |
| | | (1) Stainless Steel Power Belt Conveyor; 3"W x 6'L | |
| | | (1) Stainless Steel Power Belt Conveyor; 4"W x 6'L; with Stainless Steel Accumulation Table | |
| | | (1) Hayes Model 515B-30 30-Box/Minute Automatic Carton Packaging Machine, S/N 8307, (1970); 6-Bar To 12-Bar Packaging Capacity; with Stainless Steel Infeed Packaging Conveyor; Box Assembly Station; Box Closing and Gluing Station, with Nordson Glue Machine; and 24"W x 20'L Belt Outfeed Conveyor | |
| | | (1) Lot of Associated Piping, Electrical, and Controls | |
| 153 | 1- | Anderson Model 464 Stainless Steel Wrapper, S/N 31291, (1970); 33"W x 20"H; with (3) 33"W x 20"H Shrink Wrap Tunnels | 9,500 |
| 154 | 1- | Great Lakes Model 708 Stainless Steel Packaging System; with 30"W Heat Sealer; and 30"W x 20"H x 4'L Shrink Wrap Tunnel | 10,000 |

**Appraisal - Vitafreze Frozen Confections, Inc.**
**Sacramento, California**

SEE ATTACHED FOR DETAILS

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------|
| 155 | 1- | Cherry-Burrell Model 3D92 1,200-Gallon 3-Barrel Continuous Ice Cream Freezer, S/N 5730; (Estimated 1970s); Stainless Steel | 15,000 |
| 156 | 1- | Crepaco Model S-410 Stainless Steel Fruit Feeder, S/N FF-2244 | 6,000 |
| 157 | 1- | St. Regis Model KRA-318 1,200-Gallon/Hour 3-Barrel Continuous Ice Cream Freezer, S/N KRA-318-311; (Estimated 1965); Stainless Steel | 5,000 |
| 158 | 1- | Cherry-Burrell 900-Gallon 3-Compartment Stainless Steel Tank; (Estimated 1965); with (3) Mixing Agitators; and Associated Pumps | 7,500 |
| 159 | 1- | Cherry-Burrell 900-Gallon 3-Compartment Stainless Steel Tank; (Estimated 1970s); with (3) Mixing Agitators; and Associated Pumps | 7,500 |
| 160 | 1- | CE Howard 300-Gallon Jacketed Stainless Steel Tank, S/N 6290 (4748-A), (1955), with 5 hp Mixing Agitator; and Associated Pumps | 2,000 |
| 161 | 1- | 400-Gallon Stainless Steel Tank; (Estimated 1960s); with Mixing Agitator; and Associated Pumps | 3,500 |
| 162 | 3- | Tetra Pak Hoyer Model KF1150XC 265-Gallon/Hour Continuous Ice Cream Freezers, S/N Z114.7914; S/N Z114.7915; and S/N Z114.7916, (1995); Stainless Steel Each Value: $42,500 | 127,500 |
| 163 | 1- | Cherry-Burrell 550-Gallon 3-Compartment Stainless Steel Tank, S/N 215-81-732; (Estimated 1970s); with (3) Mixing Agitators; and Associated Pumps | 5,000 |
| 164 | 1- | Rehric Howard 3,000-Gallon Jacketed Stainless Steel Tank, S/N 2871; (Estimated 1960s); Horizontal, Water/Jacketed; with Mixing Agitator; and Associated Pumps | 6,500 |

EXHIBIT "3"

000051

**Appraisal -Vitafreze Frozen Confections, Inc.**
**Sacramento, California**

*SEE ATTACHED FOR DETAILS*

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| 165 | 2- | 3M Model 2920 Case Sealers, S/N 5796, (1994); with (2) Mier Ink Jet Printers; and Actech MC Series Controls Each Value: $1,500 | 3,000 |
| 166 | 2- | Kwik Lok Model 872B Automatic Closing Bag Machines, S/N 40047; and S/N Unknown, (1991); Clip Type; Each with 24"W x 2'L Belt Conveyor Each Value: $2,000 | 4,000 |
| 167 | 1- | Tetra Pak Hoyer Model KF1150XL 265-Gallon/Hour Continuous Ice Cream Freezer, S/N Z114.8024; (Estimated 1990s); Stainless Steel | 42,500 |
| 168 | 1- | Crepaco 900-Gallon 3-Compartment Stainless Steel Tank, S/N 300-3-242; Each Compartment with Mixing Agitator | 7,500 |
| 169 | 1- | Feldmeier 300-Gallon 2-Compartment Stainless Steel Tank, S/N E448-99, (1999); Each Compartment with Mixing Agitator | 13,000 |
| 170 | 1- | Rollo Popsicle Line, To Include: | 400,000 |

170 (1) Tetra Pak Hoyer Model Rollo RM 27 18,000-PPH Novelty Stick Filling Line, S/N 311-3225, (1996); 10-Wide, 23 Drops/Minute Maximum Capacity, 9'D; with 10-Stand Filler Station; 10-Station Evacuator; 10-Station Juice Filler; 10-Station Evacuator; 10-Station Ice Cream Filler; Knauf 10-Station Stick Inserter, S/N 388, (1995); and Rollo 10-Station Extractor

(1) Tetra Pak Hoyer Model Hoywrap ML27 Multi-Lane Flow Wrapper, S/N 415-3793, (1996); Stainless Steel, 5-Lane, Estimated 300 PPM; with Stainless Steel Infeed Conveyor; (10) Cold Rollers; and (10) Hot Rollers

(1) Tetra Pak Hoyer Model AFG 5-Lane Stainless Steel Transfer Conveyor, S/N 503-1575

(1) Tetra Pak Hoyer Model HMI Stainless Steel Interlever Conveyor, S/N 416-1333; 8"W x 10'L

**Appraisal - Vitafreze Frozen Confections, Inc.**
**Sacramento, California**

*SEE ATTACHED FOR DETAILS*

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|-----------------------|

|  |  | (1) Elliott Manufacturing Model IH-2 45-Carton/Minute Stainless Steel Cartoner, S/N 98-4-28, (1998); 6 To 12 Popsicle Package Capacity; with Box Assembly Station; Box Sealing Station, with Nordson Hot Glue Machine; and Outfeed Conveyor, 4"W x 30'L Stainless Steel Belt |  |
|  |  | (2) Cintex Model Autosearch II Metal Detectors, S/N 8910; and S/N Unknown, (1994); 14"W x 5"H |  |
|  |  | (1) Arpac Model 118-SS-28 29"W x 16"H Right-Angle Bundler Packaging Machine, S/N 3459, (1998); Stainless Steel; with Actuating Table Lift; Heat Sealer; 12"W x 6'L Dual Belt Conveyor; and Arpac Controls |  |
|  |  | (3) Stainless Steel Interlocking Plastic Belt Conveyors; 24"W x 6'L |  |
|  |  | (1) Lot of Associated Piping, Electrical, and Controls |  |

|  |  | Total Production: | $ 1,056,500 |

### Ice Cream Cone

| 171 | 1- | Feldmeier 500-Gallon 2-Compartment Stainless Steel Tank, S/N E-909-03, (2003); with (2) Mixing Agitators | $ 17,500 |
| 172 | 1- | Feldmeier 6,500-Gallon Hot Water Jacketed 2-Compartment Stainless Steel Tank, S/N E-910-03, (2003); First Compartment @ 3,700-Gallon Capacity, Second Compartment @ 2,800-Gallon Capacity | 40,000 |
| 173 | 1- | Ice Cream Cone Line, To Include:<br>(1) Hoyer Firgus Model KF1000XC 530-Gallon/Hour 2-Barrel Continuous Ice Cream Freezer, S/N Z114.8329, (2004)<br>(1) J.J. Steel Model IMP -35 Degree Fahrenheit Quick Freeze Tunnel Freezer, S/N 7850, (2004); 8'W x 40'L Tunnel Size; with JJ Steele Controls<br>(1) NDS 2-Wide Stainless Steel Ice Cream Cone Filler; with Cone Insertion Station; and Cone Fill Stations; *(Vendor Owned)* | 850,000 |

EXHIBIT "3"

**Appraisal - Vitafreze Frozen Confections, Inc.**
**Sacramento, California**

*SEE ATTACHED FOR DETAILS*

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------|
| | (1) | Anderson (WCB) Model 593 8-Wide Intermittent Motion Multi-Lane Wrapper, (2004); Stainless Steel, 24"W x 10'L; with 8-Stand Uncoiler; Crimp and Sealer Station; and Outfeed Conveyor | |
| | (1) | Markem Model SmartlaseSL Laser Coder, S/N 038327 | |
| | (1) | Sentry Model MiH 1404 Stainless Steel Metal Detector, S/N 041568A, (2004); 8"W x 3"H; with Cintex Model CS2060 10"W x 6'L Plastic Belt Conveyor | |
| | (1) | Tetra Pak Hoyer Model Flopac 100 Single-Lane Flow Wrap Packaging Machine, S/N Z430.1165, (2004); 100 Boxes/Minute Maximum Capacity, 428 Cone Packaging Capabilities; with Stainless Steel Metal Infeed Conveyor; Box Assembly Station; Packaging Station; Laser Reading Station; Package Sealing Station, with Nordson Model Problue 10 Hot Glue System, S/N SA04B07240; and 9" x 10'L Stainless Steel Plastic Belt Conveyor | |
| | (1) | Elliott Manufacturing Model 2000SL 30-Case/Minute Stainless Steel Case Packer, S/N 040423, (2004); Erects/Loads/Seals, 15-1/2"H x 12"W x 11"D Maximum Case Size; with 16"W x 12'L Plastic Belt Conveyor; Case Erector Infeed; Case Erector Station; Pneumatic Arm Case Filling Station; Case Sealing Station, with Nordson Model Problue 10 Hot Glue Machine, S/N SA04C08320; and Manufacturer Little David Model Versa Jet LC2 Ink Jet System, S/N D40LC00745 | |
| | (1) | Lot of Statco Package Conveyors | |
| | (1) | Lot of Sanitary Piping; Electrical; and Controls | |

Total Ice Cream Cone:     $    907,500

000054

**Appraisal - Vitafreze Frozen Confections, Inc.**
**Sacramento, California**

*SEE ATTACHED FOR DETAILS*

| Item # | Qty. | Effective Date: November 5, 2004 | | Market Value In Place |
|---|---|---|---|---|
| | | **Frozen Storage** | | |
| 174 | 11- | Carton Flow Racks; 36"W x 18'L x 7-Tier; Each with Metal Rollers<br>Each Value: $300 | $ | 3,300 |
| 175 | 45- | Pallet Racks; 8'W x 48"D x 15'H, 3-Tier<br>Each Value: $165 | | 7,425 |
| 176 | 1- | -20 Degree Storage Freezer, (1972); Estimated 60'W x 150'L; with (8) Krack Evaporators; *(Real Estate)* | | --- |
| | | Total Frozen Storage: | $ | 10,725 |
| | | **Plant Utilities** | | |
| 177 | 1- | Kewanee Model H35-150-G Gas-Fired Boiler, S/N NB-24478, 150 hp; (Estimated 1970s) | $ | 5,000 |
| 178 | 1- | BAC Model CMA-120A 120-Ton Cooling Tower, S/N 66-8579, Asset #3, (1966) | | 2,000 |
| 179 | 1- | BAC Model 75-CP 75-Ton Cooling Tower, S/N 59-7522, Asset #1, (1959) | | 2,000 |
| 180 | 1- | BAC Model VXC-185 185 Ton Cooling Tower, S/N 84-7544M, Asset #2, (1984) | | 5,500 |
| 181 | 1- | Vilter Model VMC-440 Ammonia Compressor, S/N 60465, Asset #7, 100 hp; 13,173 Hours Indicated; with Associated Piping | | 17,500 |
| 182 | 1- | York Model A3089-5DE Ammonia Compressor, S/N L109895, 60 hp; (Estimated 1960s); 77,111 Hours Indicated; with Associated Piping | | 3,000 |
| 183 | 1- | York Model A3089-5DE Ammonia Compressor, S/N L387494, Asset #2, 50 hp; (Estimated 1960s); 8,547 Hours Indicated; with Associated Piping | | 4,000 |

**Appraisal - Vitafreze Frozen Confections, Inc.**
**Sacramento, California**

*SEE ATTACHED FOR DETAILS*

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|-----------------------------------|------------------------|
| 184 | 1- | Mycom Model F8WA Ammonia Compressor, S/N 811400, (2000), 60 hp; 82,092 Hours Indicated; with Associated Piping; (Estimated 1970s Motor) | 19,500 |
| 185 | 1- | FES-Fuller Model A-150S Ammonia Compressor, S/N 76-20768-103, Asset #4, (1976), 25 hp; 60,787 Hours Indicated; with Associated Piping | 3,000 |
| 186 | 1- | FES-Fuller Model A-150S Ammonia Compressor, S/N 83-20190-103, Asset #5, (1983), 60 hp; 52,009 Hours Indicated; with Associated Piping | 7,000 |
| 187 | 1- | Allis-Chalmers Model 10-6B Ammonia Compressor, S/N 1602-16848, Asset #6, 50 hp; 52,117 Hours Indicated; with Associated Piping | 3,000 |
| 188 | 1- | PneumaTech Model AD-500 500-scfm Air Dryer, S/N 0009-TR134411P-ST | 1,750 |
| 189 | 1- | Statco Model 6240C-2 400-Degree Fahrenheit Maximum Temperature Shell and Tube Heat Exchanger, S/N T51245, (2000); with 5 hp Pump; and Todd Street 560-Gallon Capacity Insulated Stainless Steel Tank, S/N 3128-00 | 7,500 |
| 190 | 1- | Sullair Model 16BS-75H ACAC 125-psig Rotary Screw Air Compressor, S/N 003-69709, 75 hp; with Associated Piping | 4,000 |
| 191 | 1- | Pump Systems CIP System, (1993); with (2) 300-Gallon Stainless Steel Chemical/Wash Tanks; 1,000-Gallon Stainless Steel Recovery Tank; (1) 500-Gallon Stainless Steel Rinse Fresh Water Tank; (1) 500-Gallon Stainless Steel Fresh Water Tank; (2) Control Panels, Each with Anderson Control Chart Recorder; and Associated Piping | 45,000 |
| 192 | 11- | Copeland Model N2NL-2500-TSD-300 Freon Compressors, 1 hp; Each with Copeland Sentronic Oil Pressure System; and Associated Piping Each Value: $4,000 | 44,000 |

**Appraisal - Vitafreze Frozen Confections, Inc.
Sacramento, California**

*SEE ATTACHED FOR DETAILS*

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------|
| 193 | 1- | Ingersoll-Rand Model IRN75H-CC Rotary Screw Air Compressor, S/N NV5866U03356, (2004), 75 hp; with Ingersoll-Rand Model TMS0380 Air Dryer, S/N TMS0380-0310/2169, (2003), 115°F Maximum Temperature; and Associated Piping | 40,000 |
| 194 | 1- | FES Model 19LE Ammonia Compressor, S/N 19L85C, (1995), 300 hp; 30,684 Hours Indicated; with 10'W x 20'L Enclosure; and Associated Piping | 70,000 |
| 195 | 1- | Evapco Model ATC180 Cooling Tower, S/N 95-8019W, (1995) | 32,500 |
| | | Total Plant Utilities: | $   316,250 |

**Maintenance Shop Equipment**

| Item # | Qty. | | Market Value In Place |
|--------|------|--|----------------------|
| 196 | 1- | Maintenance Shop Equipment, To Include: | $     4,850 |
| | | (1)   Wilton Model 3410 12" x 10" Horizontal Band Saw, S/N 04057510, (2000) | |
| | | (1)   Makita Model 2414B 14" Chop Saw, S/N 73937A | |
| | | (1)   Dayton Model 3Z915 15-Ton H-Frame Press; 19" Between Posts | |
| | | (1)   Chicago Industrial Tool Model G-17-15 8" Throat Pedestal Drill Press, S/N 107 | |
| | | (1)   Lincoln Model Tig 250/250 250-Amp Welder, S/N AC-629352, (1986) | |
| | | (1)   Lot of Miscellaneous Maintenance Shop Equipment, To Include: Double-End Grinders; Vises; Parts Washers; Tool Cabinets; Parts Shelving; Lockers; Grease Guns; etc. | |
| | | Total Maintenance Shop Equipment: | $     4,850 |

**Storage**

| Item # | Qty. | | Market Value In Place |
|--------|------|--|----------------------|
| 197 | 18- | Pallet Racks; 8'W x 42"D x 12'H, 2-Tier; with Wood Decking<br>Each Value: $135 | $     2,430 |

EXHIBIT "3"

**Appraisal - Vitafreze Frozen Confections, Inc.**
**Sacramento, California**

*SEE ATTACHED FOR DETAILS*

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|-----------------------|
| 198 | 1- | Interbake Foods Model 1612 Packaging System, S/N 104309; (Estimated 1980s); with Box Stacking Station; Loading Station; and Sealing Station, with Nordson Model 3100 Hot Glue System | 11,000 |
| 199 | 10- | Pallet Racks; 12'W x 44"D x 10'H, 1-Tier Each Value: $120 | 1,200 |
| | | Total Storage: | $ 14,630 |
| | | **Throughout Plant** | |
| 200 | 1- | Marathon Model RU-30 Compactor, S/N 403404-O3, (2000); 3' x 3' Hopper; with 55-Gallon Drum Barrel Dumper | $ 4,500 |
| 201 | 1- | -20 Degrees Storage Freezer; Estimated 30'W x 40'L; with King Condenser; and (3) Krack Evaporators; *(Real Estate)* | --- |
| 202 | 1- | Lot of Factory and Support Equipment, To Include: Tables; Desks; Chairs; Metal Cabinets; File Cabinets; Miscellaneous Conveyor; Warm Boxes; Kitchen Equipment; Miscellaneous Pumps; etc. | 25,000 |
| 203 | 1- | Lot of Office Furniture and Business Machines, To Include: Desks; Chairs; Conference Table; Computer Systems; Printers; Facsimile Machines; Photocopiers; Laptops; File Cabinets; Safe; Telephone System; etc | 12,000 |
| | | Total Throughout Plant: | $ 41,500 |
| | | **Rolling Stock** | |
| 204 | 1- | Yale Low-Lift Walkie | $ 1,100 |
| 205 | 1- | Yale Model MPB040ACN24C2748 4,000-Lb. Low-Lift Walkie | 1,350 |

**Appraisal - Vitafreze Frozen Confections, Inc.**
**Sacramento, California**

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| 206 | 1- | Hyster Model N40FR 4,000-Lb. Stand-Up Rider Type Electric Lift Truck, S/N C138D03324L, (1990); 195" Maximum Lift Height, 3-Stage Mast, Solid Tire; with Battery Charger | 2,000 |
| | | Total Rolling Stock: | $ 4,450 |

**Total Appraised Market Value In Place -**
**Vitafreze Frozen Confections, Inc.**                    $ **2,356,405**
**1221 66th Street**
**Sacramento, California**

**UCC FINANCING STATEMENT AMENDMENT**

2007 AUG 30 PM 3: 24

SECRETARY OF STATE
STATE OF IDAHO

IDAHO SECRETARY OF STATE
08/30/2007 03:22
CK: 303731 CT: 7012 BH: 1073423
1 @ 12.00 = 12.00 UCC3 BASIC # 5
Filing Number:
B 6492696

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

SEE ATT

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or record) in the REAL ESTATE RECORDS. |
|---|---|
| B 2005-0981328-1, filed 03/09/2005 | |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT:** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in item 6 and/or 7.

☐ CHANGE name and/or address. Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME

| OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME

| OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| DD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☑ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

Secured party hereby releases the equipment described on attached Exhibit A from the lien of this financing statement.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME

| OR | Key Equipment Finance, a division of Key Corporate Capital Inc. by ~~~~~~ V. P. | | | |
|---|---|---|---|---|
| | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA
File with Idaho Secretary of State; 62216/6

404 FILING OFFICE COPY -- NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 8/02)

EXHIBIT "3"

000060

## Exhibit A to UCC-3 Financing Statement Partial Release Amendment

**Debtor:**            Matterhorn Group, Inc.,

**Secured Party:**     Key Equipment Finance, a division of
                       Key Corporate Capital, Inc.



### The following collateral is released from the lien of this financing statement:

98 2- Specially Manufactured 6-Head Ice Cream Sandwich Filling Machines (2001 & 2002); Portable, (6) Filling Heads, 110 Fills/Minute, 33"W x 70"L Table Size, (1) Filling Manifold For Both Tables; Each with PLC Controls

96 1- Videojet Model 37 Plus Ink Jet Marking Machines, S/N E498076O003WD

(1) Tetra Pak Hoyer Model Custom Built Ice Cream Wire Cut Machine, S/N J349.5078, (2000); Portable, 3 Oz. to 6 Oz. Minimum/Maximum Cutting Size, 300 Cuts/Minute

111 1-Crepaco Stainless Steel Fruit Feeder, S/N A-7891-FF (Estimated 1970s); 65 Lbs./Hour Capacity

102 1- Safeline Model (PPH 14" x 12") Stainless Steel Metal Detector, S/N 55370, (2002); Portable, with 14"W x 6'L Plastic Belt Conveyor

168 1-Tetra Pak Hoyer Model KF2000XC 600-Gallon/Hour Continuous Ice Cream Freezer, S/N Z115.7429, (2003) with Process Piping

157 1-8"W x 14'L Plastic Interlocking Belt Conveyor; Portable; with Drive, with Yaskawa Frequency Drive



EXHIBIT "3"        000061

81 1- Lot Tanks and Mixing Equipment, To Include:

(1) 6000-Gallon Steel Storage
Tank; Vertical, Painted Exterior
Epoxy Lined; (Sugar Storage;
Installed in enclosed room)

(1) Viking Model HL124A Sugar
Pump, 5 hp; w/ Misc Process Piping

(1) Cherry-Burrell Model CV 4,500-Gallon Stainless
Steel Tank, S/N 4500-69-933, (1969); with Misc
Process Piping (Corn Syrup Storage;
Installed in Enclosed Room)

(1) 15 hp Centrifugal Inlet Pump;
S/S Pump / Painted Motor; with
CIP Centrifugal Discharge
Pump, Stainless Steel
Pump/ Painted Motor; and Misc
Process Piping

(1) St. Regis Model SC 1,000-Gallon Jacketed
Stainless Steel Tank, S/N 49707; (Estimated
1980s); Horizontal, Ammonia/Jacketed; with
1/2 hp Mixing Agitator; 3 hp Centrifugal pump
Stainless Steel Pump/ Painted Motor; and Misc
Process Piping

(1) St. Regis Model SC 1,000-Gallon Jacketed
Stainless Steel Tank, S/N 49711; (Estimated
1980s); Horizontal, Freon/Jacketed; with Dual
Supply 5 hp CIP Centrifugal Pump, Stainless Steel
Pump/Motor, Variable Speed w/ Frequency Drive
1/4 hp mixing Agitator; and Misc Process Piping
(Tank Installed Through Wall)

(1) CE Howard Model 12678-A 15,000-Gallon
Stainless Steel Silo, S/N 9967-2, (1969)
(Waste Storage); Painted Exterior / Stainless Steel
Interior; with PVC Process Piping

82 1-Cherry-Burrell Model SS2100VBR 930 -Gallons/Hour
Homogenizer, S/N 731624, (1986); 30-hp; Variable Speed
1 1/4", 3,000 psi, 3-Piston; with Yaskawa Model F7
Frequency Drive

84 1-Breddo Model LDT 100-Gallon Liquifier, S/N D-20190-
596380, (1986), 15 hp; with 15 hp Pancake Drive; 3 hp
Centrifugal Pump, Stainless Steel Pump/Painted Motor;
and Misc Process Piping

94 3- Cherry-Burrell Model GHW 1,000-Gallon Jacketed Stainless
Steel Tanks, S/N 10-73-2738; S/N 10-73-2739;
and S/N 10-73-2737, (1973); Horizontal, Water/Jacketed;
Each with Top Mounted Mixing Agitator; 1 1/2 hp Transfer Pump;
Stainless Steel Pump/Painted Motor 3 hp CIP Centrifugal
Return Pump; Stainless Steel Pump/Painted Motor; 2 hp Centrifugal
Pump, Stainless Steel Pump/Painted Motor; and Misc Process Piping

96 1- Doboy Model Mustang IV Single-Lane Wrapper, S/N 96-18541,
(1996); Portable; with 1"W x 10'L Single Stainless
Steel Chain Feed Conveyor

97 1- -150-Degree Operating Temperature Nitrogen Tunnel;
(Estimated 1980s); 14"W x 12'L Conveyor; with (3) 3/4 hp



SEE ATT

EXHIBIT "3"

000062

Fans; and Nitrogen Spray System

(1) Adco Model 15D105-SS Semi-Automatic
Cartoner, S/N 4301HG, (2001); 100
Boxes/Minute, 1" to 9 1/2" Length Opening x 3/4"
to 4" Width Opening x 4" to 12" Carton Depth;
with Single-Lane Box Infeed Station; Box
Assembly Station; 8"W x 18'L Chain Section
Conveyor; Glue and Sealing Station, with
Nordeson Model 3100V-1EAV2F Hot Glue
Machine, S/N AN99M31589; and Control



99 1-Specially Manufactured Sandwich Conveyor, (1994);
Portable, 6-Lane, Each Lane 4"W x 8'L, with (6) Sandwich Tampers

100 1- Ice Cream Bar Line; 120 PPM Maximum, To Include:

(1) Interlocking Plastic Belt Conveyor, (2004); 10"W x 40'L with Drive

(1) Praxair Model U4 1840 DDBCBP (Nitroshield) -150 Degree
Fahrenheit Operating Temperature Nitrogen Tunnel, S/N 90013,
(2003); 42"W x 24'L Stainless Steel Conveyor with Variable Speed
Drive; (4) 3/4 hp Fans; and Controls Misc Process Piping and
Nitrogen Stroage Tank (Tank Vendor owned)

(1) Gering and Sons Model (Custom Built)  Specially Manufactured
Chocolate Dip Enrober, (2001), 1 hp; Cascade Type, Portable,
160 Bars/Minute; with (2) 6"W x 16'L Stainless Steel Conveyors;
Dipping Station; 50-Gallon Capacity Stainless Steel Hot Water
Jacketed Chocolate Tank; and 1-1/2" Diaphragm Pump

(1) Doboy Model Mustang IV Single Lane Wrapper,
S/N 94-18670, (1994); Portable; with 1-1/2"W x
10'L Stainless Steel Infeed Conveyor; Sealing
Station; and Outfeed Conveyor

(1) Interlocking Plastic Belt Conveyor; 6"W x 4'L; with Drive

104 1-20 Degree Fahrenheit Storage Freezer, (1970); 50'W x - 100'L;
with (2) 5-Ton Krack Evaporators; and 20-Ton Krack Evaporator; (Real Estate)

105 1- Custom Built 10"W x 46'L Horseshoe Shaped Interlocking Plastic Belt
Conveyor, Estimated 10"W x 40'L, with Estimated 3/4 hp Drive, with
Yaskawa Frequency Controller

106 1 Lot of Laboratory Equipment to Include

(1) Garver Model 212 Centrifuge S/N 18087

107 1- Frigidaire Model T30LGP-2 (R404A) (Kelvinator) Freezer,
S/N 71813363, with Glass Front Door

108 1- Platform Scale; 14" x 12", with IQ Plus 350 Digital Readout

109 1-Specially Manufactured Model (Custom Built) Sanitary Wash Down
Wash System; with PVC Piping, and Hoses

110 4-Lafferty Equipment Model 976675 Timed Entry Dual Foam Sanitizers
Each with piping

113 1-150 Degree Operating Temperature Nitrogen Tunnel; (Estimated 1980's);
38"W x 34'L; with (4) 1hp Fans; Belt Conveyor with Drive and Controls

114 1-St. Regis Model RFB 1,000-Gallon Jacketed Stainless Steel Tank
S/N 49087; Horizontal, Ammonia/Jacketed; Painted Exterior; with Top Mounted
Mixing Agitator;3 hp Centrifugal Pump; and Misc Process Piping

117 3-Copeland Model CSAH0300-CAB-001N Freon Compressors, 3 hp;
(Estimated 1980s); each with Associated Piping (Roof Mounted)

EXHIBIT "3"                                    000063

120 1-Vilter Ammonia Compressor, S/N 601A464RC, 40 hp; (Estimated 1960s); 4-Cylinder; with Receivning Tank; and Associated Piping

121 1-Mycom Model 5A Ammonia Compressor, S/N 5A1497, 40 hp; (Estimated 1960s); 6-Cylinder; with Receiving Tank, and Associated Piping

122 1-Vilter Ammonia Compressor, 60 hp; (Estimated 1960s); 4-Cylinder with Receiving Tank and Associated Piping

123 1-Mycom Model 42A Ammonia Compressor, S/N 42A1529, 30-hp; (Estimated 1960s); 6-Cylinder with Receiving Tank; and Associated Piping

124 1-Fuller Model A-70 Ammonia Compressor, S/N 870, 40 hp; (Estimated 1960s); with Receiving Tank ; and Associated Piping

125 1-750-Gallon Stainless Steel Tank; (Estimated 1970s); (Waste Tank), Open Top; Leg Mounted Horizontal; with 3 hp Top Mounted Mixing Agitator; and Associated Pumps

126 1-Shell and Tube Heat Exchanger; (Estimated 1970s); with Stainless Steel Pipe; with 12"D x 15'L Heat Exchanger; 10"D x 10'L Heat Exchanger; Glycol Tank; and 15 hp Centrifugal Pump
Pumps

127 1-Sellers Model 77 Commodore 4, 185,000-Btu/Hour Natural Gas-Fired Boiler, S/N 98066, (1977), 125 hp; with Deareator, and Water Softening Sys.

128 1-Gardner-Denver Model Electra-Saver II ECH0JE Rotary Screw Air Compressor, S/N M21049, 50 hp; (Estimated 1980s); 41,730 Hours Indicated; with Associated Piping

129 1-Sullivan Palatek Model PDD-165 165-scfm Air Dryer, S/N 3334-2-0208-16BD, (2002)

130 1-Quincy Model C-30-D Rotary Screw Air Compressor, S/N 880453, (1988), 30 hp; 8,402 Hours Indicated, Horizontal Tank Mounted, with Associated Piping

131 1-Baltimore Aircoil Model VXMC340 Cooling Tower, S/N 830602, (1983) with Circulation Tank, and Associated Pumps and Piping

132 1-Recold Model BMSIFS335A Cooling Tower, S/N D7172

133 2-5,000-Gallon Storage Carbon Steel Silos;(Estimated 1970's); (Chocolate Storage), Vertical, Estimated 8'6"D x 14'H Water/Jacketed Bottom; 6"H Each with (1) Mixing Agitator; and (1) 3" Diaphragm Pump
Each Value: $9,000

134 1-Imperial Walk-In Incubator, (1980), 1 hp; 150°F Maximum Temperature, 8'W x 10'L

135 1-Walk-In Freezer; (Estimated 1980), 10'W x 32'L, 20°F Operating Temperature; with (2) Bohn 4-Fan Evaporators; and Copeland Air Compressor

139 1-Centrifugal Pump, 5 hp Stainless Steel Pump/Painted Motor

140 1-Centrifugal Pump, 5 hp Painted Pump/Painted Motor

141 1-Lot Maintenance Shop Equipment to include

(1) Lincoln Model Invertec V200-Pro 200-Amp Welder, S/N AC-803279, (1991); with Lincoln Model LN-7 Wire Feed, with Portable Cart

(1) Blackhawk Model 87605 12-Ton H-Fram Press; 18" Between Posts

(1) Pro-Tech Model PT-1413 Floor-Type Drill Press, SN 82649, 3/4 hp; 6" throat

(1) Jet Model HVBS-463 Horizontal Band Saw, S/N 111004, 1/2 hp; 10"W x 7"H

SEE ATT

EXHIBIT "3"

000064

142 1-Dairy King 1,200-Gallon Jacketed Stainless Steel Tank, S/N 1200F2607 (Estimated 1980's); Horizontal, Freon/Jacketed, Open Top; with Lid; and Mixing Agitator

143 1- Mueller 1,000-Gallon Jacketed Stainless Steel Tank; (Estimated 1980s); Horizontal, Freon/Jacketed with Mixing Agitator

144 1-Dairy King 1,500-Gallon Jacketed Stainless Steel Tank, S/N1500S4O85, (1984); (Estimated 1980s); Horizontal, Freon/Jacketed; with (2) Mixing Agitators

145 1- Cherry-Burrell Model VS200 (200BS) 200-Gallon/Hour Continuous Ice Cream Freezer; S/N 4080; (Estimated 1980s);

146 1- Specially Manufactured 12-Head Chocolate Enrober, (2000); Portable with Viking Pump, 2 hp, with Gear Reducer; 36"W x 10'L Stainless Steel Mesh Chain Conveyor, with Teco Frequency Drive; Cascade Type Chocolate Dispense Station; and Control

147 1- 9"W x 10'L Belt Conveyor; Portable; with Marsh Model Partion Plus HR/Series Ink Jet Printer, 2-Head

148 1-Storage Trailer; 28'L Single Axle; with Heater ; and Roll-Up Door;

149 1-Gering and Sons Model "Mini Ed" Portable Ice Cream Sandwich Filling Machine; 8-Position In-Line Filler, 30"W x 8'L with PLC Control

150 3-Copeland Model CSAH0300-CAB-001N Freon Compressors, 3 hp (Estimated 1980s)

152 1-Lot of Equpment Stored in Trailer To Include:

(1) Specially Manufactured 4-Head Ice Cream Cone Filling System, (2002); Portable; with Chocolate Spray System, with 10-Gallon Hot Water Jacketed Stainless Steel Chocolate Tank; 18"W x 12'L Plastic Belt Conveyor; with Teco-Westinghouse Frequency Drive

(1) Gering and Son 8-Head Rollo Ice Cream Cone Filling Machine; Portable, with Plastic Interlocking Belt Conveyor; with Drive; Filling Station, with Air Cylinder and PLC Control

154 2-Pumps, 1 hp; Portable; Each with Teco-Westinghouse Frequency Drive; 15"D Infeed Hopper; 1-1/2" Diaphragm Pump

159 1-2001 KIT Manufacturing Model Cypress 70'8" x 26'8" Prefabricated Modular Yard Office, VIN KM1Y0178C235033A/B; with Vinyl Siding; Shingle Roof; Interior Drywall; Kitchen; (2) Bathrooms; (4) Offices; and Climate Control

160 1-Lot of Factory and Support, To Include: Desks; Chairs; Miscellaneous Pumps; Miscellaneous Tanks; Conveyors; Chairs; Laboratory Furnace; Scales; etc.

162 1-Allis-Chalmers Model ACE30A 2,500-Lb. Electric Lift Truck, S/N DAE105482, (1978); 108" Lift Height, 2-Stage Mast, Solid Tire

163 1-Toyota Model 2FBCA15 3,000-Lb. Electric Lift Truck, S/N 2FBCA15-10296, (1978); 185" Lift Height, 3-Stage Mast,Solid Tire, 7,866 Hours Indicated

167 1-10"W x 40'L Interlocking Plastic Belt Conveyor, (2004) with Drive;

165 1- Feldmeier 10,000-Gallon Jacketed Stainless Steel Silo, S/N N-527-02 (2002); Painted Exterior; Vertical, Ammonia/Jacketed; with Side Mounted Agitator, with Variable Speed Drive; Level Monitoring System, Anderson Model AJ-300 Chart Recorder, and Misc Process Piping

EXHIBIT "3"

000065

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

IDAHO SECRETARY OF STATE
06/04/2009 05:00
CK: NONE CT: 1117 BH: 1173103
1 @ 6.00 = 6.00 UCC3 BASIC # 2
Filing Number:
B 6532371

**A. NAME & PHONE OF CONTACT AT FILER** [optional]

Tyler Henderson          208-385-5394

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Moffatt Thomas Barrett Rock & Fields

P. O. Box 829

Boise, ID 83701

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is |
|---|---|
| B 2005-0981328-1  Filed 03/09/05 | to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial):  Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor  or ☑ Secured Party of record. Check only **one** of these two boxes.

Also check **one** of the following three boxes and provide appropriate information in items 6 and/or 7.

☑ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. **CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Key Equipment Finance, a division of Key Corporate Capital Inc. | | | |
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

7. **CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| KeyBank National Association | | | | |
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| | | | | |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| MS WA-31-18-0311, 601 108th Ave. NE, 3rd Floor | Bellevue | WA | 98009-9027 | USA |

| 7d. TAX ID #:  SSN OR EIN | ADDL INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. **AMENDMENT (COLLATERAL CHANGE):** check only **one** box.

Describe collateral ☐ deleted  or  ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment).  If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Key Equipment Finance, a division of Key Corporate Capital, Inc. | | | |
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

10. OPTIONAL FILER REFERENCE DATA

Debtor:  Matterhorn Group, Inc.          **TO BE FILED WITH THE IDAHO SECRETARY OF STATE**

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)   IDAHO FILLABLE FORM REV. 07/2001

Client:1176853.1

EXHIBIT "3"          000066

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Tyler Henderson          208-385-5394

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Moffatt Thomas Barrett Rock & Fields

P. O. Box 829

Boise, ID 83701

IDAHO SECRETARY OF STATE
06/04/2009 05:00
CK: NONE  CT: 1117  BH: 1173183
1 @ 6.00 = 6.00  UCC3 BASIC # 2
Filing Number:
B 6532371

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is |
|---|---|
| B 2005-0981328-1  Filed 03/09/05 | to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor *or* ☑ Secured Party of record. Check only *one* of these two boxes.

Also check *one* of the following three boxes and provide appropriate information in items 6 and/or 7.

☑ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Key Equipment Finance, a division of Key Corporate Capital Inc. | | | |
| OR  6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| KeyBank National Association | | | | |
| OR  7b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| MS WA-31-18-0311, 601 108th Ave. NE, 3rd Floor | Bellevue | WA | 98009-9027 | USA |

| 7d. TAX ID #:  SSN OR EIN | ADDL INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only *one* box.

Describe collateral ☐ deleted *or* ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Key Equipment Finance, a division of Key Corporate Capital, Inc. | | | |
| OR  9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA
Debtor:  Matterhorn Group, Inc.          TO BE FILED WITH THE IDAHO SECRETARY OF STATE

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)  IDAHO FILLABLE FORM REV. 07/2001

Client:1176853.1

EXHIBIT "3"                    000067

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

IDAHO SECRETARY OF STATE
03/09/2005 05:00
CK: 5634565  CT: 1577  BH: 797460
1 @ 12.00 =  12.00  UCC1 FILE @ 2
Filing Number:
B 2005-0981332-5

**A. NAME & PHONE OF CONTACT AT FILER** [optional]
Phone:(800) 331-3282  Fax: (818) 662-4141

**B. SEND ACKNOWLEDGEMENT TO:** (Name and Address)

511630 IKEYEQUIP

UCC Direct Services          6572117
P.O. Box 29071
Glendale, CA 91209-9071      IDID

SEE ATT

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Matterhorn Group, Inc. | | | | |

| OR | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 101 South Capitol Blvd. | Boise | ID | 83702 | |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | Corporation | ID | C156700  ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

| OR | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Key Equipment Finance, a division of Key Corporate Capital Inc. | | | | |

| OR | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 66 S. Pearl Street | Albany | NY | 12207 | |

**4. This FINANCING STATEMENT covers the following collateral:**

This financing statement covers all of Debtor's right, title and interest, now owned or hereafter acquired, in and to the following described equipment, together with any and all (1) substitutions, replacements or exchanges therefore, (2) replacement parts, additions, attachments and accessories incorporated therein or affixed thereto, or used in connection therewith, and (3)cash and non cash proceeds including, without limitation, claims of the Debtor against third parties for loss or damage to, or destruction of, such equipment: SEE ATTACHED EXHIBIT A. Debtor has no right to dispose of the equipment.

| 5. ALTERNATIVE DESIGNATION [if applicable] | [X] LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
|---|---|---|---|---|

**8. OPTIONAL FILER REFERENCE DATA**
6572117                                                 L#8800503352

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

Prepared by UCC Direct Services, P.O. Box 29071, Glendale, CA 91209-9071 Tel (800) 331-3282

EXHIBIT "3"

000068

UDS # 6572117

## Appraisal

**Deluxe Ice Cream Company**
**1860 State Street**
**Salem, Oregon**

*SEE ATT*

## Machinery & Equipment

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| | | | |

### Production

| 1 | 1- | Tanks and Mixing Equipment, To Include: | $ 133,500 |
|---|---|---|---|

    (1) Mueller 10,000-Gallon Jacketed Stainless Steel Tank, S/N 266500, (1999); Vertical, Double Wall, Pasteurize Mix, Ammonia/Jacket; with Associated Pumps and Piping

    (1) Mueller 8,000-Gallon Sugar Storage Silo, S/N 310263, (2004); Stainless Steel, Vertical, Single Wall; with Associated Pumps and Piping

    (1) Chester-Jensen Model AHM 6,000-Gallon Jacketed Stainless Steel Tank, S/N 440; (Estimated 1960s); Horizontal, Carbon Steel Skin, Ammonia/Jacket; with Associated Pumps and Piping; (Mounted Through Wall)

    (1) Mueller 6,000-Gallon Jacketed Stainless Steel Tank, S/N 22-07, (2003); Vertical, Double Wall, Ammonia/Jacket; with Associated Pumps and Piping; (Mounted Through Wall)

    (1) Mueller Model PCP 1,000-Gallon Jacketed Stainless Steel Tank, S/N 140130, (1994); Pasteurization, Vertical, Water/Jacketed; with Associated Pumps and Piping

    (1) Mueller 600-Gallon Jacketed Stainless Steel Tank, (1988); Vertical, Water/Jacketed; with Mixing Agitator; and Associated Pumps and Piping

    (2) 650-Gallon Jacketed Stainless Steel Tanks; (Estimated 1960s); Vertical, Carbon Steel Skin, Ammonia/Jacketed; Each with (1) 5 hp Pump; and Associated Piping

000069

**Appraisal - Deluxe Ice Cream Company**
**Salem, Oregon**

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| | | (2) 1,000-Gallon Jacketed Stainless Steel Tanks; (Estimated 1960s); Vertical, Carbon Steel Skin, Ammonia/Jacketed; Each with (1) 3 hp Pump; and Associated Piping | *SEE ATT* |
| | | (1) 2,000-Gallon Stainless Steel Tank; (Estimated 1960s); Horizontal, Carbon Steel Skin, Insulated Ammonia/Jacket; (Mounted Through Wall) | |
| 2 | 1- | APV Model G24-2.5P 1,000-Gallon/Hour Stainless Steel Homogenizer, S/N 19982410164, (1998), 30 hp; 2,500 psi, 2-Stage; with Piping | 30,000 |
| 3 | 1- | Specially Manufactured Model T 28CH 1,200-Gallon/Hour HTST Pasteurizer, S/N 2032, (2002); 42"L x 45"H x 20"W; with (3) Baldor 5 hp Pumps; 50-Gallon Stainless Steel Tank; Piping; and FES Model 4WP-A1-1 Heat Exchanger, S/N 44400-1, (1999), Minimum 4-0" to Maximum 4-1/6" Capacity | 78,000 |
| 4 | 1- | Breddo Model LOR 30-Gallon Stainless Steel Blender Injector, S/N 184TC3450, (1987), 30 hp; 30 Gallon/Minute, 5 psig; with Associated Pumps and Piping | 11,000 |
| 5 | 1- | Berry Plastics Model CP5000 5-Quart Stainless Steel Filler, S/N CP5003; Portable; **(Vendor Owned)** | --- |
| 6 | 1- | Cherry-Burrell Model ST 1,350-Gallon 3-Compartment Stainless Steel Tank, S/N 315-66-380; (Estimated 1970s); with (3) Reliance Electric 1/3 hp Agitators; and Associated Pumps and Piping | 9,500 |
| 7 | 1- | 150-Gallon Stainless Steel Liquifier; (Estimated 1970s); with Associated Pump and Piping | 6,000 |
| 8 | 1- | Cherry-Burrell Model HCIF Fruit Feeder, S/N 93262ZA | 8,500 |
| 9 | 2- | Tetra Pak Hoyer Model KF1200EX 800-GPH Continuous Ice Cream Freezers, S/N Z118.1005+5145; and S/N Z1181006+5146, (2002) Each Value: $75,000 | 150,000 |

**Appraisal - Deluxe Ice Cream Company**
**Salem, Oregon**

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|------------------------|
| 10 | 1- | Tetra Pak Hoyer Model KF1200XC 600-GPH Continuous Ice Cream Freezer, S/N Z115.4105+5198, (2002) | 65,000 |
| 11 | 1- | 1/2-Gallon Ice Cream Packaging Line, To Include: | 110,000 |

    *SEE ATT*

(1) Lot of Flavor Pumping Equipment, To Include: (1) 55-Gallon Flavor Drum Pump; (2) 3 hp Pumps; (1) St. Regis Model VF-1930 Vibratory Feeder; and (2) E-Trac AC Inverters

(1) Anderson (WCB) Model 588 1/2-Gallon Ice Cream Carton Filler, S/N 588-5036; 64 Oz., 60 Cartons/Minute; with Package Infeed; Ice Cream Filling Station; Sealing Station, with Nordson Hot Glue Machine; Microset Multiscan Ink Jet System; and Electro Model Plus 6000 Series Controls; (Filler Rebuild (2004) By Manufacturer)

(7) Stainless Steel Interlocking Plastic Belt Conveyors; 6"W x 16'L; with Specially Manufactured Hydraulic Directional Ram Arms

(1) Electro Scale Model 475 50-Lb. Digital Scale

(1) Imaje Model Jaime 100 S4 Marking Machine, S/N 0440507A, (2000)

(1) APV Amerio Model AM 35 80-Ton Stainless Steel Contact Plate Freezer, S/N C-289 (AM35); (Estimated 1970s); 80 Tons/Hour, 16 Tray Stations/20 Rows Per Tray Capacity, Estimated 12'W x 14'L Freezer Dimensions; with Guardstar M Series Safety Light Curtain

(1) Douglas Machine Model 462 Shrink Wrap Packaging Machine, S/N M2506, (1993); 30"W; with Shrink Wrap Tunnel, 30"W x 10'L x 20"H, 415°F Operating Temperature

(1) Lot of Associated Piping; Electrical; and Controls

| Item # | Qty. | Description | Market Value In Place |
|--------|------|-------------|------------------------|
| 12 | 1- | Lock Model MET30 CXE1HDS1148.6 KH2 Stainless Steel Metal Detector, S/N 23414/3, (1999); 22"W x 13"H | 10,000 |
| 13 | 1- | Crepaco Model KM 340 1,200-Gallon/Hour 3-Barrel Continuous Ice Cream Freezer, S/N A-1393, (1974); Stainless Steel; with (2) Reliance Electric Model SP500 Easyclean Plus Cleaning Systems; Siemens Micromaster Control; and (3) Associated Pumps | 12,500 |

*SEE ATT*

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|

| 14 | 1- | Vit-A-Line #1; 20 Drops/Minute, To Include: | 150,000 |

(1) FMC Model Viking 1 6-Wide Stainless Steel Vit-A-Line, (1957); (294) Molds on Conveyor + (2) Mold Sets 3 Oz./4 Oz., Pneumatic, 40-Ton Refrigeration Capacity; with Estimated 20"W x 100'L Conveyor; 6-Wide Filler Unit; 6-Wide Evacuation Unit; 6-Wide Filler Unit; 6-Wide Stormax Stick Inserter, (1978), with Allen-Bradley Model PanelView 550 Controls, (2003); Alliance 6-Wide Demolding and Picking Station; Specially Manufactured Heat Exchanger; Ammonia Tank; and Salt Water Tank

(1) Cherry-Burrell Model WPT 300-Gallon Stainless Steel Tank, S/N 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; (Estimated 1970s); with Mixing Agitator; and Associated Pump

(1) 1,350-Gallon 3-Compartment Stainless Steel Tank; (Estimated 1970s); 4'W x 10'L; with (3) Mixing Agitators; and Associated Pumps

(1) Sidam Ice Cream Machinery Model Polopack 8 150-Wraps/Minute Single-Lane Popsicle Wrapping Machine, (1985); 8"W x 10'L Conveyor; with Reliance Electric Model SP500 Easyclean Cleaning System

(2) Interlocking Plastic Belt Conveyors; 6"W x 8'L

(1) Specially Manufactured Stainless Steel Accumulation Table

(1) Hoyer Model Flopac 50 Popsicle Cartoner Packaging Machine, S/N Z431.1100, (2002); IM.50, 6-Pack/12-Pack Packaging Capabilities; with Stainless Steel Infeed Conveyor; Articulating Arms; Nordson Model 3400 Hot Glue System; and Woods Ultracon II SCR Controls

(1) Stainless Steel Interlocking Plastic Belt Conveyor; S-Shape

(1) Anderson Brothers Model 466 Packaging Machine, S/N 33225; 30"W x 20"H x 6'L Capacity; with Specially Manufactured Shrink Wrap Tunnel; and Specially Manufactured Conveyor

(1) Stainless Steel Belt Conveyor; 15"W x 75' Estimated Length, Ceiling Mounted

(1) Lot of Associated Piping; Electrical; and Controls

000072

**Appraisal - Deluxe Ice Cream Company**
**Salem, Oregon**

*SEE ATT*

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------|
| 15 | 1- | Bunting Magnetics Model MN2.2C 600-500 Stainless Steel Metal Detector, S/N 971236-C, (2004); 23"W x 20"H; with Mesutronic Metal Detector Controls | 15,000 |
| 16 | 1- | Fleet-Line Model FL-6000 Case Sealer; with Diagraph Model IV-700 Ink Jet Marking Machine | 3,750 |
| 17 | 1- | NDS 2-Wide Stainless Steel Ice Cream Cone Filler; with Cone Insertion Station; and Cone Fill Stations; *(Vendor Owned)* | --- |
| 18 | 1- | Ice Cream Cup Line, To Include: | 85,000 |
|    |    | (1) Osgood Model 2901-6 180-Cup/Minute Multi-Lane Index Filling Machine, S/N 2901-6, (1994); 2 Oz./4 Oz. Ice Cream Cup, 2-Wide; with Plastic Cup Infeed; Ice Cream Dispenser; Capping Station; Rubber Belt Conveyor System; Specially Manufactured Packaging Table; and PanelMate Controls | |
|    |    | (1) Doboy Model B-450 Bag Sealer, S/N 98-20236, (1998); with 6"W x 8'L Roll Conveyor | |
|    |    | (1) Fleet-Line Model FL-6000 Case Sealer, S/N 6177; with Diagraph Model 575000 Ink Jet Marking Machine, S/N NE10003834; and (2) Stainless Steel Tables | |
|    |    | (1) Lot of Associated Piping, Electrical, and Controls | |
| 19 | 1- | 5-Quart Circular Box Maker; *(Vendor Owned)* | --- |
| 20 | 1- | Power Belt Conveyor; 24"W x 15'L | 1,250 |
| 21 | 1- | -15 Degree Fahrenheit Storage Freezer; Estimated 40'W x 90'L; with (2) Evaporators; (Rebuilt 1988; *Real Estate*) | --- |
| 22 | 1- | Imperial Mfg. Co. -15 Degree Fahrenheit Storage Freezer; (Estimated 1970s); Estimated 40'L x 30'W; with (2) Evaporators; *(Real Estate)* | --- |

000073

**Appraisal - Deluxe Ice Cream Company**
**Salem, Oregon**

SEE ATT

Market Value
In Place

| Item # | Qty. | Effective Date: November 5, 2004 | |
|--------|------|----------------------------------|---|

| | | | |
|--------|------|----------------------------------|---|
| 23 | 1- | Vit-A-Line #2; 20 Drops/Minute, To Include: | 140,000 |
| | | (1)  300-Gallon Stainless Steel Tank; 4'W x 6'L; with Mixing Agitators; and Associated Pumps | |
| | | (1)  1,800-Gallon 3-Compartment Stainless Steel Tank; 4'W x 12'L; with (3) Mixing Agitators; and Associated Pumps | |
| | | (1)  Dairy Craft 1,125-Gallon 3-Compartment Stainless Steel Tank, S/N 1655; with (3) Mixing Agitators; and Associated Pumps | |
| | | (1)  FMC Model Viking 1 6-Wide Stainless Steel Vit-A-Line; (Estimated 1970s); (294) Molds on Conveyor + (1) Mold Set 4 Oz., Pneumatic, 40-Ton Refrigeration Capacity; with Estimated 20"W x 30'L Conveyor; 6-Wide Filling Unit; 6-Wide Stormax Stick Inserter, (1989), with Hoyer Controls; Alliance 6-Wide Demolding and Picking Station, (1989); Specially Manufactured Heat Exchanger; Ammonia tank; and Salt Water Tank; (Rebuilt 1989) | |
| | | (1)  Sidam Ice Cream Machinery Model Polopack 8 150-Wrap/Minute Single-Lane Popsicle Wrapping Machine, (1989); with 8"W x 10'L Stainless Steel Infeed Conveyor; Pneumatic Transfer Station; 3-Position Plastic Dispense Unwind Stand; Product Outfeed Conveyor Table; and Siemens Controls | |
| | | (1)  Lot of Associated Piping; Electrical; and Controls | |
| | | | |
| 24 | 1- | Crepaco Model KM 340 1,200-Gallon/Hour 3-Barrel Continuous Ice Cream Freezer, S/N KM340-3446, (1972); with (3) Reliance Electric Model SP500 Easy Clean Cleaning Systems | 12,500 |
| | | | |
| 25 | 1- | Vit-A-Line #3; 20 Drops/Minute, To Include: | 200,000 |
| | | (1)  1350-Gallon 3-Compartment Stainless Steel Tank; with (3) Mixing Agitators; and Associated Pumps | |

SEE ATT

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| | (1) | FMC Model M Series 8-Wide Stainless Steel Vit-A-Line, S/N 30-M-148, (1975); (294) Molds on Conveyor + (1) Mold Set Twinpop Pneumatic, 40-Ton Refrigeration Capacity; with Estimated 28"W x 30'L Conveyor; 8-Wide Filler Unit; 8-Wide Evacuation Unit; 8-Wide Filler Unit; 8-Wide Stormax Stick Inserter; 8-Wide Alliance Demolding and Picking Station; Specially Manufactured Heat Exchanger; Ammonia Tank; and Salt Water Tank; (Rebuilt 1993) | |
| | (1) | Anderson Model 591 8-Lane Bar Stacker Packaging System | |
| | (1) | Doboy Model B-500 Bag Sealer, S/N 01-23104, (2001); with 24"W x 15'L Belt Outfeed Conveyor | |
| | (2) | Fleet-Line Model FL-6000 Case Sealers; Portable; Each with Diagraph Model 5750400 Ink Jet Marking Machine | |
| | (2) | Power Belt Conveyors; 24"W x 15'L | |
| | (1) | Lot of Associated Piping, Electrical, and Controls | |
| 26 | 1- | Doboy Model B-500 Bag Sealer, S/N 99-21165, (1999); with Direct 1000 Controls | 5,000 |
| 27 | 1- | St. Regis Model FF-1994 Stainless Steel Fruit Feeder, S/N FS 1994, (1983), 3 hp; (Crepaco) | 6,000 |
| 28 | 1- | Anderson Brothers Pint Filler, S/N 19978; (Estimated 1960s) | 1,500 |
| 29 | 1- | Garver Electrifuge Model 212 Centrifuge, S/N 8629; 18"D Capacity | 350 |
| 30 | 1- | Ohaus Model MB35 Moisture Analyzer | 1,300 |
| 31 | 1- | -20 Degrees Fahrenheit Storage Freezer, (1984); 50'W x 90'L; with (3) Krack Evaporators; *(Real Estate)* | --- |
| 32 | 1- | 2,500-Gallon Brine Stainless Steel Tank; (Estimated 1970s); 4'W x 12'L x 8'H | 6,000 |

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|------------------------|
| 33 | 1- | Norse Dairy Systems Stainless Steel Ice Cream Sandwich Machine; with (2) Wafer Infeed Conveyors; Sandwich Assembly Area; and Outfeed Conveyor; *(Vendor Owned)* | --- |
| | | Total Production: | $ 1,251,650 |

### Plant Utilities

| Item # | Qty. | | Market Value In Place |
|--------|------|--|------------------------|
| 34 | 1- | FES Model 19ME Ammonia Compressor, S/N 19M75, (1996), 200 hp; with FES Micro IIE Controls; (1) 48"D x 14'L Ammonia Shell and Tube; Associated Piping; and Evapco Model LSCA-155 Cooling Tower, S/N 95-8025 W, (1995), 200 hp, 2,504,000.00 MBH | $ 82,500 |
| 35 | 1- | FES-Fuller Model A120S Ammonia Compressor, S/N 72-21131-103, (1972), 75 hp; with 36"D x 12'L Ammonia Steel Tank; and Associated Piping | 10,000 |
| 36 | 1- | Worthington Model 8X8 VR-8F Ammonia Compressor, S/N L90713, 100 hp; (Estimated 1960s); with Associated Piping | 7,000 |
| 37 | 1- | Quincy Model QNW360-C1 Rotary Screw Air Compressor, S/N 900580, (1990), 75 hp; 21,546 Hours Indicated; with Associated Piping | 12,000 |
| 38 | 1- | Arrow Pneumatics Model 3515-4 Air Dryer, S/N RD460, 3 hp | 2,500 |
| 39 | 1- | Quincy Model QNWC-30-C Rotary Screw Air Compressor, S/N 820347, (1982), 30 hp; with 36"D x 6'H Storage Tank; and Associated Piping | 1,500 |
| 40 | 1- | CIP System; with Ecolab Model Saber Quantum Cleaning System; and Ecolab Model AC-1351 Liquid Alkaline Detergent Polypropylene Tank; (Not in Service; Ecolab Is Vendor Owned; Tanks And Valves Owned By Company, (2002)) | 7,500 |

**Appraisal - Deluxe Ice Cream Company**
**Salem, Oregon**

| Item # | Qty. | Effective Date: November 5, 2004 *SEE ATT* | Market Value In Place |
|--------|------|------|------|
| 41 | 1- | Vilter Model 448 Ammonia Compressor, S/N 7873AHRCDH0265531, 100 hp; with Associated Piping | 14,000 |
| 42 | 1- | FES-Fuller Model A135S Ammonia Compressor, (1989), 75 hp; with Associated Piping | 9,000 |
| 43 | 1- | Sullair Model 820-LB-717-400-3.0 Screw-Type Ammonia Compressor, S/N 056-01190, (1989), 60 hp; 121°F Operating Temperature; with Associated Piping | 5,500 |
| 44 | 1- | Mycom Model N6B Ammonia Compressor, S/N 10536, 100 hp; (Estimated 1970s); with Associated Piping | 9,000 |
| 45 | 1- | FES-Fuller Ammonia Compressor, 40 hp; (Estimated 1970s); with Associated Piping | 3,000 |
| 46 | 1- | Mycom Model N4B Ammonia Compressor, 75 hp; (Estimated 1970s); with Associated Piping | 9,000 |
| 47 | 1- | Cleaver Brooks Model CBH-200-70 150-psi Gas-Fired Boiler, S/N L-62406, (1977), 2 hp; 2,929,000 Btus/Hour; (Retubed 1992) | 7,000 |
| 48 | 1- | GEA Refrigeration Division Model 400GL Ammonia Compressor, S/N 3A082011, (2003), 350 hp; with GEA Model Micro III Controls; Associated Piping; and Evapco Model ATC 325 B Cooling Tower, S/N W037205, (2003), 350 hp | 135,000 |
| 49 | 1- | BAC Model VXCN205 Cooling Tower, S/N 83-7120M, (1983); 1,985,000.00 MBH | 4,500 |
| 50 | 1- | Evapaco Model LSCA-480 Cooling Tower, S/N 91-5668, (1991) | 11,500 |
| | | Total Plant Utilities: | $ 330,500 |

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------|

**Maintenance**

| 51 | 1- | Maintenance Equipment, To Include: | $ 3,250 |

    (1)  Delta Model 31-120 12" Disc Sander; with Portable Cart

    (1)  Ridgid Model 200 Pipe Threader, S/N 201537

    (1)  Jet Model Jet-1240PY 12" x 40" Bed Size Engine Lathe, S/N M84-02-016, (1984); 1-1/2" Hole Through Spindle; with 3-Jaw Chuck; End Stock; and Tool Holder

    (1)  Jepson Model 9115 14" Chop Saw

    (1)  Systematics Model MP175 175-Amp Welder, S/N 175P-2052

    (1)  Miller Model Econo Twin HF 150-Amp Welder, S/N JE-11, (1984)

    (1)  Union Tool Co. Model MADP036AMA 7" Throat Bench-Type Drill Press, S/N 58957

    (1)  H-Frame Press; 24"W Capacity

Total Maintenance:      $    3,250

**Throughout Plant**

| 52 | 1- | Stretch Wrap Machine; 48" x 48" Platform | $ 2,750 |
| 53 | 1- | Lantech Model E-Series Stretch Wrap Machine, S/N W-0091; 48"D x 6'H Platform | 3,750 |
| 54 | 1- | Marathon Model V-6030HD Vertical Baler, S/N 38377W; 60"W x 30"D | 3,000 |
| 55 | 1- | Lot of Factory and Support Equipment, To Include: Pallet Jacks; Stainless Steel Tables; Stainless Steel Sinks; Cabinets; Metal Lockers; Small Storage Tanks; Conveyor; Microwave; Break Room Equipment; Desks; Chairs; Miscellaneous Pumps; etc. | 15,000 |

## Appraisal - Deluxe Ice Cream Company
### Salem, Oregon

*SEE ATT*

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|-----------------------|
| 56 | 1- | Lot of Office Furniture and Business Machines, To Include: Desks; Chairs; Cubicles; Cabinets; Telephone System; Facsimile Machines; Photocopiers; Executive Office Tables; Conference Tables; Executive Chairs; Security System; Televisions; Printers; etc. | 30,000 |
| | | Total Throughout Plant: | $ 54,500 |
| | | **Rolling Stock** | |
| 57 | 1- | Clark Model TM15S 3,000-Lb. Electric Lift Truck, S/N TM247-0607-9055FB, (1993); 188" Lift Height, 3-Stage Mast, Solid Tire; with Battery Charger | $ 3,500 |
| 58 | 1- | Yale Model MPB040ACN2402748 4,000-Lb. Walk-Behind Low-Lift Walkie | 600 |
| 59 | 1- | 1998 International Model 9400 Conventional Tractor, VIN 2HSFHAMR2WC035472; 574,331 Miles Indicated | 30,000 |
| 60 | 1- | Clark Model TM15S 3,000-Lb. Electric Lift Truck, S/N TM247-0296-9058FB, (1994); 188" Lift Height, 3-Stage Mast, Solid Tire | 3,500 |
| 61 | 1- | Clark Model TMG15S 3,000-Lb. Electric Lift Truck, S/N TMG248-0226-7482FB, (1998); 188" Lift Height, 3-Stage Mast, Solid Tire | 6,500 |
| 62 | 1- | Skyjack Model SJM3219 19'H Scissor Lift, S/N 22951 | 8,000 |
| 63 | 1- | Clark Model TMG15S 3,000-Lb. Electric Lift Truck, S/N TMG248-0261-7498FB, (2000); 188" Lift Height, 3-Stage Mast, Solid Tire | 7,500 |
| 64 | 1- | Clark Model TMG15S 3,000-Lb. Electric Lift Truck, S/N Unknown; 188" Lift Height, 3-Stage Mast, Solid Tire | 6,000 |
| 65 | 1- | Clark Model TMG15S 3,000-Lb. Electric Lift Truck, S/N Unknown; 188" Lift Height, 3-Stage Mast, Solid Tire; (Not Inspected; Located Off Site) | 6,000 |

**Appraisal - Deluxe Ice Cream Company**
**Salem, Oregon**

*SEE ATT*

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| 66 | 1- | Linde Model EGU20 4,000-Lb. Low-Lift Walkie; with Battery Charger | 1,600 |
| 67 | 1- | 1992 Dodge Model B350 Van, VIN 2B7KB31Z6NK113894; 5.9 L V8 Engine, 91,824 Miles Reported; (Not Inspected) | 2,500 |
| 68 | 1- | 1995 International Model 4900 Conventional Tractor, VIN 1HTSDAAN5SH691787; License #YAP1499, 351,444 Miles Reported; with Murphy Refrigerated Body, 8' x 18'; (Not Inspected) | 22,000 |
| 69 | 1- | 1996 International Model 4900 Conventional Tractor, VIN 1HTSDAAN2TH346993; License #YCPX805, 207,967 Miles Reported; with Murphy Refrigerated Body, 8' x 18'; (Not Inspected) | 25,000 |
| 70 | 1- | 1980 International Model Ryder Conventional Tractor, VIN AA185KHA23230; License #T506622, 215,376 Miles Reported; with Van Body; (Not Inspected) | 4,000 |
| 71 | 1- | 1988 International Model 9670 Conventional Tractor, VIN 1HSRDGVR6JH552981; License #YABP742, 905,129 Hours Reported; (Not Inspected) | 12,000 |
| 72 | 1- | 1998 International Model 9300 Conventional Tractor, VIN 2HSFBASR9WC044772; License #YAD714, 420,508 Miles Reported; (Not Inspected) | 35,000 |
| 73 | 1- | 1986 Utility Refrigerated Trailer, VIN 1UYV52457GC604804; License #HP22477, Insulated, 38,147 Hours Reported; with Thermal King Model SBII Refrigeration Unit, S/N 0566868084; (Not Inspected) | 5,500 |
| 74 | 1- | 1993 Utility Refrigerated Trailer, VIN 1UYV5248XRU132301; License #HP73460, Insulated, 21,426 Hours Reported; with Thermal King Model SBII Refrigeration Unit, S/N 0936117800 | 11,500 |

**Appraisal - Deluxe Ice Cream Company**
**Salem, Oregon**

SEE ATT

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------|
| 75 | 1- | 1994 Wabash Refrigerated Trailer, VIN 1JJE482S8RL240424; License #HP95222, Insulated, 11,042 Hours Reported; with Carrier Model NDA94ANO-AM-0 Refrigeration Unit, S/N DAL90238166 | 13,000 |
| | | Total Rolling Stock: | $ 203,700 |

**Total Appraised Market Value In Place -**      **$ 1,843,600**
**Deluxe Ice Cream Company**
**1860 State Street**
**Salem, Oregon**

SEE ATT

**Matterhorn Ice Cream Company**
**115 East Plymouth Street**
**Caldwell, Idaho**

## Appraisal

**Matterhorn Ice Cream Company**
**115 East Plymouth Street**
**Caldwell, Idaho**

## Machinery & Equipment

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|------------------------|
| | | | |

### Production

| Item # | Qty. | | Market Value In Place |
|--------|------|--|------------------------|
| 76 | 1- | Tanks and Mixing Equipment, To Include: | $ 95,000 |

- (1) Cherry-Burrell Model CV 6,000-Gallon Stainless Steel Tank, S/N 4500-69-933, (1969); with Mixing Agitator; (Installed In Enclosed Room)
- (1) Feldmeier 10,000-Gallon Jacketed Stainless Steel Tank, (2002); Vertical, Ammonia/Jacketed; *(Leased)*
- (1) Dairy King 1,200-Gallon Jacketed Stainless Steel Tank, S/N 1200F2607; (Estimated 1960s); Horizontal, Freon/Jacketed, Open Top; with Lid; and Mixing Agitator
- (1) Mueller 1,000-Gallon Jacketed Stainless Steel Tank; (Estimated 1960s); Horizontal, Freon/Jacketed; with Mixing Agitator
- (1) Dairy King 1,500-Gallon Jacketed Stainless Steel Tank, S/N 1500S4085, (1964); (Estimated 1960s); Horizontal, Freon/Jacketed; with (2) Mixing Agitators
- (1) St. Regis Model SC 1,000-Gallon Jacketed Stainless Steel Tank, S/N 49707; (Estimated 1960s); Horizontal, Ammonia/Jacketed; with Mixing Agitator
- (1) St. Regis Model SC 1,000-Gallon Jacketed Stainless Steel Tank, S/N 49711; (Estimated 1980s); Horizontal, Freon/Jacketed; with Mixing Agitator; (Installed Through Wall)
- (1) CE Howard Model 12678-A 15,000-Gallon Stainless Steel Tank, S/N 9967-2, (1969)

EXHIBIT "3"

000083

**Appraisal - Matterhorn Ice Cream Company**
**Caldwell, Idaho**

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------|
| 77 | 1- | 3M Model 39600 Case Sealer, S/N 4058, (1997) | 2,250 |
| 78 | 1- | Process Automation Engineering CIP System, (1995); with 300-Gallon Stainless Steel Tank; 200-Gallon Stainless Steel Tank; and Process Automation Engineering Control System, with Anderson Chart Graph, (2) Honeywell Digital Displays, and Allen-Bradley Model Micrologix 1500 PLC Controls | 30,000 |
| 79 | 1- | APV Model M/C 6742-9539 (HX) 800-Gallon/Hour Pasteurizer, (1987); with Diversion Valves; 50-Gallon Stainless Steel Surge Tank; 5 hp Pump; and HTST Controls, with Taylor Chart Graph | 25,000 |
| 80 | 1- | Specially Manufactured Stainless Steel Interlocking Plastic Belt Conveyor; 4"W x 6'L; with Teco Model FM50 Controls | 500 |
| 81 | 1- | Stainless Steel Interlocking Plastic Belt Conveyor; Portable, 8"W x 15'L; with Teco Model FM50 Controls | 1,000 |
| 82 | 1- | STA Pack Model STA-52 Case Sealer, S/N AS020258, (2001); 20"W Capacity | 1,750 |
| 83 | 1- | Safeline Model SL2000 (PPH 18" x 9") Stainless Steel Metal Detector, S/N 55403 (18539-01), (2002); Portable, 18"W x 9"H; with 16"W x 4'L Plastic Belt Conveyor | 10,500 |
| 84 | 1- | Power Belt Conveyor; Portable, 8"W x 12'L | 500 |
| 85 | 1- | Stainless Steel Power Belt Conveyor; Portable, 8"W x 25'L | 1,000 |
| 86 | 3- | Cherry-Burrell Model GHW 1,000-Gallon Jacketed Stainless Steel Tanks, S/N 10-73-2738; S/N 10-73-2739; and S/N 10-73-2737, (1973); Horizontal, Water/Jacketed; Each with Mixing Agitator; and Associated Pumps Each Value: $8,000 | 24,000 |

EXHIBIT "3"

000084

| Item # | Qty. | Effective Date: November 5, 2004 *SEE ATT* | Market Value In Place |
|---|---|---|---|
| 87 | 3- | Videojet Model 37 Plus Ink Jet Marking Machines, S/N E4980760003WD; S/N E4980770001WD; and S/N 021260023WD Each Value: $4,000 | 12,000 |
| 88 | 1- | Doboy Model Mustang IV Single-Lane Wrapper, S/N 96-18541, (1996); Portable; with 1"W x 10'L Single Stainless Steel Chain Feed Conveyor | 13,500 |
| 89 | 1- | -150-Degree Operating Temperature Nitrogen Tunnel; (Estimated 1960s); 14"W x 12'L Conveyor; with (3) 3/4 hp Fans; and Nitrogen Spray System | 22,500 |
| 90 | 1- | Specially Manufactured Ice Cream Sandwich Machine, (2001); Portable, (6) Filling Heads, 110 Fills/Minute, 33"W x 70"L Table Size | 7,500 |
| 91 | 1- | Cherry-Burrell Model (200BS) 200-Gallon/Hour Continuous Ice Cream Freezer; (Estimated 1960s) | 12,500 |
| 92 | 1- | Specially Manufactured 4-Head Ice Cream Cone Filling System, (2002); Portable; with Chocolate Spray System, with 10-Gallon Hot Water Jacketed Stainless Steel Chocolate Tank; 18"W x 12'L Plastic Belt Conveyor; and Teco-Westinghouse Controls | 5,000 |
| 93 | 1- | Specially Manufactured 6-Head Ice Cream Sandwich Filling System, (2002); Portable, 100 Fills/Minute; with PLC Controls; and Transfer Conveyor, 24" x 12'L | 5,000 |
| 94 | 1- | Ice Cream Bar Line; 120 PPM Maximum, To Include: <br> (1) Interlocking Plastic Belt Conveyor, (2004); 10"W x 40'L <br> (1) Crepaco Stainless Steel Fruit Feeder, S/N A-7891-FF; (Estimated 1970s); 65 Lbs./Hour Capacity <br> (1) Tetra Pak Hoyer Model Custom Built Ice Cream Wire Cut Machine, S/N J349.5078, (2000); Portable, 3 Oz. to 6 Oz. Minimum/Maximum Cutting Size, 300 Cuts/Minute | 200,000 |

| Item # | Qty. | Effective Date: November 5, 2004 | *SEE ATT* | Market Value In Place |
|--------|------|----------------------------------|-----------|-----------------------|

|  | (1) | Hoyer Model KF/1200 600-Gallon/Hour Continuous Ice Cream Freezer, S/N 115/45O6, (1986) |  |
| | (1) | -150 Degree Operating Temperature Nitrogen Tunnel; (Estimated 1960s); 38"W x 34'L; with (4) 1 hp Fans | |
| | (1) | St. Regis Model RFB 1,000-Gallon Jacketed Stainless Steel Tank, S/N 49087; Horizontal, Ammonia/Jacketed; with Mixing Agitator; and Associated Pumps | |
| | (1) | Dover Model RA-40 50-Gallon Stainless Steel Mixing Kettle, S/N 100631, (1980); Portable; with 1/2 hp Mixing Agitator; and Depa-Pumpen 1-1/2" Diaphragm Pump | |
| | (1) | Specially Manufactured Chocolate Dip Enrober, (2001), 1 hp; Portable, 160 Bars/Minute; with (2) 6"W x 16'L Stainless Steel Conveyors; Dipping Station; 50-Gallon Capacity Stainless Steel Hot Water Jacketed Chocolate Tank; and 1-1/2" Diaphragm Pump | |
| | (1) | Doboy Model Mustang IV Single Lane Wrapper, S/N 94-16670, (1994); Portable; with 1-1/2"W x 10'L Stainless Steel Infeed Conveyor; Sealing Station; and Outfeed Conveyor | |
| | (1) | Interlocking Plastic Belt Conveyor; 8"W x 10'L; with Teco Model FM50 Controls | |
| | (1) | Adco Model 15D105-SS Semi-Automatic Cartoner, S/N 4301HG, (2001); 100 Boxes/Minute, 1" to 9 1/2" Length Opening x 3/4" to 4" Width Opening x 4" to 12" Carton Depth; with Single-Lane Box Infeed Station; Box Assembly Station; 8"W x 18'L Chain Section Conveyor; Glue and Sealing Station, with Nordson Model 3100V-1EAV2F Hot Glue Machine, S/N AN99M31589 | |
| | (1) | Lot of Associated Piping, Electrical, and Controls | |
| 95 | 1- | 3M Model T8000 Case Sealer, S/N 2520; Portable; with (2) Marsh Model Unicorn Ink Jet Printers | 1,500 |

| Item # | Qty. | Effective Date: November 5, 2004 *SEE ATT* | Market Value In Place |
|--------|------|---------------------------------------------|------------------------|
| 96 | 1- | Safeline Model (PPH 6" x 4") Stainless Steel Metal Detector, S/N 37493 (14490-01), (1999); 6"W x 4"H; with 2W" x 4'L Plastic Belt Conveyor | 7,000 |
| 97 | 1- | 6,000-Gallon Carbon Steel Tank; (Estimated 1970s); with Top Mounted UV Lights; (Installed In Enclosed Room) | 2,500 |
| 98 | 1- | -20 Degree Fahrenheit Storage Freezer, (1970); 50'W x 100'L; with (2) 5-Ton Krack Evaporators; and 20-Ton Krack Evaporator; *(Real Estate)* | --- |
| | | Total Production: | $    480,500 |

### Plant Utilities

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|-----------------------------------|------------------------|
| 99 | 6- | Copeland Model CSAH0300-CAB-001N Freon Compressors, 1 hp; (Estimated 1980s); with Associated Piping<br>Each Value: $1,500 | $      9,000 |
| 100 | 1- | Frick Model RDBF222B Ammonia Compressor, S/N S0022EFEFLHCA3, 150 hp; (Estimated 1986); 27,239 Hours Indicated; with Associated Piping | 9,000 |
| 101 | 1- | Vilter Model C92214 Ammonia Compressor, S/N 15174ASR, 150 hp; (Estimated 1960s); with Associated Piping | 8,000 |
| 102 | 1- | Vilter Ammonia Compressor, S/N 601A484RC, 40 hp; (Estimated 1960s); with Associated Piping | 3,000 |
| 103 | 1- | Mycom Model 5A Ammonia Compressor, S/N 5A1497, 40 hp; (Estimated 1960s); with Associated Piping | 3,000 |
| 104 | 1- | Vilter Ammonia Compressor, 60 hp; (Estimated 1960s); with Associated Piping | 3,000 |
| 105 | 1- | Mycom Model 42A Ammonia Compressor, S/N 42A1529, 30 hp; (Estimated 1960s); with Associated Piping | 3,000 |

**Appraisal - Matterhorn Ice Cream Company**
**Caldwell, Idaho**

*SEE ATT*

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------|
| 106 | 1- | Fuller Model A-70 Ammonia Compressor, S/N 870, 40 hp; (Estimated 1960s); with Associated Piping | 3,000 |
| 107 | 1- | 800-Gallon Stainless Steel Tank; (Estimated 1970s); Waste Tank; with Mixing Agitator; and Associated Pumps | 4,000 |
| 108 | 1- | Shell and Tube Heat Exchanger; (Estimated 1970s); with 12"D x 15'L Heat Exchanger; 10"D x 10'L Heat Exchanger; 300-Gallon Stainless Steel Tank; and 5 hp Associated Pumps | 1,000 |
| 109 | 1- | Sellers Model Commodore Gas-Fired Boiler, S/N 99066, (1977), 125 hp; 4,185,000 Btus/Hour | 7,500 |
| 110 | 1- | Gardner-Denver Model Electra-Saver II ECH0JE Rotary Screw Air Compressor, S/N M21049, 50 hp; (Estimated 1980s); 31,388 Hours Indicated; with Associated Piping | 8,000 |
| 111 | 1- | Sullivan Palatek Model PDD-165 165-scfm Air Dryer, S/N 3334-2-0208-16BD, (2002) | 4,250 |
| 112 | 1- | Quincy Model C-30-D Rotary Screw Air Compressor, S/N 880453, (1988), 30 hp; Horizontal Tank Mounted, 6,758 Hours Indicated; with Associated Piping | 6,500 |
| 113 | 1- | Baltimore Aircoil Model VXMC340 Cooling Tower, S/N 830602, (1983) | 5,500 |
| 114 | 1- | Recold Model BMSIFS335A Cooling Tower, S/N D7172 | 1,500 |
| | | Total Plant Utilities: | $ 79,250 |
| | | **Dry Goods Storage** | |
| 115 | 2- | 5,000-Gallon Jacketed Storage Stainless Steel Tanks; (Estimated 1970s); Chocolate, Vertical, Water/Jacketed; Each with (1) Mixing Agitator; and (1) 3" Diaphragm Pump Each Value: $9,000 | $ 18,000 |
| 116 | 1- | Imperial Walk-In Incubator, (1980), 1 hp; 150°F Maximum Temperature, 6'W x 10'L | 1,500 |

# Appraisal - Matterhorn Ice Cream Company
## Caldwell, Idaho

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|-----------------------|

SEE ATT

| 117 | 1- | Walk-In Freezer; (Estimated 1980), 10'W x 32'L, 20°F Operating Temperature; with (2) Bohn 4-Fan Evaporators; and Copeland Air Compressor | 4,000 |
| 118 | 1- | Belt Conveyor; Portable, 9"W x 10'L; with Marsh Model Patrion Plus HR/Series Ink Jet Printer, 2-Head | 3,000 |
| 119 | 1- | Cherry-Burrell Model SS2100VBR 2,000-Gallon Homogenizer, S/N 731624, (1986) | 8,000 |
| 120 | 1- | Specially Manufactured Sandwich Conveyor, (1994); Portable, 6-Lane, Each Lane 4"W x 8'L, with (6) Sandwich Tampers | 6,500 |
| 121 | 1- | AVP Model SR310 2,000/1,000 Gallon/Hour Stainless Steel Pasteurizer, S/N 20375; 140-Plate; with Holding Tube; 50-Gallon Capacity Stainless Steel Balance Tank; Associated Pumps (5hp/2hp); Valves; Anderson Controls; and Alfa Laval Model CB76-20-T09 Plate Press, 120-Plate; (Not In Service) | 30,000 |

Total Dry Goods Storage: **$ 71,000**

### Maintenance

| 122 | 1- | Maintenance Shop Equipment, To Include: | $ 3,200 |

    (1) Lincoln Model Invertec V200-Pro 200-Amp Welder, S/N AC-803279, (1991); with Lincoln Model LN-7 Wire Feeder, with Portable Cart

    (1) Makita Model 2414 14" Chop Saw, S/N 357714E

    (1) Blackhawk Model 67605 12-Ton H-Frame Press; 18" Between Posts

    (1) Pro-Tech Model PT-1413 Floor-Type Drill Press, S/N 82694, 3/4 hp; 6" Throat

    (1) Thermal Dynamics Model Dynapak 4XI 40-Amp Plasma Cutter

    (1) Jet Model HVBS-463 Horizontal Band Saw, S/N 111004, 1/2 hp; 10"W x 7"H

Total Maintenance: **$ 3,200**

| Item # | Qty. | Effective Date: November 5, 2004 | | Market Value In Place |
|--------|------|----------------------------------|---|----------------------|

### Outside Storage

| Item # | Qty. | Description | | Market Value In Place |
|--------|------|-------------|---|----------------------|
| 123 | 1- | CE Howard Model 3711-A 1,250-Gallon Stainless Steel Tank, S/N 6819, (1956); (Not In Service) | $ | 1,500 |
| 124 | 1- | Girton Model SV-500 500-Gallon Stainless Steel Tank, S/N 6410070, (1964); (Not In Service) | | 750 |
| 125 | 1- | Dairy King 1,200-Gallon Stainless Steel Tank, S/N 404; (Not In Service) | | 1,500 |
| 126 | 1- | 1,000-Gallon Stainless Steel Tank; (Not In Service) | | 2,500 |
| 127 | 1- | Breddo Model LDT 100-Gallon Liquifier, S/N D-20190-596360, (1986), 15 hp; (Not In Service) | | 6,500 |
| 128 | 1- | Lot of Equipment Located In Trailer; (Not In Service); To Include:<br>(1) Doboy Single Lane Wrapper Model Supermustang IV, (1986)<br>(1) Stickin Model O276 Popsicle Stick Machine, S/N 0028<br>(1) Great Lakes Shrink Tunnel; Estimated Capacity 32"W x 20"H | | 15,500 |
| | | Total Outside Storage: | $ | 28,250 |

### Throughout Plant

| Item # | Qty. | Description | | Market Value In Place |
|--------|------|-------------|---|----------------------|
| 129 | 1- | Maren Model 2036 36"W x 24"D Vertical Baler, S/N 984313, 5 hp | $ | 1,750 |
| 130 | 2- | Pumps, 1 hp; Portable; Each with 1-1/2" Diaphragm Pump; 15"D Infeed Hopper; and Teco-Westinghouse Controls<br>Each Value: $375 | | 750 |
| 131 | 1- | Wulftec Model WLP-200 Stretch Wrap Machine, S/N 0697-2271; 48"D Rotary Platform x 7'H | | 5,750 |

**Appraisal - Matterhorn Ice Cream Company**
**Caldwell, Idaho**

*SEE ATT*

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------|
| 132 | 1- | Cherry Burrell Model SS2100VBR Homogenizer, S/N 731624; (Not Inspected; Not Yet Delivered) | 5,000 |
| 133 | 2- | Crepaco Model B 1000-Gallon Mixing Tanks, S/N 7226; and S/N 7227; (Not Inspected; Not Yet Delivered) Each Value: $5,000 | 10,000 |
| 134 | 5- | Carton Flow Racks; 9'W x 10'L, 6-Tier Each Value: $300 | 1,500 |
| 135 | 1- | 2001 KIT Manufacturing Model Cypress 70'8" x 26'8" Prefabricated Modular Yard Office, VIN KM1Y0178C235033A/B; with Vinyl Siding; Shingle Roof; Interior Drywall; Kitchen; (2) Bathrooms; (4) Offices; and Climate Control | 35,000 |
| 136 | 1- | Lot of Factory and Support, To Include: Desks; Chairs; Miscellaneous Pumps; Miscellaneous Tanks; Conveyors; Chairs; Laboratory Furnace; Scales; etc. | 12,000 |
| 137 | 1- | Lot of Office Furniture and Business Machines, To Include: Desks; Tables; Chairs, Kitchen Equipment; Telephone System; Computers; Printers; Photocopiers; Facsimile; etc. | 25,000 |
| | | Total Throughout Plant: | $ 96,750 |

**Rolling Stock**

| Item # | Qty. | | Market Value In Place |
|--------|------|---|----------------------|
| 138 | 1- | Allis-Chalmers Model ACE30A 2,500-Lb. Electric Lift Truck, S/N DAE105482, (1978); 106" Lift Height, 2-Stage Mast, Solid Tire | $ 1,500 |
| 139 | 1- | Toyota Model 2FBCA15 3,000-Lb. Electric Lift Truck, S/N 2FBCA15-10296, (1978); 185" Lift Height, 3-Stage Mast, Solid Tire, 7,245 Hours Indicated | 2,000 |
| 140 | 1- | Hyster Model H30XL 3,000-Lb. LP Gas Lift Truck, S/N C001B05738E, (1984); 174" Lift Height, 3-Stage Mast, Pneumatic Tire | 2,500 |

**Appraisal - Matterhorn Ice Cream Company**
**Caldwell, Idaho**

*SEE ATT*

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|------------------------|
| | | **Total Rolling Stock:** | $ 6,000 |
| | | **<u>Leased Assets</u>** | |
| 141 | 1- | Tetra Pak Hoyer Model KF2000XC 600-Gallon/Hour Continuous Ice Cream Freezer, S/N Z115.7429, (2003) | $ 70,000 |
| 142 | 1- | Praxair Model U4 1840 DDBCBP (Nitroshield) -150-Degree Fahrenheit Operating Temperature Nitrogen Tunnel, S/N 90013, (2003); 42"W x 24'L Stainless Steel Conveyor; with (4) 3/4 hp Fans; and Controls | 100,000 |
| 143 | 1- | Safeline Model (PPH 14" x 12") Stainless Steel Metal Detector, S/N 55370, (2002); Portable, 14"W x 12"H; with 14"W x 6'L Plastic Belt Conveyor | 9,000 |
| 144 | 1- | Specially Manufactured 16-Head Chocolate Enrober, (2000); Portable; with 36"W x 8'L Stainless Steel Chain Conveyor; (16) Chocolate Spray Heads (8-Top/8-Bottom); and Stainless Steel Hood | 8,000 |
| 145 | 1- | Feldmeier 10,000-Gallon Jacketed Stainless Steel Tank, (2002); Vertical, Ammonia/Jacketed; *(MVIP $30,000; Valued In Tanks and Mixing Equipment)* | --- |
| 146 | 1- | Interlocking Plastic Belt Conveyor, (2004); 10"W x 40'L; *(MVIP $5,500; Valued with Ice Cream Bar Line)* | --- |
| | | **Total Leased Assets:** | $ 187,000 |

**Total Appraised Market Value In Place -**
**Matterhorn Ice Cream Company**
**115 East Plymouth Street**
**Caldwell, Idaho**

$ <u>951,950</u>

*SEE ATT*

**Vitafreze Frozen Confections, Inc.**
**1221 66th Street**
**Sacramento, California**

EXHIBIT "3"

000093

## Appraisal

**Vitafreze Frozen Confections, Inc.**
**1221 66th Street**
**Sacramento, California**

*SEE ATT*

## Machinery & Equipment

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|-----------------------|

### Production

| Item # | Qty. | Description | Market Value In Place |
|--------|------|-------------|-----------------------|
| 147 | 1- | Lot of Tanks, To Include: | $  80,000 |
|  |  | (3) Cherry-Burrell 3,000-Gallon Jacketed Stainless Steel Tanks, S/N E-345-92, Asset #6; S/N E-344-92, Asset #Tank 5; and S/N E-346-92, Asset #Tank 4, (1992); Vertical, Ammonia/Jacketed; Each with Associated Pumps |  |
|  |  | (1) Feldmeier 1,500-Gallon Jacketed Stainless Steel Tank, S/N E-1014-00, Asset #3, (2000); Vertical, Ammonia/Jacketed; with Associated Pumps |  |
|  |  | (2) CE Howard 1,500-Gallon Jacketed Stainless Steel Tanks, S/N 7856-2, Asset #2; and S/N 7856-1, Asset #1, (1956); Vertical, Ammonia/Jacketed; Each with Associated Pumps |  |
|  |  | (1) 4,000-Gallon Stainless Steel Tank; Vertical; with Associated Pumps |  |
|  |  | (1) CE Howard 300-Gallon Jacketed Stainless Steel Tank, S/N 6211, (1955); Vertical, Water/Jacketed; with Associated Pumps |  |
| 148 | 1- | Poly Cal Plastics 4,000-Gallon Polypropylene Tank; Vertical, Calcium Chloride Filled; with Associated Pumps | 1,000 |
| 149 | 1- | 700-Gallon Polypropylene Tank; with Associated Pumps | 500 |

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|-----------------------|

150    1-   pH Wastewater Treatment System, (1999); Lot of Tanks, To Include:    50,000

    (1) 1,500-Gallon Spill Grease Interceptor Casted Concrete In-Ground Tank

    (1) 5,000-Gallon Casted Concrete In-Ground Settling Tank    *SEE ATT*

    (1) 800-Gallon Caustic Polypropylene Tank

151    1-   Vit-A-Line #1; 20 Dips/Minute Maximum Capacity, To Include:    125,000

    (1) FMC 8-Wide Stainless Steel Vit-A-Line, (1970); 383 Molds, 22 Drops/Minute, Pneumatic, 40-Tons of Refrigeration, 11' Extra Cooling Capacity; with Estimated 28"W x 35'L Conveyor; 8-Wide Filling Unit; 8-Wide Evacuation Unit; Stormax International Model 0251 Stick Inserter, S/N 0025; Viking Demolding and Picking Station, 28"W x 8'L; Specially Manufactured Heat Exchanger; Ammonia Tank; and Salt Water Tank

    (1) Fuji Formost Model FW370A Single-Lane Stainless Steel Wrapper, S/N H3508, (1979); 200 Wraps/Minute; with 8"W x 10'L Stainless Steel Section Conveyor; 2"W x 8'L Single Infeed Conveyor; and 20"W x 10'L Stainless Steel Plastic Belt Conveyor

    (1) Cintec Stainless Steel Metal Detector; 4"W x 4"H

    (1) Stainless Steel Power Belt Conveyor; 3"W x 6'L

    (1) Stainless Steel Power Belt Conveyor; 4"W x 6'L; with Stainless Steel Accumulation Table

    (1) Hayes Model 515B-30 30 Box/Minute Automatic Carton Packaging Machine, S/N 8305, (1970); 6-Bar To 12-Bar Packaging Capacity; with Stainless Steel Infeed Packaging Conveyor; Box Assembly Station; Box Closing and Gluing Station, with Nordson Glue Machine; and 24"W x 20'L Belt Outfeed Conveyor

    (1) Lot of Associated Piping, Electrical, and Controls

**Appraisal - Vitafreze Frozen Confections, Inc.**
**Sacramento, California**

*SEE ATT*

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|-----------------------|

| Item # | Qty. | | Market Value In Place |
|--------|------|---|-----------------------|
| 152 | 1- | Vit-A-Line #2; 20 Dips/Minute Maximum Capacity, To Include: | 125,000 |
| | | (1) FMC 8-Wide Stainless Steel Vit-A-Line, (1970); 372 Molds, 22 Drops/Minute, Pneumatic, 40-Tons of Refrigeration, 8' Extra Cooling Capacity; with Estimated 28"W x 35'L Conveyor; 8-Wide Filling Unit; 8-Wide Evacuation Unit; 8-Wide Filling Unit; Stormax International Model 0260 Stick Inserter, S/N 0026; Alliance Demolding and Picking Station, 28"W x 8'L; Specially Manufactured Heat Exchanger; Ammonia Tank; and Salt Water Tank | |
| | | (1) Fuji Formost Model FW370A Single-Lane Stainless Steel Wrapper, S/N H011505; 200 Wraps/Minute; with 8"W x 10'L Stainless Steel Section Conveyor; 2"W x 8'L Single Infeed Conveyor; and 20"W x 10'L Stainless Steel Plastic Belt Conveyor | |
| | | (1) Cintec Stainless Steel Metal Detector, S/N Unknown; 4"W x 4"H | |
| | | (1) Stainless Steel Power Belt Conveyor; 3"W x 6'L | |
| | | (1) Stainless Steel Power Belt Conveyor; 4"W x 6'L; with Stainless Steel Accumulation Table | |
| | | (1) Hayes Model 515B-30 30-Box/Minute Automatic Carton Packaging Machine, S/N 8307, (1970); 6-Bar To 12-Bar Packaging Capacity; with Stainless Steel Infeed Packaging Conveyor; Box Assembly Station; Box Closing and Gluing Station, with Nordson Glue Machine; and 24"W x 20'L Belt Outfeed Conveyor | |
| | | (1) Lot of Associated Piping, Electrical, and Controls | |
| 153 | 1- | Anderson Model 464 Stainless Steel Wrapper, S/N 31291, (1970); 33"W x 20"H; with (3) 33"W x 20"H Shrink Wrap Tunnels | 9,500 |
| 154 | 1- | Great Lakes Model 708 Stainless Steel Packaging System; with 30"W Heat Sealer; and 30"W x 20"H x 4'L Shrink Wrap Tunnel | 10,000 |

## Appraisal - Vitafreze Frozen Confections, Inc.
### Sacramento, California

*SEE ATT*

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|-----------------------|
| 155 | 1- | Cherry-Burrell Model 3D92 1,200-Gallon 3-Barrel Continuous Ice Cream Freezer, S/N 5730; (Estimated 1970s); Stainless Steel | 15,000 |
| 156 | 1- | Crepaco Model S-410 Stainless Steel Fruit Feeder, S/N FF-2244 | 6,000 |
| 157 | 1- | St. Regis Model KRA-318 1,200-Gallon/Hour 3-Barrel Continuous Ice Cream Freezer, S/N KRA-318-311; (Estimated 1965); Stainless Steel | 5,000 |
| 158 | 1- | Cherry-Burrell 900-Gallon 3-Compartment Stainless Steel Tank; (Estimated 1965); with (3) Mixing Agitators; and Associated Pumps | 7,500 |
| 159 | 1- | Cherry-Burrell 900-Gallon 3-Compartment Stainless Steel Tank; (Estimated 1970s); with (3) Mixing Agitators; and Associated Pumps | 7,500 |
| 160 | 1- | CE Howard 300-Gallon Jacketed Stainless Steel Tank, S/N 6290 (4748-A), (1955), with 5 hp Mixing Agitator; and Associated Pumps | 2,000 |
| 161 | 1- | 400-Gallon Stainless Steel Tank; (Estimated 1960s); with Mixing Agitator; and Associated Pumps | 3,500 |
| 162 | 3- | Tetra Pak Hoyer Model KF1150XC 265-Gallon/Hour Continuous Ice Cream Freezers, S/N Z114.7914; S/N Z114.7915; and S/N Z114.7916, (1995); Stainless Steel Each Value: $42,500 | 127,500 |
| 163 | 1- | Cherry-Burrell 550-Gallon 3-Compartment Stainless Steel Tank, S/N 215-81-732; (Estimated 1970s); with (3) Mixing Agitators; and Associated Pumps | 5,000 |
| 164 | 1- | Rehric Howard 3,000-Gallon Jacketed Stainless Steel Tank, S/N 2871; (Estimated 1960s); Horizontal, Water/Jacketed; with Mixing Agitator; and Associated Pumps | 6,500 |

EXHIBIT "3"

000097

**Appraisal - Vitafreze Frozen Confections, Inc.**
**Sacramento, California**

| Item # | Qty. | Effective Date: November 5, 2004 *SEE ATT* | Market Value In Place |
|--------|------|------|------|
| 165 | 2- | 3M Model 2920 Case Sealers, S/N 5796, (1994); with (2) Mier Ink Jet Printers; and Actech MC Series Controls<br>Each Value: $1,500 | 3,000 |
| 166 | 2- | Kwik Lok Model 872B Automatic Closing Bag Machines, S/N 40047; and S/N Unknown, (1991); Clip Type; Each with 24"W x 2'L Belt Conveyor<br>Each Value: $2,000 | 4,000 |
| 167 | 1- | Tetra Pak Hoyer Model KF1150XL 265-Gallon/Hour Continuous Ice Cream Freezer, S/N Z114.8024; (Estimated 1990s); Stainless Steel | 42,500 |
| 168 | 1- | Crepaco 900-Gallon 3-Compartment Stainless Steel Tank, S/N 300-3-242; Each Compartment with Mixing Agitator | 7,500 |
| 169 | 1- | Feldmeier 300-Gallon 2-Compartment Stainless Steel Tank, S/N E448-99, (1999); Each Compartment with Mixing Agitator | 13,000 |
| 170 | 1- | Rollo Popsicle Line, To Include:<br>(1) Tetra Pak Hoyer Model Rollo RM 27 18,000-PPH Novelty Stick Filling Line, S/N 311-3225, (1996); 10-Wide, 23 Drops/Minute Maximum Capacity, 9'D; with 10-Stand Filler Station; 10-Station Evacuator; 10-Station Juice Filler; 10-Station Evacuator; 10-Station Ice Cream Filler; Knauf 10-Station Stick Inserter, S/N 388, (1995); and Rollo 10-Station Extractor<br>(1) Tetra Pak Hoyer Model Hoywrap ML27 Multi-Lane Flow Wrapper, S/N 415-3793, (1996); Stainless Steel, 5-Lane, Estimated 300 PPM; with Stainless Steel Infeed Conveyor; (10) Cold Rollers; and (10) Hot Rollers<br>(1) Tetra Pak Hoyer Model AFG 5-Lane Stainless Steel Transfer Conveyor, S/N 503-1575<br>(1) Tetra Pak Hoyer Model HMI Stainless Steel Interlever Conveyor, S/N 416-1333; 8"W x 10'L | 400,000 |

**Appraisal - Vitafreze Frozen Confections, Inc.**
**Sacramento, California**

*SEE ATT*

Market Value
In Place

| Item # | Qty. | Effective Date: November 5, 2004 | |

| | (1) | Elliott Manufacturing Model IH-2 45-Carton/Minute Stainless Steel Cartoner, S/N 98-4-28, (1998); 6 To 12 Popsicle Package Capacity; with Box Assembly Station; Box Sealing Station, with Nordson Hot Glue Machine; and Outfeed Conveyor, 4"W x 30'L Stainless Steel Belt | |
| | (2) | Cintex Model Autosearch II Metal Detectors, S/N 8910; and S/N Unknown, (1994); 14"W x 5"H | |
| | (1) | Arpac Model 118-SS-28 29"W x 16"H Right-Angle Bundler Packaging Machine, S/N 3459, (1998); Stainless Steel; with Actuating Table Lift; Heat Sealer; 12"W x 6'L Dual Belt Conveyor; and Arpac Controls | |
| | (3) | Stainless Steel Interlocking Plastic Belt Conveyors; 24"W x 6'L | |
| | (1) | Lot of Associated Piping, Electrical, and Controls | |

Total Production:      $ 1,056,500

### Ice Cream Cone

| 171 | 1- | Feldmeier 500-Gallon 2-Compartment Stainless Steel Tank, S/N E-909-03, (2003); with (2) Mixing Agitators | $ 17,500 |
| 172 | 1- | Feldmeier 6,500-Gallon Hot Water Jacketed 2-Compartment Stainless Steel Tank, S/N E-910-03, (2003); First Compartment @ 3,700-Gallon Capacity, Second Compartment @ 2,800-Gallon Capacity | 40,000 |
| 173 | 1- | Ice Cream Cone Line, To Include: | 850,000 |

| | (1) | Hoyer Firgus Model KF1000XC 530-Gallon/Hour 2-Barrel Continuous Ice Cream Freezer, S/N Z114.8329, (2004) | |
| | (1) | J.J. Steel Model IMP -35 Degree Fahrenheit Quick Freeze Tunnel Freezer, S/N 7850, (2004); 8'W x 40'L Tunnel Size; with JJ Steele Controls | |
| | (1) | NDS 2-Wide Stainless Steel Ice Cream Cone Filler; with Cone Insertion Station; and Cone Fill Stations; *(Vendor Owned)* | |

| Item # | Qty. | Effective Date: November 5, 2004 | SEE ATT | Market Value In Place |
|--------|------|----------------------------------|---------|------------------------|

| | (1) | Anderson (WCB) Model 593 8-Wide Intermittent Motion Multi-Lane Wrapper, (2004); Stainless Steel, 24"W x 10'L; with 8-Stand Uncoiler; Crimp and Sealer Station; and Outfeed Conveyor | | |
| | (1) | Markem Model SmartlaseSL Laser Coder, S/N 038327 | | |
| | (1) | Sentry Model MiH 1404 Stainless Steel Metal Detector, S/N 041568A, (2004); 8"W x 3"H; with Cintex Model CS2060 10"W x 6'L Plastic Belt Conveyor | | |
| | (1) | Tetra Pak Hoyer Model Flopac 100 Single-Lane Flow Wrap Packaging Machine, S/N Z430.1165, (2004); 100 Boxes/Minute Maximum Capacity, 428 Cone Packaging Capabilities; with Stainless Steel Metal Infeed Conveyor; Box Assembly Station; Packaging Station; Laser Reading Station; Package Sealing Station, with Nordson Model Problue 10 Hot Glue System, S/N SA04B07240; and 9" x 10'L Stainless Steel Plastic Belt Conveyor | | |
| | (1) | Elliott Manufacturing Model 2000SL 30-Case/Minute Stainless Steel Case Packer, S/N 040423, (2004); Erects/Loads/Seals, 15-1/2"H x 12"W x 11"D Maximum Case Size; with 16"W x 12'L Plastic Belt Conveyor; Case Erector Infeed; Case Erector Station; Pneumatic Arm Case Filling Station; Case Sealing Station, with Nordson Model Problue 10 Hot Glue Machine, S/N SA04C08320; and Manufacturer Little David Model Versa Jet LC2 Ink Jet System, S/N D40LC00745 | | |
| | (1) | Lot of Statco Package Conveyors | | |
| | (1) | Lot of Sanitary Piping; Electrical; and Controls | | |

Total Ice Cream Cone:                                          $    907,500

| Item # | Qty. | Effective Date: November 5, 2004    SEE ATT | Market Value In Place |
|--------|------|---------------------------------------------|-----------------------|

### Frozen Storage

| Item # | Qty. | Description | Market Value In Place |
|--------|------|-------------|-----------------------|
| 174 | 11- | Carton Flow Racks; 36"W x 18'L x 7-Tier; Each with Metal Rollers<br>Each Value: $300 | $ 3,300 |
| 175 | 45- | Pallet Racks; 8'W x 48"D x 15'H, 3-Tier<br>Each Value: $165 | 7,425 |
| 176 | 1- | -20 Degree Storage Freezer, (1972); Estimated 60'W x 150'L; with (8) Krack Evaporators; *(Real Estate)* | --- |
| | | Total Frozen Storage: | $ 10,725 |

### Plant Utilities

| Item # | Qty. | Description | Market Value In Place |
|--------|------|-------------|-----------------------|
| 177 | 1- | Kewanee Model H35-150-G Gas-Fired Boiler, S/N NB-24478, 150 hp; (Estimated 1970s) | $ 5,000 |
| 178 | 1- | BAC Model CMA-120A 120-Ton Cooling Tower, S/N 66-8579, Asset #3, (1966) | 2,000 |
| 179 | 1- | BAC Model 75-CP 75-Ton Cooling Tower, S/N 59-7522, Asset #1, (1959) | 2,000 |
| 180 | 1- | BAC Model VXC-185 185 Ton Cooling Tower, S/N 84-7544M, Asset #2, (1984) | 5,500 |
| 181 | 1- | Vilter Model VMC-440 Ammonia Compressor, S/N 60465, Asset #7, 100 hp; 13,173 Hours Indicated; with Associated Piping | 17,500 |
| 182 | 1- | York Model A3089-5DE Ammonia Compressor, S/N L109895, 60 hp; (Estimated 1960s); 77,111 Hours Indicated; with Associated Piping | 3,000 |
| 183 | 1- | York Model A3089-5DE Ammonia Compressor, S/N L387494, Asset #2, 50 hp; (Estimated 1960s); 8,547 Hours Indicated; with Associated Piping | 4,000 |

*SEE ATT*

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|-----------------------|
| 184 | 1- | Mycom Model F8WA Ammonia Compressor, S/N 811400, (2000), 60 hp; 82,092 Hours Indicated; with Associated Piping; (Estimated 1970s Motor) | 19,500 |
| 185 | 1- | FES-Fuller Model A-150S Ammonia Compressor, S/N 76-20768-103, Asset #4, (1976), 25 hp; 60,787 Hours Indicated; with Associated Piping | 3,000 |
| 186 | 1- | FES-Fuller Model A-150S Ammonia Compressor, S/N 83-20190-103, Asset #5, (1983), 60 hp; 52,009 Hours Indicated; with Associated Piping | 7,000 |
| 187 | 1- | Allis-Chalmers Model 10-6B Ammonia Compressor, S/N 1602-16848, Asset #6, 50 hp; 52,117 Hours Indicated; with Associated Piping | 3,000 |
| 188 | 1- | PneumaTech Model AD-500 500-scfm Air Dryer, S/N 0009-TR134411P-ST | 1,750 |
| 189 | 1- | Statco Model 6240C-2 400-Degree Fahrenheit Maximum Temperature Shell and Tube Heat Exchanger, S/N T51245, (2000); with 5 hp Pump; and Todd Street 560-Gallon Capacity Insulated Stainless Steel Tank, S/N 3128-00 | 7,500 |
| 190 | 1- | Sullair Model 16BS-75H ACAC 125-psig Rotary Screw Air Compressor, S/N 003-69709, 75 hp; with Associated Piping | 4,000 |
| 191 | 1- | Pump Systems CIP System, (1993); with (2) 300-Gallon Stainless Steel Chemical/Wash Tanks; 1,000-Gallon Stainless Steel Recovery Tank; (1) 500-Gallon Stainless Steel Rinse Fresh Water Tank; (1) 500-Gallon Stainless Steel Fresh Water Tank; (2) Control Panels, Each with Anderson Control Chart Recorder; and Associated Piping | 45,000 |
| 192 | 11- | Copeland Model N2NL-2500-TSD-300 Freon Compressors, 1 hp; Each with Copeland Sentronic Oil Pressure System; and Associated Piping<br>Each Value: $4,000 | 44,000 |

**Appraisal - Vitafreze Frozen Confections, Inc.**
**Sacramento, California**

| Item # | Qty. | Effective Date: November 5, 2004    *SEE ATT* | Market Value In Place |
|--------|------|--------------------------------------------------|-----------------------|
| 193 | 1- | Ingersoll-Rand Model IRN75H-CC Rotary Screw Air Compressor, S/N NV5866U03356, (2004), 75 hp; with Ingersoll-Rand Model TMS0380 Air Dryer, S/N TMS0380-0310/2169, (2003), 115°F Maximum Temperature; and Associated Piping | 40,000 |
| 194 | 1- | FES Model 19LE Ammonia Compressor, S/N 19L85C, (1995), 300 hp; 30,684 Hours Indicated; with 10'W x 20'L Enclosure; and Associated Piping | 70,000 |
| 195 | 1- | Evapco Model ATC180 Cooling Tower, S/N 95-8019W, (1995) | 32,500 |

Total Plant Utilities: $ 316,250

**Maintenance Shop Equipment**

| 196 | 1- | Maintenance Shop Equipment, To Include: | $ 4,850 |

    (1)  Wilton Model 3410 12" x 10" Horizontal Band Saw, S/N 04057510, (2000)

    (1)  Makita Model 2414B 14" Chop Saw, S/N 73937A

    (1)  Dayton Model 3Z915 15-Ton H-Frame Press; 19" Between Posts

    (1)  Chicago Industrial Tool Model G-17-15 8" Throat Pedestal Drill Press, S/N 107

    (1)  Lincoln Model Tig 250/250 250-Amp Welder, S/N AC-629352, (1986)

    (1)  Lot of Miscellaneous Maintenance Shop Equipment, To Include: Double-End Grinders; Vises; Parts Washers; Tool Cabinets; Parts Shelving; Lockers; Grease Guns; etc.

Total Maintenance Shop Equipment: $ 4,850

**Storage**

| 197 | 18- | Pallet Racks; 8'W x 42"D x 12'H, 2-Tier; with Wood Decking<br>Each Value: $135 | $ 2,430 |

## Appraisal - Vitafreze Frozen Confections, Inc.
### Sacramento, California

*SEE ATT*

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|------------------------------------|------------------------|
| 198 | 1- | Interbake Foods Model 1612 Packaging System, S/N 104309; (Estimated 1980s); with Box Stacking Station; Loading Station; and Sealing Station, with Nordson Model 3100 Hot Glue System | 11,000 |
| 199 | 10- | Pallet Racks; 12'W x 44"D x 10'H, 1-Tier Each Value: $120 | 1,200 |
| | | Total Storage: | $ 14,630 |

### Throughout Plant

| Item # | Qty. | | Market Value In Place |
|--------|------|--|------------------------|
| 200 | 1- | Marathon Model RU-30 Compactor, S/N 403404-O3, (2000); 3' x 3' Hopper; with 55-Gallon Drum Barrel Dumper | $ 4,500 |
| 201 | 1- | -20 Degrees Storage Freezer; Estimated 30'W x 40'L; with King Condenser; and (3) Krack Evaporators; *(Real Estate)* | --- |
| 202 | 1- | Lot of Factory and Support Equipment, To Include: Tables; Desks; Chairs; Metal Cabinets; File Cabinets; Miscellaneous Conveyor; Warm Boxes; Kitchen Equipment; Miscellaneous Pumps; etc. | 25,000 |
| 203 | 1- | Lot of Office Furniture and Business Machines, To Include: Desks; Chairs; Conference Table; Computer Systems; Printers; Facsimile Machines; Photocopiers; Laptops; File Cabinets; Safe; Telephone System; etc | 12,000 |
| | | Total Throughout Plant: | $ 41,500 |

### Rolling Stock

| Item # | Qty. | | Market Value In Place |
|--------|------|--|------------------------|
| 204 | 1- | Yale Low-Lift Walkie | $ 1,100 |
| 205 | 1- | Yale Model MPB040ACN24C2748 4,000-Lb. Low-Lift Walkie | 1,350 |

**Appraisal - Vitafreze Frozen Confections, Inc.**
**Sacramento, California**

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|-----------------------|
| 206 | 1- | Hyster Model N40FR 4,000-Lb. Stand-Up Rider Type Electric Lift Truck, S/N C138D03324L, (1990); 195" Maximum Lift Height, 3-Stage Mast, Solid Tire; with Battery Charger | 2,000 |
| | | Total Rolling Stock: | $ 4,450 |

**Total Appraised Market Value In Place -**    $  **2,356,405**
**Vitafreze Frozen Confections, Inc.**
**1221 66th Street**
**Sacramento, California**

2007 AUG 30 PM 3: 24
SECRETARY OF STATE
STATE OF IDAHO

IDAHO SECRETARY OF STATE
08/30/2007 03:22
CK: 383731 CT: 7812 BH: 1073423
1 @ 12.00 = 12.00 UCC3 BASIC # 6
Filing Number:
B 6492697

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

SEE ATT

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or record) in the REAL ESTATE RECORDS. |
|---|---|
| B 2005-0981332-5, filed 03/09/2005 | |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT:** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in item 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.    ☐ ADD name: Complete item 7a or7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE   POSTAL CODE | COUNTRY |

| | 7d. DOL INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE |
|---|---|---|---|---|

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☑ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned

Secured party hereby releases the equipment described on attached Exhibit A from the lien of this financing statement.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR Key Equipment Finance, a division of Key Corporate Capital Inc. | | | V.P. |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA

File with Idaho Secretary of State; 62216/6

404 FILING OFFICE COPY -- NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 8/02)

EXHIBIT "3"      000106

**Exhibit A to UCC-3 Financing Statement Partial Release Amendment**

Debtor:                          **Matterhorn Group, Inc.,**

Secured Party:             **Key Equipment Finance, a division of**
                                 **Key Corporate Capital, Inc.**

**SEE ATT**

**The following collateral is released from the lien of this financing statement:**

98 2- Specially Manufactured 6-Head Ice Cream Sandwich Filling
Machines (2001 & 2002); Portable, (6) Filling Heads, 110 Fills/Minute,
33"W x 70"L Table Size, (1) Filling Manifold For Both Tables; Each
with PLC Controls

95 1- Videojet Model 37 Plus Ink Jet Marking Machines, SN
E4960760003WD

(1) Tetra Pak Hoyer Model Custom Built Ice Cream Wire Cut
Machine, S/N J349.5078, (2000); Portable, 3 Oz. to 6 Oz.
Minimum/Maximum Cutting Size, 300 Cuts/Minute

111 1-Crepaco Stainless Steel Fruit Feeder, S/N A-7891-FF
(Estimated 1970s); 65 Lbs./Hour Capacity

102 1- Safeline Model (PPH 14" x 12") Stainless Steel Metal Detector,
S/N 55370, (2002); Portable, with 14"W x 6'L Plastic Belt Conveyor

186 1-Tetra Pak Hoyer Model KF2000XC 600-Gallon/Hour Continuous
Ice Cream Freezer, S/N Z115.7429, (2003) with Process Piping

157 1-8"W x 14'L Plastic Interlocking Belt Conveyor; Portable; with Drive,
with Yaskawa Frequency Drive



EXHIBIT "3"          000107

81 1- Lot Tanks and Mixing Equipment, To Include:

(1) 6000-Gallon Steel Storage
Tank; Vertical, Painted Exterior
Epoxy Lined; (Sugar Storage;
Installed in enclosed room)

(1) Viking Model HL124A Sugar
Pump, 5 hp; w/ Misc Process Piping

(1) Cherry-Burrell Model CV 4,500-Gallon Stainless
Steel Tank, S/N 4500-89-933, (1969); with Misc
Process Piping (Corn Syrup Storage;
Installed in Enclosed Room)

(1) 15 hp Centrifugal Inlet Pump;
S/S Pump / Painted Motor; with
CIP Centrifugal Discharge
Pump, Stainless Steel
Pump/ Painted Motor; and Misc
Process Piping

(1) St. Regis Model SC 1,000-Gallon Jacketed
Stainless Steel Tank, S/N 49707; (Estimated
1960s); Horizontal, Ammonia/Jacketed; with
1/2 hp Mixing Agitator; 3 hp Centrifugal pump
Stainless Steel Pump/ Painted Motor; and Misc
Process Piping

(1) St. Regis Model SC 1,000-Gallon Jacketed
Stainless Steel Tank, S/N 49711; (Estimated
1960s); Horizontal, Freon/Jacketed; with Dual
Supply 5 hp CIP Centrifugal Pump, Stainless Steel
Pump/Motor, Variable Speed w/ Frequency Drive
1/4 hp mixing Agitator; and Misc Process Piping
(Tank Installed Through Wall)

(1) CE Howard Model 12678-A 15,000-Gallon
Stainless Steel Silo, S/N 9967-2, (1969)
(Waste Storage); Painted Exterior / Stainless Steel
Interior; with PVC Process Piping

82 1-Cherry-Burrell Model SS2100VBR 930 -Gallons/Hour
Homogenizer, S/N 731624, (1986); 30-hp; Variable Speed
1 1/4", 3,000 psi, 3-Piston; with Yaskawa Model F7
Frequency Drive

84 1-Breddo Model LDT 100-Gallon Liquifier, S/N D-20190-
596360, (1986), 15 hp; with 15 hp Pancake Drive; 3 hp
Centrifugal Pump, Stainless Steel Pump/Painted Motor;
and Misc Process Piping

94 3- Cherry-Burrell Model GHW 1,000-Gallon Jacketed Stainless
Steel Tanks, S/N 10-73-2738; S/N 10-73-2739;
and S/N 10-73-2737, (1973); Horizontal, Water/Jacketed;
Each with Top Mounted Mixing Agitator; 1 1/2 hp Transfer Pump;
Stainless Steel Pump/Painted Motor 3 hp CIP Centrifugal
Return Pump; Stainless Steel Pump/Painted Motor; 2 hp Centrifugal
Pump, Stainless Steel Pump/Painted Motor; and Misc Process Piping

96 1- Doboy Model Mustang IV Single-Lane Wrapper, S/N 96-18541,
(1996); Portable; with 1"W x 10'L Single Stainless
Steel Chain Feed Conveyor

97 1- -150-Degree Operating Temperature Nitrogen Tunnel;
(Estimated 1960s); 14"W x 12'L Conveyor; with (3) 3/4 hp

EXHIBIT "3"

000108

Fans; and Nitrogen Spray System

(1) Adco Model 15D105-SS Semi-Automatic
Cartoner, S/N 4301HG, (2001); 100
Boxes/Minute, 1" to 9 1/2" Length Opening x 3/4"
to 4" Width Opening x 4" to 12" Carton Depth;
with Single-Lane Box Infeed Station; Box
Assembly Station; 8"W x 18'L Chain Section
Conveyor; Glue and Sealing Station, with
Nordson Model 3100V-1EAV2F Hot Glue
Machine, S/N AN99M31588; and Control

99 1-Specially Manufactured Sandwich Conveyor, (1994);
Portable, 6-Lane, Each Lane 4"W x 8'L, with (6) Sandwich Tampers

100 1- Ice Cream Bar Line; 120 PPM Maximum, To Include:

(1) Interlocking Plastic Belt Conveyor, (2004); 10"W x 40'L with Drive

(1) Praxair Model U4 1840 DDBCBP (Nitroshield) -150 Degree
Fahrenheit Operating Temperature Nitrogen Tunnel, S/N 90013,
(2003); 42"W x 24'L Stainless Steel Conveyor with Variable Speed
Drive; (4) 3/4 hp Fans; and Controls Misc Process Piping and
Nitrogen Stroage Tank (Tank Vendor owned)

(1) Gering and Sons Model (Custom Built)  Specially Manufactured
Chocolate Dip Enrober, (2001), 1 hp; Cascade Type, Portable,
160 Bars/Minute; with (2) 8"W x 16'L Stainless Steel Conveyors;
Dipping Station; 50-Gallon Capacity Stainless Steel Hot Water
Jacketed Chocolate Tank; and 1-1/2" Diaphragm Pump

(1) Doboy Model Mustang IV Single Lane Wrapper,
S/N 94-16670, (1994); Portable; with 1-1/2"W x
10'L Stainless Steel Infeed Conveyor; Sealing
Station; and Outfeed Conveyor

(1) Interlocking Plastic Belt Conveyor; 6"W x 4'L; with Drive

104 1--20 Degree Fahrenheit Storage Freezer, (1970); 50"W x - 100'L;
with (2) 5-Ton Krack Evaporators; and 20-Ton Krack Evaporator; (Real Estate)

105 1- Custom Built 10"W x 48'L Horseshoe Shaped Interlocking Plastic Belt
Conveyor, Estimated 10"W x 40'L, with Estimated 3/4 hp Drive, with
Yaskawa Frequency Controller

106 1 Lot of Laboratory Equipment to Include

(1) Garver Model 212 Centrifuge S/N 16087

107 1- Frigidaire Model T30LGP-2 (R404A) (Kelvinator) Freezer,
S/N 71813363, with Glass Front Door

108 1- Platform Scale; 14" x 12", with IQ Plus 350 Digital Readout

109 1-Specially Manufactured Model (Custom Built) Sanitary Wash Down
Wash System; with PVC Piping, and Hoses

110 4-Lafferty Equipment Model 976675 Timed Entry Dual Foam Sanitizers;
Each with piping

113 1-150 Degree Operating Temperature Nitrogen Tunnel; (Estimated 1980's);
38"W x 34'L; with (4) 1hp Fans; Belt Conveyor with Drive and Controls

114 1-St. Regis Model RFB 1,000-Gallon Jacketed Stainless Steel Tank
S/N 49087; Horizontal, Ammonia/Jacketed; Painted Exterior; with Top Mounted
Mixing Agitator;3 hp Centrifugal Pump; and Misc Process Piping

117 3-Copeland Model CSAH0300-CAB-001N Freon Compressors, 3 hp;
(Estimated 1980s); each with Associated Piping (Roof Mounted)

EXHIBIT "3"

000109

120 1-Vilter Ammonia Compressor, S/N 601A484RC, 40 hp; (Estimated
1960s); 4-Cylinder; with Receiving Tank; and Associated Piping

121 1-Mycom Model 5A Ammonia Compressor, S/N 5A1497, 40 hp;
(Estimated 1960s); 6-Cylinder; with Receiving Tank, and Associated Piping

122 1-Vilter Ammonia Compressor, 60 hp; (Estimated 1960s); 4-Cylinder
with Receiving Tank and Associated Piping

123 1-Mycom Model 42A Ammonia Compressor, S/N 42A1529, 30-hp;
(Estimated 1960s); 6-Cylinder with Receiving Tank; and Associated Piping

124 1-Fuller Model A-70 Ammonia Compressor, S/N 870, 40 hp;
(Estimated 1960s); with Receiving Tank ; and  Associated Piping

125 1-750-Gallon Stainless Steel Tank; (Estimated 1970s); (Waste Tank),
Open Top; Leg Mounted Horizontal; with 3 hp Top Mounted Mixing Agitator;
and Associated Pumps

126 1-Shell and Tube Heat Exchanger; (Estimated 1970s); with Stainless Steel
Pipe; with 12"D x 15'L Heat Exchanger; 10"D x 10'L Heat Exchanger;
Glycol Tank; and 15 hp Centrifugal Pump
Pumps

127 1-Sellers Model 77 Commodore 4, 185,000-Btu/Hour Natural Gas-Fired
Boiler, S/N 99066, (1977), 125 hp; with Deareator, and Water Softening Sys.

128 1-Gardner-Denver Model Electra-Saver II ECH0JE Rotary Screw Air
Compressor, S/N M21046, 50 hp; (Estimated 1980s); 41,730 Hours Indicated;
with Associated Piping

129 1-Sullivan Palatek Model PDD-165 165-scfm Air Dryer, S/N
3334-2-0208-16BD, (2002)

130 1-Quincy Model C-30-D Rotary Screw Air Compressor, S/N 880453,
(1988), 30 hp; 8,402 Hours Indicated, Horizontal Tank Mounted,
with Associated Piping

131 1-Baltimore Aircoil Model VXMC340 Cooling Tower, S/N 830602,
(1983) with Circulation Tank, and Associated Pumps and Piping

132 1-Recold Model BMSIFS335A Cooling Tower, S/N D7172

133 2-5,000-Gallon Storage Carbon Steel Silos;(Estimated 1970's); (Chocolate
Storage), Vertical, Estimated 8'6"D x 14'H Water/Jacketed Bottom;
6"H Each with (1) Mixing Agitator; and (1) 3" Diaphragm Pump
Each Value: $9,000

134 1-Imperial Walk-In Incubator, (1980), 1 hp; 150°F Maximum
Temperature, 6'W x 10'L

135 1-Walk-In Freezer; (Estimated 1980), 10'W x 32'L, 20°F
Operating Temperature; with (2) Bohn 4-Fan Evaporators;
and Copeland Air Compressor

139 1-Centrifugal Pump, 5 hp Stainless Steel Pump/Painted Motor

140 1-Centrifugal Pump, 5 hp Painted Pump/Painted Motor

141 1-Lot Maintenance Shop Equipment to Include

(1) Lincoln Model Invertec V200-Pro 200-Amp Welder, S/N AC-803279,
(1991); with Lincoln Model LN-7 Wire Feed, with Portable Cart

(1) Blackhawk Model 67605 12-Ton H-Fram Press; 18" Between Posts

(1) Pro-Tech Model PT-1413 Floor-Type Drill Press, SN 82649, 3/4 hp; 6" throat

(1) Jet Model HVBS-463 Horizontal Band Saw, S/N 111004, 1/2 hp; 10"W x 7"H

SEE ATT

EXHIBIT "3"

000110

142 1-Dairy King 1,200-Gallon Jacketed Stainless Steel Tank, S/N 1200F2-607
(Estimated 1960's); Horizontal, Freon/Jacketed, Open Top; with Lid; and
Mixing Agitator

143 1- Mueller 1,000-Gallon Jacketed Stainless Steel Tank; (Estimated 1960s);
Horizontal, Freon/Jacketed with Mixing Agitator

144 1-Dairy King 1,500-Gallon Jacketed Stainless Steel Tank, S/N1500S4O85,
(1984); (Estimated 1960s); Horizontal, Freon/Jacketed; with (2) Mixing Agitators

145 1- Cherry-Burrell Model VS200 (200BS) 200-Gallon/Hour Continuous
Ice Cream Freezer; S/N 4080; (Estimated 1980s);

146 1- Specially Manufactured 12-Head Chocolate Enrober, (2000); Portable
with Viking Pump, 2 hp, with Gear Reducer; 36"W x 10'L Stainless Steel Mesh
Chain Conveyor, with Teco Frequency Drive; Cascade Type Chocolate
Dispense Station; and Control

147 1- 9"W x 10'L Belt Conveyor; Portable; with Marsh Model Partion
Plus HR/Series Ink Jet Printer, 2-Head

148 1-Storage Trailer; 28'L Single Axle; with Heater ; and Roll-Up Door;

149 1-Gering and Sons Model "Mini Ed" Portable Ice Cream Sandiwch Filling
Machine; 8-Position In-Line Filler, 30"W x 8'L with PLC Control

150 3-Copeland Model CSAH0300-CAB-001N Freon Compressors, 3 hp
(Estimated 1980s)

152 1-Lot of Equpment Stored in Trailer To Include:

(1) Specially Manufactured 4-Head Ice Cream Cone Filling System, (2002);
Portable; with Chocolate Spray System, with 10-Gallon Hot Water Jacketed
Stainless Steel Chocolate Tank; 18"W x 12'L Plastic Belt Conveyor; with
Teco-Westinghouse Frequency Drive

(1) Gering and Son 6-Head Rollo Ice Cream Cone Filling Machine; Portable,
with Plastic Interlocking Belt Conveyor; with Drive; Filling Station, with Air
Cylinder and PLC Control

154 2-Pumps, 1 hp; Portable; Each with Teco-Westinghouse Frequency Drive;
15"D Infeed Hopper; 1-1/2" Diaphragm Pump

159 1-2001 KIT Manufacturing Model Cypress 70'6" x 26'8" Prefabricated
Modular Yard Office, VIN KM1Y0178C235033A/B; with Vinyl Siding; Shingle
Roof; Interior Drywall; Kitchen; (2) Bathrooms; (4) Offices; and Climate Control

160 1-Lot of Factory and Support, To Include: Desks; Chairs;
Miscellaneous Pumps; Miscellaneous Tanks; Conveyors;
Chairs; Laboratory Furnace; Scales; etc.

162 1-Allis-Chalmers Model ACE30A 2,500-Lb. Electric Lift Truck, S/N
DAE105482, (1978); 106" Lift Height, 2-Stage Mast, Solid Tire

163 1-Toyota Model 2FBCA15 3,000-Lb. Electric Lift Truck, S/N 2FBCA15-
10296, (1978); 185" Lift Height, 3-Stage Mast,Solid Tire, 7,866 Hours Indicated

167 1-10'W x 40'L Interlocking Plastic Belt Conveyor, (2004) with Drive;

165 1- Feldmeier 10,000-Gallon Jacketed Stainless Steel Silo, S/N N-527-O2
(2002); Painted Exterior; Vertical, Ammonia/Jacketed; with Side Mounted
Agitator, with Variable Speed Drive; Level Monitoring System, Anderson Model
AJ-300 Chart Recorder, and Misc Process Piping

EXHIBIT "3"

000111

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

IDAHO SECRETARY OF STATE
06/04/2009 05:00
CK: NONE CT: 1117 BH: 1173183
1 @ 6.00 = 6.00 UCC3 BASIC # 3
Filing Number:
B 6532372

A. NAME & PHONE OF CONTACT AT FILER [optional]
Tyler Henderson     208-385-5394

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Moffatt Thomas Barrett Rock & Fields

P. O. Box 829

Boise, ID 83701

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
B 2005-0981332-5 Filed 03/09/05

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☑ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☑ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.     ☐ DELETE name: Give record name to be deleted in item 6a or 6b.     ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Key Equipment Finance, a division of Key Corporate Capital Inc. | | | |
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| KeyBank National Association | | | | |
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| | | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| MS WA-31-18-0311, 601 108th Ave. NE, 3rd Floor | Bellevue | WA | 98009-9027 | USA |

| 7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Key Equipment Finance, a division of Key Corporate Capital, Inc. | | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

10. OPTIONAL FILER REFERENCE DATA
Debtor: Matterhorn Group, Inc.     TO BE FILED WITH THE IDAHO SECRETARY OF STATE

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)   IDAHO FILLABLE FORM REV. 07/2001

Client 1176849.1

EXHIBIT "3"     000112

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

IDAHO SECRETARY OF STATE
06/04/2009 05:00
CK: NONE CT: 1117 BH: 1173183
1 @ 6.00 = 6.00 UCC3 BASIC # 3
Filing Number:
B 6532372

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Tyler Henderson          208-385-5394

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Moffatt Thomas Barrett Rock & Fields

P. O. Box 829

Boise, ID 83701

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
B 2005-0981332-5  Filed 03/09/05

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☑ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☑ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Key Equipment Finance, a division of Key Corporate Capital Inc. | | | |
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| KeyBank National Association | | | |
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| MS WA-31-18-0311, 601 108th Ave. NE, 3rd Floor | Bellevue | WA | 98009-9027 | USA |

| 7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Key Equipment Finance, a division of Key Corporate Capital, Inc. | | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**
Debtor: Matterhorn Group, Inc.          TO BE FILED WITH THE IDAHO SECRETARY OF STATE

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)   IDAHO FILLABLE FORM REV. 07/2001

Client: 1176849.1

EXHIBIT "3"                    000113

# UCC FINANCING STATEMENT

ELECTRONIC FILING*

| A. NAME, PHONE, EMAIL, FAX OF CONTACT AT FILER: | |
|---|---|
| STEPHEN H. JOHANSON \| 916-567-1000 \| sjohanson@johanson-assoc.com \| 916-649-1373 | |

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

JOHANSON & ASSOCIATES
2495 NATOMAS PARK DRIVE, SUITE 620
SACRAMENTO, CA 95833

IDAHO SECRETARY OF STATE
**05/06/2009 15:07**
53.66
Filing Number:
**B 2009-1063936-0**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME: - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME:
MATTERHORN GROUP, INC.

| 1b. LAST NAME: | FIRST NAME: | MIDDLE NAME: | SUFFIX: |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS: | CITY: | STATE: | POSTAL CODE: | COUNTRY: |
|---|---|---|---|---|
| 5991 W. STATE STREET | BOISE | ID | 83703 | USA |

| 1d. TAX ID #: SSN OR TIN | ADD'L INFO RE ORGANIZATION DEBTOR: | 1e. TYPE OF ORG: | 1f. JURISDICTION OF ORG: | 1g. ORGANIZATIONAL ID #: (if any) |
|---|---|---|---|---|
| ▓▓▓▓▓▓ | | CORPORATION | IDAHO | C156700 |

3. SECURED PARTY'S NAME: (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) -- insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME:
CC&B HOLDINGS, INC

| 3b. LAST NAME: | FIRST NAME: | MIDDLE NAME: | SUFFIX: |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS: | CITY: | STATE: | POSTAL CODE: | COUNTRY: |
|---|---|---|---|---|
| 550 HOWE AVENUE, SUITE 110 | SACRAMENTO | CA | 95825 | USA |

4. This FINANCING STATEMENT covers the following collateral:

ALL ACCOUNTS, GENERAL INTANGIBLES, INVENTORY, FURNITURE, FIXTURES, EQUIPMENT, INVESTMENT PROPERTY AND ALL BOOKS AND RECORDS PERTAINING TO THE FOREGOING AND ALL PROCEEDS THEREOF AND AS MORE FULLY DESCRIBED IN EXHIBIT A TO THE SECURITY AGREEMENT DATED MAY 6, 2009 BETWEEN DEBTOR AND SECURED PARTY.

5. ALTERNATIVE DESIGNATION (if applicable):
[ ] LESSEE/LESSOR    [ ] CONSIGNEE/CONSIGNOR    [ ] BAILEE/BAILOR    [ ] SELLER/BUYER

6. [ ] This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS. Attach Addendum    (if applicable)

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)
(ADDITIONAL FEE) (optional)    [ ] All Debtors  [ ] Debtor 1  [ ] Debtor 2

8. OPTIONAL FILER REFERENCE DATA:

*Electronically generated from original XML Document

# UCC FINANCING STATEMENT **AMENDMENT**

ELECTRONIC FILING*

A. NAME, PHONE, EMAIL, FAX OF CONTACT AT FILER:
KRIS ORMSETH | (208) 389-9000, ext 4267 | kjormseth@stoel.com | (208) 389-9040

B. SEND ACKNOWLEDGMENT TO: (Name and Address)
STOEL RIVES LLP
101 S. CAPITOL BOULEVARD. SUITE 1900
BOISE. ID 83702

IDAHO SECRETARY OF STATE
05/22/2009 15:44
$3.00
Filing Number:
B 6531815

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
B 200910639360

1b. { } This FINANCING STATEMENT AMENDMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS.

2. [ X ] TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement

3. { } CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. { } ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9

5. AMENDMENT (PARTY INFORMATION): This Amendment affects { } Debtor or { } Secured Party of record. Check only one of these two boxes
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
{ } CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c    { } DELETE name: Give record name to be deleted in item 6a or 6b.    { } ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d - 7g (if applicable).

6. CURRENT RECORD INFORMATION:
OR | 6a. ORGANIZATION'S NAME:
|
| 6b. LAST NAME: | FIRST NAME: | MIDDLE NAME: | SUFFIX:

8. AMENDMENT (COLLATERAL CHANGE): check only one box
Describe collateral { } deleted or { } added, or give entire { } restated collateral description, or describe collateral { } assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment) If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here { } and enter name of DEBTOR authorizing this Amendment
OR | 9a. ORGANIZATION'S NAME:
| CC&B HOLDINGS. INC.
| 9b. LAST NAME: | FIRST NAME: | MIDDLE NAME: | SUFFIX:

10. OPTIONAL FILER REFERENCE DATA:
62216-2

11. Use this space for additional information.
LIEN TERMINATION

*Electronically generated from original XML Document

ASK US ABOUT UCC eZFILE®
800.952.5696



# CLAS INFORMATION SERVICES

2020 Hurley Way, Suite 350, Sacramento, CA 95825
Local: 916/564-7800 Fax: 916/564-7900 Toll Free: 800/952-5696

## UCC Search Report

| | |
|---|---|
| **Type of Search :** | UCCs, Federal Tax Liens, and State Tax Liens |
| **Jurisdiction/Filing Office :** | State of Idaho, Secretary of State Uniform Commercial Code Division |
| **Effective Index Date :** | Jun. 21, 2010 |
| **Subject Search Name :** | VITAFREZE FROZEN CONFECTIONS, INC. |
| **Search Key Entered :** | VITAFREZEFROZENCONFECTIONSINC |

## Results

Based on a search of the indices of the Uniform Commercial Code Division of the Secretary of State of Idaho, there are no active liens of record other than those set out below. Liens reflected in this report were based on the searcher's individual search parameters, the search key entered, as well as the searcher's choice of the liens ultimately included or excluded herein.
**Certification can only be obtained through the office of the Idaho Secretary of State.**

### 1. Basic (UCC)

| | |
|---|---|
| **Document No. :** | B200509800686           **LAPSED: 2/11/2010** |
| **Filed :** | 2/11/2005 |
| **Debtor :** | VITAFREZE FROZEN CONFECTIONS, INC<br>1210 66TH STREET<br>SACRAMENTO  CA  95819 |
| **Secured Party:** | PACIFIC MEZZANINE FUND, L.P.<br>2200 POWELL STREET, SUITE 1250<br>EMERYVILLE  CA  94608 |
| **Amendment Type :** | LIEN TERMINATION |
| **File No. :** | 6531810 |
| **Filed :** | 5/22/2009 3:54:52 PM |

### 2. Basic (UCC)

| | |
|---|---|
| **Document No. :** | B200509804077           **Lapses:** 2/18/2015 |
| **Filed :** | 2/18/2005 |
| **Debtor :** | VITAFREZE FROZEN CONFECTIONS, INC.<br>101 S. CAPITAL BLVD., STE 1900<br>BOISE  ID  83702 |
| **Secured Party:** | KEYBANK NATIONAL ASSOCIATION<br>702 W. IDAHO ST.<br>BOISE  ID  83702 |
| **Amendment Type :** | LIEN CONTINUATION |
| **File No. :** | 6537438 |
| **Filed :** | 9/18/2009 10:27:43 AM |

### 3. Basic (UCC)

| | |
|---|---|
| **Document No. :** | B200509813290           **LAPSED: 3/9/2010** |
| **Filed :** | 3/9/2005 |
| **Debtor :** | VITAFREZE FROZEN CONFECTIONS, INC.<br>1221 66TH STREET |

EXHIBIT "3"

SACRAMENTO  CA  95814

**Secured Party:** KEY EQUIPMENT FINANCE, A DIVISION OF KEY CORPORATE CAPITAL INC.
66 S. PEARL STREET
ALBANY  NY  12207

**Secured Party:** KEYBANK NATIONAL ASSOCIATION
601 108TH AVE. NE, 3RD FLOOR MS WA-31-18-0311
BELLEVUE  WA  98009-9027

**Amendment Type :** SEC PARTY NAME CHANGE
**File No. :** 6532373
**Filed :** 6/4/2009

**Amendment Type :** SECURED PARTY ADDRESS CHG
**File No. :** 6532373
**Filed :** 6/4/2009

## 4. Basic (UCC)

**Document No. :** B200509841561      **LAPSED: 4/25/2010**

**Filed :** 4/25/2005

**Debtor :** VITAFREZE FROZEN CONFECTIONS, INC.
1221 66TH STREET
SACRAMENTO  CA  95814

**Secured Party:** KEY EQUIPMENT FINANCE
66 SOUTH PEARL STREET
ALBANY  NY  12207

**Secured Party:** KEYBANK NATIONAL ASSOCIATION
601 108TH AVE. NE, 3RD FLOOR MS WA-31-18-0311
BELLEVUE  WA  98009-9027

**Amendment Type :** SEC PARTY NAME CHANGE
**File No. :** 6532374
**Filed :** 6/4/2009

**Amendment Type :** SECURED PARTY ADDRESS CHG
**File No. :** 6532374
**Filed :** 6/4/2009

## 5. Basic (UCC)

**Document No. :** B200509868277      **LAPSED: 6/7/2010**

**Filed :** 6/7/2005

**Debtor :** VITAFREZE FROZEN CONFECTIONS, INC.
5991 WEST STATE STREET SUITE B
BOISE  ID  83703

**Secured Party:** FIELD CONTAINER COMPANY, L.P.
1500 NICHOLAS BOULEVARD
ELK GROVE VILLAGE  IL  60007

## 6. Basic (UCC)

**Document No. :** B200910639388      **Lapses:** 5/6/2014

**Filed :** 5/6/2009

**Debtor :** VITAFREZE FROZEN CONFECTIONS, INC.
1210 66TH STREET
SACRAMENTO  CA  95819

**Secured Party:** CC&B HOLDINGS, INC.
550 HOWE AVENUE SUITE 110
SACRAMENTO  CA  95825

**Amendment Type :** LIEN TERMINATION
**File No. :** 6531814
**Filed :** 5/22/2009 3:59:44 PM

We assume no liability with respect to the identity of any party named or referred to in this report, nor with respect to the validity, legal effect or priority of any matter shown herein; nor, due to our inability to independently verify the accuracy of this data as provided by government and other sources, do we make any guaranty or representation as to its accuracy.

EXHIBIT "3"                                    000117

---------- **END OF REPORT** ----------

EXHIBIT "3"

IDAHO SECRETARY OF STATE
02/11/2005 03:44
CK: 93145 CT: 1177 BH: 792774
1 @ 12.00 = 12.00 UCC1 FILE # 3
Filing Number:
B 2005-0980068-6

LC FEB 11 PM 3: 44

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

SEC____ OF STATE
STATE OF IDAHO

A NAME & PHONE OF CONTACT AT FILER [optional]
Stephen C. Hardesty        (208) 344-6000

B SEND ACKNOWLEDGMENT TO: (Name and Address)

Hawley Troxell Ennis & Hawley

P.O. Box 1617

Boise, ID

SEE ATT

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Vitafreze Frozen Confections, Inc | | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1210 66th Street | Sacramento | CA | 95819 | USA |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | Corporation | Idaho | C157045       ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Pacific Mezzanine Fund, L.P. | | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2200 Powell Street, Suite 1250 | Emeryville | CA | 94608 | USA |

4. This FINANCING STATEMENT covers the following collateral:

The Collateral described in the attached Exhibit A to Financing Statement, pursuant to that certain Loan Agreement
dated February 10  2005, between Debtor and Secured Party.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | All Debtors | Debtor 1 | Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | | |

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)        IDAHO FILLABLE FORM REV. 07/2001

EXHIBIT "3"                                          000119

**EXHIBIT A**

**TO**

**FINANCING STATEMENT**

DEBTOR:        Vitafreze Frozen Confections, Inc.
                      1210 66th Street
                      Sacramento, CA 95819

*SEE ATT*

SECURED PARTY:    Pacific Mezzanine Fund, L.P.
                      Attn: Nathan Bell
                      2200 Powell Street, Suite 1250
                      Emeryville, CA 94608

DESCRIPTION OF THE COLLATERAL

This Financing Statement covers, without limitation, all right, title, claim, estate and interest of the Debtor in and to all property, wherever located, and interests of the Debtor, tangible or intangible, whether now owned and existing or hereafter acquired or arising (such property and interests in property being collectively referred to herein as the "Collateral"), including without limitation the following:

(a)      Any and all rights to payment for goods sold or leased or for services rendered, including any such rights evidenced by Chattel Paper (as that term is defined below), whether due or to become due and whether or not earned by performance (excluding any such rights evidenced by Notes Receivable (as that term is defined below)) (the "Accounts");

(b)      Any and all negotiable instruments, promissory notes, acceptances, drafts, checks, letters of credit (whether or not the letter of credit is evidence by a writing), certificates of deposit and other writings that evidence a right to the payment of money by any other Person (the "Notes Receivable"); "Person" means an individual, a corporation, a partnership, a trust, an unincorporated organization or any other entity or organization, including a government or any agency or political subdivision thereof;

(c)      Any and all chattel paper (whether tangible or electronic), including writings that evidence both a monetary obligation and a security interest in or lease of specific goods (the "Chattel Paper");

(d)      Any and all rights to payment of money not listed above and any and all rights, titles, interests, securities, Liens and guaranties evidencing, securing, guaranteeing payment of or in any way relating to any Receivables (other than those liens permitted by the Loan Agreement in connection with the Senior Indebtedness); "Lien" means any lien, mortgage, pledge, security interest, charge, or encumbrance of any kind (including any conditional sale or other title retention agreement or any lease in the nature thereof); "Receivables" means Accounts, Notes Receivable, Chattel Paper and other rights to the payment of money;

1

40428 0006 791710.3

(e)     Any and all goods that may at any time be held for sale or lease or furnished under any contract of service, or are sold, leased or furnished under any contract of service, or constitute raw materials, work-in-process, parts, supplies or materials that are or might be used or consumed in a business or in connection with the manufacture, selling or leasing of such goods ("<u>Inventory</u>");

(f)     Any and all equipment and other goods (excluding Inventory), including the following personal property: machinery, machine tools, office machinery (including computers, typewriters and duplicating machines), motor vehicles, trailers, rolling stock, motors, pumps, controls, tools, parts, works of art, furniture, furnishings and trade fixtures, all athletic equipment and supplies and all molds, dies, drawings, blueprints, reports, catalogs and computer programs related to any of the above (together with all related property described in Section (l) below, the "<u>Equipment</u>");

(g)     Any and all fixtures, including machinery, equipment or appliances for generating, storing or distributing air, water, heat, electricity, light, fuel or refrigeration, for ventilating or sanitary purposes, elevators, safes, laundry, kitchen and athletic equipment, trade fixtures, and telephone, television and other communications equipment (the "<u>Fixtures</u>");

(h)     Any and all documents, whether or not negotiable, including bills of lading, warehouse receipts, trust receipts and the like (the "<u>Documents</u>");

(i)     Any and all stocks, bonds, general and limited partnership interests, limited liability company interests, joint venture interests and other securities, subscription rights, options, warrants, puts, calls and other rights with respect thereto, and investment and brokerage accounts (the "<u>Securities</u>");

(j)     Any and all general intangibles (including payment intangibles), contract rights and other property described below (together with any property listed under Section (d) above, the "<u>General Intangibles</u>"), including the following:

(i)     deposit and other accounts, including demand, time savings, passbook and like accounts maintained with any bank, savings and loan association, credit union, brokerage or other institution, health-care-insurance receivables, and any and all money, instruments and other property from time to time deposited therein or credited thereto, or received, receivable or otherwise distributed therefrom, in respect thereof or in exchange therefor, including all interest accruing thereon;

(ii)     insurance policies and all rights and claims therein or thereunder (including prepaid and unearned premiums), including insurance against casualty (including by fire, flood or earthquake) or liability (including against environmental cleanup costs), title insurance, business interruption insurance and builders risk insurance, whether covering personal or real property;

(iii)     any rights, claims, judgments, awards, orders or decrees arising out of or in connection with any judicial action, litigation, arbitration, mediation or other proceedings;

2

EXHIBIT "3"                    000121

*SEE ATT*

(iv)  any and all leases of real or personal property, licensing agreements, and other contracts, and all guarantees, warranties, royalties, license fees and rights under such contracts;

(v)  any and all Governmental Approvals, including permits, licenses, certificates of use and occupancy (or their equivalents) and zoning and other approvals, and tax and other refunds, compensation, awards, payments and relief given or made by any Governmental Authority (including condemnation awards) (the "Approvals"); "Governmental Approval" means an authorization, consent, approval, permit, license, registration or filing with, any Governmental Authority; "Governmental Authority" means any nation, any state or other political subdivision thereof, and any entity exercising executive, legislative, judicial, regulatory or administrative functions of or pertaining to government, including any government authority, agency, department, board, commission or instrumentality of the United States, any State of the United States or any political subdivision thereof, and any tribunal or arbitrator(s) of competent jurisdiction;

(vi)  deposits, surety and other bonds, and choses and things in action;

(vii)  computer programs, computer software (including all source and object codes, all media of any type or nature on which such source or object codes are reproduced, copied, stored or maintained), technology processes other documentation, proprietary information, patents, patent applications, copyrights, copyright applications, trademarks, trademark applications, service marks, trade and other names, trade secrets, customer lists, the entire goodwill of or associated with the business now or hereafter conducted by the Debtor, and other proprietary rights (which means and includes any and all patents, trademarks, service marks, trade names, copyrights, trade secrets, proprietary information, source codes and other proprietary rights and processes), including the intellectual property rights listed on Schedule 2.1.10.7 (the "Intellectual Property Collateral");

(k)  Any and all books and records (including ledgers, correspondence, credit files, computer software, computer storage media and electronically recorded data) pertaining to the Debtor or any of the foregoing and all equipment receptacles, containers and cabinets therefor;

(l)  Any and all accessions, appurtenances, components, repairs, repair parts, spare parts, renewals, improvements, replacements, substitutions and additions to, of or with respect to any of the foregoing;

(m)  Any and all rights, remedies, powers and privileges of the Debtor with respect to any of the foregoing; and

(n)  Any and all proceeds and products of any of the foregoing, whether now held and existing or hereafter acquired or arising (collectively, the "Proceeds") "Proceeds" shall include (i) whatever is now or hereafter received by the Debtor upon the sale, lease, license, exchange, collection, other disposition or operation of any item of Collateral, whether such proceeds constitute accounts, general intangibles, instruments, securities, documents, letters of credit, chattel paper, deposit accounts, money, goods or other personal property, (ii) any items that are

40428 0006 791710 3

EXHIBIT "3"                    000122

now or hereafter acquired by the Debtor with any Proceeds of Collateral, (iii) any amounts now or hereafter payable under any insurance policy by reason of any loss of or damage to any Collateral or the business of the Debtor, (iv) all rights to payment for the sale of services or products in connection with the business of the Debtor, (v) all royalties, rights to payment, accounts receivable and proceeds of infringement suits in connection with the Intellectual Property Collateral, and (vi) the right to further transfer, including by pledge, mortgage, license, assignment or sale, any of the foregoing.

4

EXHIBIT "3"

**SCHEDULE 2.1.10.7**

**Intellectual Property Rights**

Vitafreze Frozen Confections, Inc , has the following trademarks registered with the State of California:

1. #106180, Class #29, "Vitafreze"
2. #106102, Class #29, "Nutty Sundae"
3. #106110, Class #29, "Tutone"
4. #106761, Class #29, "Astronot Pops"

# UCC FINANCING STATEMENT AMENDMENT

ELECTRONIC FILING*

A. NAME, PHONE, EMAIL, FAX OF CONTACT AT FILER:
THERESA HOWE | --- | thowe@hawleytroxell.com | ---

B. SEND ACKNOWLEDGMENT TO: (Name and Address)
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 W MAIN, SUITE 1000
BOISE, ID 83702

IDAHO SECRETARY OF STATE
05/22/2009 15:52
$3.00
Filing Number:
B 6531810

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE #: B 200509800686 | 1b. This FINANCING STATEMENT AMENDMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS. |
| --- | --- |

2. [X] TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. [ ] CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. [ ] ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9

5. AMENDMENT (PARTY INFORMATION): This Amendment affects [ ] Debtor or [ ] Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7
[ ] CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.
[ ] DELETE name: Give record name to be deleted in item 6a or 6b.
[ ] ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d - 7g (if applicable).

6. CURRENT RECORD INFORMATION:

| OR | 6a. ORGANIZATION'S NAME: | | | |
| --- | --- | --- | --- | --- |
| | 6b. LAST NAME: | FIRST NAME: | MIDDLE NAME: | SUFFIX: |

8. AMENDMENT (COLLATERAL CHANGE): check only one box
Describe collateral [ ] deleted or [ ] added, or give entire [ ] restated collateral description, or describe collateral [ ] assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor check here [ ] and enter name of DEBTOR authorizing this Amendment

| OR | 9a. ORGANIZATION'S NAME: PACIFIC MEZZANINE FUND, L.P | | | |
| --- | --- | --- | --- | --- |
| | 9b. LAST NAME: | FIRST NAME: | MIDDLE NAME: | SUFFIX: |

10. OPTIONAL FILER REFERENCE DATA:

13. Use this space for additional information.
LIEN TERMINATION

*Electronically generated from original XML Document

# UCC FINANCING STATEMENT

ELECTRONIC FILING'

A. NAME, PHONE, EMAIL, FAX OF CONTACT AT FILER:

---- | ---- | CAROL_STORKAN@KEYBANK.COM | ----

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

KEYBANK NATIONAL ASSOCIATION

IDAHO SECRETARY OF STATE
2/18/2005 14:20:06
$0.00
Filing Number:
B 2005-0980407-7
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME: - insert only one debtor name (9a or 9b) - do not abbreviate or combine names

OR

| 9a. ORGANIZATION'S NAME: |||||||
|---|---|---|---|---|---|---|
| VITAFREZE FROZEN CONFECTIONS, INC. |||||||
| 9b. LAST NAME: | | FIRST NAME: | | MIDDLE NAME: | | SUFFIX: |
| 9c. MAILING ADDRESS: | | CITY: | | STATE: | POSTAL CODE: | COUNTRY: |
| 101 S. CAPITAL BLVD., STE 1900 | | BOISE | | ID | 83702 | USA |
| 9d. TAX ID #: SSN OR TIN | ADD'L INFO RE ORGANIZATIONAL DEBTOR: | 9e. TYPE OF ORG: | 9f. JURISDICTION OF ORG: | | 9g. ORGANIZATIONAL ID #: (if any) | |
| | | CORPORATION | ID | | C157045 | |

3. SECURED PARTY'S NAME: (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) -- insert only one secured party name (3a or 3b)

OR

| 3a. ORGANIZATION'S NAME: |||||||
|---|---|---|---|---|---|---|
| KEYBANK NATIONAL ASSOCIATION |||||||
| 3b. LAST NAME: | | FIRST NAME: | | MIDDLE NAME: | | SUFFIX: |
| 3c. MAILING ADDRESS: | | CITY: | | STATE: | POSTAL CODE: | COUNTRY: |
| 702 W. IDAHO ST. | | BOISE | | ID | 83702 | USA |

4. This FINANCING STATEMENT covers the following collateral:

ALL INVENTORY, EQUIPMENT, ACCOUNTS (INCLUDING BUT NOT LIMITED TO ALL HEALTH-CARE-INSURANCE RECEIVABLES), CHATTEL PAPER, INSTRUMENTS (INCLUDING BUT NOT LIMITED TO ALL PROMISSORY NOTES), LETTER-OF-CREDIT RIGHTS, LETTERS OF CREDIT, DOCUMENTS, DEPOSIT ACCOUNTS, INVESTMENT PROPERTY, MONEY, OTHER RIGHTS TO PAYMENT AND PERFORMANCE, AND GENERAL INTANGIBLES (INCLUDING BUT NOT LIMITED TO ALL SOFTWARE AND ALL PAYMENT INTANGIBLES), ALL ATTACHMENTS, ACCESSIONS, ACCESSORIES, FITTINGS, INCREASES, TOOLS, PARTS, REPAIRS, SUPPLIES, AND COMMINGLED GOODS RELATING TO THE FOREGOING PROPERTY, AND ALL ADDITIONS, REPLACEMENTS OF AND SUBSTITUTIONS FOR ALL OR ANY PART OF THE FOREGOING PROPERTY; ALL INSURANCE REFUNDS RELATING TO THE FOREGOING PROPERTY; ALL GOOD WILL RELATING TO THE FOREGOING PROPERTY; ALL RECORDS AND DATA AND EMBEDDED SOFTWARE RELATING TO THE FOREGOING PROPERTY, AND ALL EQUIPMENT, INVENTORY AND SOFTWARE TO UTILIZE, CREATE, MAINTAIN AND PROCESS ANY SUCH RECORDS AND DATA ON ELECTRONIC MEDIA; AND ALL SUPPORTING OBLIGATIONS RELATING TO THE FOREGOING PROPERTY; ALL WHETHER NOW EXISTING OR HEREAFTER ARISING, WHETHER NOW OWNED OR HEREAFTER ACQUIRED OR WHETHER NOW OR HEREAFTER SUBJECT TO ANY RIGHTS IN THE FOREGOING PROPERTY; AND ALL PRODUCTS AND PROCEEDS (INCLUDING BUT NOT LIMITED TO ALL INSURANCE PAYMENTS) OF OR RELATING TO THE FOREGOING PROPERTY.

5. ALTERNATIVE DESIGNATION (if applicable):
[ ] LESSEE/LESSOR [ ] CONSIGNEE/CONSIGNOR [ ] BAILEE/BAILOR [ ] SELLER/BUYER

6. [ ] This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS. Attach Addendum (if applicable)

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)
(ADDITIONAL FEE) (optional) [ ] All Debtors [ ] Debtor 1 [ ] Debtor 2

8. OPTIONAL FILER REFERENCE DATA:
5602405666-11001 #18 5602405674

'Electronically generated from original XML Document

# UCC FINANCING STATEMENT AMENDMENT

ELECTRONIC FILING*

| A. NAME, PHONE, EMAIL, FAX OF CONTACT AT FILER: |
|---|
| ---- \| ---- \| geraldine_mcclellan@keybank.com \| ---- |

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

KEYBANK NA

IDAHO SECRETARY OF STATE

**09/18/2009 10:43**

$3.00

Filing Number:

**B 6537438**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| B 200509804077 | { } |

2. { } TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement

3. {X} CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

4. { } ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c and also give name of assignor in item 9

5. AMENDMENT (PARTY INFORMATION): This Amendment affects { } Debtor or { } Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7

{ } CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   { } DELETE name: Give record name to be deleted in item 6a or 6b.   { } ADD name: Complete item 7a or 7b and also item 7c; also complete items 7d - 7g (if applicable).

6. CURRENT RECORD INFORMATION:

| | 6a. ORGANIZATION'S NAME: | | | |
|---|---|---|---|---|
| OR | | | | |
| | 6b. LAST NAME: | FIRST NAME: | MIDDLE NAME: | SUFFIX: |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral { } deleted or { } added, or give entire { } restated collateral description, or describe collateral { } assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here { } and enter name of DEBTOR authorizing this Amendment

| | 9a. ORGANIZATION'S NAME: | | | |
|---|---|---|---|---|
| OR | KEYBANK NATIONAL ASSOCIATION | | | |
| | 9b. LAST NAME: | FIRST NAME: | MIDDLE NAME: | SUFFIX: |

10. OPTIONAL FILER REFERENCE DATA:

11. Use this space for additional information.
LIEN CONTINUATION - new expiration date is 02/18/2015

*Electronically generated from original XML Document

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

SEE ATTACHED FOR DETAILS

**IDAHO SECRETARY OF STATE**
**03/09/2005 05:00**
CK: 5634567 CT: 1577 BH: 797455
1 @ 12.00 = 12.00 UCC1 FILE # 2
Filing Number:
B 2005-0981329-0

A. NAME & PHONE OF CONTACT AT FILER [optional]
Phone:(800) 331-3282 Fax: (818) 662-4141

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)
511630 IKEYEQUIP

UCC Direct Services
6572111
P.O. Box 29071
Glendale, CA 91209-9071
IDID

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Vitafreze Frozen Confections, Inc. | | | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX | |
|---|---|---|---|---|---|
| | | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1221 66th Street | Sacramento | CA | 95814 | |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION Corporation | 1f. JURISDICTION OF ORGANIZATION ID | 1g. ORGANIZATIONAL ID #, if any C0514544 | NONE |
|---|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| | | | | | |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX | |
|---|---|---|---|---|---|
| | | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | NONE |
|---|---|---|---|---|---|

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Key Equipment Finance, a division of Key Corporate Capital Inc. | | | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX | |
|---|---|---|---|---|---|
| | | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 66 S. Pearl Street | Albany | NY | 12207 | |

**4. This FINANCING STATEMENT covers the following collateral:**

This financing statement covers all of Debtor's right, title and interest, now owned or hereafter acquired, in and to the following described collateral, together with any and all (1) substitutions, replacements or exchanges therefore, (2) replacement parts, additions, attachments and accessories incorporated therein or affixed thereto, or used in connection therewith, and (3)cash and non cash proceeds including, without limitation, claims of the Debtor against third parties for loss or damage to, or destruction of, such collateral: SEE ATTACHED EXHIBIT A (1) accounts receivable, accounts, chattel paper, documents, contract rights, instruments, general intangibles, and all right, title and interest in sold, leased, or furnished goods giving rise thereto (including, without limitation, all rights (i) of stoppage in transit, (ii) of reclamation, and (iii) in returned or repossessed goods); (2) inventory (including, without limitation, all goods that are (i) raw materials, (ii) work in process, (iii) materials used or consumed in the ordinary course of Debtor's business or held for sale or lease or furnished or to be furnished under contracts of service); (3) equipment, including, without limitation, (i) all machinery, office furniture and furnishing, tools, dies, jigs, and molds, (ii) all goods used or bought for use primarily in Debtor's business, (iii) all goods that are not consumer goods or farm products and all accessions thereto and gods with which the goods are commingled.

| 5. ALTERNATIVE DESIGNATION [if applicable] | X LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|

**8. OPTIONAL FILER REFERENCE DATA**
6572111
L#8800503352

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

Prepared by UCC Direct Services, P.O. Box 29071, Glendale, CA 91209-9071 Tel (800) 331-3282

## Appraisal

**Deluxe Ice Cream Company**
**1860 State Street**
**Salem, Oregon**

## Machinery & Equipment

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|-----------------------|

### Production

| 1 | 1- | Tanks and Mixing Equipment, To Include: | $     133,500 |

    (1)  Mueller 10,000-Gallon Jacketed Stainless Steel Tank, S/N 266500, (1999); Vertical, Double Wall, Pasteurize Mix, Ammonia/Jacket; with Associated Pumps and Piping

    (1)  Mueller 8,000-Gallon Sugar Storage Silo, S/N 310263, (2004); Stainless Steel, Vertical, Single Wall; with Associated Pumps and Piping

    (1)  Chester-Jensen Model AHM 6,000-Gallon Jacketed Stainless Steel Tank, S/N 440; (Estimated 1960s); Horizontal, Carbon Steel Skin, Ammonia/Jacket; with Associated Pumps and Piping; (Mounted Through Wall)

    (1)  Mueller 6,000-Gallon Jacketed Stainless Steel Tank, S/N 22-07, (2003); Vertical, Double Wall, Ammonia/Jacket; with Associated Pumps and Piping; (Mounted Through Wall)

    (1)  Mueller Model PCP 1,000-Gallon Jacketed Stainless Steel Tank, S/N 140130, (1994); Pasteurization, Vertical, Water/Jacketed; with Associated Pumps and Piping

    (1)  Mueller 600-Gallon Jacketed Stainless Steel Tank, (1988); Vertical, Water/Jacketed; with Mixing Agitator; and Associated Pumps and Piping

    (2)  650-Gallon Jacketed Stainless Steel Tanks; (Estimated 1960s); Vertical, Carbon Steel Skin, Ammonia/Jacketed; Each with (1) 5 hp Pump; and Associated Piping

*SEE ATTACHED FOR DETAILS*

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|-----------------------|
|  |  | (2)  1,000-Gallon Jacketed Stainless Steel Tanks; (Estimated 1960s); Vertical, Carbon Steel Skin, Ammonia/Jacketed; Each with (1) 3 hp Pump; and Associated Piping |  |
|  |  | (1)  2,000-Gallon Stainless Steel Tank; (Estimated 1960s); Horizontal, Carbon Steel Skin, Insulated Ammonia/Jacket; (Mounted Through Wall) |  |
| 2 | 1- | APV Model G24-2.5P 1,000-Gallon/Hour Stainless Steel Homogenizer, S/N 19982410164, (1998), 30 hp; 2,500 psi, 2-Stage; with Piping | 30,000 |
| 3 | 1- | Specially Manufactured Model T 28CH 1,200-Gallon/Hour HTST Pasteurizer, S/N 2032, (2002); 42"L x 45"H x 20"W; with (3) Baldor 5 hp Pumps; 50-Gallon Stainless Steel Tank; Piping; and FES Model 4WP-A1-1 Heat Exchanger, S/N 44400-1, (1999), Minimum 4-0" to Maximum 4-1/6" Capacity | 78,000 |
| 4 | 1- | Breddo Model LOR 30-Gallon Stainless Steel Blender Injector, S/N 184TC3450, (1987), 30 hp; 30 Gallon/Minute, 5 psig; with Associated Pumps and Piping | 11,000 |
| 5 | 1- | Berry Plastics Model CP5000 5-Quart Stainless Steel Filler, S/N CP5003; Portable; *(Vendor Owned)* | --- |
| 6 | 1- | Cherry-Burrell Model ST 1,350-Gallon 3-Compartment Stainless Steel Tank, S/N 315-66-380; (Estimated 1970s); with (3) Reliance Electric 1/3 hp Agitators; and Associated Pumps and Piping | 9,500 |
| 7 | 1- | 150-Gallon Stainless Steel Liquifier; (Estimated 1970s); with Associated Pump and Piping | 6,000 |
| 8 | 1- | Cherry-Burrell Model HCIF Fruit Feeder, S/N 93262ZA | 8,500 |
| 9 | 2- | Tetra Pak Hoyer Model KF1200EX 800-GPH Continuous Ice Cream Freezers, S/N Z118.1005+5145; and S/N Z1181006+5146, (2002) Each Value: $75,000 | 150,000 |

## Appraisal - Deluxe Ice Cream Company
### Salem, Oregon

*SEE ATTACHED FOR DETAILS*

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| | (2) | 1,000-Gallon Jacketed Stainless Steel Tanks; (Estimated 1960s); Vertical, Carbon Steel Skin, Ammonia/Jacketed; Each with (1) 3 hp Pump; and Associated Piping | |
| | (1) | 2,000-Gallon Stainless Steel Tank; (Estimated 1960s); Horizontal, Carbon Steel Skin, Insulated Ammonia/Jacket; (Mounted Through Wall) | |
| 2 | 1- | APV Model G24-2.5P 1,000-Gallon/Hour Stainless Steel Homogenizer, S/N 19982410164, (1998), 30 hp; 2,500 psi, 2-Stage; with Piping | 30,000 |
| 3 | 1- | Specially Manufactured Model T 28CH 1,200-Gallon/Hour HTST Pasteurizer, S/N 2032, (2002); 42"L x 45"H x 20"W; with (3) Baldor 5 hp Pumps; 50-Gallon Stainless Steel Tank; Piping; and FES Model 4WP-A1-1 Heat Exchanger, S/N 44400-1, (1999), Minimum 4-0" to Maximum 4-1/6" Capacity | 78,000 |
| 4 | 1- | Breddo Model LOR 30-Gallon Stainless Steel Blender Injector, S/N 184TC3450, (1987), 30 hp; 30 Gallon/Minute, 5 psig; with Associated Pumps and Piping | 11,000 |
| 5 | 1- | Berry Plastics Model CP5000 5-Quart Stainless Steel Filler, S/N CP5003; Portable; *(Vendor Owned)* | --- |
| 6 | 1- | Cherry-Burrell Model ST 1,350-Gallon 3-Compartment Stainless Steel Tank, S/N 315-66-380; (Estimated 1970s); with (3) Reliance Electric 1/3 hp Agitators; and Associated Pumps and Piping | 9,500 |
| 7 | 1- | 150-Gallon Stainless Steel Liquifier; (Estimated 1970s); with Associated Pump and Piping | 6,000 |
| 8 | 1- | Cherry-Burrell Model HCIF Fruit Feeder, S/N 93262ZA | 8,500 |
| 9 | 2- | Tetra Pak Hoyer Model KF1200EX 800-GPH Continuous Ice Cream Freezers, S/N Z118.1005+5145; and S/N Z1181006+5146, (2002) Each Value: $75,000 | 150,000 |

EXHIBIT "3"

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|-----------------------|
| 14 | 1- | Vit-A-Line #1; 20 Drops/Minute, To Include: | 150,000 |

    (1) FMC Model Viking 1 6-Wide Stainless Steel Vit-A-Line, (1957); (294) Molds on Conveyor + (2) Mold Sets 3 Oz./4 Oz., Pneumatic, 40-Ton Refrigeration Capacity; with Estimated 20"W x 100'L Conveyor; 6-Wide Filler Unit; 6-Wide Evacuation Unit; 6-Wide Filler Unit; 6-Wide Stormax Stick Inserter, (1978), with Allen-Bradley Model PanelView 550 Controls, (2003); Alliance 6-Wide Demolding and Picking Station; Specially Manufactured Heat Exchanger; Ammonia Tank; and Salt Water Tank

    (1) Cherry-Burrell Model WPT 300-Gallon Stainless Steel Tank, S/N 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; (Estimated 1970s); with Mixing Agitator; and Associated Pump

    (1) 1,350-Gallon 3-Compartment Stainless Steel Tank; (Estimated 1970s); 4'W x 10'L; with (3) Mixing Agitators; and Associated Pumps

    (1) Sidam Ice Cream Machinery Model Polopack 8 150-Wraps/Minute Single-Lane Popsicle Wrapping Machine, (1985); 8"W x 10'L Conveyor; with Reliance Electric Model SP500 Easyclean Cleaning System

    (2) Interlocking Plastic Belt Conveyors; 6"W x 8'L

    (1) Specially Manufactured Stainless Steel Accumulation Table

    (1) Hoyer Model Flopac 50 Popsicle Cartoner Packaging Machine, S/N Z431.1100, (2002); IM.50, 6-Pack/12-Pack Packaging Capabilities; with Stainless Steel Infeed Conveyor; Articulating Arms; Nordson Model 3400 Hot Glue System; and Woods Ultracon II SCR Controls

    (1) Stainless Steel Interlocking Plastic Belt Conveyor; S-Shape

    (1) Anderson Brothers Model 466 Packaging Machine, S/N 33225; 30"W x 20"H x 6'L Capacity; with Specially Manufactured Shrink Wrap Tunnel; and Specially Manufactured Conveyor

    (1) Stainless Steel Belt Conveyor; 15"W x 75' Estimated Length, Ceiling Mounted

    (1) Lot of Associated Piping; Electrical; and Controls

SEE ATTACHED FOR DETAILS

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| 15 | 1- | Bunting Magnetics Model MN2.2C 600-500 Stainless Steel Metal Detector, S/N 971236-C, (2004); 23"W x 20"H; with Mesutronic Metal Detector Controls | 15,000 |
| 16 | 1- | Fleet-Line Model FL-6000 Case Sealer; with Diagraph Model IV-700 Ink Jet Marking Machine | 3,750 |
| 17 | 1- | NDS 2-Wide Stainless Steel Ice Cream Cone Filler; with Cone Insertion Station; and Cone Fill Stations; *(Vendor Owned)* | --- |
| 18 | 1- | Ice Cream Cup Line, To Include:<br>(1) Osgood Model 2901-6 180-Cup/Minute Multi-Lane Index Filling Machine, S/N 2901-6, (1994); 2 Oz./4 Oz. Ice Cream Cup, 2-Wide; with Plastic Cup Infeed; Ice Cream Dispenser; Capping Station; Rubber Belt Conveyor System; Specially Manufactured Packaging Table; and PanelMate Controls<br>(1) Doboy Model B-450 Bag Sealer, S/N 98-20236, (1998); with 6"W x 8'L Roll Conveyor<br>(1) Fleet-Line Model FL-6000 Case Sealer, S/N 6177; with Diagraph Model 575000 Ink Jet Marking Machine, S/N NE10003834; and (2) Stainless Steel Tables<br>(1) Lot of Associated Piping, Electrical, and Controls | 85,000 |
| 19 | 1- | 5-Quart Circular Box Maker; *(Vendor Owned)* | --- |
| 20 | 1- | Power Belt Conveyor; 24"W x 15'L | 1,250 |
| 21 | 1- | -15 Degree Fahrenheit Storage Freezer; Estimated 40'W x 90'L; with (2) Evaporators; (Rebuilt 1988; *Real Estate*) | --- |
| 22 | 1- | Imperial Mfg. Co. -15 Degree Fahrenheit Storage Freezer; (Estimated 1970s); Estimated 40'L x 30'W; with (2) Evaporators; *(Real Estate)* | --- |

SEE ATTACHED FOR DETAILS

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| 23 | 1- | Vit-A-Line #2; 20 Drops/Minute, To Include: | 140,000 |
| | | (1) 300-Gallon Stainless Steel Tank; 4'W x 6'L; with Mixing Agitators; and Associated Pumps | |
| | | (1) 1,800-Gallon 3-Compartment Stainless Steel Tank; 4'W x 12'L; with (3) Mixing Agitators; and Associated Pumps | |
| | | (1) Dairy Craft 1,125-Gallon 3-Compartment Stainless Steel Tank, S/N 1655; with (3) Mixing Agitators; and Associated Pumps | |
| | | (1) FMC Model Viking 1 6-Wide Stainless Steel Vit-A-Line; (Estimated 1970s); (294) Molds on Conveyor + (1) Mold Set 4 Oz., Pneumatic, 40-Ton Refrigeration Capacity; with Estimated 20"W x 30'L Conveyor; 6-Wide Filling Unit; 6-Wide Stormax Stick Inserter, (1989), with Hoyer Controls; Alliance 6-Wide Demolding and Picking Station, (1989); Specially Manufactured Heat Exchanger; Ammonia tank; and Salt Water Tank; (Rebuilt 1989) | |
| | | (1) Sidam Ice Cream Machinery Model Polopack 8 150-Wrap/Minute Single-Lane Popsicle Wrapping Machine, (1989); with 8"W x 10'L Stainless Steel Infeed Conveyor; Pneumatic Transfer Station; 3-Position Plastic Dispense Unwind Stand; Product Outfeed Conveyor Table; and Siemens Controls | |
| | | (1) Lot of Associated Piping; Electrical; and Controls | |
| 24 | 1- | Crepaco Model KM 340 1,200-Gallon/Hour 3-Barrel Continuous Ice Cream Freezer, S/N KM340-3446, (1972); with (3) Reliance Electric Model SP500 Easy Clean Cleaning Systems | 12,500 |
| 25 | 1- | Vit-A-Line #3; 20 Drops/Minute, To Include: | 200,000 |
| | | (1) 1350-Gallon 3-Compartment Stainless Steel Tank; with (3) Mixing Agitators; and Associated Pumps | |

*SEE ATTACHED FOR DETAILS*

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| | (1) | FMC Model M Series 8-Wide Stainless Steel Vit-A-Line, S/N 30-M-148, (1975); (294) Molds on Conveyor + (1) Mold Set Twinpop Pneumatic, 40-Ton Refrigeration Capacity; with Estimated 28"W x 30'L Conveyor; 8-Wide Filler Unit; 8-Wide Evacuation Unit; 8-Wide Filler Unit; 8-Wide Stormax Stick Inserter; 8-Wide Alliance Demolding and Picking Station; Specially Manufactured Heat Exchanger; Ammonia Tank; and Salt Water Tank; (Rebuilt 1993) | |
| | (1) | Anderson Model 591 8-Lane Bar Stacker Packaging System | |
| | (1) | Doboy Model B-500 Bag Sealer, S/N 01-23104, (2001); with 24"W x 15'L Belt Outfeed Conveyor | |
| | (2) | Fleet-Line Model FL-6000 Case Sealers; Portable; Each with Diagraph Model 5750400 Ink Jet Marking Machine | |
| | (2) | Power Belt Conveyors; 24"W x 15'L | |
| | (1) | Lot of Associated Piping, Electrical, and Controls | |
| 26 | 1- | Doboy Model B-500 Bag Sealer, S/N 99-21165, (1999); with Direct 1000 Controls | 5,000 |
| 27 | 1- | St. Regis Model FF-1994 Stainless Steel Fruit Feeder, S/N FS 1994, (1983), 3 hp; (Crepaco) | 6,000 |
| 28 | 1- | Anderson Brothers Pint Filler, S/N 19978; (Estimated 1960s) | 1,500 |
| 29 | 1- | Garver Electrifuge Model 212 Centrifuge, S/N 8629; 18"D Capacity | 350 |
| 30 | 1- | Ohaus Model MB35 Moisture Analyzer | 1,300 |
| 31 | 1- | -20 Degrees Fahrenheit Storage Freezer, (1984); 50'W x 90'L; with (3) Krack Evaporators; *(Real Estate)* | --- |
| 32 | 1- | 2,500-Gallon Brine Stainless Steel Tank; (Estimated 1970s); 4'W x 12'L x 8'H | 6,000 |

**Appraisal - Deluxe Ice Cream Company**
**Salem, Oregon**

*SEE ATTACHED FOR DETAILS*

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| 33 | 1- | Norse Dairy Systems Stainless Steel Ice Cream Sandwich Machine; with (2) Wafer Infeed Conveyors; Sandwich Assembly Area; and Outfeed Conveyor; *(Vendor Owned)* | --- |
| | | Total Production: | $ 1,251,650 |

### Plant Utilities

| Item # | Qty. | | Market Value In Place |
|---|---|---|---|
| 34 | 1- | FES Model 19ME Ammonia Compressor, S/N 19M75, (1996), 200 hp; with FES Micro IIE Controls; (1) 48"D x 14'L Ammonia Shell and Tube; Associated Piping; and Evapco Model LSCA-155 Cooling Tower, S/N 95-8025 W, (1995), 200 hp, 2,504,000.00 MBH | $ 82,500 |
| 35 | 1- | FES-Fuller Model A120S Ammonia Compressor, S/N 72-21131-103, (1972), 75 hp; with 36"D x 12'L Ammonia Steel Tank; and Associated Piping | 10,000 |
| 36 | 1- | Worthington Model 8X8 VR-8F Ammonia Compressor, S/N L90713, 100 hp; (Estimated 1960s); with Associated Piping | 7,000 |
| 37 | 1- | Quincy Model QNW360-C1 Rotary Screw Air Compressor, S/N 900580, (1990), 75 hp; 21,546 Hours Indicated; with Associated Piping | 12,000 |
| 38 | 1- | Arrow Pneumatics Model 3515-4 Air Dryer, S/N RD460, 3 hp | 2,500 |
| 39 | 1- | Quincy Model QNWC-30-C Rotary Screw Air Compressor, S/N 820347, (1982), 30 hp; with 36"D x 6'H Storage Tank; and Associated Piping | 1,500 |
| 40 | 1- | CIP System; with Ecolab Model Saber Quantum Cleaning System; and Ecolab Model AC-1351 Liquid Alkaline Detergent Polypropylene Tank; (Not in Service; Ecolab Is Vendor Owned; Tanks And Valves Owned By Company, (2002)) | 7,500 |

**Appraisal - Deluxe Ice Cream Company**
**Salem, Oregon**

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| 41 | 1- | Vilter Model 448 Ammonia Compressor, S/N 7873AHRCDH0265531, 100 hp; with Associated Piping | 14,000 |
| 42 | 1- | FES-Fuller Model A135S Ammonia Compressor, (1989), 75 hp; with Associated Piping | 9,000 |
| 43 | 1- | Sullair Model 820-LB-717-400-3.0 Screw-Type Ammonia Compressor, S/N 056-01190, (1989), 60 hp; 121°F Operating Temperature; with Associated Piping | 5,500 |
| 44 | 1- | Mycom Model N6B Ammonia Compressor, S/N 10536, 100 hp; (Estimated 1970s); with Associated Piping | 9,000 |
| 45 | 1- | FES-Fuller Ammonia Compressor, 40 hp; (Estimated 1970s); with Associated Piping | 3,000 |
| 46 | 1- | Mycom Model N4B Ammonia Compressor, 75 hp; (Estimated 1970s); with Associated Piping | 9,000 |
| 47 | 1- | Cleaver Brooks Model CBH-200-70 150-psi Gas-Fired Boiler, S/N L-62406, (1977), 2 hp; 2,929,000 Btus/Hour; (Retubed 1992) | 7,000 |
| 48 | 1- | GEA Refrigeration Division Model 400GL Ammonia Compressor, S/N 3A082011, (2003), 350 hp; with GEA Model Micro III Controls; Associated Piping; and Evapco Model ATC 325 B Cooling Tower, S/N W037205, (2003), 350 hp | 135,000 |
| 49 | 1- | BAC Model VXCN205 Cooling Tower, S/N 83-7120M, (1983); 1,985,000.00 MBH | 4,500 |
| 50 | 1- | Evapaco Model LSCA-480 Cooling Tower, S/N 91-5668, (1991) | 11,500 |
| | | Total Plant Utilities: | $ 330,500 |

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|-----------------------|

### Maintenance

| 51 | 1- | Maintenance Equipment, To Include: | $ 3,250 |

(1) Delta Model 31-120 12" Disc Sander; with Portable Cart
(1) Ridgid Model 200 Pipe Threader, S/N 201537
(1) Jet Model Jet-1240PY 12" x 40" Bed Size Engine Lathe, S/N M84-02-016, (1984); 1-1/2" Hole Through Spindle; with 3-Jaw Chuck; End Stock; and Tool Holder
(1) Jepson Model 9115 14" Chop Saw
(1) Systematics Model MP175 175-Amp Welder, S/N 175P-2052
(1) Miller Model Econo Twin HF 150-Amp Welder, S/N JE-11, (1984)
(1) Union Tool Co. Model MADP036AMA 7" Throat Bench-Type Drill Press, S/N 58957
(1) H-Frame Press; 24"W Capacity

Total Maintenance: $ 3,250

### Throughout Plant

| 52 | 1- | Stretch Wrap Machine; 48" x 48" Platform | $ 2,750 |
| 53 | 1- | Lantech Model E-Series Stretch Wrap Machine, S/N W-0091; 48"D x 6'H Platform | 3,750 |
| 54 | 1- | Marathon Model V-6030HD Vertical Baler, S/N 38377W; 60"W x 30"D | 3,000 |
| 55 | 1- | Lot of Factory and Support Equipment, To Include: Pallet Jacks; Stainless Steel Tables; Stainless Steel Sinks; Cabinets; Metal Lockers; Small Storage Tanks; Conveyor; Microwave; Break Room Equipment; Desks; Chairs; Miscellaneous Pumps; etc. | 15,000 |

EXHIBIT "3"

000138

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| 56 | 1- | Lot of Office Furniture and Business Machines, To Include: Desks; Chairs; Cubicles; Cabinets; Telephone System; Facsimile Machines; Photocopiers; Executive Office Tables; Conference Tables; Executive Chairs; Security System; Televisions; Printers; etc. | 30,000 |
| | | Total Throughout Plant: | $ 54,500 |

**Rolling Stock**

| Item # | Qty. | | Market Value In Place |
|---|---|---|---|
| 57 | 1- | Clark Model TM15S 3,000-Lb. Electric Lift Truck, S/N TM247-0607-9055FB, (1993); 188" Lift Height, 3-Stage Mast, Solid Tire; with Battery Charger | $ 3,500 |
| 58 | 1- | Yale Model MPB040ACN2402748 4,000-Lb. Walk-Behind Low-Lift Walkie | 600 |
| 59 | 1- | 1998 International Model 9400 Conventional Tractor, VIN 2HSFHAMR2WC035472; 574,331 Miles Indicated | 30,000 |
| 60 | 1- | Clark Model TM15S 3,000-Lb. Electric Lift Truck, S/N TM247-0296-9058FB, (1994); 188" Lift Height, 3-Stage Mast, Solid Tire | 3,500 |
| 61 | 1- | Clark Model TMG15S 3,000-Lb. Electric Lift Truck, S/N TMG248-0226-7482FB, (1998); 188" Lift Height, 3-Stage Mast, Solid Tire | 6,500 |
| 62 | 1- | Skyjack Model SJM3219 19'H Scissor Lift, S/N 22951 | 8,000 |
| 63 | 1- | Clark Model TMG15S 3,000-Lb. Electric Lift Truck, S/N TMG248-0261-7498FB, (2000); 188" Lift Height, 3-Stage Mast, Solid Tire | 7,500 |
| 64 | 1- | Clark Model TMG15S 3,000-Lb. Electric Lift Truck, S/N Unknown; 188" Lift Height, 3-Stage Mast, Solid Tire | 6,000 |
| 65 | 1- | Clark Model TMG15S 3,000-Lb. Electric Lift Truck, S/N Unknown; 188" Lift Height, 3-Stage Mast, Solid Tire; (Not Inspected; Located Off Site) | 6,000 |

**Appraisal - Deluxe Ice Cream Company**
**Salem, Oregon**

SEE ATTACHED FOR DETAILS

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| 66 | 1- | Linde Model EGU20 4,000-Lb. Low-Lift Walkie; with Battery Charger | 1,600 |
| 67 | 1- | 1992 Dodge Model B350 Van, VIN 2B7KB31Z6NK113894; 5.9 L V8 Engine, 91,824 Miles Reported; (Not Inspected) | 2,500 |
| 68 | 1- | 1995 International Model 4900 Conventional Tractor, VIN 1HTSDAAN5SH691787; License #YAP1499, 351,444 Miles Reported; with Murphy Refrigerated Body, 8' x 18'; (Not Inspected) | 22,000 |
| 69 | 1- | 1996 International Model 4900 Conventional Tractor, VIN 1HTSDAAN2TH346993; License #YCPX805, 207,967 Miles Reported; with Murphy Refrigerated Body, 8' x 18'; (Not Inspected) | 25,000 |
| 70 | 1- | 1980 International Model Ryder Conventional Tractor, VIN AA185KHA23230; License #T506622, 215,376 Miles Reported; with Van Body; (Not Inspected) | 4,000 |
| 71 | 1- | 1988 International Model 9670 Conventional Tractor, VIN 1HSRDGVR6JH552981; License #YABP742, 905,129 Hours Reported; (Not Inspected) | 12,000 |
| 72 | 1- | 1998 International Model 9300 Conventional Tractor, VIN 2HSFBASR9WC044772; License #YAD714, 420,508 Miles Reported; (Not Inspected) | 35,000 |
| 73 | 1- | 1986 Utility Refrigerated Trailer, VIN 1UYV52457GC604804; License #HP22477, Insulated, 38,147 Hours Reported; with Thermal King Model SBII Refrigeration Unit, S/N 0566868084; (Not Inspected) | 5,500 |
| 74 | 1- | 1993 Utility Refrigerated Trailer, VIN 1UYV5248XRU132301; License #HP73460, Insulated, 21,426 Hours Reported; with Thermal King Model SBII Refrigeration Unit, S/N 0936117800 | 11,500 |

**Appraisal - Deluxe Ice Cream Company**
**Salem, Oregon**

SEE ATTACHED FOR DETAILS

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| 75 | 1- | 1994 Wabash Refrigerated Trailer, VIN 1JJE482S8RL240424; License #HP95222, Insulated, 11,042 Hours Reported; with Carrier Model NDA94ANO-AM-0 Refrigeration Unit, S/N DAL90238166 | 13,000 |
| | | Total Rolling Stock: | $ 203,700 |

**Total Appraised Market Value In Place -**
**Deluxe Ice Cream Company**
**1860 State Street**
**Salem, Oregon**

$ 1,843,600

EXHIBIT "3"



SEE ATTACHED FOR DETAILS

**Matterhorn Ice Cream Company**
**115 East Plymouth Street**
**Caldwell, Idaho**

## Appraisal

**Matterhorn Ice Cream Company**
**115 East Plymouth Street**
**Caldwell, Idaho**

## Machinery & Equipment

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------|

### Production

| 76 | 1- | Tanks and Mixing Equipment, To Include: | $ 95,000 |

(1) Cherry-Burrell Model CV 6,000-Gallon Stainless Steel Tank, S/N 4500-69-933, (1969); with Mixing Agitator; (Installed In Enclosed Room)

(1) Feldmeier 10,000-Gallon Jacketed Stainless Steel Tank, (2002); Vertical, Ammonia/Jacketed; *(Leased)*

(1) Dairy King 1,200-Gallon Jacketed Stainless Steel Tank, S/N 1200F2607; (Estimated 1960s); Horizontal, Freon/Jacketed, Open Top; with Lid; and Mixing Agitator

(1) Mueller 1,000-Gallon Jacketed Stainless Steel Tank; (Estimated 1960s); Horizontal, Freon/Jacketed; with Mixing Agitator

(1) Dairy King 1,500-Gallon Jacketed Stainless Steel Tank, S/N 1500S4085, (1964); (Estimated 1960s); Horizontal, Freon/Jacketed; with (2) Mixing Agitators

(1) St. Regis Model SC 1,000-Gallon Jacketed Stainless Steel Tank, S/N 49707; (Estimated 1960s); Horizontal, Ammonia/Jacketed; with Mixing Agitator

(1) St. Regis Model SC 1,000-Gallon Jacketed Stainless Steel Tank, S/N 49711; (Estimated 1980s); Horizontal, Freon/Jacketed; with Mixing Agitator; (Installed Through Wall)

(1) CE Howard Model 12678-A 15,000-Gallon Stainless Steel Tank, S/N 9967-2, (1969)

SEE ATTACHED FOR DETAILS

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|-----------------------|
| 77 | 1- | 3M Model 39600 Case Sealer, S/N 4058, (1997) | 2,250 |
| 78 | 1- | Process Automation Engineering CIP System, (1995); with 300-Gallon Stainless Steel Tank; 200-Gallon Stainless Steel Tank; and Process Automation Engineering Control System, with Anderson Chart Graph, (2) Honeywell Digital Displays, and Allen-Bradley Model Micrologix 1500 PLC Controls | 30,000 |
| 79 | 1- | APV Model M/C 6742-9539 (HX) 800-Gallon/Hour Pasteurizer, (1987); with Diversion Valves; 50-Gallon Stainless Steel Surge Tank; 5 hp Pump; and HTST Controls, with Taylor Chart Graph | 25,000 |
| 80 | 1- | Specially Manufactured Stainless Steel Interlocking Plastic Belt Conveyor; 4"W x 6'L; with Teco Model FM50 Controls | 500 |
| 81 | 1- | Stainless Steel Interlocking Plastic Belt Conveyor; Portable, 8"W x 15'L; with Teco Model FM50 Controls | 1,000 |
| 82 | 1- | STA Pack Model STA-52 Case Sealer, S/N AS020258, (2001); 20"W Capacity | 1,750 |
| 83 | 1- | Safeline Model SL2000 (PPH 18" x 9") Stainless Steel Metal Detector, S/N 55403 (18539-01), (2002); Portable, 18"W x 9"H; with 16"W x 4'L Plastic Belt Conveyor | 10,500 |
| 84 | 1- | Power Belt Conveyor; Portable, 8"W x 12'L | 500 |
| 85 | 1- | Stainless Steel Power Belt Conveyor; Portable, 8"W x 25'L | 1,000 |
| 86 | 3- | Cherry-Burrell Model GHW 1,000-Gallon Jacketed Stainless Steel Tanks, S/N 10-73-2738; S/N 10-73-2739; and S/N 10-73-2737, (1973); Horizontal, Water/Jacketed; Each with Mixing Agitator; and Associated Pumps Each Value: $8,000 | 24,000 |

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| 87 | 3- | Videojet Model 37 Plus Ink Jet Marking Machines, S/N E4980760003WD; S/N E4980770001WD; and S/N 021260023WD Each Value: $4,000 | 12,000 |
| 88 | 1- | Doboy Model Mustang IV Single-Lane Wrapper, S/N 96-18541, (1996); Portable; with 1"W x 10'L Single Stainless Steel Chain Feed Conveyor | 13,500 |
| 89 | 1- | -150-Degree Operating Temperature Nitrogen Tunnel; (Estimated 1960s); 14"W x 12'L Conveyor; with (3) 3/4 hp Fans; and Nitrogen Spray System | 22,500 |
| 90 | 1- | Specially Manufactured Ice Cream Sandwich Machine, (2001); Portable, (6) Filling Heads, 110 Fills/Minute, 33"W x 70"L Table Size | 7,500 |
| 91 | 1- | Cherry-Burrell Model (200BS) 200-Gallon/Hour Continuous Ice Cream Freezer; (Estimated 1960s) | 12,500 |
| 92 | 1- | Specially Manufactured 4-Head Ice Cream Cone Filling System, (2002); Portable; with Chocolate Spray System, with 10-Gallon Hot Water Jacketed Stainless Steel Chocolate Tank; 18"W x 12'L Plastic Belt Conveyor; and Teco-Westinghouse Controls | 5,000 |
| 93 | 1- | Specially Manufactured 6-Head Ice Cream Sandwich Filling System, (2002); Portable, 100 Fills/Minute; with PLC Controls; and Transfer Conveyor, 24" x 12'L | 5,000 |
| 94 | 1- | Ice Cream Bar Line; 120 PPM Maximum, To Include: <br>(1) Interlocking Plastic Belt Conveyor, (2004); 10"W x 40'L <br>(1) Crepaco Stainless Steel Fruit Feeder, S/N A-7891-FF; (Estimated 1970s); 65 Lbs./Hour Capacity <br>(1) Tetra Pak Hoyer Model Custom Built Ice Cream Wire Cut Machine, S/N J349.5078, (2000); Portable, 3 Oz. to 6 Oz. Minimum/Maximum Cutting Size, 300 Cuts/Minute | 200,000 |

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|-----------------------|
| | (1) | Hoyer Model KF/1200 600-Gallon/Hour Continuous Ice Cream Freezer, S/N 115/45O6, (1986) | |
| | (1) | -150 Degree Operating Temperature Nitrogen Tunnel; (Estimated 1960s); 38"W x 34'L; with (4) 1 hp Fans | |
| | (1) | St. Regis Model RFB 1,000-Gallon Jacketed Stainless Steel Tank, S/N 49087; Horizontal, Ammonia/Jacketed; with Mixing Agitator; and Associated Pumps | |
| | (1) | Dover Model RA-40 50-Gallon Stainless Steel Mixing Kettle, S/N 100631, (1980); Portable; with 1/2 hp Mixing Agitator; and Depa-Pumpen 1-1/2" Diaphragm Pump | |
| | (1) | Specially Manufactured Chocolate Dip Enrober, (2001), 1 hp; Portable, 160 Bars/Minute; with (2) 6"W x 16'L Stainless Steel Conveyors; Dipping Station; 50-Gallon Capacity Stainless Steel Hot Water Jacketed Chocolate Tank; and 1-1/2" Diaphragm Pump | |
| | (1) | Doboy Model Mustang IV Single Lane Wrapper, S/N 94-16670, (1994); Portable; with 1-1/2"W x 10'L Stainless Steel Infeed Conveyor; Sealing Station; and Outfeed Conveyor | |
| | (1) | Interlocking Plastic Belt Conveyor; 8"W x 10'L; with Teco Model FM50 Controls | |
| | (1) | Adco Model 15D105-SS Semi-Automatic Cartoner, S/N 4301HG, (2001); 100 Boxes/Minute, 1" to 9 1/2" Length Opening x 3/4" to 4" Width Opening x 4" to 12" Carton Depth; with Single-Lane Box Infeed Station; Box Assembly Station; 8"W x 18'L Chain Section Conveyor; Glue and Sealing Station, with Nordson Model 3100V-1EAV2F Hot Glue Machine, S/N AN99M31589 | |
| | (1) | Lot of Associated Piping, Electrical, and Controls | |
| 95 | 1- | 3M Model T8000 Case Sealer, S/N 2520; Portable; with (2) Marsh Model Unicorn Ink Jet Printers | 1,500 |

SEE ATTACHED FOR DETAILS

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|------------------------|
| 96 | 1- | Safeline Model (PPH 6" x 4") Stainless Steel Metal Detector, S/N 37493 (14490-01), (1999); 6"W x 4"H; with 2"W x 4'L Plastic Belt Conveyor | 7,000 |
| 97 | 1- | 6,000-Gallon Carbon Steel Tank; (Estimated 1970s); with Top Mounted UV Lights; (Installed In Enclosed Room) | 2,500 |
| 98 | 1- | -20 Degree Fahrenheit Storage Freezer, (1970); 50'W x 100'L; with (2) 5-Ton Krack Evaporators; and 20-Ton Krack Evaporator; *(Real Estate)* | --- |
| | | Total Production: | $ 480,500 |

### Plant Utilities

| Item # | Qty. | | Market Value In Place |
|--------|------|--|------------------------|
| 99 | 6- | Copeland Model CSAH0300-CAB-001N Freon Compressors, 1 hp; (Estimated 1980s); with Associated Piping<br>Each Value: $1,500 | $ 9,000 |
| 100 | 1- | Frick Model RDBF222B Ammonia Compressor, S/N S0022EFEFLHCA3, 150 hp; (Estimated 1986); 27,239 Hours Indicated; with Associated Piping | 9,000 |
| 101 | 1- | Vilter Model C92214 Ammonia Compressor, S/N 15174ASR, 150 hp; (Estimated 1960s); with Associated Piping | 8,000 |
| 102 | 1- | Vilter Ammonia Compressor, S/N 601A484RC, 40 hp; (Estimated 1960s); with Associated Piping | 3,000 |
| 103 | 1- | Mycom Model 5A Ammonia Compressor, S/N 5A1497, 40 hp; (Estimated 1960s); with Associated Piping | 3,000 |
| 104 | 1- | Vilter Ammonia Compressor, 60 hp; (Estimated 1960s); with Associated Piping | 3,000 |
| 105 | 1- | Mycom Model 42A Ammonia Compressor, S/N 42A1529, 30 hp; (Estimated 1960s); with Associated Piping | 3,000 |

**Appraisal - Matterhorn Ice Cream Company**
**Caldwell, Idaho**

SEE ATTACHED FOR DETAILS

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------|
| 106 | 1- | Fuller Model A-70 Ammonia Compressor, S/N 870, 40 hp; (Estimated 1960s); with Associated Piping | 3,000 |
| 107 | 1- | 800-Gallon Stainless Steel Tank; (Estimated 1970s); Waste Tank; with Mixing Agitator; and Associated Pumps | 4,000 |
| 108 | 1- | Shell and Tube Heat Exchanger; (Estimated 1970s); with 12"D x 15'L Heat Exchanger; 10"D x 10'L Heat Exchanger; 300-Gallon Stainless Steel Tank; and 5 hp Associated Pumps | 1,000 |
| 109 | 1- | Sellers Model Commodore Gas-Fired Boiler, S/N 99066, (1977), 125 hp; 4,185,000 Btus/Hour | 7,500 |
| 110 | 1- | Gardner-Denver Model Electra-Saver II ECH0JE Rotary Screw Air Compressor, S/N M21049, 50 hp; (Estimated 1980s); 31,388 Hours Indicated; with Associated Piping | 8,000 |
| 111 | 1- | Sullivan Palatek Model PDD-165 165-scfm Air Dryer, S/N 3334-2-0208-16BD, (2002) | 4,250 |
| 112 | 1- | Quincy Model C-30-D Rotary Screw Air Compressor, S/N 880453, (1988), 30 hp; Horizontal Tank Mounted, 6,758 Hours Indicated; with Associated Piping | 6,500 |
| 113 | 1- | Baltimore Aircoil Model VXMC340 Cooling Tower, S/N 830602, (1983) | 5,500 |
| 114 | 1- | Recold Model BMSIFS335A Cooling Tower, S/N D7172 | 1,500 |
| | | Total Plant Utilities: | $ 79,250 |

**Dry Goods Storage**

| Item # | Qty. | | Market Value In Place |
|--------|------|---|----------------------|
| 115 | 2- | 5,000-Gallon Jacketed Storage Stainless Steel Tanks; (Estimated 1970s); Chocolate, Vertical, Water/Jacketed; Each with (1) Mixing Agitator; and (1) 3" Diaphragm Pump Each Value: $9,000 | $ 18,000 |
| 116 | 1- | Imperial Walk-In Incubator, (1980), 1 hp; 150°F Maximum Temperature, 6'W x 10'L | 1,500 |

# Appraisal - Matterhorn Ice Cream Company
## Caldwell, Idaho

SEE ATTACHED FOR DETAILS

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|-----------------------|
| 117 | 1- | Walk-In Freezer; (Estimated 1980), 10'W x 32'L, 20°F Operating Temperature; with (2) Bohn 4-Fan Evaporators; and Copeland Air Compressor | 4,000 |
| 118 | 1- | Belt Conveyor; Portable, 9"W x 10'L; with Marsh Model Patrion Plus HR/Series Ink Jet Printer, 2-Head | 3,000 |
| 119 | 1- | Cherry-Burrell Model SS2100VBR 2,000-Gallon Homogenizer, S/N 731624, (1986) | 8,000 |
| 120 | 1- | Specially Manufactured Sandwich Conveyor, (1994); Portable, 6-Lane, Each Lane 4"W x 8'L, with (6) Sandwich Tampers | 6,500 |
| 121 | 1- | AVP Model SR310 2,000/1,000 Gallon/Hour Stainless Steel Pasteurizer, S/N 20375; 140-Plate; with Holding Tube; 50-Gallon Capacity Stainless Steel Balance Tank; Associated Pumps (5hp/2hp); Valves; Anderson Controls; and Alfa Laval Model CB76-20-T09 Plate Press, 120-Plate; (Not In Service) | 30,000 |

Total Dry Goods Storage:     $   71,000

### Maintenance

| | | | |
|--|--|--|--|
| 122 | 1- | Maintenance Shop Equipment, To Include: | $   3,200 |

    (1)   Lincoln Model Invertec V200-Pro 200-Amp Welder, S/N AC-803279, (1991); with Lincoln Model LN-7 Wire Feeder, with Portable Cart
    (1)   Makita Model 2414 14" Chop Saw, S/N 357714E
    (1)   Blackhawk Model 67605 12-Ton H-Frame Press; 18" Between Posts
    (1)   Pro-Tech Model PT-1413 Floor-Type Drill Press, S/N 82694, 3/4 hp; 6" Throat
    (1)   Thermal Dynamics Model Dynapak 4XI 40-Amp Plasma Cutter
    (1)   Jet Model HVBS-463 Horizontal Band Saw, S/N 111004, 1/2 hp; 10"W x 7"H

Total Maintenance:     $   3,200

**Appraisal - Matterhorn Ice Cream Company** ~~SEE ATTACHED FOR DETAILS~~
**Caldwell, Idaho**

| Item # | Qty. | Effective Date: November 5, 2004 | | Market Value In Place |
|--------|------|----------------------------------|---|----------------------|

### Outside Storage

| Item # | Qty. | Description | | Market Value In Place |
|--------|------|-------------|---|----------------------|
| 123 | 1- | CE Howard Model 3711-A 1,250-Gallon Stainless Steel Tank, S/N 6819, (1956); (Not In Service) | $ | 1,500 |
| 124 | 1- | Girton Model SV-500 500-Gallon Stainless Steel Tank, S/N 6410070, (1964); (Not In Service) | | 750 |
| 125 | 1- | Dairy King 1,200-Gallon Stainless Steel Tank, S/N 404; (Not In Service) | | 1,500 |
| 126 | 1- | 1,000-Gallon Stainless Steel Tank; (Not In Service) | | 2,500 |
| 127 | 1- | Breddo Model LDT 100-Gallon Liquifier, S/N D-20190-596360, (1986), 15 hp; (Not In Service) | | 6,500 |
| 128 | 1- | Lot of Equipment Located In Trailer; (Not In Service); To Include:<br>(1) Doboy Single Lane Wrapper Model Supermustang IV, (1986)<br>(1) Stickin Model O276 Popsicle Stick Machine, S/N 0028<br>(1) Great Lakes Shrink Tunnel; Estimated Capacity 32"W x 20"H | | 15,500 |
| | | Total Outside Storage: | $ | 28,250 |

### Throughout Plant

| Item # | Qty. | Description | | Market Value In Place |
|--------|------|-------------|---|----------------------|
| 129 | 1- | Maren Model 2036 36"W x 24"D Vertical Baler, S/N 984313, 5 hp | $ | 1,750 |
| 130 | 2- | Pumps, 1 hp; Portable; Each with 1-1/2" Diaphragm Pump; 15"D Infeed Hopper; and Teco-Westinghouse Controls<br>Each Value: $375 | | 750 |
| 131 | 1- | Wulftec Model WLP-200 Stretch Wrap Machine, S/N 0697-2271; 48"D Rotary Platform x 7"H | | 5,750 |

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| 132 | 1- | Cherry Burrell Model SS2100VBR Homogenizer, S/N 731624; (Not Inspected; Not Yet Delivered) | 5,000 |
| 133 | 2- | Crepaco Model B 1000-Gallon Mixing Tanks, S/N 7226; and S/N 7227; (Not Inspected; Not Yet Delivered) Each Value: $5,000 | 10,000 |
| 134 | 5- | Carton Flow Racks; 9'W x 10'L, 6-Tier Each Value: $300 | 1,500 |
| 135 | 1- | 2001 KIT Manufacturing Model Cypress 70'8" x 26'8" Prefabricated Modular Yard Office, VIN KM1Y0178C235033A/B; with Vinyl Siding; Shingle Roof; Interior Drywall; Kitchen; (2) Bathrooms; (4) Offices; and Climate Control | 35,000 |
| 136 | 1- | Lot of Factory and Support, To Include: Desks; Chairs; Miscellaneous Pumps; Miscellaneous Tanks; Conveyors; Chairs; Laboratory Furnace; Scales; etc. | 12,000 |
| 137 | 1- | Lot of Office Furniture and Business Machines, To Include: Desks; Tables; Chairs, Kitchen Equipment; Telephone System; Computers; Printers; Photocopiers; Facsimile; etc. | 25,000 |
|  |  | Total Throughout Plant: | $ 96,750 |

### Rolling Stock

| Item # | Qty. | | Market Value In Place |
|---|---|---|---|
| 138 | 1- | Allis-Chalmers Model ACE30A 2,500-Lb. Electric Lift Truck, S/N DAE105482, (1978); 106" Lift Height, 2-Stage Mast, Solid Tire | $ 1,500 |
| 139 | 1- | Toyota Model 2FBCA15 3,000-Lb. Electric Lift Truck, S/N 2FBCA15-10296, (1978); 185" Lift Height, 3-Stage Mast, Solid Tire, 7,245 Hours Indicated | 2,000 |
| 140 | 1- | Hyster Model H30XL 3,000-Lb. LP Gas Lift Truck, S/N C001B05738E, (1984); 174" Lift Height, 3-Stage Mast, Pneumatic Tire | 2,500 |

**Appraisal - Matterhorn Ice Cream Company**
**Caldwell, Idaho**

SEE ATTACHED FOR DETAILS

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|

Total Rolling Stock:  $    6,000

**Leased Assets**

| 141 | 1- | Tetra Pak Hoyer Model KF2000XC 600-Gallon/Hour Continuous Ice Cream Freezer, S/N Z115.7429, (2003) | $   70,000 |
| 142 | 1- | Praxair Model U4 1840 DDBCBP (Nitroshield) -150-Degree Fahrenheit Operating Temperature Nitrogen Tunnel, S/N 90013, (2003); 42"W x 24'L Stainless Steel Conveyor; with (4) 3/4 hp Fans; and Controls | 100,000 |
| 143 | 1- | Safeline Model (PPH 14" x 12") Stainless Steel Metal Detector, S/N 55370, (2002); Portable, 14"W x 12"H; with 14"W x 6'L Plastic Belt Conveyor | 9,000 |
| 144 | 1- | Specially Manufactured 16-Head Chocolate Enrober, (2000); Portable; with 36"W x 8'L Stainless Steel Chain Conveyor; (16) Chocolate Spray Heads (8-Top/8-Bottom); and Stainless Steel Hood | 8,000 |
| 145 | 1- | Feldmeier 10,000-Gallon Jacketed Stainless Steel Tank, (2002); Vertical, Ammonia/Jacketed; **(MVIP $30,000; Valued In Tanks and Mixing Equipment)** | --- |
| 146 | 1- | Interlocking Plastic Belt Conveyor, (2004); 10"W x 40'L; **(MVIP $5,500; Valued with Ice Cream Bar Line)** | --- |

Total Leased Assets:  $  187,000

**Total Appraised Market Value In Place -**
**Matterhorn Ice Cream Company**
**115 East Plymouth Street**
**Caldwell, Idaho**

**$    951,950**


SEE ATTACHED FOR DETAILS

**Vitafreze Frozen Confections, Inc.**
**1221 66th Street**
**Sacramento, California**

EXHIBIT "3"

000153


*SEE ATTACHED FOR DETAILS*

# Appraisal

**Vitafreze Frozen Confections, Inc.**
**1221 66th Street**
**Sacramento, California**

## Machinery & Equipment

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|

### Production

| 147 | 1- | Lot of Tanks, To Include: | $ 80,000 |
|---|---|---|---|
| | | (3) Cherry-Burrell 3,000-Gallon Jacketed Stainless Steel Tanks, S/N E-345-92, Asset #6; S/N E-344-92, Asset #Tank 5; and S/N E-346-92, Asset #Tank 4, (1992); Vertical, Ammonia/Jacketed; Each with Associated Pumps | |
| | | (1) Feldmeier 1,500-Gallon Jacketed Stainless Steel Tank, S/N E-1014-00, Asset #3, (2000); Vertical, Ammonia/Jacketed; with Associated Pumps | |
| | | (2) CE Howard 1,500-Gallon Jacketed Stainless Steel Tanks, S/N 7856-2, Asset #2; and S/N 7856-1, Asset #1, (1956); Vertical, Ammonia/Jacketed; Each with Associated Pumps | |
| | | (1) 4,000-Gallon Stainless Steel Tank; Vertical; with Associated Pumps | |
| | | (1) CE Howard 300-Gallon Jacketed Stainless Steel Tank, S/N 6211, (1955); Vertical, Water/Jacketed; with Associated Pumps | |
| 148 | 1- | Poly Cal Plastics 4,000-Gallon Polypropylene Tank; Vertical, Calcium Chloride Filled; with Associated Pumps | 1,000 |
| 149 | 1- | 700-Gallon Polypropylene Tank; with Associated Pumps | 500 |

000154

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|

150    1-    pH Wastewater Treatment System, (1999); Lot of Tanks, To Include:     50,000

     (1) 1,500-Gallon Spill Grease Interceptor Casted Concrete In-Ground Tank

     (1) 5,000-Gallon Casted Concrete In-Ground Settling Tank

     (1) 800-Gallon Caustic Polypropylene Tank

151    1-    Vit-A-Line #1; 20 Dips/Minute Maximum Capacity, To Include:     125,000

     (1) FMC 8-Wide Stainless Steel Vit-A-Line, (1970); 383 Molds, 22 Drops/Minute, Pneumatic, 40-Tons of Refrigeration, 11' Extra Cooling Capacity; with Estimated 28"W x 35'L Conveyor; 8-Wide Filling Unit; 8-Wide Evacuation Unit; Stormax International Model 0251 Stick Inserter, S/N 0025; Viking Demolding and Picking Station, 28"W x 8'L; Specially Manufactured Heat Exchanger; Ammonia Tank; and Salt Water Tank

     (1) Fuji Formost Model FW370A Single-Lane Stainless Steel Wrapper, S/N H3508, (1979); 200 Wraps/Minute; with 8"W x 10'L Stainless Steel Section Conveyor; 2"W x 8'L Single Infeed Conveyor; and 20"W x 10'L Stainless Steel Plastic Belt Conveyor

     (1) Cintec Stainless Steel Metal Detector; 4"W x 4"H

     (1) Stainless Steel Power Belt Conveyor; 3"W x 6'L

     (1) Stainless Steel Power Belt Conveyor; 4"W x 6'L; with Stainless Steel Accumulation Table

     (1) Hayes Model 515B-30 30 Box/Minute Automatic Carton Packaging Machine, S/N 8305, (1970); 6-Bar To 12-Bar Packaging Capacity; with Stainless Steel Infeed Packaging Conveyor; Box Assembly Station; Box Closing and Gluing Station, with Nordson Glue Machine; and 24"W x 20'L Belt Outfeed Conveyor

     (1) Lot of Associated Piping, Electrical, and Controls

Appraisal - Vitafreze Frozen Confections, Inc. SEE ATTACHED FOR DETAILS
Sacramento, California

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------|

152    1-    Vit-A-Line #2; 20 Dips/Minute Maximum Capacity, To Include:      125,000

    (1)    FMC 8-Wide Stainless Steel Vit-A-Line, (1970); 372 Molds, 22 Drops/Minute, Pneumatic, 40-Tons of Refrigeration, 8' Extra Cooling Capacity; with Estimated 28"W x 35'L Conveyor; 8-Wide Filling Unit; 8-Wide Evacuation Unit; 8-Wide Filling Unit; Stormax International Model 0260 Stick Inserter, S/N 0026; Alliance Demolding and Picking Station, 28"W x 8'L; Specially Manufactured Heat Exchanger; Ammonia Tank; and Salt Water Tank

    (1)    Fuji Formost Model FW370A Single-Lane Stainless Steel Wrapper, S/N H011505; 200 Wraps/Minute; with 8"W x 10'L Stainless Steel Section Conveyor; 2"W x 8'L Single Infeed Conveyor; and 20"W x 10'L Stainless Steel Plastic Belt Conveyor

    (1)    Cintec Stainless Steel Metal Detector, S/N Unknown; 4"W x 4"H

    (1)    Stainless Steel Power Belt Conveyor; 3"W x 6'L

    (1)    Stainless Steel Power Belt Conveyor; 4"W x 6'L; with Stainless Steel Accumulation Table

    (1)    Hayes Model 515B-30 30-Box/Minute Automatic Carton Packaging Machine, S/N 8307, (1970); 6-Bar To 12-Bar Packaging Capacity; with Stainless Steel Infeed Packaging Conveyor; Box Assembly Station; Box Closing and Gluing Station, with Nordson Glue Machine; and 24"W x 20'L Belt Outfeed Conveyor

    (1)    Lot of Associated Piping, Electrical, and Controls

153    1-    Anderson Model 464 Stainless Steel Wrapper, S/N 31291, (1970); 33"W x 20"H; with (3) 33"W x 20"H Shrink Wrap Tunnels      9,500

154    1-    Great Lakes Model 708 Stainless Steel Packaging System; with 30"W Heat Sealer; and 30"W x 20"H x 4'L Shrink Wrap Tunnel      10,000

**Appraisal - Vitafreze Frozen Confections, Inc.**
**Sacramento, California**

SEE ATTACHED FOR DETAILS

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------|
| 155 | 1- | Cherry-Burrell Model 3D92 1,200-Gallon 3-Barrel Continuous Ice Cream Freezer, S/N 5730; (Estimated 1970s); Stainless Steel | 15,000 |
| 156 | 1- | Crepaco Model S-410 Stainless Steel Fruit Feeder, S/N FF-2244 | 6,000 |
| 157 | 1- | St. Regis Model KRA-318 1,200-Gallon/Hour 3-Barrel Continuous Ice Cream Freezer, S/N KRA-318-311; (Estimated 1965); Stainless Steel | 5,000 |
| 158 | 1- | Cherry-Burrell 900-Gallon 3-Compartment Stainless Steel Tank; (Estimated 1965); with (3) Mixing Agitators; and Associated Pumps | 7,500 |
| 159 | 1- | Cherry-Burrell 900-Gallon 3-Compartment Stainless Steel Tank; (Estimated 1970s); with (3) Mixing Agitators; and Associated Pumps | 7,500 |
| 160 | 1- | CE Howard 300-Gallon Jacketed Stainless Steel Tank, S/N 6290 (4748-A), (1955); with 5 hp Mixing Agitator; and Associated Pumps | 2,000 |
| 161 | 1- | 400-Gallon Stainless Steel Tank; (Estimated 1960s); with Mixing Agitator; and Associated Pumps | 3,500 |
| 162 | 3- | Tetra Pak Hoyer Model KF1150XC 265-Gallon/Hour Continuous Ice Cream Freezers, S/N Z114.7914; S/N Z114.7915; and S/N Z114.7916, (1995); Stainless Steel Each Value: $42,500 | 127,500 |
| 163 | 1- | Cherry-Burrell 550-Gallon 3-Compartment Stainless Steel Tank, S/N 215-81-732; (Estimated 1970s); with (3) Mixing Agitators; and Associated Pumps | 5,000 |
| 164 | 1- | Rehric Howard 3,000-Gallon Jacketed Stainless Steel Tank, S/N 2871; (Estimated 1960s); Horizontal, Water/Jacketed; with Mixing Agitator; and Associated Pumps | 6,500 |

SEE ATTACHED FOR DETAILS

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| 165 | 2- | 3M Model 2920 Case Sealers, S/N 5796, (1994); with (2) Mier Ink Jet Printers; and Actech MC Series Controls<br>Each Value: $1,500 | 3,000 |
| 166 | 2- | Kwik Lok Model 872B Automatic Closing Bag Machines, S/N 40047; and S/N Unknown, (1991); Clip Type; Each with 24"W x 2'L Belt Conveyor<br>Each Value: $2,000 | 4,000 |
| 167 | 1- | Tetra Pak Hoyer Model KF1150XL 265-Gallon/Hour Continuous Ice Cream Freezer, S/N Z114.8024; (Estimated 1990s); Stainless Steel | 42,500 |
| 168 | 1- | Crepaco 900-Gallon 3-Compartment Stainless Steel Tank, S/N 300-3-242; Each Compartment with Mixing Agitator | 7,500 |
| 169 | 1- | Feldmeier 300-Gallon 2-Compartment Stainless Steel Tank, S/N E448-99, (1999); Each Compartment with Mixing Agitator | 13,000 |
| 170 | 1- | Rollo Popsicle Line, To Include:<br>(1) Tetra Pak Hoyer Model Rollo RM 27 18,000-PPH Novelty Stick Filling Line, S/N 311-3225, (1996); 10-Wide, 23 Drops/Minute Maximum Capacity, 9'D; with 10-Stand Filler Station; 10-Station Evacuator; 10-Station Juice Filler; 10-Station Evacuator; 10-Station Ice Cream Filler; Knauf 10-Station Stick Inserter, S/N 388, (1995); and Rollo 10-Station Extractor<br>(1) Tetra Pak Hoyer Model Hoywrap ML27 Multi-Lane Flow Wrapper, S/N 415-3793, (1996); Stainless Steel, 5-Lane, Estimated 300 PPM; with Stainless Steel Infeed Conveyor; (10) Cold Rollers; and (10) Hot Rollers<br>(1) Tetra Pak Hoyer Model AFG 5-Lane Stainless Steel Transfer Conveyor, S/N 503-1575<br>(1) Tetra Pak Hoyer Model HMI Stainless Steel Interlever Conveyor, S/N 416-1333; 8"W x 10'L | 400,000 |

**Appraisal - Vitafreze Frozen Confections, Inc.**
**Sacramento, California**

SEE ATTACHED FOR DETAIL

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------|

(1)    Elliott Manufacturing Model IH-2 45-Carton/Minute Stainless Steel Cartoner, S/N 98-4-28, (1998); 6 To 12 Popsicle Package Capacity; with Box Assembly Station; Box Sealing Station, with Nordson Hot Glue Machine; and Outfeed Conveyor, 4"W x 30'L Stainless Steel Belt

(2)    Cintex Model Autosearch II Metal Detectors, S/N 8910; and S/N Unknown, (1994); 14"W x 5"H

(1)    Arpac Model 118-SS-28 29"W x 16"H Right-Angle Bundler Packaging Machine, S/N 3459, (1998); Stainless Steel; with Actuating Table Lift; Heat Sealer; 12"W x 6'L Dual Belt Conveyor; and Arpac Controls

(3)    Stainless Steel Interlocking Plastic Belt Conveyors; 24"W x 6'L

(1)    Lot of Associated Piping, Electrical, and Controls

Total Production:      $ 1,056,500

**Ice Cream Cone**

| 171 | 1- | Feldmeier 500-Gallon 2-Compartment Stainless Steel Tank, S/N E-909-03, (2003); with (2) Mixing Agitators | $ 17,500 |
|-----|----|----|----|
| 172 | 1- | Feldmeier 6,500-Gallon Hot Water Jacketed 2-Compartment Stainless Steel Tank, S/N E-910-03, (2003); First Compartment @ 3,700-Gallon Capacity, Second Compartment @ 2,800-Gallon Capacity | 40,000 |
| 173 | 1- | Ice Cream Cone Line, To Include: | 850,000 |

(1)    Hoyer Firgus Model KF1000XC 530-Gallon/Hour 2-Barrel Continuous Ice Cream Freezer, S/N Z114.8329, (2004)

(1)    J.J. Steel Model IMP -35 Degree Fahrenheit Quick Freeze Tunnel Freezer, S/N 7850, (2004); 8'W x 40'L Tunnel Size; with JJ Steele Controls

(1)    NDS 2-Wide Stainless Steel Ice Cream Cone Filler; with Cone Insertion Station; and Cone Fill Stations; *(Vendor Owned)*

EXHIBIT "3"      000159

**Appraisal - Vitafreze Frozen Confections, Inc.**
**Sacramento, California**



| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|

(1) Anderson (WCB) Model 593 8-Wide Intermittent Motion Multi-Lane Wrapper, (2004); Stainless Steel, 24"W x 10'L; with 8-Stand Uncoiler; Crimp and Sealer Station; and Outfeed Conveyor

(1) Markem Model SmartlaseSL Laser Coder, S/N 038327

(1) Sentry Model MiH 1404 Stainless Steel Metal Detector, S/N 041568A, (2004); 8"W x 3"H; with Cintex Model CS2060 10"W x 6'L Plastic Belt Conveyor

(1) Tetra Pak Hoyer Model Flopac 100 Single-Lane Flow Wrap Packaging Machine, S/N Z430.1165, (2004); 100 Boxes/Minute Maximum Capacity, 428 Cone Packaging Capabilities; with Stainless Steel Metal Infeed Conveyor; Box Assembly Station; Packaging Station; Laser Reading Station; Package Sealing Station, with Nordson Model Problue 10 Hot Glue System, S/N SA04B07240; and 9" x 10'L Stainless Steel Plastic Belt Conveyor

(1) Elliott Manufacturing Model 2000SL 30-Case/Minute Stainless Steel Case Packer, S/N 040423, (2004); Erects/Loads/Seals, 15-1/2"H x 12"W x 11"D Maximum Case Size; with 16"W x 12'L Plastic Belt Conveyor; Case Erector Infeed; Case Erector Station; Pneumatic Arm Case Filling Station; Case Sealing Station, with Nordson Model Problue 10 Hot Glue Machine, S/N SA04C08320; and Manufacturer Little David Model Versa Jet LC2 Ink Jet System, S/N D40LC00745

(1) Lot of Statco Package Conveyors

(1) Lot of Sanitary Piping; Electrical; and Controls

Total Ice Cream Cone:                                    $    907,500

**Appraisal - Vitafreze Frozen Confections, Inc.**
**Sacramento, California**

SEE ATTACHED FOR DETAILS

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|------------------------|
| | | **Frozen Storage** | |
| 174 | 11- | Carton Flow Racks; 36"W x 18'L x 7-Tier; Each with Metal Rollers<br>Each Value: $300 | $ 3,300 |
| 175 | 45- | Pallet Racks; 8'W x 48"D x 15'H, 3-Tier<br>Each Value: $165 | 7,425 |
| 176 | 1- | -20 Degree Storage Freezer, (1972); Estimated 60'W x 150'L; with (8) Krack Evaporators; *(Real Estate)* | --- |
| | | Total Frozen Storage: | $ 10,725 |
| | | **Plant Utilities** | |
| 177 | 1- | Kewanee Model H35-150-G Gas-Fired Boiler, S/N NB-24478, 150 hp; (Estimated 1970s) | $ 5,000 |
| 178 | 1- | BAC Model CMA-120A 120-Ton Cooling Tower, S/N 66-8579, Asset #3, (1966) | 2,000 |
| 179 | 1- | BAC Model 75-CP 75-Ton Cooling Tower, S/N 59-7522, Asset #1, (1959) | 2,000 |
| 180 | 1- | BAC Model VXC-185 185 Ton Cooling Tower, S/N 84-7544M, Asset #2, (1984) | 5,500 |
| 181 | 1- | Vilter Model VMC-440 Ammonia Compressor, S/N 60465, Asset #7, 100 hp; 13,173 Hours Indicated; with Associated Piping | 17,500 |
| 182 | 1- | York Model A3089-5DE Ammonia Compressor, S/N L109895, 60 hp; (Estimated 1960s); 77,111 Hours Indicated; with Associated Piping | 3,000 |
| 183 | 1- | York Model A3089-5DE Ammonia Compressor, S/N L387494, Asset #2, 50 hp; (Estimated 1960s); 8,547 Hours Indicated; with Associated Piping | 4,000 |

**Appraisal - Vitafreze Frozen Confections, Inc.**
**Sacramento, California**

SEE ATTACHED FOR DETAIL

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------|
| 184 | 1- | Mycom Model F8WA Ammonia Compressor, S/N 811400, (2000), 60 hp; 82,092 Hours Indicated; with Associated Piping; (Estimated 1970s Motor) | 19,500 |
| 185 | 1- | FES-Fuller Model A-150S Ammonia Compressor, S/N 76-20768-103, Asset #4, (1976), 25 hp; 60,787 Hours Indicated; with Associated Piping | 3,000 |
| 186 | 1- | FES-Fuller Model A-150S Ammonia Compressor, S/N 83-20190-103, Asset #5, (1983), 60 hp; 52,009 Hours Indicated; with Associated Piping | 7,000 |
| 187 | 1- | Allis-Chalmers Model 10-6B Ammonia Compressor, S/N 1602-16848, Asset #6, 50 hp; 52,117 Hours Indicated; with Associated Piping | 3,000 |
| 188 | 1- | PneumaTech Model AD-500 500-scfm Air Dryer, S/N 0009-TR134411P-ST | 1,750 |
| 189 | 1- | Statco Model 6240C-2 400-Degree Fahrenheit Maximum Temperature Shell and Tube Heat Exchanger, S/N T51245, (2000); with 5 hp Pump; and Todd Street 560-Gallon Capacity Insulated Stainless Steel Tank, S/N 3128-00 | 7,500 |
| 190 | 1- | Sullair Model 16BS-75H ACAC 125-psig Rotary Screw Air Compressor, S/N 003-69709, 75 hp; with Associated Piping | 4,000 |
| 191 | 1- | Pump Systems CIP System, (1993); with (2) 300-Gallon Stainless Steel Chemical/Wash Tanks; 1,000-Gallon Stainless Steel Recovery Tank; (1) 500-Gallon Stainless Steel Rinse Fresh Water Tank; (1) 500-Gallon Stainless Steel Fresh Water Tank; (2) Control Panels, Each with Anderson Control Chart Recorder; and Associated Piping | 45,000 |
| 192 | 11- | Copeland Model N2NL-2500-TSD-300 Freon Compressors, 1 hp; Each with Copeland Sentronic Oil Pressure System; and Associated Piping Each Value: $4,000 | 44,000 |

**Appraisal - Vitafreze Frozen Confections, Inc.**
**Sacramento, California**

SEE ATTACHED FOR DETAILS

| Item # | Qty. | Effective Date: November 5, 2004 | | Market Value In Place |
|--------|------|----------------------------------|---|----------------------|
| 193 | 1- | Ingersoll-Rand Model IRN75H-CC Rotary Screw Air Compressor, S/N NV5866U03356, (2004), 75 hp; with Ingersoll-Rand Model TMS0380 Air Dryer, S/N TMS0380-0310/2169, (2003), 115°F Maximum Temperature; and Associated Piping | | 40,000 |
| 194 | 1- | FES Model 19LE Ammonia Compressor, S/N 19L85C, (1995), 300 hp; 30,684 Hours Indicated; with 10'W x 20'L Enclosure; and Associated Piping | | 70,000 |
| 195 | 1- | Evapco Model ATC180 Cooling Tower, S/N 95-8019W, (1995) | | 32,500 |
| | | **Total Plant Utilities:** | $ | 316,250 |
| | | **Maintenance Shop Equipment** | | |
| 196 | 1- | Maintenance Shop Equipment, To Include: | $ | 4,850 |
| | | (1)  Wilton Model 3410 12" x 10" Horizontal Band Saw, S/N 04057510, (2000) | | |
| | | (1)  Makita Model 2414B 14" Chop Saw, S/N 73937A | | |
| | | (1)  Dayton Model 3Z915 15-Ton H-Frame Press; 19" Between Posts | | |
| | | (1)  Chicago Industrial Tool Model G-17-15 8" Throat Pedestal Drill Press, S/N 107 | | |
| | | (1)  Lincoln Model Tig 250/250 250-Amp Welder, S/N AC-629352, (1986) | | |
| | | (1)  Lot of Miscellaneous Maintenance Shop Equipment, To Include: Double-End Grinders; Vises; Parts Washers; Tool Cabinets; Parts Shelving; Lockers; Grease Guns; etc. | | |
| | | **Total Maintenance Shop Equipment:** | $ | 4,850 |
| | | **Storage** | | |
| 197 | 18- | Pallet Racks; 8'W x 42"D x 12'H, 2-Tier; with Wood Decking Each Value: $135 | $ | 2,430 |

**Appraisal - Vitafreze Frozen Confections, Inc.**
**Sacramento, California**

*SEE ATTACHED FOR DETAILS*

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------:|
| 198 | 1- | Interbake Foods Model 1612 Packaging System, S/N 104309; (Estimated 1980s); with Box Stacking Station; Loading Station; and Sealing Station, with Nordson Model 3100 Hot Glue System | 11,000 |
| 199 | 10- | Pallet Racks; 12'W x 44"D x 10'H, 1-Tier Each Value: $120 | 1,200 |
| | | Total Storage: | $ 14,630 |

### Throughout Plant

| Item # | Qty. | | Market Value In Place |
|--------|------|--|----------------------:|
| 200 | 1- | Marathon Model RU-30 Compactor, S/N 403404-O3, (2000); 3' x 3' Hopper; with 55-Gallon Drum Barrel Dumper | $ 4,500 |
| 201 | 1- | -20 Degrees Storage Freezer; Estimated 30'W x 40'L; with King Condenser; and (3) Krack Evaporators; *(Real Estate)* | --- |
| 202 | 1- | Lot of Factory and Support Equipment, To Include: Tables; Desks; Chairs; Metal Cabinets; File Cabinets; Miscellaneous Conveyor; Warm Boxes; Kitchen Equipment; Miscellaneous Pumps; etc. | 25,000 |
| 203 | 1- | Lot of Office Furniture and Business Machines, To Include: Desks; Chairs; Conference Table; Computer Systems; Printers; Facsimile Machines; Photocopiers; Laptops; File Cabinets; Safe; Telephone System; etc | 12,000 |
| | | Total Throughout Plant: | $ 41,500 |

### Rolling Stock

| Item # | Qty. | | Market Value In Place |
|--------|------|--|----------------------:|
| 204 | 1- | Yale Low-Lift Walkie | $ 1,100 |
| 205 | 1- | Yale Model MPB040ACN24C2748 4,000-Lb. Low-Lift Walkie | 1,350 |

EXHIBIT "3"

**Appraisal - Vitafreze Frozen Confections, Inc.**
**Sacramento, California**

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------|
| 206 | 1- | Hyster Model N40FR 4,000-Lb. Stand-Up Rider Type Electric Lift Truck, S/N C138D03324L, (1990); 195" Maximum Lift Height, 3-Stage Mast, Solid Tire; with Battery Charger | 2,000 |
| | | Total Rolling Stock: | $    4,450 |

**Total Appraised Market Value In Place -**              **$  2,356,405**
**Vitafreze Frozen Confections, Inc.**
**1221 66th Street**
**Sacramento, California**

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Tyler Henderson                    208-385-5394

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Moffatt Thomas Barrett Rock & Fields

P. O. Box 829

Boise, ID 83701

IDAHO SECRETARY OF STATE
06/04/2009 05:00
CK: NONE CT: 1117 BH: 1173183
1 @ 6.00 = 6.00 UCC3 BASIC # 4
Filing Number:
B 6532373

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
B 2005-0981329-0 Filed 03/09/05

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☑ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☑ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.  |  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  |  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME
Key Equipment Finance, a division of Key Corporate Capital Inc.

| OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|----|---------------------------|------------|-------------|--------|
|    |                           |            |             |        |

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME
KeyBank National Association

| OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|----|---------------------------|------------|-------------|--------|
|    |                           |            |             |        |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---------------------|------|-------|-------------|---------|
| MS WA-31-18-0311, 601 108th Ave. NE, 3rd Floor | Bellevue | WA | 98009-9027 | USA |

| 7d. TAX ID #: SSN OR EIN | ADD'L INFO RE: ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
|   |   |   |   | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the secured Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME
Key Equipment Finance, a division of Key Corporate Capital, Inc.

| OR | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|----|---------------------------|------------|-------------|--------|
|    |                           |            |             |        |

10. OPTIONAL FILER REFERENCE DATA
Debtor: Vitafreze Frozen Confections, Inc.       TO BE FILED WITH THE IDAHO SECRETARY OF STATE

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98) IDAHO FILLABLE FORM REV. 07/2001

Client:1176838.1

EXHIBIT "3"       000166

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

IDAHO SECRETARY OF STATE
06/04/2009 05:00
CK: NONE CT: 1117 BH: 1173183
1 @ 6.00 = 6.00 UCC3 BASIC # 4
Filing Number:
B 6532373

A. NAME & PHONE OF CONTACT AT FILER [optional]
Tyler Henderson          208-385-5394

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Moffatt Thomas Barrett Rock & Fields

P. O. Box 829

Boise, ID 83701

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
B 2005-0981329-0 Filed 03/09/05

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☑ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☑ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | Key Equipment Finance, a division of Key Corporate Capital Inc. | | |
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | KeyBank National Association | | |
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| MS WA-31-18-0311, 601 108th Ave. NE, 3rd Floor | Bellevue | WA | 98009-9027 | USA |

| 7d. TAX ID #: SSN OR EIN | ADD'L INFO RE: ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | Key Equipment Finance, a division of Key Corporate Capital, Inc. | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA
Debtor: Vitafreze Frozen Confections, Inc.      TO BE FILED WITH THE IDAHO SECRETARY OF STATE

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)   IDAHO FILLABLE FORM REV. 07/2001

Client:1176838.1

EXHIBIT "3"

000167

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

IDAHO SECRETARY OF STATE
04/25/2005  05:00
CK: 5701365  CT: 1577  BH: 806649
1 @  6.00 =  6.00  UCC1 FILE # 2
Filing Number:
B 2005-0984159-8

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Phone:(800) 331-3282  Fax: (818) 662-4141

**B. SEND ACKNOWLEDGEMENT TO:** (Name and Address)   93607 SNAPON.93607

UCC Direct Services          3881019
P.O. Box 29071
Glendale, CA 91209-9071      IDID

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| FLETCHER | NICK | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 225 N POND APT 13 | BOISE | ID | 83706 | |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Snap-on Credit, LLC | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1125 Tri-State Pkwy | Gurnee | IL | 60031 | |

**4. This FINANCING STATEMENT covers the following collateral:**

Purchase Money Security Interest in automotive tools and equipment, more specifically, listed on Credit Sales Contract or Equipment Lease No. listed below. In addition to the purchase money security interest granted in the collateral listed on the referenced the collateral shall include all items of tools and equipment of Debtor, whether now owned or hereafter acquired from a Snap-on Dealer, and any and all goods and equipment manufactured or distributed from a Snap-on Dealer, and any of its affiliates, or bearing the Snap-on or Sun Electric Trademarks or logos, together with all proceeds (including insurance proceeds or claims), accessions, attachments, additions, substitutions, and replacements to and of such items (the foregoing and the collateral listed on the referenced Credit Sales Contract or Equipment Lease are collectively referred to as "Collateral"). Credit Sales Contract No. 106333545*1

| 5. ALTERNATIVE DESIGNATION [if applicable] | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|

**8. OPTIONAL FILER REFERENCE DATA**
3881019                                                       106333545*1

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

Prepared by UCC Direct Services, P.O. Box 29071, Glendale, CA 91209-9071 Tel (800) 331-3282

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

IDAHO SECRETARY OF STATE
06/04/2009 05:00
CK: NONE CT: 1117 BH: 1173183
1 @ 6.00 = 6.00 UCC3 BASIC # 5
Filing Number:
B 6532374

A. NAME & PHONE OF CONTACT AT FILER [optional]
Tyler Henderson                    208-385-5394

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Moffatt Thomas Barrett Rock & Fields

P. O. Box 829

Boise, ID 83701

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
B 2005-0984156-1 Filed 04/25/05

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☑ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☑ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | Key Equipment Finance | | |
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | KeyBank National Association | | |
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| MS WA-31-18-0311, 601 108th Ave. NE, 3rd Floor | Bellevue | WA | 98009-9027 | USA |

| 7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the secured Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | Key Equipment Finance | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA
Debtor: Vitafreze Frozen Confections, Inc.        TO BE FILED WITH THE IDAHO SECRETARY OF STATE

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)   IDAHO FILLABLE FORM REV. 07/2001

Client:1176828.1

EXHIBIT "3"                                    000169

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Tyler Henderson                    208-385-5394

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Moffatt Thomas Barrett Rock & Fields

P. O. Box 829

Boise, ID 83701

IDAHO SECRETARY OF STATE
06/04/2009 05:00
CK: NONE CT: 1117 BH: 1173183
1 @ 6.00 = 6.00 UCC3 BASIC # 5
Filing Number:
B 6532374

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
B 2005-0984156-1  Filed 04/25/05

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☑ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☑ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME
Key Equipment Finance

OR

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME
KeyBank National Association

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| MS WA-31-18-0311, 601 108th Ave. NE, 3rd Floor | Bellevue | WA | 98009-9027 | USA |

| 7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the description Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME
Key Equipment Finance

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

10. OPTIONAL FILER REFERENCE DATA
Debtor: Vitafreze Frozen Confections, Inc.        TO BE FILED WITH THE IDAHO SECRETARY OF STATE

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)  IDAHO FILLABLE FORM REV. 07/2001

Client:1176828.1

EXHIBIT "3"                    000170

IDAHO SECRETARY OF STATE
06/07/2005 05:00
CK: 2710119875 CT: 21069 BH: 814723
1 @ 6.00 = 6.00 UCC1 FILE # 2
Filing Number:
B 2005-0986827-7

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Timothy O'Brien
CT Corporation System - UCC Division
208 South LaSalle Street
Chicago, IL 60604

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| VITAFREZE FROZEN CONFECTIONS, INC. | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 1c. MAILING ADDRESS 5991 WEST STATE STREET, SUITE B | CITY BOISE | STATE ID | POSTAL CODE 83703 | COUNTRY |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION CORPORATION | 1f. JURISDICTION OF ORGANIZATION IDAHO | 1g. ORGANIZATIONAL ID #, if any C157045 ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| FIELD CONTAINER COMPANY, L.P. | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 3c. MAILING ADDRESS 1500 NICHOLAS BOULEVARD | CITY ELK GROVE VILLAGE | STATE IL | POSTAL CODE 60007 | COUNTRY |

**4. This FINANCING STATEMENT covers the following collateral:**

TETRA PAK HOYER FLOWPAC 100 CARTONER, WITH ALL COMPONENTS, ACCESSIONS, ATTACHMENTS AND RELATED SUPPLIES, INCLUDING, WITHOUT LIMITATION, FRAME, DRIVE, DRIVE COMPONENTS, CONVEYOR AND LOAD, HOPPER, CARTON FEED AND CARTON OPENING SYSTEM, CARTON CARRYING FLIGHTS, VACUUM SYSTEM, PNEUMATIC COMPONENTS, ELECTRICAL EQUIPMENT, GLUE SYSTEM AND GUARDS; AND

THE RIGHTS OF DEBTOR UNDER THE AGREEMENT FOR ACQUISITION OF THE DESCRIBED EQUIPMENT; AND

ALL PRODUCTS AND PROCEEDS OF THE FOREGOING

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
|---|---|---|---|---|

**8. OPTIONAL FILER REFERENCE DATA**
IDAHO SECRETARY OF STATE      6380923 SO      1 PG.

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

EXHIBIT "3"

000171

# UCC FINANCING STATEMENT

ELECTRONIC FILING*

| | |
|---|---|
| A. NAME, PHONE, EMAIL, FAX OF CONTACT AT FILER:<br>STEPHEN H. JOHANSON \| 916-567-1000 \| sjohanson@johanson-assoc.com \| 916-649-1373 | IDAHO SECRETARY OF STATE<br>05/06/2009 15:08<br>$3.00<br>Filing Number:<br>B 2009-1063938-8 |
| B. SEND ACKNOWLEDGMENT TO: (Name and Address)<br>JOHANSON & ASSOCIATES<br>2495 NATOMAS PARK DRIVE, SUITE 620<br>SACRAMENTO, CA 95833 | THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY |

1. DEBTOR'S EXACT FULL LEGAL NAME: - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

OR

| 1a. ORGANIZATION'S NAME:<br>VITAFREZE FROZEN CONFECTIONS, INC. | | | |
|---|---|---|---|
| 1b. LAST NAME: | FIRST NAME: | MIDDLE NAME: | SUFFIX: |

| 1c. MAILING ADDRESS:<br>1210 66TH STREET | CITY:<br>SACRAMENTO | STATE:<br>CA | POSTAL CODE:<br>95819 | COUNTRY:<br>USA |
|---|---|---|---|---|

| 1d. TAX ID #: SSN OR TIN<br>▮▮▮▮▮▮ | ADD'L INFO RE<br>ORGANIZATION<br>DEBTOR | 1e. TYPE OF ORG:<br>CORPORATION | 1f. JURISDICTION OF ORG:<br>IDAHO | 1g. ORGANIZATIONAL ID #: (if any)<br>C157045 |
|---|---|---|---|---|

2. SECURED PARTY'S NAME: (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) -- insert only one secured party name (2a or 2b)

OR

| 2a. ORGANIZATION'S NAME:<br>CC&B HOLDINGS, INC. | | | |
|---|---|---|---|
| 2b. LAST NAME: | FIRST NAME: | MIDDLE NAME: | SUFFIX: |

| 2c. MAILING ADDRESS:<br>550 HOWE AVENUE, SUITE 110 | CITY:<br>SACRAMENTO | STATE:<br>CA | POSTAL CODE:<br>95825 | COUNTRY:<br>USA |
|---|---|---|---|---|

4. This FINANCING STATEMENT covers the following collateral:

ALL ACCOUNTS, GENERAL INTANGIBLES, INVENTORY, FURNITURE, FIXTURES, EQUIPMENT, INVESTMENT PROPERTY AND ALL BOOKS AND RECORDS PERTAINING TO THE FOREGOING AND ALL PROCEEDS THEREOF AND AS MORE FULLY DESCRIBED IN EXHIBIT A TO THE SECURITY AGREEMENT DATED MAY 6, 2009 BETWEEN DEBTOR AND SECURED PARTY.

5. ALTERNATIVE DESIGNATION (if applicable):
[  ] LESSEE/LESSOR  [  ] CONSIGNEE/CONSIGNOR  [  ] BAILEE/BAILOR  [  ] SELLER/BUYER

6. [  ] This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum    (if applicable)

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)
(ADDITIONAL FEE) (optional)  [  ] All Debtors  [  ] Debtor 1  [  ] Debtor 2

8. OPTIONAL FILER REFERENCE DATA:

*Electronically generated from original XML Document

# UCC FINANCING STATEMENT AMENDMENT

ELECTRONIC FILING*

A. NAME, PHONE, EMAIL, FAX OF CONTACT AT FILER:
 KRIS ORMSETH | (208) 389-9000, ext 4267 | kjormseth@stoel.com | (208) 389-9040

B. SEND ACKNOWLEDGMENT TO: (Name and Address)
 STOEL RIVES LLP
 101 S. CAPITOL BOULEVARD, SUITE 1900
 BOISE, ID 83702

IDAHO SECRETARY OF STATE
05/22/2009 15:44
$3.00
Filing Number:
B 6531814

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
 B 200910639388

1b. This FINANCING STATEMENT AMENDMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS.
 ( )

2. [X] TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement

3. ( ) CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ( ) ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ( ) Debtor or ( ) Secured Party of record. Check only one of these two boxes
 Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
 ( ) CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c   ( ) DELETE name: Give record name to be deleted in item 6a or 6b.   ( ) ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d - 7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME: | | | |
|---|---|---|---|
| **OR** 6b. LAST NAME: | FIRST NAME: | MIDDLE NAME: | SUFFIX: |

8. AMENDMENT (COLLATERAL CHANGE): check only one box
 Describe collateral ( ) deleted or ( ) added, or give entire ( ) restated collateral description, or describe collateral ( ) assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ( ) and enter name of DEBTOR authorizing this Amendment

| 9a. ORGANIZATION'S NAME: | | | |
|---|---|---|---|
| CC&B HOLDINGS, INC. | | | |
| **OR** 9b. LAST NAME: | FIRST NAME: | MIDDLE NAME: | SUFFIX: |

10. OPTIONAL FILER REFERENCE DATA:
 62216-2

11. Use this space for additional information.
 LIEN TERMINATION

*Electronically generated from original XML Document

ASK US ABOUT UCC eZFILE®
800.952.5696



## CLAS INFORMATION SERVICES

2020 Hurley Way, Suite 350, Sacramento, CA 95825
Local: 916/564-7800 Fax: 916/564-7900 Toll Free: 800/952-5696

## UCC Search Report

| | |
|---|---|
| **Type of Search :** | UCCs, Federal Tax Liens, and State Tax Liens |
| **Jurisdiction/Filing Office :** | State of Idaho, Secretary of State Uniform Commercial Code Division |
| **Effective Index Date :** | Jun. 21, 2010 |
| **Subject Search Name :** | DELUXE ICE CREAM COMPANY |
| **Search Key Entered :** | DELUXEICECREAMCOMPANY |

## Results

Based on a search of the indices of the Uniform Commercial Code Division of the Secretary of State of Idaho, there are no active liens of record other than those set out below. Liens reflected in this report were based on the searcher's individual search parameters, the search key entered, as well as the searcher's choice of the liens ultimately included or excluded herein.
**Certification can only be obtained through the office of the Idaho Secretary of State.**

### 1. Basic (UCC)

| | |
|---|---|
| **Document No. :** B200309534183 | **Lapses:** 10/14/2013 |
| **Filed :** 10/14/2003 | |

| | |
|---|---|
| **Debtor :** | DELUXE ICE CREAM COMPANY<br>5991 W. STATE STREET, SUITE B<br>BOISE ID 83703 |
| **Secured Party:** | KEYBANK NATIONAL ASSOCIATION<br>702 W. IDAHO ST.<br>BOISE ID 83702 |
| **Amendment Type :** | LIEN CONTINUATION |
| **File No. :** | 6506307 |
| **Filed :** | 5/8/2008 11:53:20 AM |

### 2. Basic (UCC)

| | |
|---|---|
| **Document No. :** B200509800695 | **LAPSED: 2/11/2010** |
| **Filed :** 2/11/2005 | |

| | |
|---|---|
| **Debtor :** | DELUXE ICE CREAM COMPANY<br>1860 STATE STREET<br>SALEM OR 97301 |
| **Secured Party:** | PACIFIC MEZZANINE FUND, L.P.<br>2200 POWELL STREET, SUITE 1250<br>EMERYVILLE CA 94608 |
| **Amendment Type :** | LIEN TERMINATION |
| **File No. :** | 6531811 |
| **Filed :** | 5/22/2009 3:54:52 PM |

### 3. Basic (UCC)

| | |
|---|---|
| **Document No. :** B200509804059 | **Lapses:** 2/18/2015 |
| **Filed :** 2/18/2005 | |

| | |
|---|---|
| **Debtor :** | DELUXE ICE CREAM COMPANY<br>5991 W. STATE STREET, SUITE B |

EXHIBIT "3"

                            BOISE  ID  83703
         **Secured Party:** KEYBANK NATIONAL ASSOCIATION
                            702 W. IDAHO ST
                            BOISE  ID  83702
    **Amendment Type :** LIEN CONTINUATION
         **File No. :** 6537436
              **Filed :** 9/18/2009 10:27:43 AM

### 4. Basic (UCC)

     **Document No. :** B200509813263          **LAPSED: 3/9/2010**

              **Filed :** 3/9/2005

            **Debtor :** DELUXE ICE CREAM COMPANY
                         1860 STATE STREET
                         SALEM  OR  97301
     **Secured Party:** KEY EQUIPMENT FINANCE, A DIVISION OF KEY CORPORATE CAPITAL INC.
                         66 S. PEARL STREET
                         ALBANY  NY  12207
     **Secured Party:** KEYBANK NATIONAL ASSOCIATION
                         601 108TH AVE. NE, 3RD FLOOR MS WA-31-18-0311
                         BELLEVUE  WA  98009-9027
    **Amendment Type :** SEC PARTY NAME CHANGE
         **File No. :** 6532375
              **Filed :** 6/4/2009
    **Amendment Type :** SECURED PARTY ADDRESS CHG
         **File No. :** 6532375
              **Filed :** 6/4/2009

### 5. Basic (UCC)

     **Document No. :** B200509813272          **LAPSED: 3/9/2010**

              **Filed :** 3/9/2005

            **Debtor :** DELUXE ICE CREAM COMPANY
                         1860 STATE STREET
                         SALEM  OR  97301
     **Secured Party:** KEY EQUIPMENT FINANCE, A DIVISION OF KEY CORPORATE CAPITAL INC.
                         66 S. PEARL STREET
                         ALBANY  NY  12207
     **Secured Party:** KEYBANK NATIONAL ASSOCIATION
                         601 108TH AVE. NE, 3RD FLOOR MS WA-31-18-0311
                         BELLEVUE  WA  98009-9027
    **Amendment Type :** SEC PARTY NAME CHANGE
         **File No. :** 6532376
              **Filed :** 6/4/2009
    **Amendment Type :** SECURED PARTY ADDRESS CHG
         **File No. :** 6532376
              **Filed :** 6/4/2009

### 6. Basic (UCC)

     **Document No. :** B200610099020          **Lapses:** 7/28/2011

              **Filed :** 7/28/2006

            **Debtor :** DELUXE ICE CREAM COMPANY
                         1860 STATE STREET
                         SALEM  OR  97301-4395
     **Secured Party:** BERRY PLASTICS TECHNICAL SERVICES, INC.
                         1371 CHILLICOTHE ROAD
                         AURORA  OH  44202

### 7. Basic (UCC)

     **Document No. :** B200710192653          **Lapses:** 1/29/2012

              **Filed :** 1/29/2007

EXHIBIT "3"                                              000175

**Debtor :** DELUXE ICE CREAM COMPANY
1860 STATE STREET
SALEM OR 97301

**Secured Party:** NORSE DAIRY SYSTEMS, LLC
1740 JOYCE AVE.
COLUMBUS OH 43219

## 8. Basic (UCC)

**Document No. :** B200810512942        **Lapses:** 7/25/2013

**Filed :** 7/25/2008

**Debtor :** DELUXE ICE CREAM COMPANY
1860 STATE STREET
SALEM OR 97301

**Secured Party:** NORSE DAIRY SYSTEMS, LLC
1740 JOYCE AVE.
COLUMBUS OH 43219

## 9. Basic (UCC)

**Document No. :** B200910639379        **Lapses:** 5/6/2014

**Filed :** 5/6/2009

**Debtor :** DELUXE ICE CREAM COMPANY
1860 STATE STREET
SALEM OR 97301

**Secured Party:** CC&B HOLDINGS, INC.
550 HOWE AVENUE SUITE 110
SACRAMENTO CA 95825

**Amendment Type :** LIEN TERMINATION
**File No. :** 6531813
**Filed :** 5/22/2009 3:59:43 PM

## 10. Basic (UCC)

**Document No. :** B201010789920        **Lapses:** 5/19/2015

**Filed :** 5/19/2010

**Debtor :** DELUXE ICE CREAM COMPANY
1635 VILLAGE CENTER CIRCLE #280
LAS VEGAS NV 89134

**Secured Party:** WELLS FARGO BANK, N.A.
300 TRI-STATE INTERNATIONAL STE 400
LINCOLNSHIRE IL 60069

We assume no liability with respect to the identity of any party named or referred to in this report, nor with respect to the validity, legal effect or priority of any matter shown herein; nor, due to our inability to independently verify the accuracy of this data as provided by government and other sources, do we make any guaranty or representation as to its accuracy.

---------- **END OF REPORT** ----------

# UCC FINANCING STATEMENT AMENDMENT

ELECTRONIC FILING*

| A. NAME, PHONE, EMAIL, FAX OF CONTACT AT FILER: |
| ---- \| ---- \| geraldine_mcclellan@keybank.com \| ---- |

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

KEYBANK NA

IDAHO SECRETARY OF STATE
5/8/2008 11:53:20
$3.00
Filing Number:
B 6506307

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. | This FINANCING STATEMENT AMENDMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS. |
| --- | --- | --- |
| B 200309534183 | { } | |

2. { } **TERMINATION**: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. {X} **CONTINUATION**: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. { } **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION)**: This Amendment affects { } Debtor or { } Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

| { } CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c. | { } DELETE name: Give record name to be deleted in item 6a or 6b. | { } ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d – 7g (if applicable). |
| --- | --- | --- |

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME: | | | |
| --- | --- | --- | --- |

OR

| 6b. LAST NAME: | FIRST NAME: | MIDDLE NAME: | SUFFIX: |
| --- | --- | --- | --- |

8. **AMENDMENT (COLLATERAL CHANGE)**: check only one box.

Describe collateral { } deleted or { } added, or give entire { } restated collateral description, or describe collateral { } assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here { } and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME: | | | |
| --- | --- | --- | --- |
| KEYBANK NATIONAL ASSOCIATION | | | |

OR

| 9b. LAST NAME: | FIRST NAME: | MIDDLE NAME: | SUFFIX: |
| --- | --- | --- | --- |

10. OPTIONAL FILER REFERENCE DATA:

13. Use this space for additional information.

LIEN CONTINUATION - new expiration date is 10/14/2013

*Electronically generated from original XML Document

IDAHO SECRETARY OF STATE
02/11/2005 03:44
CK: 93145 CT: 1177 BH: 792774
1 @ 12.00 = 12.00 UCC1 FILE # 4
Filing Number:
B 2005-0980069-5

05 FEB 11 PM 3:44

SECRETARY OF STATE
STATE OF IDAHO

SEE ATT

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Stephen C. Hardesty          (208) 344-6000

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Hawley Troxell Ennis & Hawley

P.O. Box 1617

Boise, ID

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1 DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| DeLuxe Ice Cream Company | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1860 State Street | Salem | OR | 97301 | USA |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION Corporation | 1f. JURISDICTION OF ORGANIZATION Idaho | 1g. ORGANIZATIONAL ID #, if any C134317 | NONE |
|---|---|---|---|---|---|

2 ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | NONE |
|---|---|---|---|---|---|

3 SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Pacific Mezzanine Fund, L.P. | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2200 Powell Street, Suite 1250 | Emeryville | CA | 94608 | USA |

4 This FINANCING STATEMENT covers the following collateral:

The Collateral described in the attached Exhibit A to Financing Statement, pursuant to that certain Loan Agreement dated February 10 2005, between Debtor and Secured Party.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|

8 OPTIONAL FILER REFERENCE DATA

EXHIBIT "3"                    000178

**EXHIBIT A**

**TO**

**FINANCING STATEMENT**

DEBTOR:        DeLuxe Ice Cream Company
1860 State Street
Salem, OR 97301

SECURED PARTY:        Pacific Mezzanine Fund, L.P.
Attn: Nathan Bell
2200 Powell Street, Suite 1250
Emeryville, CA 94608

DESCRIPTION OF THE COLLATERAL

This Financing Statement covers, without limitation, all right, title, claim, estate and interest of the Debtor in and to all property, wherever located, and interests of the Debtor, tangible or intangible, whether now owned and existing or hereafter acquired or arising (such property and interests in property being collectively referred to herein as the "Collateral"), including without limitation the following:

(a)     Any and all rights to payment for goods sold or leased or for services rendered, including any such rights evidenced by Chattel Paper (as that term is defined below), whether due or to become due and whether or not earned by performance (excluding any such rights evidenced by Notes Receivable (as that term is defined below)) (the "Accounts");

(b)     Any and all negotiable instruments, promissory notes, acceptances, drafts, checks, letters of credit (whether or not the letter of credit is evidence by a writing), certificates of deposit and other writings that evidence a right to the payment of money by any other Person (the "Notes Receivable"); "Person" means an individual, a corporation, a partnership, a trust, an unincorporated organization or any other entity or organization, including a government or any agency or political subdivision thereof;

(c)     Any and all chattel paper (whether tangible or electronic), including writings that evidence both a monetary obligation and a security interest in or lease of specific goods (the "Chattel Paper");

(d)     Any and all rights to payment of money not listed above and any and all rights, titles, interests, securities, Liens and guaranties evidencing, securing, guaranteeing payment of or in any way relating to any Receivables (other than those liens permitted by the Loan Agreement in connection with the Senior Indebtedness); "Lien" means any lien, mortgage, pledge, security interest, charge, or encumbrance of any kind (including any conditional sale or other title retention agreement or any lease in the nature thereof); "Receivables" means Accounts, Notes Receivable, Chattel Paper and other rights to the payment of money;

1

EXHIBIT "3"                000179



(e)     Any and all goods that may at any time be held for sale or lease or furnished under any contract of service, or are sold, leased or furnished under any contract of service, or constitute raw materials, work-in-process, parts, supplies or materials that are or might be used or consumed in a business or in connection with the manufacture, selling or leasing of such goods ("Inventory");

(f)     Any and all equipment and other goods (excluding Inventory), including the following personal property: machinery, machine tools, office machinery (including computers, typewriters and duplicating machines), motor vehicles, trailers, rolling stock, motors, pumps, controls, tools, parts, works of art, furniture, furnishings and trade fixtures, all athletic equipment and supplies and all molds, dies, drawings, blueprints, reports, catalogs and computer programs related to any of the above (together with all related property described in Section (l) below, the "Equipment");

(g)     Any and all fixtures, including machinery, equipment or appliances for generating, storing or distributing air, water, heat, electricity, light, fuel or refrigeration, for ventilating or sanitary purposes, elevators, safes, laundry, kitchen and athletic equipment, trade fixtures, and telephone, television and other communications equipment (the "Fixtures");

(h)     Any and all documents, whether or not negotiable, including bills of lading, warehouse receipts, trust receipts and the like (the "Documents");

(i)     Any and all stocks, bonds, general and limited partnership interests, limited liability company interests, joint venture interests and other securities, subscription rights, options, warrants, puts, calls and other rights with respect thereto, and investment and brokerage accounts (the "Securities");

(j)     Any and all general intangibles (including payment intangibles), contract rights and other property described below (together with any property listed under Section (d) above, the "General Intangibles"), including the following:

(i)     deposit and other accounts, including demand, time savings, passbook and like accounts maintained with any bank, savings and loan association, credit union, brokerage or other institution, health-care-insurance receivables, and any and all money, instruments and other property from time to time deposited therein or credited thereto, or received, receivable or otherwise distributed therefrom, in respect thereof or in exchange therefor, including all interest accruing thereon;

(ii)     insurance policies and all rights and claims therein or thereunder (including prepaid and unearned premiums), including insurance against casualty (including by fire, flood or earthquake) or liability (including against environmental cleanup costs), title insurance, business interruption insurance and builders risk insurance, whether covering personal or real property;

(iii)     any rights, claims, judgments, awards, orders or decrees arising out of or in connection with any judicial action, litigation, arbitration, mediation or other proceedings;

2

40428 0006 791709 3

EXHIBIT "3"                                                           000180



(iv)    any and all leases of real or personal property, licensing agreements, and other contracts, and all guarantees, warranties, royalties, license fees and rights under such contracts;

(v)    any and all Governmental Approvals, including permits, licenses, certificates of use and occupancy (or their equivalents) and zoning and other approvals, and tax and other refunds, compensation, awards, payments and relief given or made by any Governmental Authority (including condemnation awards) (the "Approvals"); "Governmental Approval" means an authorization, consent, approval, permit, license, registration or filing with, any Governmental Authority; "Governmental Authority" means any nation, any state or other political subdivision thereof, and any entity exercising executive, legislative, judicial, regulatory or administrative functions of or pertaining to government, including any government authority, agency, department, board, commission or instrumentality of the United States, any State of the United States or any political subdivision thereof, and any tribunal or arbitrator(s) of competent jurisdiction;

(vi)    deposits, surety and other bonds, and choses and things in action;

(vii)    computer programs, computer software (including all source and object codes, all media of any type or nature on which such source or object codes are reproduced, copied, stored or maintained), technology processes other documentation, proprietary information, patents, patent applications, copyrights, copyright applications, trademarks, trademark applications, service marks, trade and other names, trade secrets, customer lists, the entire goodwill of or associated with the business now or hereafter conducted by the Debtor, and other proprietary rights (which means and includes any and all patents, trademarks, service marks, trade names, copyrights, trade secrets, proprietary information, source codes and other proprietary rights and processes), including the intellectual property rights listed on Schedule 2.1.10.7 (the "Intellectual Property Collateral");

(k)    Any and all books and records (including ledgers, correspondence, credit files, computer software, computer storage media and electronically recorded data) pertaining to the Debtor or any of the foregoing and all equipment receptacles, containers and cabinets therefor;

(l)    Any and all accessions, appurtenances, components, repairs, repair parts, spare parts, renewals, improvements, replacements, substitutions and additions to, of or with respect to any of the foregoing;

(m)    Any and all rights, remedies, powers and privileges of the Debtor with respect to any of the foregoing; and

(n)    Any and all proceeds and products of any of the foregoing, whether now held and existing or hereafter acquired or arising (collectively, the "Proceeds"). "Proceeds" shall include (i) whatever is now or hereafter received by the Debtor upon the sale, lease, license, exchange, collection, other disposition or operation of any item of Collateral, whether such proceeds constitute accounts, general intangibles, instruments, securities, documents, letters of credit, chattel paper, deposit accounts, money, goods or other personal property, (ii) any items that are

3

40428.0006 791709 3



now or hereafter acquired by the Debtor with any Proceeds of Collateral, (iii) any amounts now or hereafter payable under any insurance policy by reason of any loss of or damage to any Collateral or the business of the Debtor, (iv) all rights to payment for the sale of services or products in connection with the business of the Debtor, (v) all royalties, rights to payment, accounts receivable and proceeds of infringement suits in connection with the Intellectual Property Collateral, and (vi) the right to further transfer, including by pledge, mortgage, license, assignment or sale, any of the foregoing.

4

40428 0006 791709 3

EXHIBIT "3"

000182

**SCHEDULE 2.1.10.7**

**Intellectual Property Rights**
     Deluxe Trademark Registered in Oregon on September 20, 1962
     As Registration No. T9724

# UCC FINANCING STATEMENT AMENDMENT

ELECTRONIC FILING*

| A. NAME, PHONE, EMAIL, FAX OF CONTACT AT FILER: | |
|---|---|
| THERESA HOWE \| --- \| thowe@hawleytroxell.com \| --- | |

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

HAWLEY TROXELL ENNIS & HAWLEY LLP

877 W MAIN, SUITE 1000

BOISE, ID 83702

IDAHO SECRETARY OF STATE
05/22/2009 15:52
$3.00
Filing Number:
**B 6531811**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
B 200509800695

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS.

2. [X] TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. [ ] CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. [ ] ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9

5. AMENDMENT (PARTY INFORMATION): This Amendment affects [ ] Debtor or [ ] Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
[ ] CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.  [ ] DELETE name: Give record name to be deleted in item 6a or 6b.  [ ] ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d - 7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME: | | | |
|---|---|---|---|
| 6b. LAST NAME: | FIRST NAME: | MIDDLE NAME: | SUFFIX: |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral [ ] deleted or [ ] added, or give entire [ ] restated collateral description, or describe collateral [ ] assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor check here [ ] and enter name of DEBTOR authorizing this Amendment

| 9a. ORGANIZATION'S NAME: PACIFIC MEZZANINE FUND, L.P | | | |
|---|---|---|---|
| 9b. LAST NAME: | FIRST NAME: | MIDDLE NAME: | SUFFIX: |

10. OPTIONAL FILER REFERENCE DATA:

11. Use this space for additional information.
LIEN TERMINATION

*Electronically generated from original XML Document

EXHIBIT "3"          000184

# UCC FINANCING STATEMENT

ELECTRONIC FILING

A. NAME, PHONE, EMAIL, FAX OF CONTACT AT FILER:
---- | ---- | CAROL_STORKAN@KEYBANK.COM | ----

B. SEND ACKNOWLEDGMENT TO: (Name and Address)
KEYBANK NATIONAL ASSOCIATION

IDAHO SECRETARY OF STATE
2/18/2005 14:11:09
$3.06
Filing Number:
B 2005-0980405-9
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME: - insert only one debtor name (9a or 9b) - do not abbreviate or combine names

OR

| 1a. ORGANIZATION'S NAME: | | | | | |
|---|---|---|---|---|---|
| DELUXE ICE CREAM COMPANY | | | | | |
| 1b. LAST NAME: | | FIRST NAME: | MIDDLE NAME: | | SUFFIX: |
| 1c. MAILING ADDRESS: | | CITY: | STATE: | POSTAL CODE: | COUNTRY: |
| 5991 W. STATE STREET, SUITE B | | BOISE | ID | 83703 | USA |

| 1d. TAX ID #: SSN OR TIN | ADD'L INFO RE ORGANIZATION DEBTOR: | 1e. TYPE OF ORG: CORPORATION | 1f. JURISDICTION OF ORG: ID | 1g. ORGANIZATIONAL ID #: (if any) C134317 |
|---|---|---|---|---|

3. SECURED PARTY'S NAME: (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) -- insert only one secured party name (3a or 3b)

OR

| 3a. ORGANIZATION'S NAME: | | | | | |
|---|---|---|---|---|---|
| KEYBANK NATIONAL ASSOCIATION | | | | | |
| 3b. LAST NAME: | | FIRST NAME: | MIDDLE NAME: | | SUFFIX: |
| 3c. MAILING ADDRESS: | | CITY: | STATE: | POSTAL CODE: | COUNTRY: |
| 702 W. IDAHO ST | | BOISE | ID | 83702 | USA |

4. This FINANCING STATEMENT covers the following collateral:

ALL INVENTORY. EQUIPMENT. ACCOUNTS (INCLUDING BUT NOT LIMITED TO ALL HEALTH-CARE-INSURANCE RECEIVABLES). CHATTEL PAPER. INSTRUMENTS (INCLUDING BUT NOT LIMITED TO ALL PROMISSORY NOTES). LETTER-OF-CREDIT RIGHTS. LETTERS OF CREDIT. DOCUMENTS. DEPOSIT ACCOUNTS. INVESTMENT PROPERTY. MONEY. OTHER RIGHTS TO PAYMENT AND PERFORMANCE. AND GENERAL INTANGIBLES (INCLUDING BUT NOT LIMITED TO ALL SOFTWARE AND ALL PAYMENT INTANGIBLES). ALL ATTACHMENTS. ACCESSIONS. ACCESSORIES. FITTINGS. INCREASES. TOOLS. PARTS. REPAIRS. SUPPLIES. AND COMMINGLED GOODS RELATING TO THE FOREGOING PROPERTY. AND ALL ADDITIONS. REPLACEMENTS OF AND SUBSTITUTIONS FOR ALL OR ANY PART OF THE FOREGOING PROPERTY. ALL INSURANCE REFUNDS RELATING TO THE FOREGOING PROPERTY. ALL GOOD WILL RELATING TO THE FOREGOING PROPERTY. ALL RECORDS AND DATA AND EMBEDDED SOFTWARE RELATING TO THE FOREGOING PROPERTY. AND ALL EQUIPMENT. INVENTORY AND SOFTWARE TO UTILIZE. CREATE. MAINTAIN AND PROCESS ANY SUCH RECORDS AND DATA ON ELECTRONIC MEDIA. AND ALL SUPPORTING OBLIGATIONS RELATING TO THE FOREGOING PROPERTY. ALL WHETHER NOW EXISTING OR HEREAFTER ARISING. WHETHER NOW OWNED OR HEREAFTER ACQUIRED OR WHETHER NOW OR HEREAFTER SUBJECT TO ANY RIGHTS IN THE FOREGOING PROPERTY. AND ALL PRODUCTS AND PROCEEDS (INCLUDING BUT NOT LIMITED TO ALL INSURANCE PAYMENTS) OF OR RELATING TO THE FOREGOING PROPERTY.

5. ALTERNATIVE DESIGNATION (if applicable):
[ ] LESSEE/LESSOR   [ ] CONSIGNEE/CONSIGNOR   [ ] BAILEE/BAILOR   [ ] SELLER/BUYER

| 6. [ ] This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS. Attach Addendum (if applicable) | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) (ADDITIONAL FEE) (optional) [ ] All Debtors [ ] Debtor 1 [ ] Debtor 2 |
|---|---|

8. OPTIONAL FILER REFERENCE DATA:
5602405666-11001 #26 5602396071

*Electronically generated from original XML Document

# UCC FINANCING STATEMENT AMENDMENT

ELECTRONIC FILING*

A. NAME, PHONE, EMAIL, FAX OF CONTACT AT FILER:
---- | ---- | geraldine_mcclellan@keybank.com | ----

B. SEND ACKNOWLEDGMENT TO: (Name and Address)
KEYBANK NA

IDAHO SECRETARY OF STATE
**09/18/2009 10:43**
$3.00
Filing Number:
**B 6537436**
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

9a. INITIAL FINANCING STATEMENT FILE #
B 200509804059

9b. { } This FINANCING STATEMENT AMENDMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS.

2. { } TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement

3. {X} CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

4. { } ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9

5. AMENDMENT (PARTY INFORMATION): This Amendment affects { } Debtor or { } Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7

{ } CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.

{ } DELETE name: Give record name to be deleted in item 6a or 6b.

{ } ADD name: Complete item 7a or 7b and also item 7c; also complete items 7d - 7g (if applicable).

6. CURRENT RECORD INFORMATION:

OR

| 6a. ORGANIZATION'S NAME: | | | |
|---|---|---|---|
| 6b. LAST NAME: | FIRST NAME: | MIDDLE NAME: | SUFFIX: |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral { } deleted or { } added, or give entire { } restated collateral description, or describe collateral { } assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here { } and enter name of DEBTOR authorizing this Amendment

OR

| 9a. ORGANIZATION'S NAME: | | | |
|---|---|---|---|
| KEYBANK NATIONAL ASSOCIATION | | | |
| 9b. LAST NAME: | FIRST NAME: | MIDDLE NAME: | SUFFIX: |

10. OPTIONAL FILER REFERENCE DATA:

11. Use this space for additional information.
LIEN CONTINUATION - new expiration date is 02/18/2015

*Electronically generated from original XML Document

████████████
████████████
████████████

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

IDAHO SECRETARY OF STATE
03/09/2005 05:00
CK: 5634570 CT: 1577 BH: 797449
1 @ 12.00 = 12.00 UCC1 FILE # 2
Filing Number:
B 2005-0981326-3

A. NAME & PHONE OF CONTACT AT FILER [optional]
Phone:(800) 331-3282 Fax: (818) 662-4141

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)        511630 IKEYEQUIP

SEE ATT

UCC Direct Services           6572126
P.O. Box 29071
Glendale, CA 91209-9071       IDID

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME **Deluxe Ice Cream Company** | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS 1860 State Street | CITY Salem | STATE OR | POSTAL CODE 97301 | COUNTRY |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION Corporation | 1f. JURISDICTION OF ORGANIZATION ID | 1g. ORGANIZATIONAL ID #, if any C134317 □ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any □ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME **Key Equipment Finance, a division of Key Corporate Capital Inc.** | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS 66 S. Pearl Street | CITY Albany | STATE NY | POSTAL CODE 12207 | COUNTRY |

4. This FINANCING STATEMENT covers the following collateral:

This financing statement covers all of Debtor's right, title and interest, now owned or hereafter acquired, in and to the following described equipment, together with any and all (1) substitutions, replacements or exchanges therefore, (2) replacement parts, additions, attachments and accessories incorporated therein or affixed thereto, or used in connection therewith, and (3)cash and non cash proceeds including, without limitation, claims of the Debtor against third parties for loss or damage to, or destruction of, such equipment: SEE ATTACHED EXHIBIT A. Debtor has no right to dispose of the equipment.

5. ALTERNATIVE DESIGNATION [if applicable] [X] LESSEE/LESSOR □ CONSIGNEE/CONSIGNOR □ BAILEE/BAILOR □ SELLER/BUYER □ AG. LIEN □ NON-UCC FILING

6. □ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]   7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]   □ All Debtors □ Debtor 1 □ Debtor 2

8. OPTIONAL FILER REFERENCE DATA
6572126                                    L#8800503352

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

EXHIBIT "3"                                    000187

'SENT'  UDS#6572126

# Appraisal

**Deluxe Ice Cream Company**
**1860 State Street**
**Salem, Oregon**

# Machinery & Equipment

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|

## Production

| 1 | 1- | Tanks and Mixing Equipment, To Include: | $ 133,500 |
|---|---|---|---|

    (1)   Mueller 10,000-Gallon Jacketed Stainless Steel Tank, S/N 266500, (1999); Vertical, Double Wall, Pasteurize Mix, Ammonia/Jacket; with Associated Pumps and Piping

    (1)   Mueller 8,000-Gallon Sugar Storage Silo, S/N 310263, (2004); Stainless Steel, Vertical, Single Wall; with Associated Pumps and Piping

    (1)   Chester-Jensen Model AHM 6,000-Gallon Jacketed Stainless Steel Tank, S/N 440; (Estimated 1960s); Horizontal, Carbon Steel Skin, Ammonia/Jacket; with Associated Pumps and Piping; (Mounted Through Wall)

    (1)   Mueller 6,000-Gallon Jacketed Stainless Steel Tank, S/N 22-07, (2003); Vertical, Double Wall, Ammonia/Jacket; with Associated Pumps and Piping; (Mounted Through Wall)

    (1)   Mueller Model PCP 1,000-Gallon Jacketed Stainless Steel Tank, S/N 140130, (1994); Pasteurization, Vertical, Water/Jacketed; with Associated Pumps and Piping

    (1)   Mueller 600-Gallon Jacketed Stainless Steel Tank, (1988); Vertical, Water/Jacketed; with Mixing Agitator; and Associated Pumps and Piping

    (2)   650-Gallon Jacketed Stainless Steel Tanks; (Estimated 1960s); Vertical, Carbon Steel Skin, Ammonia/Jacketed; Each with (1) 5 hp Pump; and Associated Piping

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| | | (2) 1,000-Gallon Jacketed Stainless Steel Tanks; (Estimated 1960s); Vertical, Carbon Steel Skin, Ammonia/Jacketed; Each with (1) 3 hp Pump; and Associated Piping | |
| | | (1) 2,000-Gallon Stainless Steel Tank; (Estimated 1960s); Horizontal, Carbon Steel Skin, Insulated Ammonia/Jacket; (Mounted Through Wall) | |
| 2 | 1- | APV Model G24-2.5P 1,000-Gallon/Hour Stainless Steel Homogenizer, S/N 19982410164, (1998), 30 hp; 2,500 psi, 2-Stage; with Piping | 30,000 |
| 3 | 1- | Specially Manufactured Model T 28CH 1,200-Gallon/Hour HTST Pasteurizer, S/N 2032, (2002); 42"L x 45"H x 20"W; with (3) Baldor 5 hp Pumps; 50-Gallon Stainless Steel Tank; Piping; and FES Model 4WP-A1-1 Heat Exchanger, S/N 44400-1, (1999), Minimum 4-0" to Maximum 4-1/6" Capacity | 78,000 |
| 4 | 1- | Breddo Model LOR 30-Gallon Stainless Steel Blender Injector, S/N 184TC3450, (1987), 30 hp; 30 Gallon/Minute, 5 psig; with Associated Pumps and Piping | 11,000 |
| 5 | 1- | Berry Plastics Model CP5000 5-Quart Stainless Steel Filler, S/N CP5003; Portable; *(Vendor Owned)* | --- |
| 6 | 1- | Cherry-Burrell Model ST 1,350-Gallon 3-Compartment Stainless Steel Tank, S/N 315-66-380; (Estimated 1970s); with (3) Reliance Electric 1/3 hp Agitators; and Associated Pumps and Piping | 9,500 |
| 7 | 1- | 150-Gallon Stainless Steel Liquifier; (Estimated 1970s); with Associated Pump and Piping | 6,000 |
| 8 | 1- | Cherry-Burrell Model HCIF Fruit Feeder, S/N 93262ZA | 8,500 |
| 9 | 2- | Tetra Pak Hoyer Model KF1200EX 800-GPH Continuous Ice Cream Freezers, S/N Z118.1005+5145; and S/N Z1181006+5146, (2002) Each Value: $75,000 | 150,000 |

EXHIBIT "3"

000189

**Appraisal - Deluxe Ice Cream Company**
Salem, Oregon

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|

10  1-  Tetra Pak Hoyer Model KF1200XC 600-GPH Continuous Ice Cream Freezer, S/N Z115.4105+5198, (2002) — 65,000

11  1-  1/2-Gallon Ice Cream Packaging Line, To Include: — 110,000

(1)  Lot of Flavor Pumping Equipment, To Include: (1) 55-Gallon Flavor Drum Pump; (2) 3 hp Pumps; (1) St. Regis Model VF-1930 Vibratory Feeder; and (2) E-Trac AC Inverters

(1)  Anderson (WCB) Model 588 1/2-Gallon Ice Cream Carton Filler, S/N 588-5036; 64 Oz., 60 Cartons/Minute; with Package Infeed; Ice Cream Filling Station; Sealing Station, with Nordson Hot Glue Machine; Microset Multiscan Ink Jet System; and Electro Model Plus 6000 Series Controls; (Filler Rebuild (2004) By Manufacturer)

(7)  Stainless Steel Interlocking Plastic Belt Conveyors; 6"W x 16'L; with Specially Manufactured Hydraulic Directional Ram Arms

(1)  Electro Scale Model 475 50-Lb. Digital Scale

(1)  Imaje Model Jaime 100 S4 Marking Machine, S/N 0440507A, (2000)

(1)  APV Amerio Model AM 35 80-Ton Stainless Steel Contact Plate Freezer, S/N C-289 (AM35); (Estimated 1970s); 80 Tons/Hour, 16 Tray Stations/20 Rows Per Tray Capacity, Estimated 12'W x 14'L Freezer Dimensions; with Guardstar M Series Safety Light Curtain

(1)  Douglas Machine Model 462 Shrink Wrap Packaging Machine, S/N M2506, (1993); 30"W; with Shrink Wrap Tunnel, 30"W x 10'L x 20"H, 415°F Operating Temperature

(1)  Lot of Associated Piping; Electrical; and Controls

12  1-  Lock Model MET30 CXE1HDS1148.6 KH2 Stainless Steel Metal Detector, S/N 23414/3, (1999); 22"W x 13"H — 10,000

13  1-  Crepaco Model KM 340 1,200-Gallon/Hour 3-Barrel Continuous Ice Cream Freezer, S/N A-1393, (1974); Stainless Steel; with (2) Reliance Electric Model SP500 Easyclean Plus Cleaning Systems; Siemens Micromaster Control; and (3) Associated Pumps — 12,500

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| 14 | 1- | Vit-A-Line #1; 20 Drops/Minute, To Include: | 150,000 |

(1) FMC Model Viking 1 6-Wide Stainless Steel Vit-A-Line, (1957); (294) Molds on Conveyor + (2) Mold Sets 3 Oz./4 Oz., Pneumatic, 40-Ton Refrigeration Capacity; with Estimated 20"W x 100'L Conveyor; 6-Wide Filler Unit; 6-Wide Evacuation Unit; 6-Wide Filler Unit; 6-Wide Stormax Stick Inserter, (1978), with Allen-Bradley Model PanelView 550 Controls, (2003); Alliance 6-Wide Demolding and Picking Station; Specially Manufactured Heat Exchanger; Ammonia Tank; and Salt Water Tank

(1) Cherry-Burrell Model WPT 300-Gallon Stainless Steel Tank, S/N 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; (Estimated 1970s); with Mixing Agitator; and Associated Pump

(1) 1,350-Gallon 3-Compartment Stainless Steel Tank; (Estimated 1970s); 4'W x 10'L; with (3) Mixing Agitators; and Associated Pumps

(1) Sidam Ice Cream Machinery Model Polopack 8 150-Wraps/Minute Single-Lane Popsicle Wrapping Machine, (1985); 8"W x 10'L Conveyor; with Reliance Electric Model SP500 Easyclean Cleaning System

(2) Interlocking Plastic Belt Conveyors; 6"W x 8'L

(1) Specially Manufactured Stainless Steel Accumulation Table

(1) Hoyer Model Flopac 50 Popsicle Cartoner Packaging Machine, S/N Z431.1100, (2002); IM.50, 6-Pack/12-Pack Packaging Capabilities; with Stainless Steel Infeed Conveyor; Articulating Arms; Nordson Model 3400 Hot Glue System; and Woods Ultracon II SCR Controls

(1) Stainless Steel Interlocking Plastic Belt Conveyor; S-Shape

(1) Anderson Brothers Model 466 Packaging Machine, S/N 33225; 30"W x 20"H x 6'L Capacity; with Specially Manufactured Shrink Wrap Tunnel; and Specially Manufactured Conveyor

(1) Stainless Steel Belt Conveyor; 15"W x 75' Estimated Length, Ceiling Mounted

(1) Lot of Associated Piping; Electrical; and Controls

**Appraisal - Deluxe Ice Cream Company**
**Salem, Oregon**

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| 15 | 1- | Bunting Magnetics Model MN2.2C 600-500 Stainless Steel Metal Detector, S/N 971236-C, (2004); 23"W x 20"H; with Mesutronic Metal Detector Controls | 15,000 |
| 16 | 1- | Fleet-Line Model FL-6000 Case Sealer; with Diagraph Model IV-700 Ink Jet Marking Machine | 3,750 |
| 17 | 1- | NDS 2-Wide Stainless Steel Ice Cream Cone Filler; with Cone Insertion Station; and Cone Fill Stations; *(Vendor Owned)* | --- |
| 18 | 1- | Ice Cream Cup Line, To Include: | 85,000 |
| | | (1)   Osgood Model 2901-6 180-Cup/Minute Multi-Lane Index Filling Machine, S/N 2901-6, (1994); 2 Oz./4 Oz. Ice Cream Cup, 2-Wide; with Plastic Cup Infeed; Ice Cream Dispenser; Capping Station; Rubber Belt Conveyor System; Specially Manufactured Packaging Table; and PanelMate Controls | |
| | | (1)   Doboy Model B-450 Bag Sealer, S/N 98-20236, (1998); with 6"W x 8'L Roll Conveyor | |
| | | (1)   Fleet-Line Model FL-6000 Case Sealer, S/N 6177; with Diagraph Model 575000 Ink Jet Marking Machine, S/N NE10003834; and (2) Stainless Steel Tables | |
| | | (1)   Lot of Associated Piping, Electrical, and Controls | |
| 19 | 1- | 5-Quart Circular Box Maker; *(Vendor Owned)* | --- |
| 20 | 1- | Power Belt Conveyor; 24"W x 15'L | 1,250 |
| 21 | 1- | -15 Degree Fahrenheit Storage Freezer; Estimated 40'W x 90'L; with (2) Evaporators; (Rebuilt 1988; *Real Estate*) | --- |
| 22 | 1- | Imperial Mfg. Co. -15 Degree Fahrenheit Storage Freezer; (Estimated 1970s); Estimated 40'L x 30'W; with (2) Evaporators; *(Real Estate)* | --- |

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| 23 | 1- | Vit-A-Line #2; 20 Drops/Minute, To Include: | 140,000 |
| | | (1) 300-Gallon Stainless Steel Tank; 4'W x 6'L; with Mixing Agitators; and Associated Pumps | |
| | | (1) 1,800-Gallon 3-Compartment Stainless Steel Tank; 4'W x 12'L; with (3) Mixing Agitators; and Associated Pumps | |
| | | (1) Dairy Craft 1,125-Gallon 3-Compartment Stainless Steel Tank, S/N 1655; with (3) Mixing Agitators; and Associated Pumps | |
| | | (1) FMC Model Viking 1 6-Wide Stainless Steel Vit-A-Line; (Estimated 1970s); (294) Molds on Conveyor + (1) Mold Set 4 Oz., Pneumatic, 40-Ton Refrigeration Capacity; with Estimated 20"W x 30'L Conveyor; 6-Wide Filling Unit; 6-Wide Stormax Stick Inserter, (1989), with Hoyer Controls; Alliance 6-Wide Demolding and Picking Station, (1989); Specially Manufactured Heat Exchanger; Ammonia tank; and Salt Water Tank; (Rebuilt 1989) | |
| | | (1) Sidam Ice Cream Machinery Model Polopack 8 150-Wrap/Minute Single-Lane Popsicle Wrapping Machine, (1989); with 8"W x 10'L Stainless Steel Infeed Conveyor; Pneumatic Transfer Station; 3-Position Plastic Dispense Unwind Stand; Product Outfeed Conveyor Table; and Siemens Controls | |
| | | (1) Lot of Associated Piping; Electrical; and Controls | |
| 24 | 1- | Crepaco Model KM 340 1,200-Gallon/Hour 3-Barrel Continuous Ice Cream Freezer, S/N KM340-3446, (1972); with (3) Reliance Electric Model SP500 Easy Clean Cleaning Systems | 12,500 |
| 25 | 1- | Vit-A-Line #3; 20 Drops/Minute, To Include: | 200,000 |
| | | (1) 1350-Gallon 3-Compartment Stainless Steel Tank; with (3) Mixing Agitators; and Associated Pumps | |



| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|-----------------------|
| | (1) | FMC Model M Series 8-Wide Stainless Steel Vit-A-Line, S/N 30-M-148, (1975); (294) Molds on Conveyor + (1) Mold Set Twinpop Pneumatic, 40-Ton Refrigeration Capacity; with Estimated 28"W x 30'L Conveyor; 8-Wide Filler Unit; 8-Wide Evacuation Unit; 8-Wide Filler Unit; 8-Wide Stormax Stick Inserter; 8-Wide Alliance Demolding and Picking Station; Specially Manufactured Heat Exchanger; Ammonia Tank; and Salt Water Tank; (Rebuilt 1993) | |
| | (1) | Anderson Model 591 8-Lane Bar Stacker Packaging System | |
| | (1) | Doboy Model B-500 Bag Sealer, S/N 01-23104, (2001); with 24"W x 15'L Belt Outfeed Conveyor | |
| | (2) | Fleet-Line Model FL-6000 Case Sealers; Portable; Each with Diagraph Model 5750400 Ink Jet Marking Machine | |
| | (2) | Power Belt Conveyors; 24"W x 15'L | |
| | (1) | Lot of Associated Piping, Electrical, and Controls | |
| 26 | 1- | Doboy Model B-500 Bag Sealer, S/N 99-21165, (1999); with Direct 1000 Controls | 5,000 |
| 27 | 1- | St. Regis Model FF-1994 Stainless Steel Fruit Feeder, S/N FS 1994, (1983), 3 hp; (Crepaco) | 6,000 |
| 28 | 1- | Anderson Brothers Pint Filler, S/N 19978; (Estimated 1960s) | 1,500 |
| 29 | 1- | Garver Electrifuge Model 212 Centrifuge, S/N 8629; 18"D Capacity | 350 |
| 30 | 1- | Ohaus Model MB35 Moisture Analyzer | 1,300 |
| 31 | 1- | -20 Degrees Fahrenheit Storage Freezer, (1984); 50'W x 90'L; with (3) Krack Evaporators; *(Real Estate)* | --- |
| 32 | 1- | 2,500-Gallon Brine Stainless Steel Tank; (Estimated 1970s); 4'W x 12'L x 8'H | 6,000 |

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|-----------------------------------|------------------------|
| 33 | 1- | Norse Dairy Systems Stainless Steel Ice Cream Sandwich Machine; with (2) Wafer Infeed Conveyors; Sandwich Assembly Area; and Outfeed Conveyor; *(Vendor Owned)* | --- |
| | | Total Production: | $ 1,251,650 |

### Plant Utilities

| Item # | Qty. | Description | Market Value In Place |
|--------|------|-------------|------------------------|
| 34 | 1- | FES Model 19ME Ammonia Compressor, S/N 19M75, (1996), 200 hp; with FES Micro IIE Controls; (1) 48"D x 14'L Ammonia Shell and Tube; Associated Piping; and Evapco Model LSCA-155 Cooling Tower, S/N 95-8025 W, (1995), 200 hp, 2,504,000.00 MBH | $ 82,500 |
| 35 | 1- | FES-Fuller Model A120S Ammonia Compressor, S/N 72-21131-103, (1972), 75 hp; with 36"D x 12'L Ammonia Steel Tank; and Associated Piping | 10,000 |
| 36 | 1- | Worthington Model 8X8 VR-8F Ammonia Compressor, S/N L90713, 100 hp; (Estimated 1960s); with Associated Piping | 7,000 |
| 37 | 1- | Quincy Model QNW360-C1 Rotary Screw Air Compressor, S/N 900580, (1990), 75 hp; 21,546 Hours Indicated; with Associated Piping | 12,000 |
| 38 | 1- | Arrow Pneumatics Model 3515-4 Air Dryer, S/N RD460, 3 hp | 2,500 |
| 39 | 1- | Quincy Model QNWC-30-C Rotary Screw Air Compressor, S/N 820347, (1982), 30 hp; with 36"D x 6'H Storage Tank; and Associated Piping | 1,500 |
| 40 | 1- | CIP System; with Ecolab Model Saber Quantum Cleaning System; and Ecolab Model AC-1351 Liquid Alkaline Detergent Polypropylene Tank; (Not in Service; Ecolab Is Vendor Owned; Tanks And Valves Owned By Company, (2002)) | 7,500 |

**Appraisal - Deluxe Ice Cream Company**
**Salem, Oregon**

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------|
| 41 | 1- | Vilter Model 448 Ammonia Compressor, S/N 7873AHRCDH0265531, 100 hp; with Associated Piping | 14,000 |
| 42 | 1- | FES-Fuller Model A135S Ammonia Compressor, (1989), 75 hp; with Associated Piping | 9,000 |
| 43 | 1- | Sullair Model 820-LB-717-400-3.0 Screw-Type Ammonia Compressor, S/N 056-01190, (1989), 60 hp; 121°F Operating Temperature; with Associated Piping | 5,500 |
| 44 | 1- | Mycom Model N6B Ammonia Compressor, S/N 10536, 100 hp; (Estimated 1970s); with Associated Piping | 9,000 |
| 45 | 1- | FES-Fuller Ammonia Compressor, 40 hp; (Estimated 1970s); with Associated Piping | 3,000 |
| 46 | 1- | Mycom Model N4B Ammonia Compressor, 75 hp; (Estimated 1970s); with Associated Piping | 9,000 |
| 47 | 1- | Cleaver Brooks Model CBH-200-70 150-psi Gas-Fired Boiler, S/N L-62406, (1977), 2 hp; 2,929,000 Btus/Hour; (Retubed 1992) | 7,000 |
| 48 | 1- | GEA Refrigeration Division Model 400GL Ammonia Compressor, S/N 3A082011, (2003), 350 hp; with GEA Model Micro III Controls; Associated Piping; and Evapco Model ATC 325 B Cooling Tower, S/N W037205, (2003), 350 hp | 135,000 |
| 49 | 1- | BAC Model VXCN205 Cooling Tower, S/N 83-7120M, (1983); 1,985,000.00 MBH | 4,500 |
| 50 | 1- | Evapaco Model LSCA-480 Cooling Tower, S/N 91-5668, (1991) | 11,500 |
| | | Total Plant Utilities: | $ 330,500 |

EXHIBIT "3"

000196

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------|

### Maintenance

| | | | |
|---|---|---|---|
| 51 | 1- | Maintenance Equipment, To Include: | $ 3,250 |

    (1)   Delta Model 31-120 12" Disc Sander; with Portable Cart
    (1)   Ridgid Model 200 Pipe Threader, S/N 201537
    (1)   Jet Model Jet-1240PY 12" x 40" Bed Size Engine Lathe, S/N M84-02-016, (1984); 1-1/2" Hole Through Spindle; with 3-Jaw Chuck; End Stock; and Tool Holder
    (1)   Jepson Model 9115 14" Chop Saw
    (1)   Systematics Model MP175 175-Amp Welder, S/N 175P-2052
    (1)   Miller Model Econo Twin HF 150-Amp Welder, S/N JE-11, (1984)
    (1)   Union Tool Co. Model MADP036AMA 7" Throat Bench-Type Drill Press, S/N 58957
    (1)   H-Frame Press; 24"W Capacity

| | | Total Maintenance: | $ 3,250 |
|---|---|---|---|

### Throughout Plant

| Item # | Qty. | | Market Value In Place |
|--------|------|---|----------------------|
| 52 | 1- | Stretch Wrap Machine; 48" x 48" Platform | $ 2,750 |
| 53 | 1- | Lantech Model E-Series Stretch Wrap Machine, S/N W-0091; 48"D x 6'H Platform | 3,750 |
| 54 | 1- | Marathon Model V-6030HD Vertical Baler, S/N 38377W; 60"W x 30"D | 3,000 |
| 55 | 1- | Lot of Factory and Support Equipment, To Include: Pallet Jacks; Stainless Steel Tables; Stainless Steel Sinks; Cabinets; Metal Lockers; Small Storage Tanks; Conveyor; Microwave; Break Room Equipment; Desks; Chairs; Miscellaneous Pumps; etc. | 15,000 |

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| 56 | 1- | Lot of Office Furniture and Business Machines, To Include: Desks; Chairs; Cubicles; Cabinets; Telephone System; Facsimile Machines; Photocopiers; Executive Office Tables; Conference Tables; Executive Chairs; Security System; Televisions; Printers; etc. | 30,000 |
| | | Total Throughout Plant: | $   54,500 |
| | | **Rolling Stock** | |
| 57 | 1- | Clark Model TM15S 3,000-Lb. Electric Lift Truck, S/N TM247-0607-9055FB, (1993); 188" Lift Height, 3-Stage Mast, Solid Tire; with Battery Charger | $     3,500 |
| 58 | 1- | Yale Model MPB040ACN2402748 4,000-Lb. Walk-Behind Low-Lift Walkie | 600 |
| 59 | 1- | 1998 International Model 9400 Conventional Tractor, VIN 2HSFHAMR2WC035472; 574,331 Miles Indicated | 30,000 |
| 60 | 1- | Clark Model TM15S 3,000-Lb. Electric Lift Truck, S/N TM247-0296-9058FB, (1994); 188" Lift Height, 3-Stage Mast, Solid Tire | 3,500 |
| 61 | 1- | Clark Model TMG15S 3,000-Lb. Electric Lift Truck, S/N TMG248-0226-7482FB, (1998); 188" Lift Height, 3-Stage Mast, Solid Tire | 6,500 |
| 62 | 1- | Skyjack Model SJM3219 19'H Scissor Lift, S/N 22951 | 8,000 |
| 63 | 1- | Clark Model TMG15S 3,000-Lb. Electric Lift Truck, S/N TMG248-0261-7498FB, (2000); 188" Lift Height, 3-Stage Mast, Solid Tire | 7,500 |
| 64 | 1- | Clark Model TMG15S 3,000-Lb. Electric Lift Truck, S/N Unknown; 188" Lift Height, 3-Stage Mast, Solid Tire | 6,000 |
| 65 | 1- | Clark Model TMG15S 3,000-Lb. Electric Lift Truck, S/N Unknown; 188" Lift Height, 3-Stage Mast, Solid Tire; (Not Inspected; Located Off Site) | 6,000 |

**Appraisal - Deluxe Ice Cream Company**
**Salem, Oregon**

SEE NOTE

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| 66 | 1- | Linde Model EGU20 4,000-Lb. Low-Lift Walkie; with Battery Charger | 1,600 |
| 67 | 1- | 1992 Dodge Model B350 Van, VIN 2B7KB31Z6NK113894; 5.9 L V8 Engine, 91,824 Miles Reported; (Not Inspected) | 2,500 |
| 68 | 1- | 1995 International Model 4900 Conventional Tractor, VIN 1HTSDAAN5SH691787; License #YAP1499, 351,444 Miles Reported; with Murphy Refrigerated Body, 8' x 18'; (Not Inspected) | 22,000 |
| 69 | 1- | 1996 International Model 4900 Conventional Tractor, VIN 1HTSDAAN2TH346993; License #YCPX805, 207,967 Miles Reported; with Murphy Refrigerated Body, 8' x 18'; (Not Inspected) | 25,000 |
| 70 | 1- | 1980 International Model Ryder Conventional Tractor, VIN AA185KHA23230; License #T506622, 215,376 Miles Reported; with Van Body; (Not Inspected) | 4,000 |
| 71 | 1- | 1988 International Model 9670 Conventional Tractor, VIN 1HSRDGVR6JH552981; License #YABP742, 905,129 Hours Reported; (Not Inspected) | 12,000 |
| 72 | 1- | 1998 International Model 9300 Conventional Tractor, VIN 2HSFBASR9WC044772; License #YAD714, 420,508 Miles Reported; (Not Inspected) | 35,000 |
| 73 | 1- | 1986 Utility Refrigerated Trailer, VIN 1UYV52457GC604804; License #HP22477, Insulated, 38,147 Hours Reported; with Thermal King Model SBII Refrigeration Unit, S/N 0566868084; (Not Inspected) | 5,500 |
| 74 | 1- | 1993 Utility Refrigerated Trailer, VIN 1UYV5248XRU132301; License #HP73460, Insulated, 21,426 Hours Reported; with Thermal King Model SBII Refrigeration Unit, S/N 0936117800 | 11,500 |

**Appraisal - Deluxe Ice Cream Company**
**Salem, Oregon**



| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------|
| 75 | 1- | 1994 Wabash Refrigerated Trailer, VIN 1JJE482S8RL240424; License #HP95222, Insulated, 11,042 Hours Reported; with Carrier Model NDA94ANO-AM-0 Refrigeration Unit, S/N DAL90238166 | 13,000 |
| | | Total Rolling Stock: | $ 203,700 |
| | | **Total Appraised Market Value In Place -**<br>**Deluxe Ice Cream Company**<br>**1860 State Street**<br>**Salem, Oregon** | **$ 1,843,600** |



**Matterhorn Ice Cream Company**
**115 East Plymouth Street**
**Caldwell, Idaho**



# Appraisal

**Matterhorn Ice Cream Company**
**115 East Plymouth Street**
**Caldwell, Idaho**

## Machinery & Equipment

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|

### Production

| 76 | 1- | Tanks and Mixing Equipment, To Include: | $ 95,000 |

    (1)  Cherry-Burrell Model CV 6,000-Gallon Stainless Steel Tank, S/N 4500-69-933, (1969); with Mixing Agitator; (Installed In Enclosed Room)

    (1)  Feldmeier 10,000-Gallon Jacketed Stainless Steel Tank, (2002); Vertical, Ammonia/Jacketed; **(Leased)**

    (1)  Dairy King 1,200-Gallon Jacketed Stainless Steel Tank, S/N 1200F2607; (Estimated 1960s); Horizontal, Freon/Jacketed, Open Top; with Lid; and Mixing Agitator

    (1)  Mueller 1,000-Gallon Jacketed Stainless Steel Tank; (Estimated 1960s); Horizontal, Freon/Jacketed; with Mixing Agitator

    (1)  Dairy King 1,500-Gallon Jacketed Stainless Steel Tank, S/N 1500S4085, (1964); (Estimated 1960s); Horizontal, Freon/Jacketed; with (2) Mixing Agitators

    (1)  St. Regis Model SC 1,000-Gallon Jacketed Stainless Steel Tank, S/N 49707; (Estimated 1960s); Horizontal, Ammonia/Jacketed; with Mixing Agitator

    (1)  St. Regis Model SC 1,000-Gallon Jacketed Stainless Steel Tank, S/N 49711; (Estimated 1980s); Horizontal, Freon/Jacketed; with Mixing Agitator; (Installed Through Wall)

    (1)  CE Howard Model 12678-A 15,000-Gallon Stainless Steel Tank, S/N 9967-2, (1969)

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|------------------------|
| 77 | 1- | 3M Model 39600 Case Sealer, S/N 4058, (1997) | 2,250 |
| 78 | 1- | Process Automation Engineering CIP System, (1995); with 300-Gallon Stainless Steel Tank; 200-Gallon Stainless Steel Tank; and Process Automation Engineering Control System, with Anderson Chart Graph, (2) Honeywell Digital Displays, and Allen-Bradley Model Micrologix 1500 PLC Controls | 30,000 |
| 79 | 1- | APV Model M/C 6742-9539 (HX) 800-Gallon/Hour Pasteurizer, (1987); with Diversion Valves; 50-Gallon Stainless Steel Surge Tank; 5 hp Pump; and HTST Controls, with Taylor Chart Graph | 25,000 |
| 80 | 1- | Specially Manufactured Stainless Steel Interlocking Plastic Belt Conveyor; 4"W x 6'L; with Teco Model FM50 Controls | 500 |
| 81 | 1- | Stainless Steel Interlocking Plastic Belt Conveyor; Portable, 8"W x 15'L; with Teco Model FM50 Controls | 1,000 |
| 82 | 1- | STA Pack Model STA-52 Case Sealer, S/N AS020258, (2001); 20"W Capacity | 1,750 |
| 83 | 1- | Safeline Model SL2000 (PPH 18" x 9") Stainless Steel Metal Detector, S/N 55403 (18539-01), (2002); Portable, 18"W x 9"H; with 16"W x 4'L Plastic Belt Conveyor | 10,500 |
| 84 | 1- | Power Belt Conveyor; Portable, 8"W x 12'L | 500 |
| 85 | 1- | Stainless Steel Power Belt Conveyor; Portable, 8"W x 25'L | 1,000 |
| 86 | 3- | Cherry-Burrell Model GHW 1,000-Gallon Jacketed Stainless Steel Tanks, S/N 10-73-2738; S/N 10-73-2739; and S/N 10-73-2737, (1973); Horizontal, Water/Jacketed; Each with Mixing Agitator; and Associated Pumps Each Value: $8,000 | 24,000 |

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| 87 | 3- | Videojet Model 37 Plus Ink Jet Marking Machines, S/N E4980760003WD; S/N E4980770001WD; and S/N 021260023WD<br>Each Value: $4,000 | 12,000 |
| 88 | 1- | Doboy Model Mustang IV Single-Lane Wrapper, S/N 96-18541, (1996); Portable; with 1"W x 10'L Single Stainless Steel Chain Feed Conveyor | 13,500 |
| 89 | 1- | -150-Degree Operating Temperature Nitrogen Tunnel; (Estimated 1960s); 14"W x 12'L Conveyor; with (3) 3/4 hp Fans; and Nitrogen Spray System | 22,500 |
| 90 | 1- | Specially Manufactured Ice Cream Sandwich Machine, (2001); Portable, (6) Filling Heads, 110 Fills/Minute, 33"W x 70"L Table Size | 7,500 |
| 91 | 1- | Cherry-Burrell Model (200BS) 200-Gallon/Hour Continuous Ice Cream Freezer; (Estimated 1960s) | 12,500 |
| 92 | 1- | Specially Manufactured 4-Head Ice Cream Cone Filling System, (2002); Portable; with Chocolate Spray System, with 10-Gallon Hot Water Jacketed Stainless Steel Chocolate Tank; 18"W x 12'L Plastic Belt Conveyor; and Teco-Westinghouse Controls | 5,000 |
| 93 | 1- | Specially Manufactured 6-Head Ice Cream Sandwich Filling System, (2002); Portable, 100 Fills/Minute; with PLC Controls; and Transfer Conveyor, 24" x 12'L | 5,000 |
| 94 | 1- | Ice Cream Bar Line; 120 PPM Maximum, To Include:<br>(1) Interlocking Plastic Belt Conveyor, (2004); 10"W x 40'L<br>(1) Crepaco Stainless Steel Fruit Feeder, S/N A-7891-FF; (Estimated 1970s); 65 Lbs./Hour Capacity<br>(1) Tetra Pak Hoyer Model Custom Built Ice Cream Wire Cut Machine, S/N J349.5078, (2000); Portable, 3 Oz. to 6 Oz. Minimum/Maximum Cutting Size, 300 Cuts/Minute | 200,000 |


|  | (1) | Hoyer Model KF/1200 600-Gallon/Hour Continuous Ice Cream Freezer, S/N 115/45O6, (1986) |  |
|  | (1) | -150 Degree Operating Temperature Nitrogen Tunnel; (Estimated 1960s); 38"W x 34'L; with (4) 1 hp Fans |  |
|  | (1) | St. Regis Model RFB 1,000-Gallon Jacketed Stainless Steel Tank, S/N 49087; Horizontal, Ammonia/Jacketed; with Mixing Agitator; and Associated Pumps |  |
|  | (1) | Dover Model RA-40 50-Gallon Stainless Steel Mixing Kettle, S/N 100631, (1980); Portable; with 1/2 hp Mixing Agitator; and Depa-Pumpen 1-1/2" Diaphragm Pump |  |
|  | (1) | Specially Manufactured Chocolate Dip Enrober, (2001), 1 hp; Portable, 160 Bars/Minute; with (2) 6"W x 16'L Stainless Steel Conveyors; Dipping Station; 50-Gallon Capacity Stainless Steel Hot Water Jacketed Chocolate Tank; and 1-1/2" Diaphragm Pump |  |
|  | (1) | Doboy Model Mustang IV Single Lane Wrapper, S/N 94-16670, (1994); Portable; with 1-1/2"W x 10'L Stainless Steel Infeed Conveyor; Sealing Station; and Outfeed Conveyor |  |
|  | (1) | Interlocking Plastic Belt Conveyor; 8"W x 10'L; with Teco Model FM50 Controls |  |
|  | (1) | Adco Model 15D105-SS Semi-Automatic Cartoner, S/N 4301HG, (2001); 100 Boxes/Minute, 1" to 9 1/2" Length Opening x 3/4" to 4" Width Opening x 4" to 12" Carton Depth; with Single-Lane Box Infeed Station; Box Assembly Station; 8"W x 18'L Chain Section Conveyor; Glue and Sealing Station, with Nordson Model 3100V-1EAV2F Hot Glue Machine, S/N AN99M31589 |  |
|  | (1) | Lot of Associated Piping, Electrical, and Controls |  |
| 95 | 1- | 3M Model T8000 Case Sealer, S/N 2520; Portable; with (2) Marsh Model Unicorn Ink Jet Printers | 1,500 |

**Appraisal - Matterhorn Ice Cream Company**
**Caldwell, Idaho**

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------|
| 96 | 1- | Safeline Model (PPH 6" x 4") Stainless Steel Metal Detector, S/N 37493 (14490-01), (1999); 6"W x 4"H; with 2W" x 4'L Plastic Belt Conveyor | 7,000 |
| 97 | 1- | 6,000-Gallon Carbon Steel Tank; (Estimated 1970s); with Top Mounted UV Lights; (Installed In Enclosed Room) | 2,500 |
| 98 | 1- | -20 Degree Fahrenheit Storage Freezer, (1970); 50'W x 100'L; with (2) 5-Ton Krack Evaporators; and 20-Ton Krack Evaporator; *(Real Estate)* | --- |
| | | Total Production: | $    480,500 |

**Plant Utilities**

| Item # | Qty. | | Market Value In Place |
|--------|------|--|----------------------|
| 99 | 6- | Copeland Model CSAH0300-CAB-001N Freon Compressors, 1 hp; (Estimated 1980s); with Associated Piping<br>Each Value: $1,500 | $    9,000 |
| 100 | 1- | Frick Model RDBF222B Ammonia Compressor, S/N S0022EFEFLHCA3, 150 hp; (Estimated 1986); 27,239 Hours Indicated; with Associated Piping | 9,000 |
| 101 | 1- | Vilter Model C92214 Ammonia Compressor, S/N 15174ASR, 150 hp; (Estimated 1960s); with Associated Piping | 8,000 |
| 102 | 1- | Vilter Ammonia Compressor, S/N 601A484RC, 40 hp; (Estimated 1960s); with Associated Piping | 3,000 |
| 103 | 1- | Mycom Model 5A Ammonia Compressor, S/N 5A1497, 40 hp; (Estimated 1960s); with Associated Piping | 3,000 |
| 104 | 1- | Vilter Ammonia Compressor, 60 hp; (Estimated 1960s); with Associated Piping | 3,000 |
| 105 | 1- | Mycom Model 42A Ammonia Compressor, S/N 42A1529, 30 hp; (Estimated 1960s); with Associated Piping | 3,000 |

# Appraisal - Matterhorn Ice Cream Company
## Caldwell, Idaho



| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|-----------------------|
| 106 | 1- | Fuller Model A-70 Ammonia Compressor, S/N 870, 40 hp; (Estimated 1960s); with Associated Piping | 3,000 |
| 107 | 1- | 800-Gallon Stainless Steel Tank; (Estimated 1970s); Waste Tank; with Mixing Agitator; and Associated Pumps | 4,000 |
| 108 | 1- | Shell and Tube Heat Exchanger; (Estimated 1970s); with 12"D x 15'L Heat Exchanger; 10"D x 10'L Heat Exchanger; 300-Gallon Stainless Steel Tank; and 5 hp Associated Pumps | 1,000 |
| 109 | 1- | Sellers Model Commodore Gas-Fired Boiler, S/N 99066, (1977), 125 hp; 4,185,000 Btus/Hour | 7,500 |
| 110 | 1- | Gardner-Denver Model Electra-Saver II ECH0JE Rotary Screw Air Compressor, S/N M21049, 50 hp; (Estimated 1980s); 31,388 Hours Indicated; with Associated Piping | 8,000 |
| 111 | 1- | Sullivan Palatek Model PDD-165 165-scfm Air Dryer, S/N 3334-2-0208-16BD, (2002) | 4,250 |
| 112 | 1- | Quincy Model C-30-D Rotary Screw Air Compressor, S/N 880453, (1988), 30 hp; Horizontal Tank Mounted, 6,758 Hours Indicated; with Associated Piping | 6,500 |
| 113 | 1- | Baltimore Aircoil Model VXMC340 Cooling Tower, S/N 830602, (1983) | 5,500 |
| 114 | 1- | Recold Model BMSIFS335A Cooling Tower, S/N D7172 | 1,500 |
| | | Total Plant Utilities: | $ 79,250 |

## Dry Goods Storage

| Item # | Qty. | | Market Value In Place |
|--------|------|---|-----------------------|
| 115 | 2- | 5,000-Gallon Jacketed Storage Stainless Steel Tanks; (Estimated 1970s); Chocolate, Vertical, Water/Jacketed; Each with (1) Mixing Agitator; and (1) 3" Diaphragm Pump Each Value: $9,000 | $ 18,000 |
| 116 | 1- | Imperial Walk-In Incubator, (1980), 1 hp; 150°F Maximum Temperature, 6'W x 10'L | 1,500 |

**Appraisal - Matterhorn Ice Cream Company**
**Caldwell, Idaho**



| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|------------------------|
| 117 | 1- | Walk-In Freezer; (Estimated 1980), 10'W x 32'L, 20°F Operating Temperature; with (2) Bohn 4-Fan Evaporators; and Copeland Air Compressor | 4,000 |
| 118 | 1- | Belt Conveyor; Portable, 9"W x 10'L; with Marsh Model Patrion Plus HR/Series Ink Jet Printer, 2-Head | 3,000 |
| 119 | 1- | Cherry-Burrell Model SS2100VBR 2,000-Gallon Homogenizer, S/N 731624, (1986) | 8,000 |
| 120 | 1- | Specially Manufactured Sandwich Conveyor, (1994); Portable, 6-Lane, Each Lane 4"W x 8'L, with (6) Sandwich Tampers | 6,500 |
| 121 | 1- | AVP Model SR310 2,000/1,000 Gallon/Hour Stainless Steel Pasteurizer, S/N 20375; 140-Plate; with Holding Tube; 50-Gallon Capacity Stainless Steel Balance Tank; Associated Pumps (5hp/2hp); Valves; Anderson Controls; and Alfa Laval Model CB76-20-T09 Plate Press, 120-Plate; (Not In Service) | 30,000 |

Total Dry Goods Storage: $ 71,000

### Maintenance

| 122 | 1- | Maintenance Shop Equipment, To Include: | $ 3,200 |

    (1) Lincoln Model Invertec V200-Pro 200-Amp Welder, S/N AC-803279, (1991); with Lincoln Model LN-7 Wire Feeder, with Portable Cart

    (1) Makita Model 2414 14" Chop Saw, S/N 357714E

    (1) Blackhawk Model 67605 12-Ton H-Frame Press; 18" Between Posts

    (1) Pro-Tech Model PT-1413 Floor-Type Drill Press, S/N 82694, 3/4 hp; 6" Throat

    (1) Thermal Dynamics Model Dynapak 4XI 40-Amp Plasma Cutter

    (1) Jet Model HVBS-463 Horizontal Band Saw, S/N 111004, 1/2 hp; 10"W x 7"H

Total Maintenance: $ 3,200



| Item # | Qty. | Effective Date: November 5, 2004 | | Market Value In Place |
|---|---|---|---|---|

### Outside Storage

| 123 | 1- | CE Howard Model 3711-A 1,250-Gallon Stainless Steel Tank, S/N 6819, (1956); (Not In Service) | $ | 1,500 |
| 124 | 1- | Girton Model SV-500 500-Gallon Stainless Steel Tank, S/N 6410070, (1964); (Not In Service) | | 750 |
| 125 | 1- | Dairy King 1,200-Gallon Stainless Steel Tank, S/N 404; (Not In Service) | | 1,500 |
| 126 | 1- | 1,000-Gallon Stainless Steel Tank; (Not In Service) | | 2,500 |
| 127 | 1- | Breddo Model LDT 100-Gallon Liquifier, S/N D-20190-596360, (1986), 15 hp; (Not In Service) | | 6,500 |
| 128 | 1- | Lot of Equipment Located In Trailer; (Not In Service); To Include:<br>(1) Doboy Single Lane Wrapper Model Supermustang IV, (1986)<br>(1) Stickin Model O276 Popsicle Stick Machine, S/N 0028<br>(1) Great Lakes Shrink Tunnel; Estimated Capacity 32"W x 20"H | | 15,500 |

| | | Total Outside Storage: | $ | 28,250 |

### Throughout Plant

| 129 | 1- | Maren Model 2036 36"W x 24"D Vertical Baler, S/N 984313, 5 hp | $ | 1,750 |
| 130 | 2- | Pumps, 1 hp; Portable; Each with 1-1/2" Diaphragm Pump; 15"D Infeed Hopper; and Teco-Westinghouse Controls<br>Each Value: $375 | | 750 |
| 131 | 1- | Wulftec Model WLP-200 Stretch Wrap Machine, S/N 0697-2271; 48"D Rotary Platform x 7'H | | 5,750 |

EXHIBIT "3"

000209

## Appraisal - Matterhorn Ice Cream Company
### Caldwell, Idaho

SEE ADD'L

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| 132 | 1- | Cherry Burrell Model SS2100VBR Homogenizer, S/N 731624; (Not Inspected; Not Yet Delivered) | 5,000 |
| 133 | 2- | Crepaco Model B 1000-Gallon Mixing Tanks, S/N 7226; and S/N 7227; (Not Inspected; Not Yet Delivered) Each Value: $5,000 | 10,000 |
| 134 | 5- | Carton Flow Racks; 9'W x 10'L, 6-Tier Each Value: $300 | 1,500 |
| 135 | 1- | 2001 KIT Manufacturing Model Cypress 70'8" x 26'8" Prefabricated Modular Yard Office, VIN KM1Y0178C235033A/B; with Vinyl Siding; Shingle Roof; Interior Drywall; Kitchen; (2) Bathrooms; (4) Offices; and Climate Control | 35,000 |
| 136 | 1- | Lot of Factory and Support, To Include: Desks; Chairs; Miscellaneous Pumps; Miscellaneous Tanks; Conveyors; Chairs; Laboratory Furnace; Scales; etc. | 12,000 |
| 137 | 1- | Lot of Office Furniture and Business Machines, To Include: Desks; Tables; Chairs; Kitchen Equipment; Telephone System; Computers; Printers; Photocopiers; Facsimile; etc. | 25,000 |
| | | Total Throughout Plant: | $ 96,750 |

### Rolling Stock

| Item # | Qty. | | Market Value In Place |
|---|---|---|---|
| 138 | 1- | Allis-Chalmers Model ACE30A 2,500-Lb. Electric Lift Truck, S/N DAE105482, (1978); 106" Lift Height, 2-Stage Mast, Solid Tire | $ 1,500 |
| 139 | 1- | Toyota Model 2FBCA15 3,000-Lb. Electric Lift Truck, S/N 2FBCA15-10296, (1978); 185" Lift Height, 3-Stage Mast, Solid Tire, 7,245 Hours Indicated | 2,000 |
| 140 | 1- | Hyster Model H30XL 3,000-Lb. LP Gas Lift Truck, S/N C001B05738E, (1984); 174" Lift Height, 3-Stage Mast, Pneumatic Tire | 2,500 |

EXHIBIT "3"

**Appraisal - Matterhorn Ice Cream Company**
**Caldwell, Idaho**

SEE ATT.

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| | | Total Rolling Stock: | $    6,000 |
| | | **Leased Assets** | |
| 141 | 1- | Tetra Pak Hoyer Model KF2000XC 600-Gallon/Hour Continuous Ice Cream Freezer, S/N Z115.7429, (2003) | $   70,000 |
| 142 | 1- | Praxair Model U4 1840 DDBCBP (Nitroshield) -150- Degree Fahrenheit Operating Temperature Nitrogen Tunnel, S/N 90013, (2003); 42"W x 24'L Stainless Steel Conveyor; with (4) 3/4 hp Fans; and Controls | 100,000 |
| 143 | 1- | Safeline Model (PPH 14" x 12") Stainless Steel Metal Detector, S/N 55370, (2002); Portable, 14"W x 12"H; with 14"W x 6'L Plastic Belt Conveyor | 9,000 |
| 144 | 1- | Specially Manufactured 16-Head Chocolate Enrober, (2000); Portable; with 36"W x 8'L Stainless Steel Chain Conveyor; (16) Chocolate Spray Heads (8-Top/8-Bottom); and Stainless Steel Hood | 8,000 |
| 145 | 1- | Feldmeier 10,000-Gallon Jacketed Stainless Steel Tank, (2002); Vertical, Ammonia/Jacketed; *(MVIP $30,000; Valued In Tanks and Mixing Equipment)* | --- |
| 146 | 1- | Interlocking Plastic Belt Conveyor, (2004); 10"W x 40'L; *(MVIP $5,500; Valued with Ice Cream Bar Line)* | --- |
| | | Total Leased Assets: | $  187,000 |

**Total Appraised Market Value In Place -**
**Matterhorn Ice Cream Company**          $    951,950
**115 East Plymouth Street**
**Caldwell, Idaho**



**Vitafreze Frozen Confections, Inc.**
**1221 66th Street**
**Sacramento, California**



# Appraisal

**Vitafreze Frozen Confections, Inc.**
**1221 66th Street**
**Sacramento, California**

## Machinery & Equipment

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|-----------------------|

### Production

| Item # | Qty. | Description | Market Value In Place |
|--------|------|-------------|-----------------------|
| 147 | 1- | Lot of Tanks, To Include: | $ 80,000 |
| | | (3) Cherry-Burrell 3,000-Gallon Jacketed Stainless Steel Tanks, S/N E-345-92, Asset #6; S/N E-344-92, Asset #Tank 5; and S/N E-346-92, Asset #Tank 4, (1992); Vertical, Ammonia/Jacketed; Each with Associated Pumps | |
| | | (1) Feldmeier 1,500-Gallon Jacketed Stainless Steel Tank, S/N E-1014-00, Asset #3, (2000); Vertical, Ammonia/Jacketed; with Associated Pumps | |
| | | (2) CE Howard 1,500-Gallon Jacketed Stainless Steel Tanks, S/N 7856-2, Asset #2; and S/N 7856-1, Asset #1, (1956); Vertical, Ammonia/Jacketed; Each with Associated Pumps | |
| | | (1) 4,000-Gallon Stainless Steel Tank; Vertical; with Associated Pumps | |
| | | (1) CE Howard 300-Gallon Jacketed Stainless Steel Tank, S/N 6211, (1955); Vertical, Water/Jacketed; with Associated Pumps | |
| 148 | 1- | Poly Cal Plastics 4,000-Gallon Polypropylene Tank; Vertical, Calcium Chloride Filled; with Associated Pumps | 1,000 |
| 149 | 1- | 700-Gallon Polypropylene Tank; with Associated Pumps | 500 |

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------|

150    1-    pH Wastewater Treatment System, (1999); Lot of Tanks, To Include:      50,000

       (1) 1,500-Gallon Spill Grease Interceptor Casted Concrete In-Ground Tank

       (1) 5,000-Gallon Casted Concrete In-Ground Settling Tank

       (1) 800-Gallon Caustic Polypropylene Tank

151    1-    Vit-A-Line #1; 20 Dips/Minute Maximum Capacity, To Include:      125,000

       (1) FMC 8-Wide Stainless Steel Vit-A-Line, (1970); 383 Molds, 22 Drops/Minute, Pneumatic, 40-Tons of Refrigeration, 11' Extra Cooling Capacity; with Estimated 28"W x 35'L Conveyor; 8-Wide Filling Unit; 8-Wide Evacuation Unit; Stormax International Model 0251 Stick Inserter, S/N 0025; Viking Demolding and Picking Station, 28"W x 8'L; Specially Manufactured Heat Exchanger; Ammonia Tank; and Salt Water Tank

       (1) Fuji Formost Model FW370A Single-Lane Stainless Steel Wrapper, S/N H3508, (1979); 200 Wraps/Minute; with 8"W x 10'L Stainless Steel Section Conveyor; 2"W x 8'L Single Infeed Conveyor; and 20"W x 10'L Stainless Steel Plastic Belt Conveyor

       (1) Cintec Stainless Steel Metal Detector; 4"W x 4"H

       (1) Stainless Steel Power Belt Conveyor; 3"W x 6'L

       (1) Stainless Steel Power Belt Conveyor; 4"W x 6'L; with Stainless Steel Accumulation Table

       (1) Hayes Model 515B-30 30 Box/Minute Automatic Carton Packaging Machine, S/N 8305, (1970); 6-Bar To 12-Bar Packaging Capacity; with Stainless Steel Infeed Packaging Conveyor; Box Assembly Station; Box Closing and Gluing Station, with Nordson Glue Machine; and 24"W x 20'L Belt Outfeed Conveyor

       (1) Lot of Associated Piping, Electrical, and Controls



| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| 152 | 1- | Vit-A-Line #2; 20 Dips/Minute Maximum Capacity, To Include: | 125,000 |
| | | (1) FMC 8-Wide Stainless Steel Vit-A-Line, (1970); 372 Molds, 22 Drops/Minute, Pneumatic, 40-Tons of Refrigeration, 8' Extra Cooling Capacity; with Estimated 28"W x 35'L Conveyor; 8-Wide Filling Unit; 8-Wide Evacuation Unit; 8-Wide Filling Unit; Stormax International Model 0260 Stick Inserter, S/N 0026; Alliance Demolding and Picking Station, 28"W x 8'L; Specially Manufactured Heat Exchanger; Ammonia Tank; and Salt Water Tank | |
| | | (1) Fuji Formost Model FW370A Single-Lane Stainless Steel Wrapper, S/N H011505; 200 Wraps/Minute; with 8"W x 10'L Stainless Steel Section Conveyor; 2"W x 8'L Single Infeed Conveyor; and 20"W x 10'L Stainless Steel Plastic Belt Conveyor | |
| | | (1) Cintec Stainless Steel Metal Detector, S/N Unknown; 4"W x 4"H | |
| | | (1) Stainless Steel Power Belt Conveyor; 3"W x 6'L | |
| | | (1) Stainless Steel Power Belt Conveyor; 4"W x 6'L; with Stainless Steel Accumulation Table | |
| | | (1) Hayes Model 515B-30 30-Box/Minute Automatic Carton Packaging Machine, S/N 8307, (1970); 6-Bar To 12-Bar Packaging Capacity; with Stainless Steel Infeed Packaging Conveyor; Box Assembly Station; Box Closing and Gluing Station, with Nordson Glue Machine; and 24"W x 20'L Belt Outfeed Conveyor | |
| | | (1) Lot of Associated Piping, Electrical, and Controls | |
| 153 | 1- | Anderson Model 464 Stainless Steel Wrapper, S/N 31291, (1970); 33"W x 20"H; with (3) 33"W x 20"H Shrink Wrap Tunnels | 9,500 |
| 154 | 1- | Great Lakes Model 708 Stainless Steel Packaging System; with 30"W Heat Sealer; and 30"W x 20"H x 4'L Shrink Wrap Tunnel | 10,000 |

**Appraisal - Vitafreze Frozen Confections, Inc.**
**Sacramento, California**

SEE EXH.

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|------------------------|
| 155 | 1- | Cherry-Burrell Model 3D92 1,200-Gallon 3-Barrel Continuous Ice Cream Freezer, S/N 5730; (Estimated 1970s); Stainless Steel | 15,000 |
| 156 | 1- | Crepaco Model S-410 Stainless Steel Fruit Feeder, S/N FF-2244 | 6,000 |
| 157 | 1- | St. Regis Model KRA-318 1,200-Gallon/Hour 3-Barrel Continuous Ice Cream Freezer, S/N KRA-318-311; (Estimated 1965); Stainless Steel | 5,000 |
| 158 | 1- | Cherry-Burrell 900-Gallon 3-Compartment Stainless Steel Tank; (Estimated 1965); with (3) Mixing Agitators; and Associated Pumps | 7,500 |
| 159 | 1- | Cherry-Burrell 900-Gallon 3-Compartment Stainless Steel Tank; (Estimated 1970s); with (3) Mixing Agitators; and Associated Pumps | 7,500 |
| 160 | 1- | CE Howard 300-Gallon Jacketed Stainless Steel Tank, S/N 6290 (4748-A), (1955); with 5 hp Mixing Agitator; and Associated Pumps | 2,000 |
| 161 | 1- | 400-Gallon Stainless Steel Tank; (Estimated 1960s); with Mixing Agitator; and Associated Pumps | 3,500 |
| 162 | 3- | Tetra Pak Hoyer Model KF1150XC 265-Gallon/Hour Continuous Ice Cream Freezers, S/N Z114.7914; S/N Z114.7915; and S/N Z114.7916, (1995); Stainless Steel Each Value: $42,500 | 127,500 |
| 163 | 1- | Cherry-Burrell 550-Gallon 3-Compartment Stainless Steel Tank, S/N 215-81-732; (Estimated 1970s); with (3) Mixing Agitators; and Associated Pumps | 5,000 |
| 164 | 1- | Rehric Howard 3,000-Gallon Jacketed Stainless Steel Tank, S/N 2871; (Estimated 1960s); Horizontal, Water/Jacketed; with Mixing Agitator; and Associated Pumps | 6,500 |

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|------------------------|
| 165 | 2- | 3M Model 2920 Case Sealers, S/N 5796, (1994); with (2) Mier Ink Jet Printers; and Actech MC Series Controls Each Value: $1,500 | 3,000 |
| 166 | 2- | Kwik Lok Model 872B Automatic Closing Bag Machines, S/N 40047; and S/N Unknown, (1991); Clip Type; Each with 24"W x 2'L Belt Conveyor Each Value: $2,000 | 4,000 |
| 167 | 1- | Tetra Pak Hoyer Model KF1150XL 265-Gallon/Hour Continuous Ice Cream Freezer, S/N Z114.8024; (Estimated 1990s); Stainless Steel | 42,500 |
| 168 | 1- | Crepaco 900-Gallon 3-Compartment Stainless Steel Tank, S/N 300-3-242; Each Compartment with Mixing Agitator | 7,500 |
| 169 | 1- | Feldmeier 300-Gallon 2-Compartment Stainless Steel Tank, S/N E448-99, (1999); Each Compartment with Mixing Agitator | 13,000 |
| 170 | 1- | Rollo Popsicle Line, To Include: | 400,000 |

170 (continued):

(1) Tetra Pak Hoyer Model Rollo RM 27 18,000-PPH Novelty Stick Filling Line, S/N 311-3225, (1996); 10-Wide, 23 Drops/Minute Maximum Capacity, 9'D; with 10-Stand Filler Station; 10-Station Evacuator; 10-Station Juice Filler; 10-Station Evacuator; 10-Station Ice Cream Filler; Knauf 10-Station Stick Inserter, S/N 388, (1995); and Rollo 10-Station Extractor

(1) Tetra Pak Hoyer Model Hoywrap ML27 Multi-Lane Flow Wrapper, S/N 415-3793, (1996); Stainless Steel, 5-Lane, Estimated 300 PPM; with Stainless Steel Infeed Conveyor; (10) Cold Rollers; and (10) Hot Rollers

(1) Tetra Pak Hoyer Model AFG 5-Lane Stainless Steel Transfer Conveyor, S/N 503-1575

(1) Tetra Pak Hoyer Model HMI Stainless Steel Interlever Conveyor, S/N 416-1333; 8"W x 10'L

| | | | |
| --- | --- | --- | --- |
| | (1) | Elliott Manufacturing Model IH-2 45-Carton/Minute Stainless Steel Cartoner, S/N 98-4-28, (1998); 6 To 12 Popsicle Package Capacity; with Box Assembly Station; Box Sealing Station, with Nordson Hot Glue Machine; and Outfeed Conveyor, 4"W x 30'L Stainless Steel Belt | |
| | (2) | Cintex Model Autosearch II Metal Detectors, S/N 8910; and S/N Unknown, (1994); 14"W x 5"H | |
| | (1) | Arpac Model 118-SS-28 29"W x 16"H Right-Angle Bundler Packaging Machine, S/N 3459, (1998); Stainless Steel; with Actuating Table Lift; Heat Sealer; 12"W x 6'L Dual Belt Conveyor; and Arpac Controls | |
| | (3) | Stainless Steel Interlocking Plastic Belt Conveyors; 24"W x 6'L | |
| | (1) | Lot of Associated Piping, Electrical, and Controls | |

Total Production: **$ 1,056,500**

### Ice Cream Cone

| | | | |
| --- | --- | --- | --- |
| 171 | 1- | Feldmeier 500-Gallon 2-Compartment Stainless Steel Tank, S/N E-909-03, (2003); with (2) Mixing Agitators | $ 17,500 |
| 172 | 1- | Feldmeier 6,500-Gallon Hot Water Jacketed 2-Compartment Stainless Steel Tank, S/N E-910-03, (2003); First Compartment @ 3,700-Gallon Capacity, Second Compartment @ 2,800-Gallon Capacity | 40,000 |
| 173 | 1- | Ice Cream Cone Line, To Include: | 850,000 |
| | (1) | Hoyer Firgus Model KF1000XC 530-Gallon/Hour 2-Barrel Continuous Ice Cream Freezer, S/N Z114.8329, (2004) | |
| | (1) | J.J. Steel Model IMP -35 Degree Fahrenheit Quick Freeze Tunnel Freezer, S/N 7850, (2004); 8'W x 40'L Tunnel Size; with JJ Steele Controls | |
| | (1) | NDS 2-Wide Stainless Steel Ice Cream Cone Filler; with Cone Insertion Station; and Cone Fill Stations; *(Vendor Owned)* | |

**Appraisal - Vitafreze Frozen Confections, Inc.**
**Sacramento, California**



| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|

(1) Anderson (WCB) Model 593 8-Wide Intermittent Motion Multi-Lane Wrapper, (2004); Stainless Steel, 24"W x 10'L; with 8-Stand Uncoiler; Crimp and Sealer Station; and Outfeed Conveyor

(1) Markem Model SmartlaseSL Laser Coder, S/N 038327

(1) Sentry Model MiH 1404 Stainless Steel Metal Detector, S/N 041568A, (2004); 8"W x 3"H; with Cintex Model CS2060 10"W x 6'L Plastic Belt Conveyor

(1) Tetra Pak Hoyer Model Flopac 100 Single-Lane Flow Wrap Packaging Machine, S/N Z430.1165, (2004); 100 Boxes/Minute Maximum Capacity, 428 Cone Packaging Capabilities; with Stainless Steel Metal Infeed Conveyor; Box Assembly Station; Packaging Station; Laser Reading Station; Package Sealing Station, with Nordson Model Problue 10 Hot Glue System, S/N SA04B07240; and 9" x 10'L Stainless Steel Plastic Belt Conveyor

(1) Elliott Manufacturing Model 2000SL 30-Case/Minute Stainless Steel Case Packer, S/N 040423, (2004); Erects/Loads/Seals, 15-1/2"H x 12"W x 11"D Maximum Case Size; with 16"W x 12'L Plastic Belt Conveyor; Case Erector Infeed; Case Erector Station; Pneumatic Arm Case Filling Station; Case Sealing Station, with Nordson Model Problue 10 Hot Glue Machine, S/N SA04C08320; and Manufacturer Little David Model Versa Jet LC2 Ink Jet System, S/N D40LC00745

(1) Lot of Statco Package Conveyors

(1) Lot of Sanitary Piping; Electrical; and Controls

Total Ice Cream Cone:          $    907,500

**Appraisal - Vitafreze Frozen Confections, Inc.**
**Sacramento, California**

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------|
| | | **Frozen Storage** | |
| 174 | 11- | Carton Flow Racks; 36"W x 18'L x 7-Tier; Each with Metal Rollers<br>Each Value: $300 | $ 3,300 |
| 175 | 45- | Pallet Racks; 8'W x 48"D x 15'H, 3-Tier<br>Each Value: $165 | 7,425 |
| 176 | 1- | -20 Degree Storage Freezer, (1972); Estimated 60'W x 150'L; with (8) Krack Evaporators; *(Real Estate)* | --- |
| | | Total Frozen Storage: | $ 10,725 |
| | | **Plant Utilities** | |
| 177 | 1- | Kewanee Model H35-150-G Gas-Fired Boiler, S/N NB-24478, 150 hp; (Estimated 1970s) | $ 5,000 |
| 178 | 1- | BAC Model CMA-120A 120-Ton Cooling Tower, S/N 66-8579, Asset #3, (1966) | 2,000 |
| 179 | 1- | BAC Model 75-CP 75-Ton Cooling Tower, S/N 59-7522, Asset #1, (1959) | 2,000 |
| 180 | 1- | BAC Model VXC-185 185 Ton Cooling Tower, S/N 84-7544M, Asset #2, (1984) | 5,500 |
| 181 | 1- | Vilter Model VMC-440 Ammonia Compressor, S/N 60465, Asset #7, 100 hp; 13,173 Hours Indicated; with Associated Piping | 17,500 |
| 182 | 1- | York Model A3089-5DE Ammonia Compressor, S/N L109895, 60 hp; (Estimated 1960s); 77,111 Hours Indicated; with Associated Piping | 3,000 |
| 183 | 1- | York Model A3089-5DE Ammonia Compressor, S/N L387494, Asset #2, 50 hp; (Estimated 1960s); 8,547 Hours Indicated; with Associated Piping | 4,000 |

**Appraisal - Vitafreze Frozen Confections, Inc.**
**Sacramento, California**

(SEAL)

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------|
| 184 | 1- | Mycom Model F8WA Ammonia Compressor, S/N 811400, (2000), 60 hp; 82,092 Hours Indicated; with Associated Piping; (Estimated 1970s Motor) | 19,500 |
| 185 | 1- | FES-Fuller Model A-150S Ammonia Compressor, S/N 76-20768-103, Asset #4, (1976), 25 hp; 60,787 Hours Indicated; with Associated Piping | 3,000 |
| 186 | 1- | FES-Fuller Model A-150S Ammonia Compressor, S/N 83-20190-103, Asset #5, (1983), 60 hp; 52,009 Hours Indicated; with Associated Piping | 7,000 |
| 187 | 1- | Allis-Chalmers Model 10-6B Ammonia Compressor, S/N 1602-16848, Asset #6, 50 hp; 52,117 Hours Indicated; with Associated Piping | 3,000 |
| 188 | 1- | PneumaTech Model AD-500 500-scfm Air Dryer, S/N 0009-TR134411P-ST | 1,750 |
| 189 | 1- | Statco Model 6240C-2 400-Degree Fahrenheit Maximum Temperature Shell and Tube Heat Exchanger, S/N T51245, (2000); with 5 hp Pump; and Todd Street 560-Gallon Capacity Insulated Stainless Steel Tank, S/N 3128-00 | 7,500 |
| 190 | 1- | Sullair Model 16BS-75H ACAC 125-psig Rotary Screw Air Compressor, S/N 003-69709, 75 hp; with Associated Piping | 4,000 |
| 191 | 1- | Pump Systems CIP System, (1993); with (2) 300-Gallon Stainless Steel Chemical/Wash Tanks; 1,000-Gallon Stainless Steel Recovery Tank; (1) 500-Gallon Stainless Steel Rinse Fresh Water Tank; (1) 500-Gallon Stainless Steel Fresh Water Tank; (2) Control Panels, Each with Anderson Control Chart Recorder; and Associated Piping | 45,000 |
| 192 | 11- | Copeland Model N2NL-2500-TSD-300 Freon Compressors, 1 hp; Each with Copeland Sentronic Oil Pressure System; and Associated Piping Each Value: $4,000 | 44,000 |

EXHIBIT "3"

SEE ADV

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|-----------------------|
| 193 | 1- | Ingersoll-Rand Model IRN75H-CC Rotary Screw Air Compressor, S/N NV5866U03356, (2004), 75 hp; with Ingersoll-Rand Model TMS0380 Air Dryer, S/N TMS0380-0310/2169, (2003), 115°F Maximum Temperature; and Associated Piping | 40,000 |
| 194 | 1- | FES Model 19LE Ammonia Compressor, S/N 19L85C, (1995), 300 hp; 30,684 Hours Indicated; with 10'W x 20'L Enclosure; and Associated Piping | 70,000 |
| 195 | 1- | Evapco Model ATC180 Cooling Tower, S/N 95-8019W, (1995) | 32,500 |

Total Plant Utilities: $ 316,250

**Maintenance Shop Equipment**

| 196 | 1- | Maintenance Shop Equipment, To Include: | $ 4,850 |

    (1)  Wilton Model 3410 12" x 10" Horizontal Band Saw, S/N 04057510, (2000)
    (1)  Makita Model 2414B 14" Chop Saw, S/N 73937A
    (1)  Dayton Model 3Z915 15-Ton H-Frame Press; 19" Between Posts
    (1)  Chicago Industrial Tool Model G-17-15 8" Throat Pedestal Drill Press, S/N 107
    (1)  Lincoln Model Tig 250/250 250-Amp Welder, S/N AC-629352, (1986)
    (1)  Lot of Miscellaneous Maintenance Shop Equipment, To Include: Double-End Grinders; Vises; Parts Washers; Tool Cabinets; Parts Shelving; Lockers; Grease Guns; etc.

Total Maintenance Shop Equipment: $ 4,850

**Storage**

| 197 | 18- | Pallet Racks; 8'W x 42"D x 12'H, 2-Tier; with Wood Decking<br>Each Value: $135 | $ 2,430 |

# Appraisal - Vitafreze Frozen Confections, Inc.
## Sacramento, California



| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| 198 | 1- | Interbake Foods Model 1612 Packaging System, S/N 104309; (Estimated 1980s); with Box Stacking Station; Loading Station; and Sealing Station, with Nordson Model 3100 Hot Glue System | 11,000 |
| 199 | 10- | Pallet Racks; 12'W x 44"D x 10'H, 1-Tier Each Value: $120 | 1,200 |
| | | Total Storage: | $  14,630 |

### Throughout Plant

| | | | |
|---|---|---|---|
| 200 | 1- | Marathon Model RU-30 Compactor, S/N 403404-O3, (2000); 3' x 3' Hopper; with 55-Gallon Drum Barrel Dumper | $   4,500 |
| 201 | 1- | -20 Degrees Storage Freezer; Estimated 30'W x 40'L; with King Condenser; and (3) Krack Evaporators; *(Real Estate)* | --- |
| 202 | 1- | Lot of Factory and Support Equipment, To Include: Tables; Desks; Chairs; Metal Cabinets; File Cabinets; Miscellaneous Conveyor; Warm Boxes; Kitchen Equipment; Miscellaneous Pumps; etc. | 25,000 |
| 203 | 1- | Lot of Office Furniture and Business Machines, To Include: Desks; Chairs; Conference Table; Computer Systems; Printers; Facsimile Machines; Photocopiers; Laptops; File Cabinets; Safe; Telephone System; etc | 12,000 |
| | | Total Throughout Plant: | $  41,500 |

### Rolling Stock

| | | | |
|---|---|---|---|
| 204 | 1- | Yale Low-Lift Walkie | $   1,100 |
| 205 | 1- | Yale Model MPB040ACN24C2748 4,000-Lb. Low-Lift Walkie | 1,350 |

**Appraisal - Vitafreze Frozen Confections, Inc.**
**Sacramento, California**

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------|
| 206 | 1- | Hyster Model N40FR 4,000-Lb. Stand-Up Rider Type Electric Lift Truck, S/N C138D03324L, (1990); 195" Maximum Lift Height, 3-Stage Mast, Solid Tire; with Battery Charger | 2,000 |
| | | Total Rolling Stock: | $    4,450 |

**Total Appraised Market Value In Place -**
**Vitafreze Frozen Confections, Inc.**                                    <u>$   2,356,405</u>
**1221 66th Street**
**Sacramento, California**

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

IDAHO SECRETARY OF STATE
06/04/2009 05:00
CK: NONE CT: 1117 BH: 1173183
1 @ 6.00 = 6.00 UCC3 BASIC # 6
Filing Number:
B 6532375

A. NAME & PHONE OF CONTACT AT FILER [optional]
Tyler Henderson          208-385-5394

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Moffatt Thomas Barrett Rock & Fields

P. O. Box 829

Boise, ID 83701

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is |
|---|---|
| B 2005-0981326-3 Filed 3/9/05 | to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☑ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☑ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Key Equipment Finance, a division of Key Corporate Capital, Inc. | | | |

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| KeyBank National Association | | | |

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| MS WA-31-18-0311, 601 108th Ave. NE, 3rd Floor | Bellevue | WA | 98009-9027 | USA |

| 7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Key Equipment Finance, a division of Key Corporate Capital, Inc. | | | |

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

10. OPTIONAL FILER REFERENCE DATA
Debtor: Deluxe Ice Cream Company          TO BE FILED WITH THE IDAHO SECRETARY OF STATE

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)   IDAHO FILLABLE FORM REV. 07/2001
Client: 1176804.1

EXHIBIT "3"                    000225

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

IDAHO SECRETARY OF STATE
06/04/2009 05:00
CK: NONE  CT: 1117  BH: 1173183
1 @ 6.00 =   6.00  UCC3 BASIC # 6
Filing Number:
B 6532375

A. NAME & PHONE OF CONTACT AT FILER [optional]
Tyler Henderson                    208-385-5394

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Moffatt Thomas Barrett Rock & Fields

P. O. Box 829

Boise, ID 83701

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. |
|---|---|
| B 2005-0981326-3 Filed 3/9/05 | This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor _or_ ☑ Secured Party of record. Check only _one_ of these two boxes.

Also check _one_ of the following three boxes _and_ provide appropriate information in items 6 and/or 7.

☑ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Key Equipment Finance, a division of Key Corporate Capital, Inc. | | | |
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR KeyBank National Association | | | |
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| MS WA-31-18-0311, 601 108th Ave. NE, 3rd Floor | Bellevue | WA | 98009-9027 | USA |

| 7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only _one_ box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR Key Equipment Finance, a division of Key Corporate Capital, Inc. | | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

10. OPTIONAL FILER REFERENCE DATA
Debtor:  Deluxe Ice Cream Company          TO BE FILED WITH THE IDAHO SECRETARY OF STATE

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)  IDAHO FILLABLE FORM REV. 07/2001

Client:1176804.1

EXHIBIT "3"                    000226

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

IDAHO SECRETARY OF STATE
03/09/2005 05:00
CK: 5634569 CT: 1577 BN: 797451
1 @ 12.00 = 12.00 UCCI FILE # 2
Filing Number:
B 2005-0981327-2

A. NAME & PHONE OF CONTACT AT FILER [optional]
Phone:(800) 331-3282 Fax: (818) 662-4141

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)          511630 IKEYEQUIP

UCC Direct Services          6572128
P.O. Box 29071
Glendale, CA 91209-9071          IDID

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Deluxe Ice Cream Company | | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1860 State Street | Salem | OR | 97301 | |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | Corporation | ID | C134317 | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Key Equipment Finance, a division of Key Corporate Capital Inc. | | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 66 S. Pearl Street | Albany | NY | 12207 | |

**4. This FINANCING STATEMENT covers the following collateral:**

This financing statement covers all of Debtor's right, title and interest, now owned or hereafter acquired, in and to the following described collateral, together with any and all (1) substitutions, replacements or exchanges therefore, (2) replacement parts, additions, attachments and accessories incorporated therein or affixed thereto, or used in connection therewith, and (3)cash and non cash proceeds including, without limitation, claims of the Debtor against third parties for loss or damage to, or destruction of, such collateral: SEE ATTACHED EXHIBIT A. (1) accounts receivable, accounts, chattel paper, documents, contract rights, instruments, general intangibles, and all right, title and interest in sold, leased, or furnished goods giving rise thereto (including, without limitation, all rights (i) of stoppage in transit, (ii) of reclamation, and (iii) in returned or repossessed goods); (2) inventory (including, without limitation, all goods that are (i) raw materials, (ii) work in process, (iii) materials used or consumed in the ordinary course of Debtor's business or held for sale or lease or furnished or to be furnished under contracts of service); (3) equipment, including, without limitation, (i) all machinery, office furniture and furnishing, tools, dies, jigs, and molds, (ii) all goods used or bought for use primarily in Debtor's business, (iii) all goods that are not consumer goods or farm products and all accessions thereto and gods with which the goods are commingled.

| 5. ALTERNATIVE DESIGNATION [if applicable] | ☒ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA
6572128                    L#8800503352

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

Prepared by UCC Direct Services, P.O. Box 29071, Glendale, CA 91209-9071 Tel (800) 331-3282

EXHIBIT "3"                    000227

# Appraisal

**Deluxe Ice Cream Company**
**1860 State Street**
**Salem, Oregon**

## Machinery & Equipment

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|

### Production

| 1 | 1- | Tanks and Mixing Equipment, To Include: | $ 133,500 |
|---|---|---|---|

    (1)   Mueller 10,000-Gallon Jacketed Stainless Steel Tank, S/N 266500, (1999); Vertical, Double Wall, Pasteurize Mix, Ammonia/Jacket; with Associated Pumps and Piping

    (1)   Mueller 8,000-Gallon Sugar Storage Silo, S/N 310263, (2004); Stainless Steel, Vertical, Single Wall; with Associated Pumps and Piping

    (1)   Chester-Jensen Model AHM 6,000-Gallon Jacketed Stainless Steel Tank, S/N 440; (Estimated 1960s); Horizontal, Carbon Steel Skin, Ammonia/Jacket; with Associated Pumps and Piping; (Mounted Through Wall)

    (1)   Mueller 6,000-Gallon Jacketed Stainless Steel Tank, S/N 22-07, (2003); Vertical, Double Wall, Ammonia/Jacket; with Associated Pumps and Piping; (Mounted Through Wall)

    (1)   Mueller Model PCP 1,000-Gallon Jacketed Stainless Steel Tank, S/N 140130, (1994); Pasteurization, Vertical, Water/Jacketed; with Associated Pumps and Piping

    (1)   Mueller 600-Gallon Jacketed Stainless Steel Tank, (1988); Vertical, Water/Jacketed; with Mixing Agitator; and Associated Pumps and Piping

    (2)   650-Gallon Jacketed Stainless Steel Tanks; (Estimated 1960s); Vertical, Carbon Steel Skin, Ammonia/Jacketed; Each with (1) 5 hp Pump; and Associated Piping



| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| | (2) | 1,000-Gallon Jacketed Stainless Steel Tanks; (Estimated 1960s); Vertical, Carbon Steel Skin, Ammonia/Jacketed; Each with (1) 3 hp Pump; and Associated Piping | |
| | (1) | 2,000-Gallon Stainless Steel Tank; (Estimated 1960s); Horizontal, Carbon Steel Skin, Insulated Ammonia/Jacket; (Mounted Through Wall) | |
| 2 | 1- | APV Model G24-2.5P 1,000-Gallon/Hour Stainless Steel Homogenizer, S/N 19982410164, (1998), 30 hp; 2,500 psi, 2-Stage; with Piping | 30,000 |
| 3 | 1- | Specially Manufactured Model T 28CH 1,200-Gallon/Hour HTST Pasteurizer, S/N 2032, (2002); 42"L x 45"H x 20"W; with (3) Baldor 5 hp Pumps; 50-Gallon Stainless Steel Tank; Piping; and FES Model 4WP-A1-1 Heat Exchanger, S/N 44400-1, (1999), Minimum 4-0" to Maximum 4-1/6" Capacity | 78,000 |
| 4 | 1- | Breddo Model LOR 30-Gallon Stainless Steel Blender Injector, S/N 184TC3450, (1987), 30 hp; 30 Gallon/Minute, 5 psig; with Associated Pumps and Piping | 11,000 |
| 5 | 1- | Berry Plastics Model CP5000 5-Quart Stainless Steel Filler, S/N CP5003; Portable; **(Vendor Owned)** | --- |
| 6 | 1- | Cherry-Burrell Model ST 1,350-Gallon 3-Compartment Stainless Steel Tank, S/N 315-66-380; (Estimated 1970s); with (3) Reliance Electric 1/3 hp Agitators; and Associated Pumps and Piping | 9,500 |
| 7 | 1- | 150-Gallon Stainless Steel Liquifier; (Estimated 1970s); with Associated Pump and Piping | 6,000 |
| 8 | 1- | Cherry-Burrell Model HCIF Fruit Feeder, S/N 93262ZA | 8,500 |
| 9 | 2- | Tetra Pak Hoyer Model KF1200EX 800-GPH Continuous Ice Cream Freezers, S/N Z118.1005+5145; and S/N Z1181006+5146, (2002) Each Value: $75,000 | 150,000 |

**Appraisal - Deluxe Ice Cream Company**
**Salem, Oregon**

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|------------------------|
| 10 | 1- | Tetra Pak Hoyer Model KF1200XC 600-GPH Continuous Ice Cream Freezer, S/N Z115.4105+5198, (2002) | 65,000 |
| 11 | 1- | 1/2-Gallon Ice Cream Packaging Line, To Include: | 110,000 |

    (1) Lot of Flavor Pumping Equipment, To Include: (1) 55-Gallon Flavor Drum Pump; (2) 3 hp Pumps; (1) St. Regis Model VF-1930 Vibratory Feeder; and (2) E-Trac AC Inverters

    (1) Anderson (WCB) Model 588 1/2-Gallon Ice Cream Carton Filler, S/N 588-5036; 64 Oz., 60 Cartons/Minute; with Package Infeed; Ice Cream Filling Station; Sealing Station, with Nordson Hot Glue Machine; Microset Multiscan Ink Jet System; and Electro Model Plus 6000 Series Controls; (Filler Rebuild (2004) By Manufacturer)

    (7) Stainless Steel Interlocking Plastic Belt Conveyors; 6"W x 16'L; with Specially Manufactured Hydraulic Directional Ram Arms

    (1) Electro Scale Model 475 50-Lb. Digital Scale

    (1) Imaje Model Jaime 100 S4 Marking Machine, S/N 0440507A, (2000)

    (1) APV Amerio Model AM 35 80-Ton Stainless Steel Contact Plate Freezer, S/N C-289 (AM35); (Estimated 1970s); 80 Tons/Hour, 16 Tray Stations/20 Rows Per Tray Capacity, Estimated 12'W x 14'L Freezer Dimensions; with Guardstar M Series Safety Light Curtain

    (1) Douglas Machine Model 462 Shrink Wrap Packaging Machine, S/N M2506, (1993); 30"W; with Shrink Wrap Tunnel, 30"W x 10'L x 20"H, 415°F Operating Temperature

    (1) Lot of Associated Piping; Electrical; and Controls

| Item # | Qty. | Description | Market Value In Place |
|--------|------|-------------|------------------------|
| 12 | 1- | Lock Model MET30 CXE1HDS1148.6 KH2 Stainless Steel Metal Detector, S/N 23414/3, (1999); 22"W x 13"H | 10,000 |
| 13 | 1- | Crepaco Model KM 340 1,200-Gallon/Hour 3-Barrel Continuous Ice Cream Freezer, S/N A-1393, (1974); Stainless Steel; with (2) Reliance Electric Model SP500 Easyclean Plus Cleaning Systems; Siemens Micromaster Control; and (3) Associated Pumps | 12,500 |



| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| 14 | 1- | Vit-A-Line #1; 20 Drops/Minute, To Include: | 150,000 |

    (1)  FMC Model Viking 1 6-Wide Stainless Steel Vit-A-Line, (1957); (294) Molds on Conveyor + (2) Mold Sets 3 Oz./4 Oz., Pneumatic, 40-Ton Refrigeration Capacity; with Estimated 20"W x 100'L Conveyor; 6-Wide Filler Unit; 6-Wide Evacuation Unit; 6-Wide Filler Unit; 6-Wide Stormax Stick Inserter, (1978), with Allen-Bradley Model PanelView 550 Controls, (2003); Alliance 6-Wide Demolding and Picking Station; Specially Manufactured Heat Exchanger; Ammonia Tank; and Salt Water Tank

    (1)  Cherry-Burrell Model WPT 300-Gallon Stainless Steel Tank, S/N 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; (Estimated 1970s); with Mixing Agitator; and Associated Pump

    (1)  1,350-Gallon 3-Compartment Stainless Steel Tank; (Estimated 1970s); 4'W x 10'L; with (3) Mixing Agitators; and Associated Pumps

    (1)  Sidam Ice Cream Machinery Model Polopack 8 150-Wraps/Minute Single-Lane Popsicle Wrapping Machine, (1985); 8"W x 10'L Conveyor; with Reliance Electric Model SP500 Easyclean Cleaning System

    (2)  Interlocking Plastic Belt Conveyors; 6"W x 8'L

    (1)  Specially Manufactured Stainless Steel Accumulation Table

    (1)  Hoyer Model Flopac 50 Popsicle Cartoner Packaging Machine, S/N Z431.1100, (2002); IM.50, 6-Pack/12-Pack Packaging Capabilities; with Stainless Steel Infeed Conveyor; Articulating Arms; Nordson Model 3400 Hot Glue System; and Woods Ultracon II SCR Controls

    (1)  Stainless Steel Interlocking Plastic Belt Conveyor; S-Shape

    (1)  Anderson Brothers Model 466 Packaging Machine, S/N 33225; 30"W x 20"H x 6'L Capacity; with Specially Manufactured Shrink Wrap Tunnel; and Specially Manufactured Conveyor

    (1)  Stainless Steel Belt Conveyor; 15"W x 75' Estimated Length, Ceiling Mounted

    (1)  Lot of Associated Piping; Electrical; and Controls

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| 15 | 1- | Bunting Magnetics Model MN2.2C 600-500 Stainless Steel Metal Detector, S/N 971236-C, (2004); 23"W x 20"H; with Mesutronic Metal Detector Controls | 15,000 |
| 16 | 1- | Fleet-Line Model FL-6000 Case Sealer; with Diagraph Model IV-700 Ink Jet Marking Machine | 3,750 |
| 17 | 1- | NDS 2-Wide Stainless Steel Ice Cream Cone Filler; with Cone Insertion Station; and Cone Fill Stations; *(Vendor Owned)* | --- |
| 18 | 1- | Ice Cream Cup Line, To Include:<br>(1) Osgood Model 2901-6 180-Cup/Minute Multi-Lane Index Filling Machine, S/N 2901-6, (1994); 2 Oz./4 Oz. Ice Cream Cup, 2-Wide; with Plastic Cup Infeed; Ice Cream Dispenser; Capping Station; Rubber Belt Conveyor System; Specially Manufactured Packaging Table; and PanelMate Controls<br>(1) Doboy Model B-450 Bag Sealer, S/N 98-20236, (1998); with 6"W x 8'L Roll Conveyor<br>(1) Fleet-Line Model FL-6000 Case Sealer, S/N 6177; with Diagraph Model 575000 Ink Jet Marking Machine, S/N NE10003834; and (2) Stainless Steel Tables<br>(1) Lot of Associated Piping, Electrical, and Controls | 85,000 |
| 19 | 1- | 5-Quart Circular Box Maker; *(Vendor Owned)* | --- |
| 20 | 1- | Power Belt Conveyor; 24"W x 15'L | 1,250 |
| 21 | 1- | -15 Degree Fahrenheit Storage Freezer; Estimated 40'W x 90'L; with (2) Evaporators; (Rebuilt 1988; *Real Estate*) | --- |
| 22 | 1- | Imperial Mfg. Co. -15 Degree Fahrenheit Storage Freezer; (Estimated 1970s); Estimated 40'L x 30'W; with (2) Evaporators; *(Real Estate)* | --- |

**Appraisal - Deluxe Ice Cream Company**
**Salem, Oregon**



| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| 23 | 1- | Vit-A-Line #2; 20 Drops/Minute, To Include: | 140,000 |
| | | (1) 300-Gallon Stainless Steel Tank; 4'W x 6'L; with Mixing Agitators; and Associated Pumps | |
| | | (1) 1,800-Gallon 3-Compartment Stainless Steel Tank; 4'W x 12'L; with (3) Mixing Agitators; and Associated Pumps | |
| | | (1) Dairy Craft 1,125-Gallon 3-Compartment Stainless Steel Tank, S/N 1655; with (3) Mixing Agitators; and Associated Pumps | |
| | | (1) FMC Model Viking 1 6-Wide Stainless Steel Vit-A-Line; (Estimated 1970s); (294) Molds on Conveyor + (1) Mold Set 4 Oz., Pneumatic, 40-Ton Refrigeration Capacity; with Estimated 20"W x 30'L Conveyor; 6-Wide Filling Unit; 6-Wide Stormax Stick Inserter, (1989), with Hoyer Controls; Alliance 6-Wide Demolding and Picking Station, (1989); Specially Manufactured Heat Exchanger; Ammonia tank; and Salt Water Tank; (Rebuilt 1989) | |
| | | (1) Sidam Ice Cream Machinery Model Polopack 8 150-Wrap/Minute Single-Lane Popsicle Wrapping Machine, (1989); with 8"W x 10'L Stainless Steel Infeed Conveyor; Pneumatic Transfer Station; 3-Position Plastic Dispense Unwind Stand; Product Outfeed Conveyor Table; and Siemens Controls | |
| | | (1) Lot of Associated Piping; Electrical; and Controls | |
| 24 | 1- | Crepaco Model KM 340 1,200-Gallon/Hour 3-Barrel Continuous Ice Cream Freezer, S/N KM340-3446, (1972); with (3) Reliance Electric Model SP500 Easy Clean Cleaning Systems | 12,500 |
| 25 | 1- | Vit-A-Line #3; 20 Drops/Minute, To Include: | 200,000 |
| | | (1) 1350-Gallon 3-Compartment Stainless Steel Tank; with (3) Mixing Agitators; and Associated Pumps | |

## Appraisal - Deluxe Ice Cream Company
## Salem, Oregon



| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| | (1) | FMC Model M Series 8-Wide Stainless Steel Vit-A-Line, S/N 30-M-148, (1975); (294) Molds on Conveyor + (1) Mold Set Twinpop Pneumatic, 40-Ton Refrigeration Capacity; with Estimated 28"W x 30'L Conveyor; 8-Wide Filler Unit; 8-Wide Evacuation Unit; 8-Wide Filler Unit; 8-Wide Stormax Stick Inserter; 8-Wide Alliance Demolding and Picking Station; Specially Manufactured Heat Exchanger; Ammonia Tank; and Salt Water Tank; (Rebuilt 1993) | |
| | (1) | Anderson Model 591 8-Lane Bar Stacker Packaging System | |
| | (1) | Doboy Model B-500 Bag Sealer, S/N 01-23104, (2001); with 24"W x 15'L Belt Outfeed Conveyor | |
| | (2) | Fleet-Line Model FL-6000 Case Sealers; Portable; Each with Diagraph Model 5750400 Ink Jet Marking Machine | |
| | (2) | Power Belt Conveyors; 24"W x 15'L | |
| | (1) | Lot of Associated Piping, Electrical, and Controls | |
| 26 | 1- | Doboy Model B-500 Bag Sealer, S/N 99-21165, (1999); with Direct 1000 Controls | 5,000 |
| 27 | 1- | St. Regis Model FF-1994 Stainless Steel Fruit Feeder, S/N FS 1994, (1983), 3 hp; (Crepaco) | 6,000 |
| 28 | 1- | Anderson Brothers Pint Filler, S/N 19978; (Estimated 1960s) | 1,500 |
| 29 | 1- | Garver Electrifuge Model 212 Centrifuge, S/N 8629; 18"D Capacity | 350 |
| 30 | 1- | Ohaus Model MB35 Moisture Analyzer | 1,300 |
| 31 | 1- | -20 Degrees Fahrenheit Storage Freezer, (1984); 50'W x 90'L; with (3) Krack Evaporators; *(Real Estate)* | --- |
| 32 | 1- | 2,500-Gallon Brine Stainless Steel Tank; (Estimated 1970s); 4'W x 12'L x 8'H | 6,000 |

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| 33 | 1- | Norse Dairy Systems Stainless Steel Ice Cream Sandwich Machine; with (2) Wafer Infeed Conveyors; Sandwich Assembly Area; and Outfeed Conveyor; *(Vendor Owned)* | --- |
| | | Total Production: | $ 1,251,650 |

### Plant Utilities

| | | | |
|---|---|---|---|
| 34 | 1- | FES Model 19ME Ammonia Compressor, S/N 19M75, (1996), 200 hp; with FES Micro IIE Controls; (1) 48"D x 14'L Ammonia Shell and Tube; Associated Piping; and Evapco Model LSCA-155 Cooling Tower, S/N 95-8025 W, (1995), 200 hp, 2,504,000.00 MBH | $ 82,500 |
| 35 | 1- | FES-Fuller Model A120S Ammonia Compressor, S/N 72-21131-103, (1972), 75 hp; with 36"D x 12'L Ammonia Steel Tank; and Associated Piping | 10,000 |
| 36 | 1- | Worthington Model 8X8 VR-8F Ammonia Compressor, S/N L90713, 100 hp; (Estimated 1960s); with Associated Piping | 7,000 |
| 37 | 1- | Quincy Model QNW360-C1 Rotary Screw Air Compressor, S/N 900580, (1990), 75 hp; 21,546 Hours Indicated; with Associated Piping | 12,000 |
| 38 | 1- | Arrow Pneumatics Model 3515-4 Air Dryer, S/N RD460, 3 hp | 2,500 |
| 39 | 1- | Quincy Model QNWC-30-C Rotary Screw Air Compressor, S/N 820347, (1982), 30 hp; with 36"D x 6'H Storage Tank; and Associated Piping | 1,500 |
| 40 | 1- | CIP System; with Ecolab Model Saber Quantum Cleaning System; and Ecolab Model AC-1351 Liquid Alkaline Detergent Polypropylene Tank; (Not in Service; Ecolab Is Vendor Owned; Tanks And Valves Owned By Company, (2002)) | 7,500 |

**Appraisal - Deluxe Ice Cream Company**
**Salem, Oregon**

SEE ANY

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------|
| 41 | 1- | Vilter Model 448 Ammonia Compressor, S/N 7873AHRCDH0265531, 100 hp; with Associated Piping | 14,000 |
| 42 | 1- | FES-Fuller Model A135S Ammonia Compressor, (1989), 75 hp; with Associated Piping | 9,000 |
| 43 | 1- | Sullair Model 820-LB-717-400-3.0 Screw-Type Ammonia Compressor, S/N 056-01190, (1989), 60 hp; 121°F Operating Temperature; with Associated Piping | 5,500 |
| 44 | 1- | Mycom Model N6B Ammonia Compressor, S/N 10536, 100 hp; (Estimated 1970s); with Associated Piping | 9,000 |
| 45 | 1- | FES-Fuller Ammonia Compressor, 40 hp; (Estimated 1970s); with Associated Piping | 3,000 |
| 46 | 1- | Mycom Model N4B Ammonia Compressor, 75 hp; (Estimated 1970s); with Associated Piping | 9,000 |
| 47 | 1- | Cleaver Brooks Model CBH-200-70 150-psi Gas-Fired Boiler, S/N L-62406, (1977), 2 hp; 2,929,000 Btus/Hour; (Retubed 1992) | 7,000 |
| 48 | 1- | GEA Refrigeration Division Model 400GL Ammonia Compressor, S/N 3A082011, (2003), 350 hp; with GEA Model Micro III Controls; Associated Piping; and Evapco Model ATC 325 B Cooling Tower, S/N W037205, (2003), 350 hp | 135,000 |
| 49 | 1- | BAC Model VXCN205 Cooling Tower, S/N 83-7120M, (1983); 1,985,000.00 MBH | 4,500 |
| 50 | 1- | Evapaco Model LSCA-480 Cooling Tower, S/N 91-5668, (1991) | 11,500 |
| | | Total Plant Utilities: | $ 330,500 |

| Item # | Qty. | Effective Date: November 5, 2004 | | Market Value In Place |
|---|---|---|---|---|

### Maintenance

| 51 | 1- | Maintenance Equipment, To Include: | $ 3,250 |
|---|---|---|---|

    (1)   Delta Model 31-120 12" Disc Sander; with Portable Cart

    (1)   Ridgid Model 200 Pipe Threader, S/N 201537

    (1)   Jet Model Jet-1240PY 12" x 40" Bed Size Engine Lathe, S/N M84-02-016, (1984); 1-1/2" Hole Through Spindle; with 3-Jaw Chuck; End Stock; and Tool Holder

    (1)   Jepson Model 9115 14" Chop Saw

    (1)   Systematics Model MP175 175-Amp Welder, S/N 175P-2052

    (1)   Miller Model Econo Twin HF 150-Amp Welder, S/N JE-11, (1984)

    (1)   Union Tool Co. Model MADP036AMA 7" Throat Bench-Type Drill Press, S/N 58957

    (1)   H-Frame Press; 24"W Capacity

| | | Total Maintenance: | $ 3,250 |
|---|---|---|---|

### Throughout Plant

| 52 | 1- | Stretch Wrap Machine; 48" x 48" Platform | $ 2,750 |
|---|---|---|---|
| 53 | 1- | Lantech Model E-Series Stretch Wrap Machine, S/N W-0091; 48"D x 6'H Platform | 3,750 |
| 54 | 1- | Marathon Model V-6030HD Vertical Baler, S/N 38377W; 60"W x 30"D | 3,000 |
| 55 | 1- | Lot of Factory and Support Equipment, To Include: Pallet Jacks; Stainless Steel Tables; Stainless Steel Sinks; Cabinets; Metal Lockers; Small Storage Tanks; Conveyor; Microwave; Break Room Equipment; Desks; Chairs; Miscellaneous Pumps; etc. | 15,000 |

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| 56 | 1- | Lot of Office Furniture and Business Machines, To Include: Desks; Chairs; Cubicles; Cabinets; Telephone System; Facsimile Machines; Photocopiers; Executive Office Tables; Conference Tables; Executive Chairs; Security System; Televisions; Printers; etc. | 30,000 |
| | | Total Throughout Plant: | $ 54,500 |
| | | **Rolling Stock** | |
| 57 | 1- | Clark Model TM15S 3,000-Lb. Electric Lift Truck, S/N TM247-0607-9055FB, (1993); 188" Lift Height, 3-Stage Mast, Solid Tire; with Battery Charger | $ 3,500 |
| 58 | 1- | Yale Model MPB040ACN2402748 4,000-Lb. Walk-Behind Low-Lift Walkie | 600 |
| 59 | 1- | 1998 International Model 9400 Conventional Tractor, VIN 2HSFHAMR2WC035472; 574,331 Miles Indicated | 30,000 |
| 60 | 1- | Clark Model TM15S 3,000-Lb. Electric Lift Truck, S/N TM247-0296-9058FB, (1994); 188" Lift Height, 3-Stage Mast, Solid Tire | 3,500 |
| 61 | 1- | Clark Model TMG15S 3,000-Lb. Electric Lift Truck, S/N TMG248-0226-7482FB, (1998); 188" Lift Height, 3-Stage Mast, Solid Tire | 6,500 |
| 62 | 1- | Skyjack Model SJM3219 19'H Scissor Lift, S/N 22951 | 8,000 |
| 63 | 1- | Clark Model TMG15S 3,000-Lb. Electric Lift Truck, S/N TMG248-0261-7498FB, (2000); 188" Lift Height, 3-Stage Mast, Solid Tire | 7,500 |
| 64 | 1- | Clark Model TMG15S 3,000-Lb. Electric Lift Truck, S/N Unknown; 188" Lift Height, 3-Stage Mast, Solid Tire | 6,000 |
| 65 | 1- | Clark Model TMG15S 3,000-Lb. Electric Lift Truck, S/N Unknown; 188" Lift Height, 3-Stage Mast, Solid Tire; (Not Inspected; Located Off Site) | 6,000 |

**Appraisal - Deluxe Ice Cream Company**
**Salem, Oregon**

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|------------------------|
| 66 | 1- | Linde Model EGU20 4,000-Lb. Low-Lift Walkie; with Battery Charger | 1,600 |
| 67 | 1- | 1992 Dodge Model B350 Van, VIN 2B7KB31Z6NK113894; 5.9 L V8 Engine, 91,824 Miles Reported; (Not Inspected) | 2,500 |
| 68 | 1- | 1995 International Model 4900 Conventional Tractor, VIN 1HTSDAAN5SH691787; License #YAP1499, 351,444 Miles Reported; with Murphy Refrigerated Body, 8' x 18'; (Not Inspected) | 22,000 |
| 69 | 1- | 1996 International Model 4900 Conventional Tractor, VIN 1HTSDAAN2TH346993; License #YCPX805, 207,967 Miles Reported; with Murphy Refrigerated Body, 8' x 18'; (Not Inspected) | 25,000 |
| 70 | 1- | 1980 International Model Ryder Conventional Tractor, VIN AA185KHA23230; License #T506622, 215,376 Miles Reported; with Van Body; (Not Inspected) | 4,000 |
| 71 | 1- | 1988 International Model 9670 Conventional Tractor, VIN 1HSRDGVR6JH552981; License #YABP742, 905,129 Hours Reported; (Not Inspected) | 12,000 |
| 72 | 1- | 1998 International Model 9300 Conventional Tractor, VIN 2HSFBASR9WC044772; License #YAD714, 420,508 Miles Reported; (Not Inspected) | 35,000 |
| 73 | 1- | 1986 Utility Refrigerated Trailer, VIN 1UYV52457GC604804; License #HP22477, Insulated, 38,147 Hours Reported; with Thermal King Model SBII Refrigeration Unit, S/N 0566868084; (Not Inspected) | 5,500 |
| 74 | 1- | 1993 Utility Refrigerated Trailer, VIN 1UYV5248XRU132301; License #HP73460, Insulated, 21,426 Hours Reported; with Thermal King Model SBII Refrigeration Unit, S/N 0936117800 | 11,500 |

**Appraisal - Deluxe Ice Cream Company**
**Salem, Oregon**

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------|
| 75 | 1- | 1994 Wabash Refrigerated Trailer, VIN 1JJE482S8RL240424; License #HP95222, Insulated, 11,042 Hours Reported; with Carrier Model NDA94ANO-AM-0 Refrigeration Unit, S/N DAL90238166 | 13,000 |
| | | Total Rolling Stock: | $ 203,700 |

**Total Appraised Market Value In Place -**
**Deluxe Ice Cream Company**                                    **$   1,843,600**
**1860 State Street**
**Salem, Oregon**



**Matterhorn Ice Cream Company**
**115 East Plymouth Street**
**Caldwell, Idaho**



# Appraisal

**Matterhorn Ice Cream Company**
**115 East Plymouth Street**
**Caldwell, Idaho**

## Machinery & Equipment

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|------------------------|

### Production

| 76 | 1- | Tanks and Mixing Equipment, To Include: | $ 95,000 |

   (1)  Cherry-Burrell Model CV 6,000-Gallon Stainless Steel Tank, S/N 4500-69-933, (1969); with Mixing Agitator; (Installed In Enclosed Room)

   (1)  Feldmeier 10,000-Gallon Jacketed Stainless Steel Tank, (2002); Vertical, Ammonia/Jacketed; *(Leased)*

   (1)  Dairy King 1,200-Gallon Jacketed Stainless Steel Tank, S/N 1200F2607; (Estimated 1960s); Horizontal, Freon/Jacketed, Open Top; with Lid; and Mixing Agitator

   (1)  Mueller 1,000-Gallon Jacketed Stainless Steel Tank; (Estimated 1960s); Horizontal, Freon/Jacketed; with Mixing Agitator

   (1)  Dairy King 1,500-Gallon Jacketed Stainless Steel Tank, S/N 1500S4085, (1964); (Estimated 1960s); Horizontal, Freon/Jacketed; with (2) Mixing Agitators

   (1)  St. Regis Model SC 1,000-Gallon Jacketed Stainless Steel Tank, S/N 49707; (Estimated 1960s); Horizontal, Ammonia/Jacketed; with Mixing Agitator

   (1)  St. Regis Model SC 1,000-Gallon Jacketed Stainless Steel Tank, S/N 49711; (Estimated 1980s); Horizontal, Freon/Jacketed; with Mixing Agitator; (Installed Through Wall)

   (1)  CE Howard Model 12678-A 15,000-Gallon Stainless Steel Tank, S/N 9967-2, (1969)

SEE AP

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| 77 | 1- | 3M Model 39600 Case Sealer, S/N 4058, (1997) | 2,250 |
| 78 | 1- | Process Automation Engineering CIP System, (1995); with 300-Gallon Stainless Steel Tank; 200-Gallon Stainless Steel Tank; and Process Automation Engineering Control System, with Anderson Chart Graph, (2) Honeywell Digital Displays, and Allen-Bradley Model Micrologix 1500 PLC Controls | 30,000 |
| 79 | 1- | APV Model M/C 6742-9539 (HX) 800-Gallon/Hour Pasteurizer, (1987); with Diversion Valves; 50-Gallon Stainless Steel Surge Tank; 5 hp Pump; and HTST Controls, with Taylor Chart Graph | 25,000 |
| 80 | 1- | Specially Manufactured Stainless Steel Interlocking Plastic Belt Conveyor; 4"W x 6'L; with Teco Model FM50 Controls | 500 |
| 81 | 1- | Stainless Steel Interlocking Plastic Belt Conveyor; Portable, 8"W x 15'L; with Teco Model FM50 Controls | 1,000 |
| 82 | 1- | STA Pack Model STA-52 Case Sealer, S/N AS020258, (2001); 20"W Capacity | 1,750 |
| 83 | 1- | Safeline Model SL2000 (PPH 18" x 9") Stainless Steel Metal Detector, S/N 55403 (18539-01), (2002); Portable, 18"W x 9"H; with 16"W x 4'L Plastic Belt Conveyor | 10,500 |
| 84 | 1- | Power Belt Conveyor; Portable, 8"W x 12'L | 500 |
| 85 | 1- | Stainless Steel Power Belt Conveyor; Portable, 8"W x 25'L | 1,000 |
| 86 | 3- | Cherry-Burrell Model GHW 1,000-Gallon Jacketed Stainless Steel Tanks, S/N 10-73-2738; S/N 10-73-2739; and S/N 10-73-2737, (1973); Horizontal, Water/Jacketed; Each with Mixing Agitator; and Associated Pumps Each Value: $8,000 | 24,000 |

SEE ATT

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| 87 | 3- | Videojet Model 37 Plus Ink Jet Marking Machines, S/N E4980760003WD; S/N E4980770001WD; and S/N 021260023WD<br>Each Value: $4,000 | 12,000 |
| 88 | 1- | Doboy Model Mustang IV Single-Lane Wrapper, S/N 96-18541, (1996); Portable; with 1"W x 10'L Single Stainless Steel Chain Feed Conveyor | 13,500 |
| 89 | 1- | -150-Degree Operating Temperature Nitrogen Tunnel; (Estimated 1960s); 14"W x 12'L Conveyor; with (3) 3/4 hp Fans; and Nitrogen Spray System | 22,500 |
| 90 | 1- | Specially Manufactured Ice Cream Sandwich Machine, (2001); Portable, (6) Filling Heads, 110 Fills/Minute, 33"W x 70"L Table Size | 7,500 |
| 91 | 1- | Cherry-Burrell Model (200BS) 200-Gallon/Hour Continuous Ice Cream Freezer; (Estimated 1960s) | 12,500 |
| 92 | 1- | Specially Manufactured 4-Head Ice Cream Cone Filling System, (2002); Portable; with Chocolate Spray System, with 10-Gallon Hot Water Jacketed Stainless Steel Chocolate Tank; 18"W x 12'L Plastic Belt Conveyor; and Teco-Westinghouse Controls | 5,000 |
| 93 | 1- | Specially Manufactured 6-Head Ice Cream Sandwich Filling System, (2002); Portable, 100 Fills/Minute; with PLC Controls; and Transfer Conveyor, 24" x 12'L | 5,000 |
| 94 | 1- | Ice Cream Bar Line; 120 PPM Maximum, To Include:<br>(1) Interlocking Plastic Belt Conveyor, (2004); 10"W x 40'L<br>(1) Crepaco Stainless Steel Fruit Feeder, S/N A-7891-FF; (Estimated 1970s); 65 Lbs./Hour Capacity<br>(1) Tetra Pak Hoyer Model Custom Built Ice Cream Wire Cut Machine, S/N J349.5078, (2000); Portable, 3 Oz. to 6 Oz. Minimum/Maximum Cutting Size, 300 Cuts/Minute | 200,000 |


| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|

(1)  Hoyer Model KF/1200 600-Gallon/Hour Continuous Ice Cream Freezer, S/N 115/45O6, (1986)

(1)  -150 Degree Operating Temperature Nitrogen Tunnel; (Estimated 1960s); 38"W x 34'L; with (4) 1 hp Fans

(1)  St. Regis Model RFB 1,000-Gallon Jacketed Stainless Steel Tank, S/N 49087; Horizontal, Ammonia/Jacketed; with Mixing Agitator; and Associated Pumps

(1)  Dover Model RA-40 50-Gallon Stainless Steel Mixing Kettle, S/N 100631, (1980); Portable; with 1/2 hp Mixing Agitator; and Depa-Pumpen 1-1/2" Diaphragm Pump

(1)  Specially Manufactured Chocolate Dip Enrober, (2001), 1 hp; Portable, 160 Bars/Minute; with (2) 6"W x 16'L Stainless Steel Conveyors; Dipping Station; 50-Gallon Capacity Stainless Steel Hot Water Jacketed Chocolate Tank; and 1-1/2" Diaphragm Pump

(1)  Doboy Model Mustang IV Single Lane Wrapper, S/N 94-16670, (1994); Portable; with 1-1/2"W x 10'L Stainless Steel Infeed Conveyor; Sealing Station; and Outfeed Conveyor

(1)  Interlocking Plastic Belt Conveyor; 8"W x 10'L; with Teco Model FM50 Controls

(1)  Adco Model 15D105-SS Semi-Automatic Cartoner, S/N 4301HG, (2001); 100 Boxes/Minute, 1" to 9 1/2" Length Opening x 3/4" to 4" Width Opening x 4" to 12" Carton Depth; with Single-Lane Box Infeed Station; Box Assembly Station; 8"W x 18'L Chain Section Conveyor; Glue and Sealing Station, with Nordson Model 3100V-1EAV2F Hot Glue Machine, S/N AN99M31589

(1)  Lot of Associated Piping, Electrical, and Controls

| | | | |
|---|---|---|---|
| 95 | 1- | 3M Model T8000 Case Sealer, S/N 2520; Portable; with (2) Marsh Model Unicorn Ink Jet Printers | 1,500 |

EXHIBIT "3"

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|------------------------|
| 96 | 1- | Safeline Model (PPH 6" x 4") Stainless Steel Metal Detector, S/N 37493 (14490-01), (1999); 6"W x 4"H; with 2W" x 4'L Plastic Belt Conveyor | 7,000 |
| 97 | 1- | 6,000-Gallon Carbon Steel Tank; (Estimated 1970s); with Top Mounted UV Lights; (Installed In Enclosed Room) | 2,500 |
| 98 | 1- | -20 Degree Fahrenheit Storage Freezer, (1970); 50'W x 100'L; with (2) 5-Ton Krack Evaporators; and 20-Ton Krack Evaporator; *(Real Estate)* | --- |
| | | Total Production: | $ 480,500 |

### Plant Utilities

| Item # | Qty. | | Market Value In Place |
|--------|------|----|------------------------|
| 99 | 6- | Copeland Model CSAH0300-CAB-001N Freon Compressors, 1 hp; (Estimated 1980s); with Associated Piping  Each Value: $1,500 | $ 9,000 |
| 100 | 1- | Frick Model RDBF222B Ammonia Compressor, S/N S0022EFEFLHCA3, 150 hp; (Estimated 1986); 27,239 Hours Indicated; with Associated Piping | 9,000 |
| 101 | 1- | Vilter Model C92214 Ammonia Compressor, S/N 15174ASR, 150 hp; (Estimated 1960s); with Associated Piping | 8,000 |
| 102 | 1- | Vilter Ammonia Compressor, S/N 601A484RC, 40 hp; (Estimated 1960s); with Associated Piping | 3,000 |
| 103 | 1- | Mycom Model 5A Ammonia Compressor, S/N 5A1497, 40 hp; (Estimated 1960s); with Associated Piping | 3,000 |
| 104 | 1- | Vilter Ammonia Compressor, 60 hp; (Estimated 1960s); with Associated Piping | 3,000 |
| 105 | 1- | Mycom Model 42A Ammonia Compressor, S/N 42A1529, 30 hp; (Estimated 1960s); with Associated Piping | 3,000 |

## Appraisal - Matterhorn Ice Cream Company
## Caldwell, Idaho



| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| 106 | 1- | Fuller Model A-70 Ammonia Compressor, S/N 870, 40 hp; (Estimated 1960s); with Associated Piping | 3,000 |
| 107 | 1- | 800-Gallon Stainless Steel Tank; (Estimated 1970s); Waste Tank; with Mixing Agitator; and Associated Pumps | 4,000 |
| 108 | 1- | Shell and Tube Heat Exchanger; (Estimated 1970s); with 12"D x 15'L Heat Exchanger; 10"D x 10'L Heat Exchanger; 300-Gallon Stainless Steel Tank; and 5 hp Associated Pumps | 1,000 |
| 109 | 1- | Sellers Model Commodore Gas-Fired Boiler, S/N 99066, (1977), 125 hp; 4,185,000 Btus/Hour | 7,500 |
| 110 | 1- | Gardner-Denver Model Electra-Saver II ECH0JE Rotary Screw Air Compressor, S/N M21049, 50 hp; (Estimated 1980s); 31,388 Hours Indicated; with Associated Piping | 8,000 |
| 111 | 1- | Sullivan Palatek Model PDD-165 165-scfm Air Dryer, S/N 3334-2-0208-16BD, (2002) | 4,250 |
| 112 | 1- | Quincy Model C-30-D Rotary Screw Air Compressor, S/N 880453, (1988), 30 hp; Horizontal Tank Mounted, 6,758 Hours Indicated; with Associated Piping | 6,500 |
| 113 | 1- | Baltimore Aircoil Model VXMC340 Cooling Tower, S/N 830602, (1983) | 5,500 |
| 114 | 1- | Recold Model BMSIFS335A Cooling Tower, S/N D7172 | 1,500 |
| | | Total Plant Utilities: | $ 79,250 |

### Dry Goods Storage

| 115 | 2- | 5,000-Gallon Jacketed Storage Stainless Steel Tanks; (Estimated 1970s); Chocolate, Vertical, Water/Jacketed; Each with (1) Mixing Agitator; and (1) 3" Diaphragm Pump Each Value: $9,000 | $ 18,000 |
| 116 | 1- | Imperial Walk-In Incubator, (1980), 1 hp; 150°F Maximum Temperature, 6'W x 10'L | 1,500 |

(SEE AD)

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------|
| 117 | 1- | Walk-In Freezer; (Estimated 1980), 10"W x 32'L, 20°F Operating Temperature; with (2) Bohn 4-Fan Evaporators; and Copeland Air Compressor | 4,000 |
| 118 | 1- | Belt Conveyor; Portable, 9"W x 10'L; with Marsh Model Patrion Plus HR/Series Ink Jet Printer, 2-Head | 3,000 |
| 119 | 1- | Cherry-Burrell Model SS2100VBR 2,000-Gallon Homogenizer, S/N 731624, (1986) | 8,000 |
| 120 | 1- | Specially Manufactured Sandwich Conveyor, (1994); Portable, 6-Lane, Each Lane 4"W x 8'L, with (6) Sandwich Tampers | 6,500 |
| 121 | 1- | AVP Model SR310 2,000/1,000 Gallon/Hour Stainless Steel Pasteurizer, S/N 20375; 140-Plate; with Holding Tube; 50-Gallon Capacity Stainless Steel Balance Tank; Associated Pumps (5hp/2hp); Valves; Anderson Controls; and Alfa Laval Model CB76-20-T09 Plate Press, 120-Plate; (Not In Service) | 30,000 |

Total Dry Goods Storage:      $   71,000

**Maintenance**

| | | | |
|--------|------|----------------------------------|----------------------|
| 122 | 1- | Maintenance Shop Equipment, To Include: | $   3,200 |

    (1)   Lincoln Model Invertec V200-Pro 200-Amp Welder, S/N AC-803279, (1991); with Lincoln Model LN-7 Wire Feeder, with Portable Cart

    (1)   Makita Model 2414 14" Chop Saw, S/N 357714E

    (1)   Blackhawk Model 67605 12-Ton H-Frame Press; 18" Between Posts

    (1)   Pro-Tech Model PT-1413 Floor-Type Drill Press, S/N 82694, 3/4 hp; 6" Throat

    (1)   Thermal Dynamics Model Dynapak 4XI 40-Amp Plasma Cutter

    (1)   Jet Model HVBS-463 Horizontal Band Saw, S/N 111004, 1/2 hp; 10"W x 7"H

Total Maintenance:      $   3,200

EXHIBIT "3"



| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|

### Outside Storage

| Item # | Qty. | Description | Market Value In Place |
|---|---|---|---|
| 123 | 1- | CE Howard Model 3711-A 1,250-Gallon Stainless Steel Tank, S/N 6819, (1956); (Not In Service) | $ 1,500 |
| 124 | 1- | Girton Model SV-500 500-Gallon Stainless Steel Tank, S/N 6410070, (1964); (Not In Service) | 750 |
| 125 | 1- | Dairy King 1,200-Gallon Stainless Steel Tank, S/N 404; (Not In Service) | 1,500 |
| 126 | 1- | 1,000-Gallon Stainless Steel Tank; (Not In Service) | 2,500 |
| 127 | 1- | Breddo Model LDT 100-Gallon Liquifier, S/N D-20190-596360, (1986), 15 hp; (Not In Service) | 6,500 |
| 128 | 1- | Lot of Equipment Located In Trailer; (Not In Service); To Include: <br> (1) Doboy Single Lane Wrapper Model Supermustang IV, (1986) <br> (1) Stickin Model O276 Popsicle Stick Machine, S/N 0028 <br> (1) Great Lakes Shrink Tunnel; Estimated Capacity 32"W x 20"H | 15,500 |

Total Outside Storage:     $ 28,250

### Throughout Plant

| Item # | Qty. | Description | Market Value In Place |
|---|---|---|---|
| 129 | 1- | Maren Model 2036 36"W x 24"D Vertical Baler, S/N 984313, 5 hp | $ 1,750 |
| 130 | 2- | Pumps, 1 hp; Portable; Each with 1-1/2" Diaphragm Pump; 15"D Infeed Hopper; and Teco-Westinghouse Controls <br> Each Value: $375 | 750 |
| 131 | 1- | Wulftec Model WLP-200 Stretch Wrap Machine, S/N 0697-2271; 48"D Rotary Platform x 7'H | 5,750 |

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| 132 | 1- | Cherry Burrell Model SS2100VBR Homogenizer, S/N 731624; (Not Inspected; Not Yet Delivered) | 5,000 |
| 133 | 2- | Crepaco Model B 1000-Gallon Mixing Tanks, S/N 7226; and S/N 7227; (Not Inspected; Not Yet Delivered) Each Value: $5,000 | 10,000 |
| 134 | 5- | Carton Flow Racks; 9'W x 10'L, 6-Tier Each Value: $300 | 1,500 |
| 135 | 1- | 2001 KIT Manufacturing Model Cypress 70'8" x 26'8" Prefabricated Modular Yard Office, VIN KM1Y0178C235033A/B; with Vinyl Siding; Shingle Roof; Interior Drywall; Kitchen; (2) Bathrooms; (4) Offices; and Climate Control | 35,000 |
| 136 | 1- | Lot of Factory and Support, To Include: Desks; Chairs; Miscellaneous Pumps; Miscellaneous Tanks; Conveyors; Chairs; Laboratory Furnace; Scales; etc. | 12,000 |
| 137 | 1- | Lot of Office Furniture and Business Machines, To Include: Desks; Tables; Chairs, Kitchen Equipment; Telephone System; Computers; Printers; Photocopiers; Facsimile; etc. | 25,000 |
| | | Total Throughout Plant: | $ 96,750 |

**Rolling Stock**

| Item # | Qty. | | Market Value In Place |
|---|---|---|---|
| 138 | 1- | Allis-Chalmers Model ACE30A 2,500-Lb. Electric Lift Truck, S/N DAE105482, (1978); 106" Lift Height, 2-Stage Mast, Solid Tire | $ 1,500 |
| 139 | 1- | Toyota Model 2FBCA15 3,000-Lb. Electric Lift Truck, S/N 2FBCA15-10296, (1978); 185" Lift Height, 3-Stage Mast, Solid Tire, 7,245 Hours Indicated | 2,000 |
| 140 | 1- | Hyster Model H30XL 3,000-Lb. LP Gas Lift Truck, S/N C001B05738E, (1984); 174" Lift Height, 3-Stage Mast, Pneumatic Tire | 2,500 |

**Appraisal - Matterhorn Ice Cream Company**
**Caldwell, Idaho**

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|------------------------|
| | | Total Rolling Stock: | $ 6,000 |
| | | **Leased Assets** | |
| 141 | 1- | Tetra Pak Hoyer Model KF2000XC 600-Gallon/Hour Continuous Ice Cream Freezer, S/N Z115.7429, (2003) | $ 70,000 |
| 142 | 1- | Praxair Model U4 1840 DDBCBP (Nitroshield) -150-Degree Fahrenheit Operating Temperature Nitrogen Tunnel, S/N 90013, (2003); 42"W x 24'L Stainless Steel Conveyor; with (4) 3/4 hp Fans; and Controls | 100,000 |
| 143 | 1- | Safeline Model (PPH 14" x 12") Stainless Steel Metal Detector, S/N 55370, (2002); Portable, 14"W x 12"H; with 14"W x 6'L Plastic Belt Conveyor | 9,000 |
| 144 | 1- | Specially Manufactured 16-Head Chocolate Enrober, (2000); Portable; with 36"W x 8'L Stainless Steel Chain Conveyor; (16) Chocolate Spray Heads (8-Top/8-Bottom); and Stainless Steel Hood | 8,000 |
| 145 | 1- | Feldmeier 10,000-Gallon Jacketed Stainless Steel Tank, (2002); Vertical, Ammonia/Jacketed; *(MVIP $30,000; Valued In Tanks and Mixing Equipment)* | --- |
| 146 | 1- | Interlocking Plastic Belt Conveyor, (2004); 10"W x 40'L; *(MVIP $5,500; Valued with Ice Cream Bar Line)* | --- |
| | | Total Leased Assets: | $ 187,000 |

**Total Appraised Market Value In Place - Matterhorn Ice Cream Company**
**115 East Plymouth Street**
**Caldwell, Idaho**

$ 951,950



**Vitafreze Frozen Confections, Inc.**
**1221 66th Street**
**Sacramento, California**

EXHIBIT "3"

000252



# Appraisal

**Vitafreze Frozen Confections, Inc.**
**1221 66th Street**
**Sacramento, California**

# Machinery & Equipment

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|

### Production

| 147 | 1- | Lot of Tanks, To Include: | $ 80,000 |
|---|---|---|---|

    (3) Cherry-Burrell 3,000-Gallon Jacketed Stainless Steel Tanks, S/N E-345-92, Asset #6; S/N E-344-92, Asset #Tank 5; and S/N E-346-92, Asset #Tank 4, (1992); Vertical, Ammonia/Jacketed; Each with Associated Pumps

    (1) Feldmeier 1,500-Gallon Jacketed Stainless Steel Tank, S/N E-1014-00, Asset #3, (2000); Vertical, Ammonia/Jacketed; with Associated Pumps

    (2) CE Howard 1,500-Gallon Jacketed Stainless Steel Tanks, S/N 7856-2, Asset #2; and S/N 7856-1, Asset #1, (1956); Vertical, Ammonia/Jacketed; Each with Associated Pumps

    (1) 4,000-Gallon Stainless Steel Tank; Vertical; with Associated Pumps

    (1) CE Howard 300-Gallon Jacketed Stainless Steel Tank, S/N 6211, (1955); Vertical, Water/Jacketed; with Associated Pumps

| 148 | 1- | Poly Cal Plastics 4,000-Gallon Polypropylene Tank; Vertical, Calcium Chloride Filled; with Associated Pumps | 1,000 |
|---|---|---|---|
| 149 | 1- | 700-Gallon Polypropylene Tank; with Associated Pumps | 500 |



| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|------------------------|
| 150 | 1- | pH Wastewater Treatment System, (1999); Lot of Tanks, To Include: | 50,000 |
| | | (1) 1,500-Gallon Spill Grease Interceptor Casted Concrete In-Ground Tank | |
| | | (1) 5,000-Gallon Casted Concrete In-Ground Settling Tank | |
| | | (1) 800-Gallon Caustic Polypropylene Tank | |
| 151 | 1- | Vit-A-Line #1; 20 Dips/Minute Maximum Capacity, To Include: | 125,000 |
| | | (1)   FMC 8-Wide Stainless Steel Vit-A-Line, (1970); 383 Molds, 22 Drops/Minute, Pneumatic, 40-Tons of Refrigeration, 11' Extra Cooling Capacity; with Estimated 28"W x 35'L Conveyor; 8-Wide Filling Unit; 8-Wide Evacuation Unit; Stormax International Model 0251 Stick Inserter, S/N 0025; Viking Demolding and Picking Station, 28"W x 8'L; Specially Manufactured Heat Exchanger; Ammonia Tank; and Salt Water Tank | |
| | | (1)   Fuji Formost Model FW370A Single-Lane Stainless Steel Wrapper, S/N H3508, (1979); 200 Wraps/Minute; with 8"W x 10'L Stainless Steel Section Conveyor; 2"W x 8'L Single Infeed Conveyor; and 20"W x 10'L Stainless Steel Plastic Belt Conveyor | |
| | | (1)   Cintec Stainless Steel Metal Detector; 4"W x 4"H | |
| | | (1)   Stainless Steel Power Belt Conveyor; 3"W x 6'L | |
| | | (1)   Stainless Steel Power Belt Conveyor; 4"W x 6'L; with Stainless Steel Accumulation Table | |
| | | (1)   Hayes Model 515B-30 30 Box/Minute Automatic Carton Packaging Machine, S/N 8305, (1970); 6-Bar To 12-Bar Packaging Capacity; with Stainless Steel Infeed Packaging Conveyor; Box Assembly Station; Box Closing and Gluing Station, with Nordson Glue Machine; and 24"W x 20'L Belt Outfeed Conveyor | |
| | | (1)   Lot of Associated Piping, Electrical, and Controls | |


| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|-----------------------------------|------------------------|
| 152 | 1- | Vit-A-Line #2; 20 Dips/Minute Maximum Capacity, To Include: | 125,000 |
|  |  | (1) FMC 8-Wide Stainless Steel Vit-A-Line, (1970); 372 Molds, 22 Drops/Minute, Pneumatic, 40-Tons of Refrigeration, 8' Extra Cooling Capacity; with Estimated 28"W x 35'L Conveyor; 8-Wide Filling Unit; 8-Wide Evacuation Unit; 8-Wide Filling Unit; Stormax International Model 0260 Stick Inserter, S/N 0026; Alliance Demolding and Picking Station, 28"W x 8'L; Specially Manufactured Heat Exchanger; Ammonia Tank; and Salt Water Tank |  |
|  |  | (1) Fuji Formost Model FW370A Single-Lane Stainless Steel Wrapper, S/N H011505; 200 Wraps/Minute; with 8"W x 10'L Stainless Steel Section Conveyor; 2"W x 8'L Single Infeed Conveyor; and 20"W x 10'L Stainless Steel Plastic Belt Conveyor |  |
|  |  | (1) Cintec Stainless Steel Metal Detector, S/N Unknown; 4"W x 4"H |  |
|  |  | (1) Stainless Steel Power Belt Conveyor; 3"W x 6'L |  |
|  |  | (1) Stainless Steel Power Belt Conveyor; 4"W x 6'L; with Stainless Steel Accumulation Table |  |
|  |  | (1) Hayes Model 515B-30 30-Box/Minute Automatic Carton Packaging Machine, S/N 8307, (1970); 6-Bar To 12-Bar Packaging Capacity; with Stainless Steel Infeed Packaging Conveyor; Box Assembly Station; Box Closing and Gluing Station, with Nordson Glue Machine; and 24"W x 20'L Belt Outfeed Conveyor |  |
|  |  | (1) Lot of Associated Piping, Electrical, and Controls |  |
| 153 | 1- | Anderson Model 464 Stainless Steel Wrapper, S/N 31291, (1970); 33"W x 20"H; with (3) 33"W x 20"H Shrink Wrap Tunnels | 9,500 |
| 154 | 1- | Great Lakes Model 708 Stainless Steel Packaging System; with 30"W Heat Sealer; and 30"W x 20"H x 4'L Shrink Wrap Tunnel | 10,000 |

**Appraisal - Vitafreze Frozen Confections, Inc.**
**Sacramento, California**



| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| 155 | 1- | Cherry-Burrell Model 3D92 1,200-Gallon 3-Barrel Continuous Ice Cream Freezer, S/N 5730; (Estimated 1970s); Stainless Steel | 15,000 |
| 156 | 1- | Crepaco Model S-410 Stainless Steel Fruit Feeder, S/N FF-2244 | 6,000 |
| 157 | 1- | St. Regis Model KRA-318 1,200-Gallon/Hour 3-Barrel Continuous Ice Cream Freezer, S/N KRA-318-311; (Estimated 1965); Stainless Steel | 5,000 |
| 158 | 1- | Cherry-Burrell 900-Gallon 3-Compartment Stainless Steel Tank; (Estimated 1965); with (3) Mixing Agitators; and Associated Pumps | 7,500 |
| 159 | 1- | Cherry-Burrell 900-Gallon 3-Compartment Stainless Steel Tank; (Estimated 1970s); with (3) Mixing Agitators; and Associated Pumps | 7,500 |
| 160 | 1- | CE Howard 300-Gallon Jacketed Stainless Steel Tank, S/N 6290 (4748-A), (1955); with 5 hp Mixing Agitator; and Associated Pumps | 2,000 |
| 161 | 1- | 400-Gallon Stainless Steel Tank; (Estimated 1960s); with Mixing Agitator; and Associated Pumps | 3,500 |
| 162 | 3- | Tetra Pak Hoyer Model KF1150XC 265-Gallon/Hour Continuous Ice Cream Freezers, S/N Z114.7914; S/N Z114.7915; and S/N Z114.7916, (1995); Stainless Steel Each Value: $42,500 | 127,500 |
| 163 | 1- | Cherry-Burrell 550-Gallon 3-Compartment Stainless Steel Tank, S/N 215-81-732; (Estimated 1970s); with (3) Mixing Agitators; and Associated Pumps | 5,000 |
| 164 | 1- | Rehric Howard 3,000-Gallon Jacketed Stainless Steel Tank, S/N 2871; (Estimated 1960s); Horizontal, Water/Jacketed; with Mixing Agitator; and Associated Pumps | 6,500 |



| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| 165 | 2- | 3M Model 2920 Case Sealers, S/N 5796, (1994); with (2) Mier Ink Jet Printers; and Actech MC Series Controls<br>Each Value: $1,500 | 3,000 |
| 166 | 2- | Kwik Lok Model 872B Automatic Closing Bag Machines, S/N 40047; and S/N Unknown, (1991); Clip Type; Each with 24"W x 2'L Belt Conveyor<br>Each Value: $2,000 | 4,000 |
| 167 | 1- | Tetra Pak Hoyer Model KF1150XL 265-Gallon/Hour Continuous Ice Cream Freezer, S/N Z114.8024; (Estimated 1990s); Stainless Steel | 42,500 |
| 168 | 1- | Crepaco 900-Gallon 3-Compartment Stainless Steel Tank, S/N 300-3-242; Each Compartment with Mixing Agitator | 7,500 |
| 169 | 1- | Feldmeier 300-Gallon 2-Compartment Stainless Steel Tank, S/N E448-99, (1999); Each Compartment with Mixing Agitator | 13,000 |
| 170 | 1- | Rollo Popsicle Line, To Include: | 400,000 |

    (1) Tetra Pak Hoyer Model Rollo RM 27 18,000-PPH Novelty Stick Filling Line, S/N 311-3225, (1996); 10-Wide, 23 Drops/Minute Maximum Capacity, 9'D; with 10-Stand Filler Station; 10-Station Evacuator; 10-Station Juice Filler; 10-Station Evacuator; 10-Station Ice Cream Filler; Knauf 10-Station Stick Inserter S/N 388, (1995); and Rollo 10-Station Extractor

    (1) Tetra Pak Hoyer Model Hoywrap ML27 Multi-Lane Flow Wrapper, S/N 415-3793, (1996); Stainless Steel, 5-Lane, Estimated 300 PPM; with Stainless Steel Infeed Conveyor; (10) Cold Rollers; and (10) Hot Rollers

    (1) Tetra Pak Hoyer Model AFG 5-Lane Stainless Steel Transfer Conveyor, S/N 503-1575

    (1) Tetra Pak Hoyer Model HMI Stainless Steel Interlever Conveyor, S/N 416-1333; 8"W x 10'L

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------|

|  |  | (1) Elliott Manufacturing Model IH-2 45-Carton/Minute Stainless Steel Cartoner, S/N 98-4-28, (1998); 6 To 12 Popsicle Package Capacity; with Box Assembly Station; Box Sealing Station, with Nordson Hot Glue Machine; and Outfeed Conveyor, 4"W x 30'L Stainless Steel Belt |  |
|  |  | (2) Cintex Model Autosearch II Metal Detectors, S/N 8910; and S/N Unknown, (1994); 14"W x 5"H |  |
|  |  | (1) Arpac Model 118-SS-28 29"W x 16"H Right-Angle Bundler Packaging Machine, S/N 3459, (1998); Stainless Steel; with Actuating Table Lift; Heat Sealer; 12"W x 6'L Dual Belt Conveyor; and Arpac Controls |  |
|  |  | (3) Stainless Steel Interlocking Plastic Belt Conveyors; 24"W x 6'L |  |
|  |  | (1) Lot of Associated Piping, Electrical, and Controls |  |
|  |  | **Total Production:** | $ 1,056,500 |
|  |  | **Ice Cream Cone** |  |
| 171 | 1- | Feldmeier 500-Gallon 2-Compartment Stainless Steel Tank, S/N E-909-03, (2003); with (2) Mixing Agitators | $ 17,500 |
| 172 | 1- | Feldmeier 6,500-Gallon Hot Water Jacketed 2-Compartment Stainless Steel Tank, S/N E-910-03, (2003); First Compartment @ 3,700-Gallon Capacity, Second Compartment @ 2,800-Gallon Capacity | 40,000 |
| 173 | 1- | Ice Cream Cone Line, To Include: | 850,000 |
|  |  | (1) Hoyer Firgus Model KF1000XC 530-Gallon/Hour 2-Barrel Continuous Ice Cream Freezer, S/N Z114.8329, (2004) |  |
|  |  | (1) J.J. Steel Model IMP -35 Degree Fahrenheit Quick Freeze Tunnel Freezer, S/N 7850, (2004); 8'W x 40'L Tunnel Size; with JJ Steele Controls |  |
|  |  | (1) NDS 2-Wide Stainless Steel Ice Cream Cone Filler; with Cone Insertion Station; and Cone Fill Stations; *(Vendor Owned)* |  |



| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|

(1) Anderson (WCB) Model 593 8-Wide Intermittent Motion Multi-Lane Wrapper, (2004); Stainless Steel, 24"W x 10'L; with 8-Stand Uncoiler; Crimp and Sealer Station; and Outfeed Conveyor

(1) Markem Model SmartlaseSL Laser Coder, S/N 038327

(1) Sentry Model MiH 1404 Stainless Steel Metal Detector, S/N 041568A, (2004); 8"W x 3"H; with Cintex Model CS2060 10"W x 6'L Plastic Belt Conveyor

(1) Tetra Pak Hoyer Model Flopac 100 Single-Lane Flow Wrap Packaging Machine, S/N Z430.1165, (2004); 100 Boxes/Minute Maximum Capacity, 428 Cone Packaging Capabilities; with Stainless Steel Metal Infeed Conveyor; Box Assembly Station; Packaging Station; Laser Reading Station; Package Sealing Station, with Nordson Model Problue 10 Hot Glue System, S/N SA04B07240; and 9" x 10'L Stainless Steel Plastic Belt Conveyor

(1) Elliott Manufacturing Model 2000SL 30-Case/Minute Stainless Steel Case Packer, S/N 040423, (2004); Erects/Loads/Seals, 15-1/2"H x 12"W x 11"D Maximum Case Size; with 16"W x 12'L Plastic Belt Conveyor; Case Erector Infeed; Case Erector Station; Pneumatic Arm Case Filling Station; Case Sealing Station, with Nordson Model Problue 10 Hot Glue Machine, S/N SA04C08320; and Manufacturer Little David Model Versa Jet LC2 Ink Jet System, S/N D40LC00745

(1) Lot of Statco Package Conveyors

(1) Lot of Sanitary Piping; Electrical; and Controls

Total Ice Cream Cone:   $   907,500



| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|------------------------|
| | | **Frozen Storage** | |
| 174 | 11- | Carton Flow Racks; 36"W x 18'L x 7-Tier; Each with Metal Rollers<br>Each Value: $300 | $ 3,300 |
| 175 | 45- | Pallet Racks; 8'W x 48"D x 15'H, 3-Tier<br>Each Value: $165 | 7,425 |
| 176 | 1- | -20 Degree Storage Freezer, (1972); Estimated 60'W x 150'L; with (8) Krack Evaporators; *(Real Estate)* | --- |
| | | Total Frozen Storage: | $ 10,725 |
| | | **Plant Utilities** | |
| 177 | 1- | Kewanee Model H35-150-G Gas-Fired Boiler, S/N NB-24478, 150 hp; (Estimated 1970s) | $ 5,000 |
| 178 | 1- | BAC Model CMA-120A 120-Ton Cooling Tower, S/N 66-8579, Asset #3, (1966) | 2,000 |
| 179 | 1- | BAC Model 75-CP 75-Ton Cooling Tower, S/N 59-7522, Asset #1, (1959) | 2,000 |
| 180 | 1- | BAC Model VXC-185 185 Ton Cooling Tower, S/N 84-7544M, Asset #2, (1984) | 5,500 |
| 181 | 1- | Vilter Model VMC-440 Ammonia Compressor, S/N 60465, Asset #7, 100 hp; 13,173 Hours Indicated; with Associated Piping | 17,500 |
| 182 | 1- | York Model A3089-5DE Ammonia Compressor, S/N L109895, 60 hp; (Estimated 1960s); 77,111 Hours Indicated; with Associated Piping | 3,000 |
| 183 | 1- | York Model A3089-5DE Ammonia Compressor, S/N L387494, Asset #2, 50 hp; (Estimated 1960s); 8,547 Hours Indicated; with Associated Piping | 4,000 |

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|----------------------|
| 184 | 1- | Mycom Model F8WA Ammonia Compressor, S/N 811400, (2000), 60 hp; 82,092 Hours Indicated; with Associated Piping; (Estimated 1970s Motor) | 19,500 |
| 185 | 1- | FES-Fuller Model A-150S Ammonia Compressor, S/N 76-20768-103, Asset #4, (1976), 25 hp; 60,787 Hours Indicated; with Associated Piping | 3,000 |
| 186 | 1- | FES-Fuller Model A-150S Ammonia Compressor, S/N 83-20190-103, Asset #5, (1983), 60 hp; 52,009 Hours Indicated; with Associated Piping | 7,000 |
| 187 | 1- | Allis-Chalmers Model 10-6B Ammonia Compressor, S/N 1602-16848, Asset #6, 50 hp; 52,117 Hours Indicated; with Associated Piping | 3,000 |
| 188 | 1- | PneumaTech Model AD-500 500-scfm Air Dryer, S/N 0009-TR134411P-ST | 1,750 |
| 189 | 1- | Statco Model 6240C-2 400-Degree Fahrenheit Maximum Temperature Shell and Tube Heat Exchanger, S/N T51245, (2000); with 5 hp Pump; and Todd Street 560-Gallon Capacity Insulated Stainless Steel Tank, S/N 3128-00 | 7,500 |
| 190 | 1- | Sullair Model 16BS-75H ACAC 125-psig Rotary Screw Air Compressor, S/N 003-69709, 75 hp; with Associated Piping | 4,000 |
| 191 | 1- | Pump Systems CIP System, (1993); with (2) 300-Gallon Stainless Steel Chemical/Wash Tanks; 1,000-Gallon Stainless Steel Recovery Tank; (1) 500-Gallon Stainless Steel Rinse Fresh Water Tank; (1) 500-Gallon Stainless Steel Fresh Water Tank; (2) Control Panels, Each with Anderson Control Chart Recorder; and Associated Piping | 45,000 |
| 192 | 11- | Copeland Model N2NL-2500-TSD-300 Freon Compressors, 1 hp; Each with Copeland Sentronic Oil Pressure System; and Associated Piping Each Value: $4,000 | 44,000 |



| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| 193 | 1- | Ingersoll-Rand Model IRN75H-CC Rotary Screw Air Compressor, S/N NV5866U03356, (2004), 75 hp; with Ingersoll-Rand Model TMS0380 Air Dryer, S/N TMS0380-0310/2169, (2003), 115°F Maximum Temperature; and Associated Piping | 40,000 |
| 194 | 1- | FES Model 19LE Ammonia Compressor, S/N 19L85C, (1995), 300 hp; 30,684 Hours Indicated; with 10'W x 20'L Enclosure; and Associated Piping | 70,000 |
| 195 | 1- | Evapco Model ATC180 Cooling Tower, S/N 95-8019W, (1995) | 32,500 |

Total Plant Utilities: $ 316,250

**Maintenance Shop Equipment**

| 196 | 1- | Maintenance Shop Equipment, To Include: | $ 4,850 |
|---|---|---|---|

   (1)  Wilton Model 3410 12" x 10" Horizontal Band Saw, S/N 04057510, (2000)
   (1)  Makita Model 2414B 14" Chop Saw, S/N 73937A
   (1)  Dayton Model 3Z915 15-Ton H-Frame Press; 19" Between Posts
   (1)  Chicago Industrial Tool Model G-17-15 8" Throat Pedestal Drill Press, S/N 107
   (1)  Lincoln Model Tig 250/250 250-Amp Welder, S/N AC-629352, (1986)
   (1)  Lot of Miscellaneous Maintenance Shop Equipment, To Include: Double-End Grinders; Vises; Parts Washers; Tool Cabinets; Parts Shelving; Lockers; Grease Guns; etc.

Total Maintenance Shop Equipment: $ 4,850

**Storage**

| 197 | 18- | Pallet Racks; 8'W x 42"D x 12'H, 2-Tier; with Wood Decking<br>Each Value: $135 | $ 2,430 |
|---|---|---|---|

**Appraisal -Vitafreze Frozen Confections, Inc.**
**Sacramento, California**



| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|---|---|---|---|
| 198 | 1- | Interbake Foods Model 1612 Packaging System, S/N 104309; (Estimated 1980s); with Box Stacking Station; Loading Station; and Sealing Station, with Nordson Model 3100 Hot Glue System | 11,000 |
| 199 | 10- | Pallet Racks; 12'W x 44"D x 10'H, 1-Tier Each Value: $120 | 1,200 |
|  |  | Total Storage: | $ 14,630 |

**Throughout Plant**

| Item # | Qty. | | Market Value In Place |
|---|---|---|---|
| 200 | 1- | Marathon Model RU-30 Compactor, S/N 403404-O3, (2000); 3' x 3' Hopper; with 55-Gallon Drum Barrel Dumper | $ 4,500 |
| 201 | 1- | -20 Degrees Storage Freezer; Estimated 30'W x 40'L; with King Condenser; and (3) Krack Evaporators; **(Real Estate)** | --- |
| 202 | 1- | Lot of Factory and Support Equipment, To Include: Tables; Desks; Chairs; Metal Cabinets; File Cabinets; Miscellaneous Conveyor; Warm Boxes; Kitchen Equipment; Miscellaneous Pumps; etc. | 25,000 |
| 203 | 1- | Lot of Office Furniture and Business Machines, To Include: Desks; Chairs; Conference Table; Computer Systems; Printers; Facsimile Machines; Photocopiers; Laptops; File Cabinets; Safe; Telephone System; etc | 12,000 |
|  |  | Total Throughout Plant: | $ 41,500 |

**Rolling Stock**

| Item # | Qty. | | Market Value In Place |
|---|---|---|---|
| 204 | 1- | Yale Low-Lift Walkie | $ 1,100 |
| 205 | 1- | Yale Model MPB040ACN24C2748 4,000-Lb. Low-Lift Walkie | 1,350 |

EXHIBIT "3"

000263

**Appraisal - Vitafreze Frozen Confections, Inc.**
**Sacramento, California**

| Item # | Qty. | Effective Date: November 5, 2004 | Market Value In Place |
|--------|------|----------------------------------|------------------------|
| 206 | 1- | Hyster Model N40FR 4,000-Lb. Stand-Up Rider Type Electric Lift Truck, S/N C138D03324L, (1990); 195" Maximum Lift Height, 3-Stage Mast, Solid Tire; with Battery Charger | 2,000 |
| | | Total Rolling Stock: | $ 4,450 |

**Total Appraised Market Value In Place -**
**Vitafreze Frozen Confections, Inc.**
**1221 66th Street**
**Sacramento, California**

**$ 2,356,405**

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

IDAHO SECRETARY OF STATE
06/04/2009 05:00
CK: NONE CT: 1117 BH: 1173183
1 @ 6.00 = 6.00 UCC3 BASIC # 7
Filing Number:
B 6532376

A. NAME & PHONE OF CONTACT AT FILER [optional]
Tyler Henderson          208-385-5394

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Moffatt Thomas Barrett Rock & Fields

P. O. Box 829

Boise, ID 83701

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
B 2005-0981327-2  Filed 3/9/05

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☑ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME
Key Equipment Finance, a division of Key Corporate Capital, Inc.

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME
KeyBank National Association

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| MS WA-31-18-0311, 601 108th Ave. NE, 3rd Floor | Bellevue | WA | 98009-9027 | USA |

| 7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME
Key Equipment Finance, a division of Key Corporate Capital, Inc.

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

10. OPTIONAL FILER REFERENCE DATA
Debtor: Deluxe Ice Cream Company          TO BE FILED WITH THE IDAHO SECRETARY OF STATE

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)  IDAHO FILLABLE FORM REV 07/2001

Client:1176794.1

EXHIBIT "3"          000265

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

IDAHO SECRETARY OF STATE
06/04/2009 05:00
CK: NONE CT: 1117 BH: 1173183
1 @ 6.00 = 6.00 UCC3 BASIC # 7
Filing Number:
B 6532376

**A. NAME & PHONE OF CONTACT AT FILER** [optional]
Tyler Henderson          208-385-5394

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Moffatt Thomas Barrett Rock & Fields

P. O. Box 829

Boise, ID 83701

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
B 2005-0981327-2 Filed 3/9/05

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor _or_ ☑ Secured Party of record. Check only _one_ of these two boxes.
Also check _one_ of the following three boxes _and_ provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.      ☐ DELETE name: Give record name to be deleted in item 6a or 6b.      ☑ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Key Equipment Finance, a division of Key Corporate Capital, Inc. | | | |

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| KeyBank National Association | | | |

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| MS WA-31-18-0311, 601 108th Ave. NE, 3rd Floor | Bellevue | WA | 98009-9027 | USA |

| 7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only _one_ box.

Describe collateral ☐ deleted _or_ ☐ added, _or_ give entire ☐ restated collateral description, _or_ describe collateral ☐ assigned.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Key Equipment Finance, a division of Key Corporate Capital, Inc. | | | |

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

**10. OPTIONAL FILER REFERENCE DATA**
Debtor: Deluxe Ice Cream Company        TO BE FILED WITH THE IDAHO SECRETARY OF STATE

**FILING OFFICE COPY** — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)  IDAHO FILLABLE FORM REV. 07/2001

Client:1176794.1

EXHIBIT "3"                    000266

# UCC FINANCING STATEMENT

ELECTRONIC FILING*

| A. NAME, PHONE, EMAIL, FAX OF CONTACT AT FILER: | IDAHO SECRETARY OF STATE |
|---|---|
| SUZETTE BEAN   \|   330-995-7362   \|   suzettebean@berryplastics.com   \|   330-562-0809 | 7/28/2006 10:05:13 |
| | $3.00 |
| | Filing Number: |
| **B. SEND ACKNOWLEDGMENT TO:** (Name and Address) | B 2006-1009902-0 |
| BERRY PLASTIC TECHNICAL SERVICES, INC.<br>1371 CHILLICOTHE ROAD<br>AURORA,  OH  44202 | *THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY* |

**1. DEBTOR'S EXACT FULL LEGAL NAME:** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| OR | 1a. ORGANIZATION'S NAME: | | | |
|---|---|---|---|---|
| | DELUXE ICE CREAM COMPANY | | | |
| | **1b. LAST NAME:** | FIRST NAME: | MIDDLE NAME: | SUFFIX: |

| 1c. MAILING ADDRESS: | CITY: | STATE: | POSTAL CODE: | COUNTRY: |
|---|---|---|---|---|
| 1860 STATE STREET | SALEM | OR | 97301-4395 | USA |

| 1d. TAX ID #: SSN OR TIN | ADD'L INFO RE ORGANIZATION DEBTOR: | 1e. TYPE OF ORG: CORPORATION | 1f. JURISDICTION OF ORG: ID | 1g. ORGANIZATIONAL ID #: (if any) C134317 |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME:** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) — insert only one secured party name (3a or 3b)

| OR | 3a. ORGANIZATION'S NAME: | | | |
|---|---|---|---|---|
| | BERRY PLASTICS TECHNICAL SERVICES, INC. | | | |
| | **3b. LAST NAME:** | FIRST NAME: | MIDDLE NAME: | SUFFIX: |

| 3c. MAILING ADDRESS: | CITY: | STATE: | POSTAL CODE: | COUNTRY: |
|---|---|---|---|---|
| 1371 CHILLICOTHE ROAD | AURORA | OH | 44202 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

THE EQUIPMENT DESCRIBED AS A BERRY PLASTICS CP 5000 SERIES FILLING MACHINE WITH SERIAL NUMBER CP5003, AND ALL PROCESSES, ADDITIONS THERETO AND REPLACEMENTS THEREOF, LOCATED AT DEBTOR'S FACILITY AT DELUXE ICE CREAM COMPANY, 1860 STATE STREET, SALEM, OR 97301-4395.

**5. ALTERNATIVE DESIGNATION (if applicable):**
[   ] LESSEE/LESSOR   [   ] CONSIGNEE/CONSIGNOR   [   ] BAILEE/BAILOR   [   ] SELLER/BUYER

**6. [   ]** This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum   (if applicable)

**7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)** (ADDITIONAL FEE) (optional)   [   ] All Debtors   [   ] Debtor 1   [   ] Debtor 2

**8. OPTIONAL FILER REFERENCE DATA:**

*Electronically generated from original XML Document

IDAHO SECRETARY OF STATE
**01/29/2007 05:00**
CK: NONE  CT: 96018  BH: 1829421
1 @  6.00 =  6.00  UCC1 FILE # 4
Filing Number:
**B 2007-1019265-3**

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Diligenz, Inc.   1-800-858-5294

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

24185836
Prepared by:

Diligenz, Inc.
6500 Harbour Heights Pkwy, Suite 400
Mukilteo, WA 98275

Filed In: Idaho (S.O.S.)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | |
|---|---|---|---|
| 1a. ORGANIZATION'S NAME | | | |
| DELUXE ICE CREAM COMPANY | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1860 STATE STREET | SALEM | OR | 97301 | USA |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | Corp. | ID | 767504-89 | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | |
|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | | | |
|---|---|---|---|
| 3a. ORGANIZATION'S NAME | | | |
| Norse Dairy Systems, LLC | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1740 Joyce Ave. | Columbus | OH | 43219 | USA |

4. This FINANCING STATEMENT covers the following collateral:

One automatic self-contained machine known as the J-736, Serial No. 332365-077 together with parts, attachments and devices now or hereafter attached thereto and also together with all proceeds, products and replacements thereof and insurance thereon.

| 5. ALTERNATIVE DESIGNATION [if applicable] ☒ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum   [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional] | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA

24185836

**FILING OFFICE COPY** — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

IDAHO SECRETARY OF STATE
07/25/2008 05:00
CK: NONE CT: 96018 BH: 1128775
1 @ 6.00 = 6.00 UCC1 FILE # 2
Filing Number:
B 2008-1051294-2

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
CSC Diligenz, Inc.    1-800-858-5294

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

35966052
CSC Diligenz, Inc.
6500 Harbour Heights Pkwy, Suite 400
Mukilteo, WA 98275

Filed In: Idaho (S.O.S.)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| DELUXE ICE CREAM COMPANY | | | | |

| OR | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1860 STATE STREET | SALEM | OR | 97301 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION Corp. | 1f. JURISDICTION OF ORGANIZATION ID | 1g. ORGANIZATIONAL ID #, if any 767504-89 | □ NONE |
|---|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

| OR | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | □ NONE |
|---|---|---|---|---|---|

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Norse Dairy Systems, LLC | | | | |

| OR | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1740 Joyce Ave. | Columbus | OH | 43219 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

One automatic self-contained machine known as the VL2-EPLC, Serial No. 1324-001 together with parts, attachments and devices now or hereafter attached thereto and also together with all proceeds, products and replacements thereof and insurance thereon.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☑ LESSEE/LESSOR | □ CONSIGNEE/CONSIGNOR | □ BAILEE/BAILOR | □ SELLER/BUYER | □ AG. LIEN | □ NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|

**8. OPTIONAL FILER REFERENCE DATA**

35966052

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

EXHIBIT "3"                                    000269

# SECURITY AGREEMENT COVERING FARM PRODUCTS AND FARM EQUIPMENT
## (May Be Used For Motor Vehicles)

1. Heath Hartley                                7-23-08 (Date)

26433 Riverview Rd    Wilder    Id. 83676
(No. and Street)        (City)    (County)    (State)

(hereinafter called "Debtor") hereby grants to Golden Valley Organic, Inc.
DBA BioFlora NW & Farm Tech (hereinafter called "Secured Party"),
successors and assigns, a security interest in the following goods (hereinafter called the "Collateral"):

**A.  CROPS**—All of the summer fallow and all the following crops, including but not limited to:

planted or growing, or to be grown, within the next five years on the following described lands.
(Insert legal description)

or on the lands described on exhibits attached hereto. The name of the record owner is _____ County, Idaho

**B.  LIVESTOCK, POULTRY, ANIMALS, FEED, FARM PRODUCTS, EQUIPMENT AND SUPPLIES**, including but not limited to:
(Include brands on livestock, year, make, model, ident. number on equipment)



LEFT    RIGHT                                    LEFT    RIGHT

or as described on exhibits attached hereto.

**C.**  All goods similar to those described above, which at any time may hereafter be planted or grown on the lands described above, or acquired by the Debtor, including but not limited to, additions and replacements and property of livestock, animals and poultry, all products of such property, and replacement equipment and supplies, accessories, parts, additions and accessions now or hereafter affixed or used in connection therewith.

**D.**  The security interest shall also extend to all forest permits and grazing rights granted to Debtor by any governmental agency or other party, and shall include all incentive payments and agricultural subsidies or allowances granted by any governmental agency or other party, whether for the purpose of stimulating Debtor's production of livestock and crops or granted in lieu of raising livestock or planting crops.

**E.**  All proceeds of the sale or other disposition of any of the goods described or referred to above.

**2.**  The security interest granted hereby is to secure payment and performance of the liabilities and obligations of Debtor to Secured Party of every kind and description, direct or indirect, absolute or contingent, due or to become due, now existing or hereafter arising (all hereinafter called "obligations").

**3.  DEBTOR HEREBY WARRANTS AND COVENANTS:**

**3. 01  TITLE.**  Debtor is competent to enter into the security agreement and is now or, by using the proceeds of loans by the Secured Party, will become the owner of the Collateral free from any adverse lien, security interest or encumbrance.

**3. 02  USE.**  The Debtor is engaged in raising, fattening, grazing or other farming operations. If checked here [ ], the Collateral is being acquired with the proceeds of loans by Secured Party to Debtor.

**3. 03  LOCATION OF COLLATERAL.**  The Collateral will be located in Malheur _____ County, Or., Debtor will not remove the Collateral from said state without the written consent of Secured Party.

**3. 04  RESIDENCY.**  Debtor resides or maintains his chief place of business if not an individual in the county set forth above, unless some other county is indicated below: Malheur _____ County, Or.

**3. 05  PERFECTION OF SECURITY INTEREST.**  The Debtor agrees to execute and file financing statements and do whatever may be necessary under applicable law to perfect and continue the Secured Party's interest in the Collateral, all at Debtor's expense.

**THE TERMS AND CONDITIONS APPEARING ON THE BACK HEREOF ARE PART OF THIS SECURITY AGREEMENT**

Signed and delivered to Secured Party on the day and year first above written.

_____

_____

_____
(Signature of Debtor)

18A Form 6   Printed and _____

# UCC FINANCING STATEMENT

ELECTRONIC FILING*

| | |
|---|---|
| A. NAME, PHONE, EMAIL, FAX OF CONTACT AT FILER:<br>STEPHEN H. JOHANSON \| 916-567-1000 \| sjohanson@johanson-assoc.com \| 916-649-1373 | IDAHO SECRETARY OF STATE<br>**05/06/2009 15:08**<br>53.66<br>Filing Number:<br>**B 2009-1063937-9** |
| B. SEND ACKNOWLEDGMENT TO: (Name and Address)<br>JOHANSON & ASSOCIATES<br>2495 NATOMAS PARK DRIVE, SUITE 620<br>SACRAMENTO, CA 95833 | THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY |

1. DEBTOR'S EXACT FULL LEGAL NAME: - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| OR | 1a. ORGANIZATION'S NAME:<br>DELUXE ICE CREAM COMPANY | | | |
| | 1b. LAST NAME: | FIRST NAME: | MIDDLE NAME: | SUFFIX: |

| 1c. MAILING ADDRESS:<br>1860 STATE STREET | CITY:<br>SALEM | STATE:<br>OR | POSTAL CODE:<br>97301 | COUNTRY:<br>USA |
|---|---|---|---|---|

| 1d. TAX ID #: SSN OR TIN | ADD'L INFO RE<br>ORGANIZATION<br>DEBTOR: | 1e. TYPE OF ORG:<br>CORPORATION | 1f. JURISDICTION OF ORG:<br>IDAHO | 1g. ORGANIZATIONAL ID #: (if any)<br>C134317 |
|---|---|---|---|---|

2. SECURED PARTY'S NAME: (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) -- insert only one secured party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| OR | 2a. ORGANIZATION'S NAME:<br>CC&B HOLDINGS, INC. | | | |
| | 2b. LAST NAME: | FIRST NAME: | MIDDLE NAME: | SUFFIX: |

| 2c. MAILING ADDRESS:<br>550 HOWE AVENUE, SUITE 110 | CITY:<br>SACRAMENTO | STATE:<br>CA | POSTAL CODE:<br>95825 | COUNTRY:<br>USA |
|---|---|---|---|---|

4. This FINANCING STATEMENT covers the following collateral:

ALL ACCOUNTS, GENERAL INTANGIBLES, INVENTORY, FURNITURE, FIXTURES, EQUIPMENT, INVESTMENT PROPERTY AND ALL BOOKS AND RECORDS PERTAINING TO THE FOREGOING AND ALL PROCEEDS THEREOF AND AS MORE FULLY DESCRIBED IN EXHIBIT A TO THE SECURITY AGREEMENT DATED MAY 6, 2009 BETWEEN DEBTOR AND SECURED PARTY.

5. ALTERNATIVE DESIGNATION (if applicable):
[ ] LESSEE/LESSOR  [ ] CONSIGNEE/CONSIGNOR  [ ] BAILEE/BAILOR  [ ] SELLER/BUYER

6. [ ] This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS. Attach Addendum (if applicable)

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)
(ADDITIONAL FEE) (optional) [ ] All Debtors [ ] Debtor 1 [ ] Debtor 2

8. OPTIONAL FILER REFERENCE DATA:

*Electronically generated from original XML Document

EXHIBIT "3"

# UCC FINANCING STATEMENT AMENDMENT

ELECTRONIC FILING*

A. NAME, PHONE, EMAIL, FAX OF CONTACT AT FILER:
KRIS ORMSETH | (208) 389-9000, ext 4267 | kjormseth@stoel.com | (208) 389-9040

B. SEND ACKNOWLEDGMENT TO: (Name and Address)
STOEL RIVES LLP
101 S. CAPITOL BOULEVARD, SUITE 1900
BOISE, ID 83702

IDAHO SECRETARY OF STATE
05/22/2009 15:43
$3.00
Filing Number:
B 6531813

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
B 200910639379

1b. { } This FINANCING STATEMENT AMENDMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS.

2. [X] TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement

3. { } CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. { } ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9

5. AMENDMENT (PARTY INFORMATION): This Amendment affects { } Debtor or { } Secured Party of record. Check only one of these two boxes
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
{ } CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c    { } DELETE name: Give record name to be deleted in item 6a or 6b.    { } ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d - 7g (if applicable).

6. CURRENT RECORD INFORMATION:

OR

| 6a. ORGANIZATION'S NAME: | | | |
|---|---|---|---|
| 6b. LAST NAME: | FIRST NAME: | MIDDLE NAME: | SUFFIX: |

8. AMENDMENT (COLLATERAL CHANGE): check only one box
Describe collateral { } deleted or { } added, or give entire { } restated collateral description, or describe collateral { } assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment) If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here { } and enter name of DEBTOR authorizing this Amendment

OR

| 9a. ORGANIZATION'S NAME: CC&B HOLDINGS, INC. | | | |
|---|---|---|---|
| 9b. LAST NAME: | FIRST NAME: | MIDDLE NAME: | SUFFIX: |

10. OPTIONAL FILER REFERENCE DATA:
62216-2

11. Use this space for additional information.
LIEN TERMINATION

*Electronically generated from original XML Document

# UCC FINANCING STATEMENT

ELECTRONIC FILING*

| A. NAME, PHONE, EMAIL, FAX OF CONTACT AT FILER: | |
|---|---|
| Corporation Service Company ¦ 800-858-5294 ¦ FilingDept@cscinfo.com ¦ 800-345-6059 | |

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Diligenz
801 Adlai Stevenson Dr
Springfield   IL   62703

IDAHO SECRETARY OF STATE
**5/19/2010 14:41:11:80**
$3.00
Filing Number:
**B 2010-1078992-0**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME: – insert only <u>one</u> debtor name (1a or 1b) - do not abbreviate or combine names

OR

| 1a. ORGANIZATION'S NAME: | | | |
|---|---|---|---|
| Deluxe Ice Cream Company | | | |
| 1b. LAST NAME: | FIRST NAME: | MIDDLE NAME: | SUFFIX: |

| 1c. MAILING ADDRESS: | CITY: | STATE: | POSTAL CODE: | COUNTRY: |
|---|---|---|---|---|
| 1635 Village Center Circle #280 | Las Vegas | NV | 89134 | USA |

| 1d. TAX ID #: SSN OR TIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORG: | 1f. JURISDICTION OF ORG: | 1g. ORGANIZATIONAL ID #: (if any) |
|---|---|---|---|---|
| | | Corporation | ID | C134317 |

3. SECURED PARTY'S NAME: (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – insert only <u>one</u> secured party name (3a or 3b)

OR

| 3a. ORGANIZATION'S NAME: | | | |
|---|---|---|---|
| Wells Fargo Bank, N.A. | | | |
| 3b. LAST NAME: | FIRST NAME: | MIDDLE NAME: | SUFFIX: |

| 3c. MAILING ADDRESS: | CITY: | STATE: | POSTAL CODE: | COUNTRY: |
|---|---|---|---|---|
| 300 Tri-State International Ste 400 | Lincolnshire | IL | 60069 | USA |

**4. This FINANCING STATETMENT covers the following collateral:**

The equipment described below and all equipment parts, accessories, substitutions, additions, accessions and replacements thereto and thereof, now or hereafter installed in, affixed to, or used in conjunction therewith and the proceeds thereof, together with all installment payments, insurance proceeds, other proceeds and payments due and to become due arising from or relating to said equipment.

This financing statement is filed for notice purposes only and the filing thereof shall not be deemed evidence of any intention to create a security interest under the Uniform Commercial Code.
4 - Clark Forklifts TMX15S S/N-s 3764-9597, 3765-9597, 3766-9597 7 3767-9597.

**5. ALTERNATIVE DESIGNATION (if applicable):**
{ } LESSEE/LESSOR   { } CONSIGNEE/CONSIGNOR   { } BAILEE/BAILOR   { } SELLER/BUYER

**6.** This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum   (if applicable)

**7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s)
(ADDITIONAL FEE) (optional)   { } All Debtors  { } Debtor 1  { } Debtor 2

**8. OPTIONAL FILER REFERENCE DATA:**
[50263794]

*Electronically generated from original XML Document

## Matterhorn Group Inc.
## Consolidated Monthly Balance Sheets
## 2010

| | 12/31/09 | January | February | March | April | May | June | July | August | September | October | November | December | Annual Change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | | | |
| Cash | (770,909) | (1,513,064) | (296,983) | (1,735,122) | (1,288,622) | (1,456,855) | (1,212,714) | - | - | - | - | - | - | (441,805) |
| Accounts Receivable | 2,145,631 | 2,331,701 | 3,948,406 | 5,412,861 | 5,389,536 | 5,441,562 | 6,019,618 | - | - | - | - | - | - | 3,873,987 |
| Inventory | 5,726,529 | 6,903,537 | 7,726,594 | 9,421,158 | 10,165,866 | 9,176,874 | 8,151,751 | - | - | - | - | - | - | 2,425,222 |
| Other Current Assets | 859,091 | 764,943 | 792,671 | 836,403 | 1,025,374 | 1,021,524 | 1,357,063 | - | - | - | - | - | - | 497,962 |
| Total Current Assets | 7,960,342 | 8,577,117 | 12,160,598 | 13,928,300 | 15,292,154 | 14,183,494 | 14,315,709 | - | - | - | - | - | - | 6,355,367 |
| PP&E - Cost | 12,649,467 | 12,806,577 | 12,985,245 | 13,143,142 | 13,194,006 | 13,283,514 | 13,316,996 | - | - | - | - | - | - | 667,531 |
| Accumulated Depr. | (10,181,227) | (10,219,847) | (10,258,463) | (10,287,079) | (10,335,695) | (10,374,311) | (10,416,689) | - | - | - | - | - | - | (235,462) |
| PP&E - Net | 2,468,240 | 2,586,730 | 2,726,782 | 2,846,063 | 2,858,311 | 2,909,202 | 2,900,309 | - | - | - | - | - | - | 432,069 |
| Goodwill & Intangible Asset | 5,669,500 | 5,669,500 | 5,669,500 | 5,669,500 | 5,669,500 | 5,669,500 | 5,669,500 | - | - | - | - | - | - | - |
| Transaction Costs | 49,539 | 47,414 | 45,289 | 43,164 | 41,039 | 34,381 | 28,675 | - | - | - | - | - | - | (20,864) |
| Other Assets | 1,049,759 | 1,109,087 | 1,065,972 | 1,130,280 | 1,130,280 | 1,140,795 | 1,166,735 | - | - | - | - | - | - | 116,977 |
| Accumulated Amortization | (787,821) | (808,164) | (830,507) | (851,850) | (873,182) | (884,598) | (915,879) | - | - | - | - | - | - | (128,058) |
| Total Assets | 16,409,558 | 17,180,663 | 20,837,634 | 22,766,467 | 24,118,101 | 23,042,840 | 23,165,048 | - | - | - | - | - | - | 6,755,490 |
| **Liabilities** | | | | | | | | | | | | | | |
| Accounts Payable | 1,251,000 | 923,296 | 3,405,774 | 4,319,388 | 6,621,219 | 4,913,108 | 3,102,756 | - | - | - | - | - | - | 1,851,736 |
| Accrued Expenses & Other | 1,557,811 | 2,033,025 | 1,503,267 | 1,581,048 | 994,681 | 1,383,938 | 1,683,574 | - | - | - | - | - | - | 125,786 |
| Bank Revolver | 5,763,595 | 6,550,674 | 8,235,886 | 8,946,786 | 8,607,384 | 8,801,470 | 9,481,792 | - | - | - | - | - | - | 3,718,197 |
| Accounts Payable - Capital | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Current Portion Senior Debt | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Note Payable - SNCV | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Note Payable - CC&B Holdings | - | - | - | - | - | - | 510,000 | - | - | - | - | - | - | 510,000 |
| Other Current Liabilities | - | 742,999 | 742,999 | 742,999 | 742,999 | 742,999 | 742,999 | - | - | - | - | - | - | 742,999 |
| Total Current Liab. | 8,572,426 | 10,249,994 | 13,887,926 | 15,590,221 | 16,966,283 | 15,841,516 | 15,011,121 | - | - | - | - | - | - | 6,438,696 |
| Long - Term Portion Senior Debt | 1,739,598 | 936,122 | 875,331 | 814,223 | 753,059 | 691,316 | 629,491 | - | - | - | - | - | - | (1,110,107) |
| Note Payable - PMF | - | - | - | - | - | - | 255,000 | - | - | - | - | - | - | 255,000 |
| Note Payable - SBA | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Note Payable - OFC | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Note Payable - SNCV | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Note Payable - CC&B Holdings | - | - | - | - | - | - | 510,000 | - | - | - | - | - | - | 510,000 |
| Other Notes Payable | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Long Term Liabilities | 1,739,598 | 936,122 | 875,331 | 814,223 | 753,059 | 691,316 | 1,394,491 | - | - | - | - | - | - | (345,107) |
| Deferred Income Taxes | 20,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | - | - | - | - | - | - | (10,000) |
| Deferred Interest Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Equity | 30,205,815 | 30,205,815 | 30,205,815 | 30,205,815 | 30,205,815 | 30,205,815 | 30,205,815 | - | - | - | - | - | - | - |
| Retained Earnings | (24,128,281) | (24,221,268) | (23,883,793) | (23,853,793) | (23,705,838) | (23,705,838) | (23,456,379) | - | - | - | - | - | - | 671,902 |
| Total Shareholders' Equity | 6,077,534 | 5,984,547 | 6,064,377 | 6,352,022 | 6,388,759 | 6,500,007 | 6,749,436 | - | - | - | - | - | - | 671,902 |
| Total Liab. & Sh. Equity | 16,409,558 | 17,180,663 | 20,837,634 | 22,766,466 | 24,118,101 | 23,042,840 | 23,165,048 | - | - | - | - | - | - | 6,755,490 |

| | 12/31/09 | January | February | March | April | May | June |
|---|---|---|---|---|---|---|---|
| LOC Borrowing Base | 6,032,489 | 7,622,281 | 8,857,560 | 8,857,552 | 9,518,711 | 9,548,379 | |
| LOC Excess/(Shortfall) to Borrowing Base | (827,185) | (615,625) | 916,764 | 1,260,168 | 717,241 | 166,588 | |
| LOC Maximum Allowed - Cap | 9,500,000 | 9,500,000 | 9,500,000 | 9,500,000 | 9,500,000 | 9,500,000 | |
| LOC Excess/(Shortfall) to Cap | 2,949,326 | 1,264,114 | 553,214 | 892,616 | 698,530 | 18,208 | |

| | |
|---|---|
| Capital Expenditure Plan 2010 | 1,050,000 |
| Capital Expenditure Actual 2010 | 667,531 |
| Capital Expenditure 2010 Balance | 559,325 |

EXHIBIT "4"