RON BENDER (SBN 143364)
TODD M. ARNOLD (SBN 221868)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbyb.com; tma@lnbyb.com

Proposed Attorneys for Chapter 11 Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# (SACRAMENTO DIVISION)

| | |
|---|---|
| In re:<br><br>MATTERHORN GROUP, INC.,<br><br>    Debtor.<br><br>VITAFREZE FROZEN CONFECTIONS, INC.,<br><br>    Debtor.<br><br>DELUXE ICE CREAM COMPANY,<br><br>    Debtor.<br><br>☒ Affects ALL DEBTORS<br>☐ Affects only MATTERHORN GROUP, INC.<br>☐ Affects only VITAFREZE FROZEN<br>      CONFECTIONS, INC.<br>☐ Affects only DELUXE ICE CREAM COMPANY | [Proposed] Lead Case No. 10-39672 (MSM)<br>[Proposed] Jointly Administered with Case Nos. 10-39664 (MSM), and 10-39670 (MSM).[1]<br><br>DC No. LNB-2<br><br>Chapter 11 Case<br><br>**DEBTORS' EMERGENCY MOTION FOR JOINT ADMINISTRATION**<br><br>Hearing:<br>Date:    TBD<br>Time:    TBD<br>Place:   Department A<br>           Judge Michael S. McManus<br>           Courtroom No. 28<br>           Floor No. 7<br>           Robert T. Matsui Courthouse<br>           501 I Street<br>           Sacramento, CA 95814 |

---

[1] Motion for Joint Administration pending.

FILED
July 26, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002805194

Matterhorn Group, Inc. ("MGI"), Vitafreze Frozen Confections, Inc. ("Vitafreze"), and Deluxe Ice Cream Company ("Deluxe"), the debtors and debtors in possession in the above-captioned (proposed) jointly administered Chapter 11 bankruptcy cases (the "Debtors"), hereby move pursuant to Fed.R.Bankr.P. 1015(b), by way of this motion (the "Motion"), for the entry of an order for joint administration of the above-referenced cases (the "Cases").

As discussed in the accompanying Memorandum of Points and Authorities in support of the Motion (the "Memorandum"), the Debtors filed their voluntary Chapter 11 bankruptcy Cases on July 26, 2010 (the "Petition Date"). The Debtors continue to operate their business, manage their financial affairs, and operate their bankruptcy estates as debtors in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

MGI owns 100% of the equity of Vitafreze and Deluxe.[2] The Debtors share common management and prepare consolidated financial statements. The Debtors are in the frozen dessert industry. Collectively, the Debtors are one of the largest independent producers of ice cream and water-ice novelty products in the United States. The Debtors operate from an administrative office located in Las Vegas, Nevada, and manufacturing facilities located in Sacramento, California, and Salem, Oregon, and have approximately 31 non-union employees and 226 union employees. The Debtors are "affiliates" of each other, as the term is defined by Section 101(2) of the Bankruptcy Code, and the Debtors believe that joint administration of their Cases is both appropriate and necessary.

Joint administration will avoid duplicative expenses and will ensure that creditors in the Cases will receive appropriate notice of pertinent matters. In addition, the Debtors believe that joint administration of the Cases, including the use of a single pleadings docket, the combining of notices to creditors of the different estates, and the joint handling of purely administrative matters will aid in expediting the Cases and rendering the process less costly, without prejudicing the substantive rights of any creditor.

---

[2] MGI also owns 100% of the equity of Matterhorn Ice Cream, Inc. that entity is not operating and has not filed a bankruptcy case.

**4**

The Debtors further believe that joint administration of the Cases will assist the Office of the United States Trustee in forming one (1) committee of unsecured creditors, which should further reduce costs to the estates. Additionally, the joint administration of the Cases will eliminate the need for the Debtors to file identical motions and orders in each of the Cases when seeking relief that is common to all three Debtors, will avoid the further waste of judicial resources related to, for example, the docketing of identical motions, declarations, and orders in the each of the Cases, and will permit the Debtors' estates to avoid the substantial copy costs and service costs associated with filing and serving motions and other pleadings in the Cases that seek collective relief for the Debtors. As a result, the Debtors hereby respectfully submit that cause exists to grant the Motion and that the following caption should be used in the jointly administered Cases:

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**(SACRAMENTO DIVISION)**

| In re:<br><br>MATTERHORN GROUP, INC.,<br><br>　　　Debtor.<br><br>---<br>VITAFREZE FROZEN CONFECTIONS, INC.,<br><br>　　　Debtor.<br><br>---<br>DELUXE ICE CREAM COMPANY,<br><br>　　　Debtor.<br><br>---<br>☐ Affects ALL DEBTORS<br>☐ Affects only MATTERHORN GROUP, INC.<br>☐ Affects only VITAFREZE FROZEN<br>　　　CONFECTIONS, INC.<br>☐ Affects only DELUXE ICE CREAM COMPANY | Lead Case No. _____<br>Jointly Administered with Case Nos. _____, and _____.<br><br>DC No. _[_____]<br><br>Chapter 11 Case<br><br>**[PLEADING]**<br><br><br>Hearing:<br>Date:　　_____<br>Time:　　_____<br>Place:　　Department __<br>　　　　　Judge ____<br>　　　　　Courtroom No. __<br>　　　　　Floor No. __<br>　　　　　Robert T. Matsui Courthouse<br>　　　　　501 I Street<br>　　　　　Sacramento, CA 95814 |
|---|---|

**4**

WHEREFORE, the Debtors respectfully request that this Court enter an order:

1. finding, among other things, that notice of this Motion was appropriate under the circumstances and complied with all applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules;

2. granting this Motion in its entirety;

3. authorizing the joint administration of the Cases;

4. approving the form of caption suggested by the Debtors herein; and

5. granting such other and further relief as the Court deems just and proper.

Date: July 26, 2010
          LEVENE, NEALE, BENDER, YOO
              & BRILL L.L.P.

*/s/ Ron Bender*
RON BENDER
TODD M. ARNOLD
Proposed Attorneys for Chapter 11 Debtors
and Debtors in Possession