9

RON BENDER (SBN 143364)
TODD M. ARNOLD (SBN 221868)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbyb.com; tma@lnbyb.com

Proposed Attorneys for Chapter 11 Debtors and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
(SACRAMENTO DIVISION)

| | |
|---|---|
| In re:<br><br>MATTERHORN GROUP, INC.,<br><br>      Debtor.<br><br>VITAFREZE FROZEN CONFECTIONS, INC.,<br><br>      Debtor.<br><br>DELUXE ICE CREAM COMPANY,<br><br>      Debtor.<br><br>☒ Affects ALL DEBTORS<br>☐ Affects only MATTERHORN GROUP, INC.<br>☐ Affects only VITAFREZE FROZEN CONFECTIONS, INC.<br>☐ Affects only DELUXE ICE CREAM COMPANY | [Proposed] Lead Case No. 10-39672 (MSM)<br>[Proposed] Jointly Administered with Case Nos. 10-39664 (MSM), and 10-39670 (MSM).[1]<br><br>DC No. LNB-4<br><br>Chapter 11 Cases<br><br>**CERTIFICATE OF SERVICE**<br><br>Hearing:<br>Date: TBD<br>Time: TBD<br>Place: Department A<br>        Judge Michael S. McManus<br>        Courtroom No. 28<br>        Floor No. 7<br>        Robert T. Matsui Courthouse<br>        501 I Street<br>        Sacramento, CA 95814 |

---

[1] Motion for Joint Administration pending.

**PROOF OF SERVICE**
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action; my business address is: 10250 Constellation Blvd. Suite 1700, Los Angeles, California 90067.

On July 27, 2010, I served the foregoing document(s) described as

**NOTICE OF DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO PROVIDE ADEQUATE ASSURANCE OF PAYMENT TO UTILITY COMPANIES PURSUANT TO SECTION 366(c) OF THE BANKRUPTCY CODE**

**DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO PROVIDE ADEQUATE ASSURANCE OF PAYMENT TO UTILITY COMPANIES PURSUANT TO SECTION 366(c) OF THE BANKRUPTCY CODE**

**EXHIBITS RE: DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO PROVIDE ADEQUATE ASSURANCE OF PAYMENT TO UTILITY COMPANIES PURSUANT TO SECTION 366(c) OF THE BANKRUPTCY CODE**

**DECLARATION OF JENNIFER K. LOVING IN SUPPORT OF DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO PROVIDE ADEQUATE ASSURANCE OF PAYMENT TO UTILITY COMPANIES PURSUANT TO SECTION 366(c) OF THE BANKRUPTCY CODE**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO PROVIDE ADEQUATE ASSURANCE OF PAYMENT TO UTILITY COMPANIES PURSUANT TO SECTION 366(c) OF THE BANKRUPTCY CODE**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California, addressed as follows:

See Attached Service List:

__X__   (By Federal Express/Overnight Mail) I caused such envelope to be delivered by Federal Express (or Express Mail), next business day delivery to the offices of those so designated on the attached list. Executed on July 27, 2010, at Los Angeles, California.

__X__   (Federal) I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

                              /s/ Lourdes Cruz
                              Lourdes Cruz

2    CERTIFICATE OF SERVICE

Matterhorn, et al.
File No. 4077
RSN


Tania Moyron  
Willoughby & Paseuzzi LLP  
400 Capitol Mall, Suite 1450  
Sacramento, CA  95814

Office of the United States Trustee  
501 I Street  
Sacramento, CA 95814-7306

MATTERHORN GROUP, INC.,
Cold Storage Vendors

Americold
Jill La Vine
Unit 94
PO Box 4500
Salem, OR 97208

Americold,
Attn: Ronald B. Hutchison, CFO
10 Glenlake Parkway
Suite 800, South Tower
Atlanta, GA 30328

US Cold Storage
Cher Raderchak
PO Box 840373
Dallas, TX 75284

US Cold Storage
David Harlan, CEO
Four Echelon Plaza,
201 Laurel Road, Suite 400,
Voorhees, NJ 08043

Nordic Cold Storage
Claudia Crawford
1802 Rome Highway
Rockmart, GA 30153

Nordic Cold Storage
Don Schoenl, Chief Executive Officer
4300 Pleasantdale Road
Atlanta, GA 30340

Eugene Freezing and Storage
Quinn Ackerman
PO Box 2006
Eugene, OR 97402

Eugene Freezing and Storage
Peter Lafferty, President/Agent
310 SENECA RD
PO Box 2006
Eugene, OR 97402

3 Rivers
11676 Perry Highway
First Floor - Suite 1100
Wexford, PA 15090

3 Rivers
ROBERT M. CURRENT, Agent
2120 East Washington Blvd., Suite B
Fort Wayne, IN 46808

Hanson Cold Storage
James Reits, Executive VP and CFO
2900 S. State Street
Suite 4
Saint Joseph, MI 49085

