RON BENDER (SBN 143364)
TODD M. ARNOLD (SBN 221868)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbyb.com; tma@lnbyb.com

Proposed Attorneys for Chapter 11 Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# (SACRAMENTO DIVISION)

| | |
|---|---|
| In re:<br><br>MATTERHORN GROUP, INC.,<br><br>    Debtor.<br><br>VITAFREZE FROZEN CONFECTIONS, INC.,<br><br>    Debtor.<br><br>DELUXE ICE CREAM COMPANY,<br><br>    Debtor.<br><br>☒ Affects ALL DEBTORS<br>☐ Affects only MATTERHORN GROUP, INC.<br>☐ Affects only VITAFREZE FROZEN<br>        CONFECTIONS, INC.<br>☐ Affects only DELUXE ICE CREAM COMPANY | [Proposed] Lead Case No. 10-39672 (MSM)<br>[Proposed] Jointly Administered with Case Nos. 10-39664 (MSM), and 10-39670 (MSM).[1]<br><br>DC No. LNB-1<br><br>Chapter 11 Cases<br><br>**AMENDED CERTIFICATE OF SERVICE**<br><br><u>Hearing:</u><br>Date:    TBD<br>Time:   TBD<br>Place:  Department A<br>          Judge Michael S. McManus<br>          Courtroom No. 28<br>          Floor No. 7<br>          Robert T. Matsui Courthouse<br>          501 I Street<br>          Sacramento, CA 95814 |

---

[1] Motion for Joint Administration pending.

1 AMENDEDED CERTIFICATE OF SERVICE

FILED
July 27, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002805771

# PROOF OF SERVICE
### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action; my business address is: 10250 Constellation Blvd. Suite 1700, Los Angeles, California 90067.

On July 27, 2010, I served the foregoing document(s) described as

**NOTICE OF DEBTORS' EMERGENCY MOTION FOR AN ORDER (1) AUTHORIZING THE DEBTORS' USE OF CASH COLLATERAL ON AN INTERIM BASIS PENDING A FINAL HEARING, (2) SCHEDULING A FINAL HEARING, (3) AUTHORIZING THE DEBTORS' CONTINUED USE OF CERTAIN PORTIONS OF THE DEBTORS' CASH MANAGEMENT SYSTEM, AND (4) AUTHORIZING THE MAINTENANCE OF THE DEBTORS' EXISTING BANK ACCOUNTS FOR AN INTERIM PERIOD**

**DEBTORS' EMERGENCY MOTION FOR AN ORDER (1) AUTHORIZING THE DEBTORS' USE OF CASH COLLATERAL ON AN INTERIM BASIS PENDING A FINAL HEARING, (2) SCHEDULING A FINAL HEARING, (3) AUTHORIZING THE DEBTORS' CONTINUED USE OF CERTAIN PORTIONS OF THE DEBTORS' CASH MANAGEMENT SYSTEM, AND (4) AUTHORIZING THE MAINTENANCE OF THE DEBTORS' EXISTING BANK ACCOUNTS FOR AN INTERIM PERIOD**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEBTORS' EMERGENCY MOTION FOR AN ORDER (1) AUTHORIZING THE DEBTORS' USE OF CASH COLLATERAL ON AN INTERIM BASIS PENDING A FINAL HEARING, (2) SCHEDULING A FINAL HEARING, (3) AUTHORIZING THE DEBTORS' CONTINUED USE OF CERTAIN PORTIONS OF THE DEBTORS' CASH MANAGEMENT SYSTEM, AND (4) AUTHORIZING THE MAINTENANCE OF THE DEBTORS' EXISTING BANK ACCOUNTS FOR AN INTERIM PERIOD**

