RON BENDER (SBN 143364)
TODD M. ARNOLD (SBN 221868)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbyb.com; tma@lnbyb.com

Proposed Attorneys for Chapter 11 Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## (SACRAMENTO DIVISION)

| | |
|---|---|
| In re:<br><br>MATTERHORN GROUP, INC.,<br><br>    Debtor.<br><br>VITAFREZE FROZEN CONFECTIONS, INC.,<br><br>    Debtor.<br><br>DELUXE ICE CREAM COMPANY,<br><br>    Debtor.<br><br>☒ Affects ALL DEBTORS<br>☐ Affects only MATTERHORN GROUP, INC.<br>☐ Affects only VITAFREZE FROZEN<br>      CONFECTIONS, INC.<br>☐ Affects only DELUXE ICE CREAM COMPANY | [Proposed] Lead Case No. 10-39672 (MSM)<br>[Proposed] Jointly Administered with Case Nos. 10-39664 (MSM), and 10-39670 (MSM).[1]<br><br>Chapter 11 Cases<br><br>**NOTICE OF HEARINGS ON DEBTORS' EMERGENCY MOTIONS**<br><br><br>Hearing:<br>Date:    July 28, 2010<br>Time:   10:30 a.m.<br>Place:   Department A<br>           Judge Michael S. McManus<br>           Courtroom No. 28<br>           Floor No. 7<br>           Robert T. Matsui Courthouse<br>           501 I Street<br>           Sacramento, CA 95814 |

---

[1] Motion for Joint Administration pending.

FILED
July 27, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002809291

**PLEASE TAKE NOTICE** that hearings to consider the emergency motions listed below that were filed by Matterhorn Group, Inc., Vitafreze Frozen Confections, Inc., and Deluxe Ice Cream Company, the debtors and debtors in possession in the above-captioned (proposed) jointly administered Chapter 11 bankruptcy cases (collectively, the "Debtors"), will be held **tomorrow, July 28, 2010, at 10:30 a.m., at the above-referenced location**:

DEBTORS' EMERGENCY MOTION FOR AN ORDER (1) AUTHORIZING THE DEBTORS' USE OF CASH COLLATERAL ON AN INTERIM BASIS PENDING A FINAL HEARING, (2) SCHEDULING A FINAL HEARING, (3) AUTHORIZING THE DEBTORS' CONTINUED USE OF CERTAIN PORTIONS OF THE DEBTORS' CASH MANAGEMENT SYSTEM, AND (4) AUTHORIZING THE MAINTENANCE OF THE DEBTORS' EXISTING BANK ACCOUNTS FOR AN INTERIM PERIOD

DEBTORS' EMERGENCY MOTION FOR JOINT ADMINISTRATION

DEBTORS' EMERGENCY MOTION FOR AUTHORITY TO LIMIT NOTICE PURSUANT TO 11 U.S.C. § 105 AND BANKRUPTCY RULE 2002

DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO PROVIDE ADEQUATE ASSURANCE OF PAYMENT TO UTILITY COMPANIES PURSUANT TO SECTION 366(c) OF THE BANKRUPTCY CODE

DEBTORS' EMERGENCY MOTION FOR AUTHORITY TO: (1) PAY PRE-PETITION PRIORITY WAGES, (2) HONOR ACCRUED VACATION AND SICK LEAVE BENEFITS, AND (3) HONOR EXPENSE REIMBURSEMENT POLICY IN THE ORDINARY COURSE OF BUSINESS

DEBTORS' EMERGENCY MOTION TO ASSUME COLD STORAGE CONTRACTS

Date: July 27, 2010

LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

*/s/ Todd M. Arnold*
RON BENDER
TODD M. ARNOLD
Proposed Attorneys for Chapter 11 Debtors
and Debtors in Possession