RON BENDER (SBN 143364)
TODD M. ARNOLD (SBN 221868)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbyb.com; tma@lnbyb.com

Proposed Attorneys for Chapter 11 Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# (SACRAMENTO DIVISION)

| | |
|---|---|
| In re:<br><br>MATTERHORN GROUP, INC.,<br><br>     Debtor.<br><br>VITAFREZE FROZEN CONFECTIONS, INC.,<br><br>     Debtor.<br><br>DELUXE ICE CREAM COMPANY,<br><br>     Debtor.<br><br>☒ Affects ALL DEBTORS<br>☐ Affects only MATTERHORN GROUP, INC.<br>☐ Affects only VITAFREZE FROZEN<br>         CONFECTIONS, INC.<br>☐ Affects only DELUXE ICE CREAM COMPANY | [Proposed] Lead Case No. 10-39672 (MSM)<br>[Proposed] Jointly Administered with Case Nos. 10-39664 (MSM), and 10-39670 (MSM).[1]<br><br>Chapter 11 Cases<br><br>**CERTIFICATE OF SERVICE AND DECLARATION RE SERVICE**<br><br>Hearing:<br>Date: TBD<br>Time: TBD<br>Place: Department A<br>        Judge Michael S. McManus<br>        Courtroom No. 28<br>        Floor No. 7<br>        Robert T. Matsui Courthouse<br>        501 I Street<br>        Sacramento, CA 95814 |

---

[1] Motion for Joint Administration pending.

1      CERTIFICATE OF SERVICE

FILED
July 27, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002809292

## DECLARATION OF LOURDES CRUZ

1. I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action; my business address is: 10250 Constellation Blvd., Suite 1700, Los Angeles, California 90067. I have personal knowledge of the facts set forth below and, if called as a witness, I could and would competently testify thereto.

2. I make this declaration regarding facsimile, telephonic or e-mail notice of the *Notice Of Hearings on Debtors' Emergency Motions* (the "Notice of Hearing") filed with the Court on July 27, 2010.

3. On July 27, 2010, my co-workers Damon Woo, Ben Lee and I, gave or attempted to give telephonic Notice of Hearing to those parties as indicated on the lists attached hereto.

4. On July 27, 2010, I served the following person(s) and/or entity(ies) by facsimile transmission and/or email as indicated on the lists attached hereto.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed this July 27th 2010 at Los Angeles, California.

                                          */s/ Lourdes Cruz*
                                          Lourdes Cruz

**17**

| Secured Creditors - Consolidated | | |
|---|---|---|
| Creditor | Person that provided telephonic notice and time | Telephone No. |
| Berry Plastics Corporation | Damon left a vm message at 1:56 for Mr. Thompson | (812) 424-2904 |
| Boise Office Equipment | Damon called at 4:33 left a vm message | (208) 377-1666 |
| KeyBank National Association | Attorney Todd M. Arnold spoke to Key Bank Attorneys | (425) 709-4378 |
| Norse Dairy Systems, LLC | Damon left a vm 4:37 | (614) 294-4931 |
| Wells Fargo Bank N.A. | Damon spoke to Barbara at 4:38 | 1-800-869-3557 |

| 20 Largest Creditors – DeLuxe – Telephonic Notices | | |
|---|---|---|
| Creditor | TelephoneNo | Person that provided telephonic notice and time |
| QCS Purchasing LLC | (800) 222-6455 | Damon called at 1:48 and spoke to Mary De Marco |
| Garrett & Associates | (800)773-6989 | Damon called at 1:553 and spoke to Jake |
| Berry Plastics Corporation | 812)424-2904 | Damon left a vm message at 1:56 for Mr. Thompson |
| Americold Logistics LLC | (503)363-1645 | Damon called at 1:57 and spoke to Jill Levine |
| Permacold Engineering, Inc. | (503)249-8190 | Damon spoke to Stacey at 2:07 p.m. |
| Denali Ingredients, LLC | (616) 877-4625 | Damon attempted but was unable to leave a message (twice) at 2:08 p.m. |
| Global Sticks, Inc. | 1-866-433-5770 | Damon spoke to "RN' at 2:11 p.m. |
| Transilwrap Company, Inc. | (562) 945-1942 | Damon attempted but was unable to leave a message (twice) at 2:13 p.m. |
| Portland General Electric | (503)228-6322 | Damon spoke to Michelle at 2:21 p.m. |
| Boise Cascade Corporation | (503)364-2216 | Damon left a vm message for Barbara at 2:23 p.m. |
| Excelsior Packaging West | (360) 992-7905 | Bad Number |
| Mohawk Plastics | (253)939-8206 | Damon left a vm message for Mike at 2:28 p.m. |
| BoDeans Wafer Company | 712-548-4422 | Damon spoke at 2:30 p.m. with Angela |
| TATE & LYLE CUSTOM INGREDIENTS | (800) 323-9489 | Damon spoke at 2:35 p.m. with Mark |
| DeJarnett Sales Inc. | (503)786-5966 | Damon spoke at 2:39 with DailyJ |
| GRAPHIC PACKAGING | 318-362-2000 | Damon left a vm message at 2:50 p.m. |
| Contract Servicing | (503)585-2799 | Damon spoke to a lady at 2:52 p.m. refused to give her name |
| Pecan Deluxe Candy Co. | 214.631.3669 | Damon, tried, there was no answer |
| Univar USA Inc | (503) 222-1721 | Damon left a vm message for Mary at 2:58 p.m. |
| Burd & Fletcher | (800) 821-2776 | Damon tried at 3:00 p.m., no answer |

