RON BENDER (SBN 143364)
TODD M. ARNOLD (SBN 221868)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbyb.com; tma@lnbyb.com

Proposed Attorneys for Chapter 11 Debtors and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
(SACRAMENTO DIVISION)

FILED
July 27, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002809055

| In re:<br><br>MATTERHORN GROUP, INC.,<br><br>Debtor.<br><hr>VITAFREZE FROZEN CONFECTIONS, INC.,<br><br>Debtor.<br><hr>DELUXE ICE CREAM COMPANY,<br><br>Debtor.<br><hr>☒ Affects ALL DEBTORS<br>☐ Affects only MATTERHORN GROUP, INC.<br>☐ Affects only VITAFREZE FROZEN CONFECTIONS, INC.<br>☐ Affects only DELUXE ICE CREAM COMPANY | [Proposed] Lead Case No. 10-39672 (MSM)<br>[Proposed] Jointly Administered with Case Nos. 10-39664 (MSM), and 10-39670 (MSM).[1]<br><br>DC No. LNB-1<br><br>Chapter 11 Cases<br><br>**ORDER SETTING HEARING ON DEBTORS' EMERGENCY MOTION FOR AN ORDER (1) AUTHORIZING THE DEBTORS' USE OF CASH COLLATERAL ON AN INTERIM BASIS PENDING A FINAL HEARING, (2) SCHEDULING A FINAL HEARING, (3) AUTHORIZING THE DEBTORS' CONTINUED USE OF CERTAIN PORTIONS OF THE DEBTORS' CASH MANAGEMENT SYSTEM, AND (4) AUTHORIZING THE MAINTENANCE OF THE DEBTORS' EXISTING BANK ACCOUNTS FOR AN INTERIM PERIOD**<br><br>Hearing:<br>Date:   July 28, 2010<br>Time:   10:30 a.m.<br>Place:  Department A<br>        Judge Michael S. McManus<br>        Courtroom No. 28<br>        Floor No. 7<br>        Robert T. Matsui Courthouse<br>        501 I Street<br>        Sacramento, CA 95814 |
|---|---|

[1] Motion for Joint Administration pending.

Upon consideration of the Motion for an Order (1) Authorizing the Debtors' Use of Cash Collateral on an Interim Basis Pending a Final Hearing, (2) Scheduling a Final Hearing, (3) Authorizing the Debtors' Continued Use of Certain Portions of the Debtors' Cash Management System, and (4) Authorizing the Maintenance of the Debtors' Existing Bank Accounts for an Interim Period (the "Motion") filed by Matterhorn Group, Inc., Vitafreze Frozen Confections, Inc., and Deluxe Ice Cream Company, the debtors and debtors in possession in the above-captioned (proposed) jointly administered Chapter 11 bankruptcy cases (collectively, the "Debtors"), the notice of the Motion, the memorandum of points and authorities, declarations, and exhibits filed in support of the Motion, and for good cause shown,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Debtors shall serve the Motion by overnight mail for delivery on July 28, 2010 on the Office of the United States Trustee (the "UST"), the 20 largest general unsecured creditors in each of the Debtors' cases (the "Top 20"), and the Debtors' secured creditors and their counsel (if known) (the "Secured Creditors").

2. The hearing on the motion shall take place at the above-referenced date, time, and location.

3. To the greatest extent possible, the Debtors shall provide telephonic notice of the hearing on the Motion to the UST, the Top 20, and the Secured Creditors and file a proof of such telephonic notice with the Court. In providing such telephonic notice, the Debtors shall inform parties that they may obtain a copy of the Motion and supporting papers by email if they provide an email address to the Debtors' counsel.

4. To the greatest extent possible, the Debtors shall provide fax or email notice of the hearing on the Motion to the UST, the Top 20, and the Secured Creditors and file a proof of such fax and/or email notice.

**IT IS SO ORDERED.**

27 July 2010