# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Deluxe Ice Cream Company | **Case No :** | 10-39670 - A - 11 |
| | | **Date :** | 7/28/10 |
| | | **Time :** | 10:30 |

| | | |
|---|---|---|
| **Matter :** | [4] - Chapter 11 First Day Motion/Application [LNB-1] Filed by Debtor In Possession Deluxe Ice Cream Company (stps) | UNOPPOSED |
| | [4] - Motion/Application to Use Cash Collateral [LNB-1] Filed by Debtor In Possession Deluxe Ice Cream Company (stps) | |
| | [4] - Motion/Application Scheduling A Final Hearing [LNB-1] Filed by Debtor In Possession Deluxe Ice Cream Company (stps) | |
| | [4] - Motion/Application Authorizing The Debtors' Continued Use Of Certain Portions Of The Debtors' Cash Management System [LNB-1] Filed by Debtor In Possession Deluxe Ice Cream Company (stps) | |
| | [4] - Motion/Application Authorizing The Maintenance Of The Debtors' Existing Bank Accounts For An Interim Period [LNB-1] Filed by Debtor In Possession Deluxe Ice Cream Company (stps) | |

| | |
|---|---|
| **Judge :** | Michael S. McManus |
| **Courtroom Deputy :** | Sarah Head |
| **Reporter :** | Diamond Reporters |
| **Department :** | A |

**APPEARANCES for :**
**Movant(s) :**
        Debtor(s) Attorney - Ron Bender
        Debtor(s) Attorney - Todd Arnold
(by phone)    Interested Party - Andrew De Camara
**Respondent(s) :**
None

HEARING CONTINUED TO: 8/23/10 at 01:30 PM

The motion was granted on an interim basis. The judge signed an order in court.

Supplemental 8/16/10
Opposition 8/20/10