Matterhorn, et al.
File No. 4077
Secured Creditors - Consolidated

KeyBank National Association
702 W. Idaho Street
Boise, ID 83702

Berry Plastics Technical Services, Inc
1371 Chillicothe Road
Aurora, OH 44202

Norse Dairy Systems, LLC
1740 Joyce Avenue
Columbus, OH 43219

Wells Fargo Bank, NA
300 Tri-State Intl, Suite 400
Lincolnshire, IL 60069

Boise Office Equipment
Attn: Director/Officer/Legal Counsel
330 N. Ancestor Pl, No 100
Boise, ID 83704

KeyBank, N.A.
Attn: Paul N. Harris, EVP Gral Counsel, Secretary
127 Public Square
Cleveland, OH 44114

Berry Plastics Corporation
Attn: Ira G. Boots, Chair
and CEO/Jim Kratochvil, CEO
P.O. Box 959
Evansville, IN 47706-0959

Norse Dairy Systems, LLC
Attn: Ct Corporation System (Agent)
1300 E. 9th Street
Cleveland, OH 44114

Wells Fargo Bank N.A.
Attn: James M. Strother,
EVP, Gral Counsel
420 Montgomery Street
San Francisco, CA 94163

KeyBank, N.A.
Attn: Thomas E. Nadon
Asset Recovery Group-MS WA-31-18-0311
601 108th Avenue, NE, 3rd Floor
Bellevue, WA 98009-9027

KeyBank, N.A.
c/o Randy Peterman
Moffatt, Thomas, Barrett, Rock & Fields
101 S Capitol Blvd, 10th Floor
Boise, ID 83701-0829

DeLuxe
File No. 4077
Matterhorn


QCS Purchasing LLC
2570 Solutions Center
Chicago, IL 60677-2005

Americold Logistics LLC
Unit 94
PO Box 4500
Portland, OR 97208-4500

Global Sticks, Inc.
13555-23A Avenue
Surrey, BC V4A 9V1

Boise Cascade Corporation
Corrugated Container Division
File # 1245
San Francisco, CA 94160

Larsen's Creamery Inc.
16940 SE 130th
Clackamas, OR 97015

City of Salem Utility Billing
Department of Public Works
PO Box 2795
Portland, OR 97208-2795

GRAPHIC PACKAGING
PO BOX 404170
Atlanta, GA 30384-4170

Garrett & Associates
PO Box 980362
Park City, UT 84098-0362

Permacold Engineering, Inc.
3005 NE Argyle Street
Portland, OR 97211

Transilwrap Company, Inc.
2434 Momentum Place
Chicago, IL 60689-5324

Excelsior Packaging West
Accounts Receivables dept
159 Alexander Street
Yonkers, NY 10701

Kaiser Foundation Health Plan
PO Box 34178
Seattle, WA 98124-1178

TATE & LYLE CUSTOM
INGREDIENTS
1891 Paysphere Circle
Chicago, IL 60674

Contract Servicing
PO Box 34623
Seattle, WA 98124-1623

Berry Plastics Corporation
Fifth Third Bank
PO BOX 633485
Cincinnati, OH 45263-3485

Denali Ingredients, LLC
Dept. 4004
PO BOX 30516
Lansing, MI 48909-8016

Portland General Electric
PO Box 4438
Portland, OR 97208-4438

Mohawk Plastics
DBA AMPac
PO BOX 692240
Cincinnati, OH 45269

BoDeans Wafer Company
1790 21st ST SW
Le Mars, IA 51031

DeJarnett Sales Inc.
45 82nd Drive Suite 49
Gladstone, OR 97027

Matterhorn
File No. 4077
20 Largest

C H Robinson
PO Box 9121
Minneapolis, MN 55480-9121

Kraft Foods North America, Inc
Cash Accounting, NF 123
Three Lakes Drive
Northfield, IL 60093

tailfordmitchell
830 North Summit St
Toledo, OH 43604

Food Lion
PO Box 198135
Atlanta, GA 30384-8135

TRANSAMERICA INSURANCE
COMPANY
PO Box 30266
Los Angeles, CA 90030-0266

Just Born Royalty
1300 Stefko Blvd
Bethlehem, PA 18017-6672

Stoel Rives LLP
101 S Capital Blvd
Suite 1900
Boise, ID 83702

Oregon Ice Cream
13115 NE 4TH ST
SUITE 220
Vancouver, WA 98684

Aldrich Kilbride & Tatone LLC
680 Hawthhorne Avenue SE
Suite 140
Salem, OR 97301-5096

Mass Marketing Services
Attn: John Carlson
7851 Mission Center Ct #115
San Diego, CA 92108

SnoTemp Cold Storage
PO BOX 2066
Eugene, OR 97402

Baker & Hostetler LLP
12100 Wilshire Boulevard
15th Floor
Los Angeles, CA 90025-7120