**DECLARATION OF JENNIFER K. LOVING IN SUPPORT OF DEBTORS' EMERGENCY MOTION FOR AN ORDER (1) AUTHORIZING THE DEBTORS' USE OF CASH COLLATERAL ON AN INTERIM BASIS PENDING A FINAL HEARING, (2) SCHEDULING A FINAL HEARING, (3) AUTHORIZING THE DEBTORS' CONTINUED USE OF CERTAIN PORTIONS OF THE DEBTORS' CASH MANAGEMENT SYSTEM, AND (4) AUTHORIZING THE MAINTENANCE OF THE DEBTORS' EXISTING BANK ACCOUNTS FOR AN INTERIM PERIOD**

**DECLARATION OF ANDREW DE CAMARA IN SUPPORT OF DEBTORS' EMERGENCY MOTION FOR AN ORDER (1) AUTHORIZING THE DEBTORS' USE OF CASH COLLATERAL ON AN INTERIM BASIS PENDING A FINAL HEARING, (2) SCHEDULING A FINAL HEARING, (3) AUTHORIZING THE DEBTORS' CONTINUED USE OF CERTAIN PORTIONS OF THE DEBTORS' CASH MANAGEMENT SYSTEM, AND (4) AUTHORIZING THE MAINTENANCE OF THE DEBTORS' EXISTING BANK ACCOUNTS FOR AN INTERIM PERIOD**

**DECLARATION OF TODD M. ARNOLD, ESQ. IN SUPPORT OF DEBTORS' EMERGENCY MOTION FOR AN ORDER (1) AUTHORIZING THE DEBTORS' USE OF CASH COLLATERAL ON AN INTERIM BASIS PENDING A FINAL HEARING, (2) SCHEDULING A FINAL HEARING, (3) AUTHORIZING THE DEBTORS' CONTINUED USE OF CERTAIN PORTIONS OF THE DEBTORS' CASH MANAGEMENT SYSTEM, AND (4) AUTHORIZING THE MAINTENANCE OF THE DEBTORS' EXISTING BANK ACCOUNTS FOR AN INTERIM PERIOD**

**EXHIBITS RE: DEBTORS' EMERGENCY MOTION FOR AN ORDER (1) AUTHORIZING THE DEBTORS' USE OF CASH COLLATERAL ON AN INTERIM BASIS PENDING A FINAL HEARING, (2) SCHEDULING A FINAL HEARING, (3) AUTHORIZING THE DEBTORS' CONTINUED USE OF CERTAIN PORTIONS OF THE DEBTORS' CASH MANAGEMENT SYSTEM, AND (4) AUTHORIZING THE MAINTENANCE OF THE DEBTORS' EXISTING BANK ACCOUNTS FOR AN INTERIM PERIOD**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California, addressed as follows:

See Attached Service List:

__X__ (By Federal Express/Overnight Mail) I caused such envelope to be delivered by Federal Express (or Express Mail), next business day delivery to the offices of those so designated on the attached list. Executed on July 27, 2010, at Los Angeles, California.

__X__ (Federal) I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/ Lourdes Cruz
Lourdes Cruz

Matterhorn, et al.
File No. 4077
RSN

Tania Moyron  
Willoughby & Paseuzzi LLP  
400 Capitol Mall, Suite 1450  
Sacramento, CA 95814

Office of the United States Trustee  
501 I Street  
Saeramento, CA 95814-7306

MATTERHORN GROUP, INC.,
Cold Storage Vendors

Americold
Jill La Vine
Unit 94
PO Box 4500
Salem, OR 97208

US Cold Storage
David Harlan, CEO
Four Echelon Plaza,
201 Laurel Road, Suite 400,
Voorhees, NJ 08043

Eugene Freezing and Storage
Quinn Ackerman
PO Box 2006
Eugene, OR 97402

3 Rivers
ROBERT M. CURRENT, Agent
2120 East Washington Blvd., Suite B
Fort Wayne, IN 46808

Americold,
Attn: Ronald B. Hutchison, CFO
10 Glenlake Parkway
Suite 800, South Tower
Atlanta, GA 30328

Nordic Cold Storage
Claudia Crawford
1802 Rome Highway
Rockmart, GA 30153

Eugene Freezing and Storage
Peter Lafferty, President/Agent
310 SENECA RD
PO Box 2006
Eugene, OR 97402