## 20 Largest Creditors – VitaFreze - Telephonic Notices

| Creditor | TelephoneNo | Person that provided telephonic notice and time |
|---|---|---|
| Foster Farms | 1-800-255-7227 | Lourdes left a vm message for legal dept. at 5:00 p.m. |
| Norse Dairy Systems | (614) 294-4931 | Damon called, business was closed at 3:02 p.m. |
| SMUD | (800) 622-7683 | Damon called at 5:14, unable to leave a vm message |
| Sacramento Container Corp. | 916-614-0580 | Damon left a vm message at 3:03 p.m. for Bruce |
| Sweetener Products | 800-305-2200 | Damon left a vm message at 3:06 p.m. to general number |
| NO Cal B&C Health & Welfare | 415-546-7800 | Damon left a vm message at 3:09 p.m. to general number |
| Kerry | (800) 328-7517 | Damon tried, unable to leave message at 3:10 p.m. |
| US Cold Storage, Inc. | (916) 392-9160 | Damon spoke with a male at 3:11 p.m. |
| Polly Ann Diversified, Inc. | 415.846.4778 | Damon called, there was no answer at 3:14 p.m. |
| Trojan Litho | 425-873-2200 | Damon left a vm message at 3:18 p.m. |
| Graphic Packaging | (847) 437-1700 | Damon left a vm message at 3:20 p.m. |
| Capital Corrugated, Inc | (916) 388-7848 | Damon left a vm message with Ken at 3:23 |
| Global Sticks | 604-599-5795 | Damon spoke to "RN' at 2:11 p.m. |
| Sierra Packaging & Converting | 877-745-4377 | Damon tried to call, bad number |
| QCS Purchasing LLC | 386-734-3906 | Damon called at 1:48 and spoke to Mary De Marco |
| Chemco Products Co. | (526) 602-2116 | Damon called at 3:28 and left message with Liz |
| Apcco | 209-578-1000 | Damon called Linda at 3:29 p.m. |
| Petro Chem Insulation, Inc. | 707-644-7455 | Damon left a vm message with Steve at 3:35 p.m. |
| Tetra Pak Hoyer | (262) 249-7400 | Damon called, bad number |
| Sunopta Food Group | (213) 774-6000 | Damon called, bad number |

## 20 Largest Creditors – Matterhorn - Telephonic Notices

| Creditors | TelephoneNo | Person that provided telephonic notice and time |
|---|---|---|
| C H Robinson | (800) 735-9966 | Damon tried, at 3:35, there was a machine and no vm |
| Oregon Ice Cream | 360-823-2454 | Damon called, bad number |
| Yarnell Ice Cream | 501-268-2414 | Damon called at 3:37 and left a message |