Nordic Cold Storage, LLC
1802 Rome Highway
Rockmart, GA 30153

Integra Telecom
PO Box 2966
Milwaukee, WI 53201-2966

Yarnell Ice Cream
205 S. Spring Street
Searcy, AR 72143

Advantage Sales and Marketing
P.O. Box 31001-1691
Pasadena, CA 91110-1691

Big Y
c/o Advantage Sales & Marketin
300 Foxborough Blvd
Foxboro, MA 02035

Daymon Worldwide
Attn: John Stracuzzi
P.O. Box 9661
Uniondale, NY 11555-9661

Franklin C. Everett
700 Bellevue Avenue
Newport, RI 02840

John Hancock (USA)
Dept 894109
Los Angeles, CA 90189-4109

Vitafreeze
File No. 4077
20 Largest

Foster Farms
Dept 33369
PO BOX 44000
San Francisco, CA 94144-3369

SMUD
P.O. Box 15555
Sacramento, CA 95852

Polly Ann Diversified, Inc.
3138 Noriega Street
San Francisco, CA 94122

Trojan Litho
800 SW 27th St
Renton, WA 98057

Graphic Packaging
PO BOX 404170
Atlanta, GA 30384-4170

Chemco Products Co.
P.O. Box 21532
Long Beach, CA 90801

Tetra Pak Hoyer
P.O. Box 70235
Chicago, IL 60673-0235

US Cold Storage, Inc.
PO BOX 2067
Fresno, CA 93718

NO Cal B&C Health & Welfare
PO Box 45221
221 Main - 2nd Floor
San Francisco, CA 94145-0221

Sweetener Products
P.O. Box 58426
Vernon, CA 90058

QCS Purchasing LLC
2570 Solutions Center
Chicago, IL 60677

Global Sticks
13555 - 23A Avenue
Surrey, BC V4A 9V1

Sierra Packaging & Converting
1400 Kleppe Lane
Sparks, NV 89431

Sunopta Food Group
Pacific Fruit
36217 Treasury Center
Chicago, IL 60694-6200

Norse Dairy Systems
Attn:Interbake Foods 22439
131 S. Dearborn St. 6th Floor
Chicago, IL 60603

Sacramento Container Corp.
Dept 33472
P.O. Box 39000
San Francisco, CA 94139

Kerry
File 57038
Los Angeles, CA 90074-7038

Capital Corrugated, Inc
PO BOX 278060
Sacramento, CA 95826

Apcco
4812 Enterprise Way
Modesto, CA 95356

Petro Chem Insulation, Inc.
110 Corporate Place
Vallejo, CA 94590

Matterhorn, et al.
File No. 4077
Utilities

Allied Waste Services
PO Box 78829
Phoenix, AZ  85062-8829

CenturyLink
PO Box 4300
Carol Stream, IL  60197-4300

City of Salem Utility Billing
Department of Public Works
PO Box 2795
Portland, OR  97208-2795

Comcast
PO Box 34744
Seattle, WA  98124-1744

integra Telecom
PO BOX 2966
Milwaukee, WI  53201-2966

NW Natural Gas
PO Box 6017
Portland, OR  97228-6017

Portland General Electric
PO Box 4438
Portland, OR  97208-4438

Qwest
PO Box 29080
Phoenix, AZ  85038-9080

Verizon Wireless
PO Box 660108
Dallas, TX  75266-0108

City Of Sacramento
P.O. Box 2770
Sacramento, CA  95812-2770

County of Sacramento
Industrial Utility Billing
9700 Goethe Road, Suite C
Sacramento, CA  95827-3500

PG&E
P.O. Box 997300
Sacramento, CA  95899-7300

AT&T
Payment Center
Sacramento, CA  95887-0001

SMUD
P.O. Box 15555
Sacramento, CA  95852

Verizon Wireless
P.O. Box 660108
Dallas, TX  75266-0108

Waste Mgmt of Sacramento
P.O. Box 78251
Phoenix, AZ  85062-8251

Integra Telecom
P.O. Box 2966
Milwaukee, WI  53201-2966

Pacific Telemanagement Service
379 Diablo Road, Suite 212
Danville, CA  94526

WM Lamp Tracker Inc.
PAT
P.O. Box 932962
Atlanta, GA  31193-2962

CenturyLink
PO Box 660068
Dallas, TX  75266-0068

Cox Communications
PO Box 53262
Phoenix, AZ  85072-3262

Clear Voice Telecom
1880 S. Coblat Point Way, Ste 300
Meridian, ID  83642

Idaho Power
Po Box 34966
Seattle, WA  98124-1966

Integra Telecom
PO Box 2966
Milwaukee, WI  53201-2966

Paetec
PO Box 3177
Cedar Rapids, IA  52406-3177

Qwest
PO Box 29040
Phoenix, AZ  85038-9040

Verizon Wireless
PO Box 660108
Dallas, TX  75266-0108