Hanson Cold Storage
James Reits, Executive VP and CFO
2900 S. State Street
Suite 4
Saint Joseph, MI 49085

US Cold Storage
Cher Raderchak
PO Box 840373
Dallas, TX 75284

Nordic Cold Storage
Don Schoenl, Chief Executive Officer
4300 Pleasantdale Road
Atlanta, GA 30340

3 Rivers
11676 Perry Highway
First Floor - Suite 1100
Wexford, PA 15090

Matterhorn, et al.
File No. 4077
Secured Creditors - Consolidated

KeyBank National Association
702 W. Idaho Street
Boise, ID 83702

Berry Plastics Technical Services, Inc
1371 Chillicothe Road
Aurora, OH 44202

Norse Dairy Systems, LLC
1740 Joyce Avenue
Columbus, OH 43219

Wells Fargo Bank, NA
300 Tri-State Intl, Suite 400
Lincolnshire, IL 60069

Boise Office Equipment
Attn: Director/Officer/Legal Counsel
330 N. Ancestor Pl, No 100
Boise, ID 83704

KeyBank, N.A.
Attn: Paul N. Harris, EVP Gral Counsel, Secretary
127 Public Square
Cleveland, OH 44114

Berry Plastics Corporation
Attn: Ira G. Boots, Chair
and CEO/Jim Kratochvil, CEO
P.O. Box 959
Evansville, IN 47706-0959

Norse Dairy Systems, LLC
Attn: Ct Corporation System (Agent)
1300 E. 9th Street
Cleveland, OH 44114

Wells Fargo Bank N.A.
Attn: James M. Strother,
EVP, Gral Counsel
420 Montgomery Street
San Francisco, CA 94163

KeyBank, N.A.
Attn: Thomas E. Nadon
Asset Recovery Group-MS WA-31-18-0311
601 108th Avenue, NE, 3rd Floor
Bellevue, WA 98009-9027

KeyBank, N.A.
c/o Randy Peterman
Moffatt, Thomas, Barrett, Rock & Fields
101 S Capitol Blvd, 10th Floor
Boise, ID 83701-0829

20 Largest
DeLuxe

QCS Purchasing LLC
2570 Solutions Center
Chicago, IL 60677-2005

Garrett & Associates
PO Box 980362
Park City, UT 84098-0362

Berry Plastics Corporation
Fifth Third Bank
PO BOX 633485
Cincinnati, OH 45263-3485

Americold Logistics LLC
Unit 94
PO Box 4500
Portland, OR 97208-4500

Permacold Engineering, Inc.
3005 NE Argyle Street
Portland, OR 97211

Denali Ingredients, LLC
Dept. 4004
PO BOX 30516
Lansing, MI 48909-8016

Global Sticks, Inc.
13555-23A Avenue
Surrey, BC V4A 9V1

Transilwrap Company, Inc.
2434 Momentum Place
Chicago, IL 60689-5324

Portland General Electric
PO Box 4438
Portland, OR 97208-4438

Boise Cascade Corporation
Corrugated Container Division
File # 1245
San Francisco, CA 94160

Excelsior Packaging West
Accounts Receivables dept
159 Alexander Street
Yonkers, NY 10701

Mohawk Plastics
DBA AMPac
PO BOX 692240
Cincinnati, OH 45269

BoDeans Wafer Company
1790 21st ST SW
Le Mars, IA 51031

TATE & LYLE CUSTOM INGREDIENTS
1891 Paysphere Circle
Chicago, IL 60674

DeJarnett Sales Inc.
45 82nd Drive Suite 49
Gladstone, OR 97027

GRAPHIC PACKAGING
PO BOX 404170
Atlanta, GA 30384-4170

Contract Servicing
PO Box 34623
Seattle, WA 98124-1623

Pecan Deluxe Candy Co.
PO Box 671729
Dallas, TX 75267-1729

Univar USA Inc
File 56019
Los Angeles, CA 90074-6019

Burd & Fletcher
PO Box 87-9485
Kansas City, MO 64187-9485

20 Largest
Vitafreze

Norse Dairy Systems
Attn:Interbake Foods 22439
131 S. Dearborn St. 6th Floor
Chicago, IL 60603