| Name | Phone | Person that provided telephonic notice and time |
|---|---|---|
| | | with Heather |
| Kraft Foods North America, Inc | (973) 503-4557 | Damon called at 3:41 message was left in general number |
| Aldrich Kilbride & Tatone LLC | (503) 585-7774 | Damon spoke to a female at 3:42 |
| Advantage Sales and Marketing | 949.797.2900 | Lourdes attempted unsuccessfully to leave a vm message for Tania King but got disconnected 5:13 p.m. (tried twice) |
| tailfordmitchell | 419/720-8300 | Lourdes attempted unsuccessfully to leave a vm message at 5:16 p.m. (tried twice) |
| Mass Marketing Services | 619.297.0203 | Damon spoke to receptionist at 3:50 p.m. |
| Big Y | (413) 784.0600 | Lourdes left a vm message at 5:22 p.m. |
| Food Lion | 704.633.8250 | Damon was unable to leave message at 3:59 |
| Moreton & Company | 800.594.8949 acct | Damon left a vm message at 4:00 p.m. to general voicemail |
| SnoTemp Cold Storage | 541-343-1694 | Damon left a vm message at 4:03 p.m. to general voicemail |
| Daymon Worldwide | (203) 352-7976 | Damon left a vm message at 4:04 p.m. to general voicemail |
| TRANSAMERICA INSURANCE COMPANY | 800.852.4678 | Damon attempted to leave message at 4:06 p.m. |
| Baker & Hostetler LLP | 310-820-8800 | Damon left a vm message at 4:07 p.m. |
| Franklin C. Everett | (401) 849-1430 | Lourdes dialed, number has been disconnected |
| Just Born Royalty | 610-867-7568 | Lourdes spoke to supervisor at 5:41 p.m. |
| Nordic Cold Storage, LLC | 770.684.0886 | Damon was unable to leave message at 4:09 |
| Stoel Rives LLP | (208) 389-9000 | Damon left a vm message at 4:12 p.m. |
| Integra Telecom | 775.689.2440 | Damon left a vm message at 4:15 p.m. |
| **UTILITIES** | | |
| Name | Phone | Person that provided telephonic notice and time |
| Allied Waste Services | 1-858-278-6061 | Ben attempted to call at 4:22 p.m. |
| AT&T | 888-704-2265 | Ben attempted to call at 4:23 p.m., place closed |
| CenturyLink | 1.877.290.5458 | Ben attemptet to call at 4:34 |
| City Of Sacramento | 916/808-5454 | Ben attempoted to call at 4:36 p.m., place closed |
| City of Salem Utility Billing | 503-588-6255 | Ben left message with Monica Anderson at 4:40 p.m. |
| Clear Voice Telecom | 208) 287-5500 | Ben attempted to call at 4:41 p.m., place closed |

5      CERTIFICATE OF SERVICE

17

| | | |
|---|---|---|
| Comcast | (206) 694-7000 | Damond attempted to call; Ben attempted to call at 4:45 |
| County of Sacramento | 916-875-5555 | Damon attempted to call; Ben attempted to call at 4:46 |
| Cox Communications | (623) 322-2000 | Ben attempted to call at 5:00 p.m. |
| Idaho Power | 208-388-2200. | Ben left message at 5:05 p.m. |
| integra Telecom | (503) 453-8000 | Damon left a vm message at 4:15 p.m. |
| NW Natural Gas | 1-800-422-4012 | Damon was unable to leave vm at 5:09 |
| Pacific Telemanagement Service | 925-362-1497 | Damon tried to call, bad number at 5:10 |
| Paetec | 877.472.3832 | Damon tried to call, place closed at 5:11 |
| PG&E | 209-955-7293 | Damon left a vm message at 5:12 |
| Portland General Electric | 503-228-6322 | Damon spoke to Michelle at 2:21 p.m. |
| Qwest | 888/729-0977 | Damon was unable to leave vm at 5:13 |
| SMUD | 1-877-622-SMUD (7683) | Damon was unable to leave vm at 5:14 |
| Verizon Wireless | 800-922-0204 | Damon spoke to Arlene at 5:15 p.m. |
| Waste Mgmt of Sacramento | 602/268-2222 | Damon tried to call, place close at 5:18 |
| WM Lamp Tracker Inc. | 800/664-1434 | Damon left a vm message at 5:19 |

**Cold Storage List**

| Creditor | Telephone No. | Person that provided telephonic notice and time |
|---|---|---|
| Americold | (503) 363-1645 | Ben spoke to Jill at 3:11 p.m. |
| US Cold Storage | (916) 392-9160 | Ben attempted to call at 3:15 p.m. |
| Eugene Freezing and Storage | (541) 343-1694 | Ben spoke to Paul Hakem at 3:19 p.m. |
| 3 Rivers | (800) 322-0392 | Ben called at 3:20 p.m., place closed |
| Hanson Cold Storage | 269/982-1390 | Ben spoke to Janet at 3:22 p.m |

LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
LAW OFFICES

# LNBY&B

10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone No. (310) 229-1234
Telecopier No. (310) 229-1244

Date:     July 27, 2010

| Name | Company | TelephoneNo | FaxNo |
|---|---|---|---|
|  | Office of The United States Trustee | (916) 930-2100 | (916) 930-2099 |
| Randy Peterman | Moffatt, Thomas, Barrett, Rock & Fields, Chartered | (208) 385-5454 | 208 385 5419 |
| Tyler Henderson | Moffatt Thomas Barrett Rock & Fields, Chtd. | 208-385-5394 | 208-385-5350 |

RE: Matterhorn Group, Inc., Deluxe Ice Cream Company and Vitafreze Frozen Confections, Inc.

MESSAGE: Please see the attached Notice Of Hearings On Debtors' Emergency Motions regarding the above cases. Thank you.

FROM: Lourdes Cruz for Todd M. Arnold  NUMBER OF PAGES ___ 4 ___
(including this cover sheet)

If you do not receive all of the pages, please call (310) 229-1234.

IMPORTANT: THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in

LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
LAW OFFICES

# LNBY&B

10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone No. (310) 229-1234
Telecopier No. (310) 229-1244

Date: July 27, 2010

## Secured Creditors

| Name | Address1 | fax | phone |
|---|---|---|---|
| Berry Plastics Corporation | Attn: Ira G. Boots, Chair and CEO/Jim Kratochvil, CEO | (812) 424-0128 | (812) 424-2904 |
| Boise Office Equipment | Attn: Director/Officer/Legal Counsel | (208) 377-1666 | (208) 377-1666 |
| Norse Dairy Systems, LLC | | (614) 291-7814 | (614) 294-4931 |

RE: Matterhorn Group, Inc., Deluxe Ice Cream Company and Vitafreze Frozen Confections, Inc.

MESSAGE: Please see the attached Notice Of Hearings On Debtors' Emergency Motions regarding the above cases. Thank you.

FROM: Lourdes Cruz for Todd M. Arnold  NUMBER OF PAGES   4
(including this cover sheet)

If you do not receive all of the pages, please call (310) 229-1234.

IMPORTANT: THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via U.S. Postal Service. Thank you.

Client/Matter #:    4077                                    Attorney:   RB/TMA

LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
LAW OFFICES

# L N B Y & B

10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone No. (310) 229-1234
Telecopier No. (310) 229-1244

Date: July 27, 2010

| Name | Company | TelephoneNo | FaxNo |
|---|---|---|---|
| Randy Peterman | Moffatt, Thomas, Barrett, Rock & Fields, Chartered | | 208 385 5384 |

RE: Matterhorn Group, Inc., Deluxe Ice Cream Company and Vitafreze Frozen Confections, Inc.

MESSAGE: Please see the attached Notice Of Hearings On Debtors' Emergency Motions regarding the above cases. Thank you.

FROM: Lourdes Cruz for Todd M. Arnold  NUMBER OF PAGES    4
(including this cover sheet)

If you do not receive all of the pages, please call (310) 229-1234.

IMPORTANT: THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via U.S. Postal Service. Thank you.

Client/Matter #:    4077                              Attorney:    RB/TMA

LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
LAW OFFICES

# LNBY&B

10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone No. (310) 229-1234
Telecopier No. (310) 229-1244