Foster Farms
Dept 33369
PO BOX 44000
San Francisco, CA 94144-3369

Sweetener Products
P.O. Box 58426
Vernon, CA 90058

US Cold Storage, Inc.
PO BOX 2067
Fresno, CA 93718

Graphic Packaging
PO BOX 404170
Atlanta, GA 30384-4170

Sierra Packaging & Converting
1400 Kleppe Lane
Sparks, NV 89431

Apcco
4812 Enterprise Way
Modesto, CA 95356

Sunopta Food Group
Pacific Fruit
36217 Treasury Center
Chicago, IL 60694-6200

20 Largest
Matterhorn

Yarnell Ice Cream
205 S. Spring Street
Searcy, AR 72143

Advantage Sales and Marketing
P.O. Box 31001-1691
Pasadena, CA 91110-1691

Big Y
c/o Advantage Sales & Marketin
300 Foxborough Blvd
Foxboro, MA 02035

SMUD
P.O. Box 15555
Sacramento, CA 95852

NO Cal B&C Health & Welfare
PO Box 45221
221 Main - 2nd Floor
San Francisco, CA 94145-0221

Polly Ann Diversified, Inc.
3138 Noriega Street
San Francisco, CA 94122

Capital Corrugated, Inc
PO BOX 278060
Sacramento, CA 95826

QCS Purchasing LLC
2570 Solutions Center
Chicago, IL 60677

Petro Chem Insulation, Inc.
110 Corporate Place
Vallejo, CA 94590

C H Robinson
PO Box 9121
Minneapolis, MN 55480-9121

Kraft Foods North America, Inc
Cash Accounting, NF 123
Three Lakes Drive
Northfield, IL 60093

tailfordmitchell
830 North Summit St
Toledo, OH 43604

Sacramento Container Corp.
Dept 33472
P.O. Box 39000
San Francisco, CA 94139

Kerry
File 57038
Los Angeles, CA 90074-7038

Trojan Litho
800 SW 27th St
Renton, WA 98057

Global Sticks
13555 - 23A Avenue
Surrey, BC V4A 9V1

Chemco Products Co.
P.O. Box 21532
Long Beach, CA 90801

Tetra Pak Hoyer
P.O. Box 70235
Chicago, IL 60673-0235

Oregon Ice Cream
13115 NE 4TH ST
SUITE 220
Vancouver, WA 98684

Aldrich Kilbride & Tatone LLC
680 Hawthhorne Avenue SE
Suite 140
Salem, OR 97301-5096

Mass Marketing Services
Attn: John Carlson
7851 Mission Center Ct #115
San Diego, CA 92108

SnoTemp Cold Storage
PO BOX 2066
Eugene, OR 97402

Baker & Hostetler LLP
12100 Wilshire Boulevard
15th Floor
Los Angeles, CA 90025-7120

Nordic Cold Storage, LLC
1802 Rome Highway
Rockmart, GA 30153

Food Lion
PO Box 198135
Atlanta, GA 30384-8135

Daymon Worldwide
Attn: John Stracuzzi
P.O. Box 9661
Uniondale, NY 11555-9661

Franklin C. Everett
700 Bellevue Avenue
Newport, RI 02840

Stoel Rives LLP
101 S Capital Blvd
Suite 1900
Boise, ID 83702

Moreton & Company
PO Box 191030
Boise, ID 83719

TRANSAMERICA INSURANCE
COMPANY
PO Box 30266
Los Angeles, CA 90030-0266

Just Born Royalty
1300 Stefko Blvd
Bethlehem, PA 18017-6672

Integra Telecom
PO Box 2966
Milwaukee, WI 53201-2966