Date:     July 27, 2010

## 20 Largest - DeLuxe

| Creditor | Contact | TelephoneNo | FaxNo | EmailAddress |
|---|---|---|---|---|
| QCS Purchasing LLC | | (800) 222-6455 | (630) 717-1126 | |
| Garrett & Associates | | (800)773-6989 | (801)572-2541 | |
| Berry Plastics Corporation | | 812)424-2904 | 812)424-0128 | |
| Americold Logistics LLC | | (503)363-1645 | (503)391-5836 | |
| Permacold Engineering, Inc. | | (503)249-8190 | (503)249-8322 | |
| Denali Ingredients, LLC | | (616) 877-4625 | | |
| Global Sticks, Inc. | REGGIE | 1-866-433-5770 | 604.526.5794 | |
| Transilwrap Company, Inc. | PATBROWN | (562) 945-1942 | (562) 945-5529 | |
| Portland General Electric | | (503)228-6322 | | |
| Boise Cascade Corporation | | (503)364-2216 | | |
| Excelsior Packaging West | | (360) 992-7905 | (360) 695-2557 | |
| Mohawk Plastics | | (253)939-8206 | | |
| BoDeans Wafer Company | | 712-548-4422 | 712-546-8961 | |
| TATE & LYLE CUSTOM INGREDIENTS | | (800) 323-9489 | (888) 231-5312 | |
| DeJarnett Sales Inc. | | (503)786-5966 | (503)786-6156 | |
| GRAPHIC PACKAGING | | 318-362-2000 | | |
| Contract Servicing | | (503)585-2799 | (503)585-8825 | |
| Pecan Deluxe Candy Co. | | 214.631.3669 | 214.631.5833 | |
| Univar USA Inc | | (503) 222-1721 | | |
| Burd & Fletcher | | (800) 821-2776 | (816) 257-9928 | |

RE: Matterhorn Group, Inc., Deluxe Ice Cream Company and Vitafreze Frozen Confections, Inc.

MESSAGE: Please see the attached Notice Of Hearings On Debtors' Emergency Motions regarding the above cases. Thank you.

FROM: Lourdes Cruz for Todd M. Arnold   NUMBER OF PAGES     4
(including this cover sheet)

LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
LAW OFFICES

# LNBY&B

10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone No. (310) 229-1234
Telecopier No. (310) 229-1244

Date: July 27, 2010

## 20 Largest - Vitafreze

| Creditor | Contact | Telephone No. | FaxNo | EmailAddress |
|---|---|---|---|---|
| Foster Farms | BRUCE ORLA | | | |
| Norse Dairy Systems | | (614) 294-4931 | (614) 421-5468 | |
| SMUD | | | | |
| Sacramento Container Corp. | | 916-614-0580 | 916-614-0590 | |
| Sweetener Products | | 800-305-2200 | 323-232-3608 | |
| NO Cal B&C Health & Welfare | | 415-546-7800 | | |
| Kerry | | (800) 328-7517 | (510) 786-9418 | |
| US Cold Storage, Inc. | | (916) 392-9160 | (916) 392-5012 | |
| Polly Ann Diversified, Inc. | | 415.846.4778 | 650.866.4045 | |
| Trojan Litho | | 425-873-2200 | 425-873-1022 | |
| Graphic Packaging | | (847) 437-1700 | (847) 631-4852 | |
| Capital Corrugated, Inc | | (916) 388-7848 | (916) 388-7840 | |
| Global Sticks | REGGIE | 604-599-5795 | 604-599-5744 | nwstick@telus.net |
| Sierra Packaging & Converting | | 877-745-4377 | | |
| QCS Purchasing LLC | | 386-734-3906 | 386-738-1378 | |
| Chemco Products Co. | | (526) 602-2116 | | |
| Apcco | | 209-578-1000 | 209-578-1021 | |
| Petro Chem Insulation, Inc. | | 707-644-7455 | 707-644-4908 | |
| Tetra Pak Hoyer | | (262) 249-7400 | | |
| Sunopta Food Group | | (213) 774-6000 | (562) 630-8392 | |

RE: Matterhorn Group, Inc., Deluxe Ice Cream Company and Vitafreze Frozen Confections, Inc.

MESSAGE: Please see the attached Notice Of Hearings On Debtors' Emergency Motions regarding the above cases. Thank you.

FROM: Lourdes Cruz for Todd M. Arnold NUMBER OF PAGES 4
(including this cover sheet)

LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
LAW OFFICES

# LNBY&B


10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone No. (310) 229-1234
Telecopier No. (310) 229-1244

Date:      July 27, 2010

## 20 Largest - Matterhorn

| Creditor | Contact | TelephoneNo | FaxNo | EmailAddress |
|---|---|---|---|---|
| C H Robinson | | (800) 735-9966 | 952-937-6714 | |
| Oregon Ice Cream | | 360-823-2454 | (800) 282-2202 | |
| Yarnell Ice Cream | | 501-268-2414 | 501-279-0846 | |
| Kraft Foods North America, Inc | CORRESPOND | (973) 503-4557 | (502) 589-7654 | cwindell@imclicensing.com |
| Aldrich Kilbride & Tatone LLC | | (503) 585-7774 | 503-364-8405 | |
| Advantage Sales and Marketing | | | | |
| tailfordmitchell | | | | |
| Mass Marketing Services | | 619.297.0203 | | |
| Big Y | | | | |
| Food Lion | | 704.633.8250 | 704.645.4192 | |
| Moreton & Company | | 800.594.8949 acct | | |
| SnoTemp Cold Storage | | 541-343-1694 | 541-343-9243 | |
| Daymon Worldwide | | (203) 352-7976 | | |
| TRANSAMERICA INSURANCE COMPANY | | 800.852.4678 | | |
| Baker & Hostetler LLP | | 310-820-8800 | 310-820-8859 | |
| Franklin C. Everett | | | | |
| Just Born Royalty | | | | |
| Nordic Cold Storage, LLC | | 770.684.0886 | 770.684.0250 | |
| Stoel Rives LLP | | (208) 389-9000 | | |
| Integra Telecom | | 775.689.2440 | | |

RE: <u>Matterhorn Group, Inc., Deluxe Ice Cream Company and Vitafreze Frozen Confections, Inc.</u>

MESSAGE: <u>Please see the attached Notice Of Hearings On Debtors' Emergency Motions regarding the above cases. Thank you.</u>

LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
LAW OFFICES

# LNBY&B

10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone No. (310) 229-1234
Telecopier No. (310) 229-1244

Date: _____July 27, 2010_____

## Utilities

| VendorName | Fax | Phone |
|---|---|---|
| Allied Waste Services | 602-237-2641 | 1-858-278-6061 |
| AT&T | 973-422-6413<br>888-826-0132 | 888-704-2265 |
| CenturyLink | | 1.877.290.5458 |
| City Of Sacramento | | 916/808-5454 |
| City of Salem Utility Billing | 503-588-6354 | 503-588-6255 |
| Clear Voice Telecom | | 208) 287-5500 |
| Comcast | (206) 694-7081 | (206) 694-7000 |
| County of Sacramento | | 916-875-5555 |
| Cox Communications | | (623) 322-2000 |
| Idaho Power | | 208-388-2200. |
| integra Telecom | (503) 453-8221 | (503) 453-8000 |
| NW Natural Gas | | **1-800-422-4012** |
| Pacific Telemanagement Service | | **925-362-1497** |
| Paetec | 585.340.2801 | 877.472.3832 |
| PG&E | 209-955-7339 | 209-955-7293 |
| Portland General Electric | | 503-228-6322 |
| Qwest | 612/663-8034 | 888/729-0977 |
| SMUD | | **1-877-622-SMUD (7683)** |
| Verizon Wireless | 949 286-8547<br>949-286-7360 | 800-922-0204 |
| Waste Mgmt of Sacramento | | |
| WM Lamp Tracker Inc. | | |

LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
LAW OFFICES

# LNBY & B


10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone No. (310) 229-1234
Telecopier No. (310) 229-1244

Date: July 27, 2010

## Cold Storage

| Creditor | TelephoneNo | FaxNo | ContactName |
|---|---|---|---|
| Americold | (503) 363-1645 | (503) 362-2205 | Jill La Vine |
| US Cold Storage | (916) 392-9160 | | Cher Raderchak |
| Eugene Freezing and Storage | (541) 343-1694 | (541) 343-9243 | Quinn Ackerman |
| 3 Rivers | (800) 322-0392 | | |
| Hanson Cold Storage | 219-947-7200 | | |

RE: Matterhorn Group, Inc., Deluxe Ice Cream Company and Vitafreze Frozen Confections, Inc.

MESSAGE: Please see the attached Notice Of Hearings On Debtors' Emergency Motions regarding the above cases. Thank you.

FROM: Lourdes Cruz for Todd M. Arnold   NUMBER OF PAGES ___4___
(including this cover sheet)

If you do not receive all of the pages, please call (310) 229-1234.

IMPORTANT: THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via U.S. Postal Service. Thank you.

Client/Matter #: ___4077___                              Attorney: ___RB/TMA___

E-mail Service List

Clients
gary.doyle@matterhorngoupinc.com
jen.loving@matterhorngroupinc.com
aimee.galindo@matterhorngoupinc.com
nwbell@pacmezz.com

Signature
NoellC@SignatureCap.com;

Sherwood
JCaporrino@shrwood.com;
adecamara@shrwood.com;

Secured
rap@moffatt.com;
tjh@moffatt.com;
James.M.Strother@wellsfargo.com;
bnkrptrp@wellsfargo.com


Utilities
manager@cityofsalem.net
utilities@saccounty.net
info@paetec.com
customerservices@smud.org


Cold Storage
Jill.lavine@americoldrealty.com
craderchak@uscold.com
craderchak@uscold.com
craderchak@uscold.com
claudia.crawford@nordicold.com
quinn@snotemp.com

| Deluxe | | | |
|---|---|---|---|
| Creditor | FaxNo | EmailAddress | |
| QCS Purchasing LLC | (630) 717-1126 | mdemarco@qchkd.com | |
| Garrett & Associates | (801)572-2541 | jake@garrettdairy.com | |
| Berry Plastics Corporation | 812)424-0128 | | |
| Americold Logistics LLC | (503)391-5836 | jill.lavin@americoldrealty.com | |
| Permacold Engineering, Inc. | (503)249-8322 | stacey.lewallen@permacold.com | |
| Denali Ingredients, LLC | | | |
| Global Sticks, Inc. | 604.526.5794 | rn@global-sticks.com | |
| Transilwrap Company, Inc. | (562) 945-5529 | | |
| Portland General Electric | | | |
| Boise Cascade Corporation | | | |
| Excelsior Packaging West | (360) 695-2557 | | |
| Mohawk Plastics | | | |
| BoDeans Wafer Company | 712-546-8961 | angela.kneip@bodeansbaking.com | |
| TATE & LYLE CUSTOM INGREDIENTS | (888) 231-5312 | marc.larson@tateandlyle.com | |
| DeJarnett Sales Inc. | (503)786-6156 | daileyj@dejarnett.com | |
| GRAPHIC PACKAGING | | | |
| Contract Servicing | (503)585-8825 | | |
| Pecan Deluxe Candy Co. | 214.631.5833 | | |
| Univar USA Inc | | | |
| Burd & Fletcher | (816) 257-9928 | | |
| | | | |
| VitaFreze | | | |
| VendorName | FaxNo | EmailAddress | |
| Foster Farms | | | |
| Norse Dairy Systems | (614) 421-5468 | | |
| SMUD | | | |
| Sacramento Container Corp. | 916-614-0590 | | |
| Sweetener Products | 323-232-3608 | | |
| NO Cal B&C Health & Welfare | | | |
| Kerry | (510) 786-9418 | | |
| US Cold Storage, Inc. | (916) 392-5012 | craderchak@uscold.com | |
| Polly Ann Diversified, Inc. | 650.866.4045 | | |
| Trojan Litho | 425-873-1022 | | |
| Graphic Packaging | (847) 631-4852 | | |
| Capital Corrugated, Inc | (916) 388-7840 | | |
| Global Sticks | 604-599-5744 | nwstick@telus.net | |
| Sierra Packaging & Converting | | | |
| QCS Purchasing LLC | 386-738-1378 | | |
| Chemco Products Co. | | | |

| Apcco | 209-578-1021 | | |
|---|---|---|---|
| Petro Chem Insulation, Inc. | 707-644-4908 | | |
| Tetra Pak Hoyer | | | |
| Sunopta Food Group | (562) 630-8392 | | |
| | | | |
| | **Matterhorn** | | |
| **VendorName** | **FaxNo** | **EmailAddress** | |
| C H Robinson | | | |
| Oregon Ice Cream | (800) 282-2202 | | |
| Yarnell Ice Cream | 501-279-0846 | | |
| Kraft Foods North America, Inc | (502) 589-7654 | cwindell@imclicensing.com | |
| Aldrich Kilbride & Tatone LLC | | tnunn@aktcpa.com | |
| Advantage Sales and Marketing | | | |
| tailfordmitchell | 419/720-8300 | mark@tailfordmitchell.com | |
| Mass Marketing Services | | reception@massmarketingservices.com | |
| Big Y | | | |
| Food Lion | 704.645.4192 | | |
| Moreton & Company | | | |
| SnoTemp Cold Storage | 541-343-9243 | | |
| Daymon Worldwide | | | |
| TRANSAMERICA INSURANCE COMPANY | | | |
| Baker & Hostetler LLP | 310-820-8859 | | |
| Franklin C. Everett | | | |
| Just Born Royalty | 610-867-3983 | | |
| Nordic Cold Storage, LLC | 770.684.0250 | | |
| Stoel Rives LLP | | | |
| Integra Telecom | | | |